1    weighted-average original LTV ratio for the mortgage loans in loan group 1 will be

2    approximately 74.69%." ARMT 2006-1 Pros. Sup. III-3.

3        (j)     In Annex III, Credit Suisse and CSFB Mortgage Securities presented another table

4    entitled "Group 2 Original LTV Ratios." This table divided the mortgage loans in loan group 2

5    into nine categories of original LTV (for example, less than 50%, 50.01% to 55%, 55.01% to

6    60%, etc.). The table made untrue and misleading statements about the number of mortgage

7    loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

8    outstanding in each of these categories. ARMT 2006-1 Pros. Sup. III-9.

9        (k)     "The minimum original LTV ratio and the maximum original LTV ratio for the

10   mortgage loans in loan group 2 are 32.99% and 90.00%, respectively. As of the cut-off date, the

11   weighted-average original LTV ratio for the mortgage loans in loan group 2 will be

12   approximately 74.25%." ARMT 2006-1 Pros. Sup. III-9.

13       (l)     In Annex III, Credit Suisse and CSFB Mortgage Securities presented another table

14   entitled "Group 3 Original LTV Ratios." This table divided the mortgage loans in loan group 3

15   into 10 categories of original LTV (for example, less than 50%, 50.01% to 55%, 55.01% to 60%,

16   etc.). The table made untrue and misleading statements about the number of mortgage loans, the

17   aggregate principal balance outstanding, and the percent of aggregate principal balance

18   outstanding in each of these categories. ARMT 2006-1 Pros. Sup. III-16.

19       (m)    "The minimum original LTV ratio and the maximum original LTV ratio for the

20   mortgage loans in loan group 3 are 12.98% and 95.00%, respectively. As of the cut-off date, the

21   weighted-average original LTV ratio for the mortgage loans in loan group 3 will be

22   approximately 73.34%." ARMT 2006-1 Pros. Sup. III-16.

23       (n)     In Annex III, Credit Suisse and CSFB Mortgage Securities presented another table

24   entitled "Group 4 Original LTV Ratios." This table divided the mortgage loans in loan group 4

25   into eight categories of original LTV (for example, less than 50%, 50.01% to 55%, 55.01% to

26   60%, etc.). The table made untrue and misleading statements about the number of mortgage

27   loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

28   outstanding in each of these categories. ARMT 2006-1 Pros. Sup. III-23.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1   (o) "The minimum original LTV ratio and the maximum original LTV ratio for the

2 mortgage loans in loan group 4 are 15.15% and 90.00%, respectively. As of the cut-off date, the

3 weighted-average original LTV ratio for the mortgage loans in loan group 4 will be

4 approximately 70.83%." ARMT 2006-1 Pros. Sup. III-23.

5   (p) In Annex III, Credit Suisse and CSFB Mortgage Securities presented another table

6 entitled "Group 5 Original LTV Ratios." This table divided the mortgage loans in loan group 5

7 into 10 categories of original LTV (for example, less than 50%, 50.01% to 55%, 55.01% to 60%,

8 etc.). The table made untrue and misleading statements about the number of mortgage loans, the

9 aggregate principal balance outstanding, and the percent of aggregate principal balance

10 outstanding in each of these categories. ARMT 2006-1 Pros. Sup. III-30.

11   (q) "The minimum original LTV ratio and the maximum original LTV ratio for the

12 mortgage loans in loan group 5 are 21.77% and 95.00%, respectively. As of the cut-off date, the

13 weighted-average original LTV ratio for the mortgage loans in loan group 5 will be

14 approximately 75.98%." ARMT 2006-1 Pros. Sup. III-30.

15   (r) In Annex III, Credit Suisse and CSFB Mortgage Securities presented another table

16 entitled "Groups 1-5 Original LTV Ratios." This table divided the all of the mortgage loans in

17 loan groups 1 through 5 into 11 categories of original LTV (for example, 50.01% to 55%, 55.01%

18 to 60%, 60.01% to 65%, etc.). The table made untrue and misleading statements about the

19 number of mortgage loans, the aggregate principal balance outstanding, and the percent of

20 aggregate principal balance outstanding in each of these categories. ARMT 2006-1 Pros. Sup. III-

21 36.

22   (s) "The minimum original LTV ratio and the maximum original LTV ratio for the

23 mortgage loans in loan groups 1-5 are 12.98% and 100.00%, respectively. As of the cut-off date,

24 the weighted-average original LTV ratio for the mortgage loans in loan groups 1-5 will be

25 approximately 73.61%." ARMT 2006-1 Pros. Sup. III-36.

26

27

28

-4-

1  **Item 62.**    **Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans in groups 1-5 | 2,290 |
| Number of properties in groups 1-5 on which there was enough information for the model to determine a true market value | 1,510 |
| Number of loans in groups 1-5 on which the stated value was 105% or more of the true market value as reported by the model | 858 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $124,340,829 |
| Number of loans in groups 1-5 on which the stated value was 95% or less of the true market value as reported by the model | 179 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $16,970,320 |
| Number of loans in groups 1-5 with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans in groups 1-5 with LTVs over 100%, as determined by the model | 145 |
| Weighted-average LTV, as stated by Defendants (group 3) | 73.3% |
| Weighted-average LTV, as determined by the model (group 3) | 85.8% |

13  **Item 65.**    **Evidence from subsequent sales of refinanced properties:**

14      Of the 2,290 mortgage loans in groups 1 through 5, 822 were taken out to refinance, rather

15  than to purchase, properties. For those 822 loans, the value (denominator) in the LTV was an

16  appraised value rather than a sale price. Of those 822 properties, 182 were subsequently sold for a

17  total of approximately $105,312,316. The total value ascribed to those same properties in the

18  LTV data reported in the prospectus supplements and other documents sent to the Bank was

19  $131,728,000. Thus, those properties were sold for 79.9% of the value ascribed to them, a

20  difference of 20.1%. This difference cannot be accounted for by declines in house prices in the

21  areas in which those properties were located.

22  **Item 71.**    **Undisclosed additional liens:**

23      (a)    **Minimum number of properties in groups 1-5 with additional liens: 198**

24      (b)    **Total reduction in equity from additional liens: $30,261,392**

25      (c)    **Weighted-average reduction in equity from additional liens: 58.4%**

26  **Item 82.**    **Untrue or misleading statements about compliance with USPAP:**

27      In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

28  following statement about the appraisals of the properties that secured the mortgage loans in

-5-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1   groups 1-5 of the collateral pool of this securitization: "All appraisals conform to the Uniform

2   Standards of Professional Appraisal Practice adopted by the Appraisal Standards Board of the

3   Appraisal Foundation and must be on forms acceptable to Fannie Mae and/or Freddie Mac."

4   ARMT 2006-1 Pros. Sup. S-38.

5      In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

6   following statement about the appraisals of the properties that secured the mortgage loans in the

7   collateral pool of this securitization that were originated by Countrywide: "All appraisals are

8   required to conform to Fannie Mae or Freddie Mac appraisal standards then in effect." ARMT

9   2006-1 Pros. Sup. S-40.

10   **Item 88.**     **Untrue or misleading statements about owner-occupancy of the properties**

11                **that secured the mortgage loans:**

12      In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

13   following statements about the occupancy status of the properties that secured the mortgage loans

14   in the collateral pool of this securitization.

15      (a)     The percentage of the mortgage loans in loan group 1 that were secured by a

16   "Primary" residence was 79.77%. ARMT 2006-1 Pros. Sup. S-17.

17      (b)     The percentage of the mortgage loans in loan group 2 that were secured by a

18   "Primary" residence was 86.11%. ARMT 2006-1 Pros. Sup. S-17.

19      (c)     The percentage of the mortgage loans in loan group 3 that were secured by a

20   "Primary" residence was 84.82%. ARMT 2006-1 Pros. Sup. S-17.

21      (d)     The percentage of the mortgage loans in loan group 4 that were secured by a

22   "Primary" residence was 87.27%. ARMT 2006-1 Pros. Sup. S-17.

23      (e)     The percentage of the mortgage loans in loan group 5 that were secured by a

24   "Primary" residence was 73.72%. ARMT 2006-1 Pros. Sup. S-17.

25      (f)     The percentage of all of the mortgage loans in loan groups 1through 5 that were

26   secured by a "Primary" residence was 83.09%. ARMT 2006-1 Pros. Sup. S-17.

27      (g)     In Annex III of the prospectus supplement, described in Item 52 above, Credit

28   Suisse and CSFB Mortgage Securities presented a table entitled "Group 1 Occupancy Types."

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1   This table divided the mortgage loans in loan group 1 into the categories "Primary,"

2   "Investment," and "Second Home." The table made untrue and misleading statements about the

3   number of mortgage loans, the aggregate principal balance outstanding, and the percent of

4   aggregate principal balance outstanding in each of these categories. ARMT 2006-1 Pros. Sup. III-

5   2.

6       (h)    In the "Group 1 Occupancy Types" table, Credit Suisse and CSFB Mortgage

7   Securities stated that 79.77% of the mortgage loans in Group 1 were secured by a "Primary"

8   residence, 11.64% by an "Investment" property, and 8.59% by a "Second Home." ARMT 2006-1

9   Pros. Sup. III-2.

10       (i)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented another table

11   entitled "Group 2 Occupancy Types." This table divided the mortgage loans in loan group 2 into

12   the categories "Primary," "Investment," and "Second Home." The table made untrue and

13   misleading statements about the number of mortgage loans, the aggregate principal balance

14   outstanding, and the percent of aggregate principal balance outstanding in each of these

15   categories. ARMT 2006-1 Pros. Sup. III-8.

16       (j)    In the "Group 2 Occupancy Types" table, Credit Suisse and CSFB Mortgage

17   Securities stated that 86.11% of the mortgage loans in loan group 2 were secured by a "Primary"

18   residence, 9.36% by an "Investment" property, and 4.53% by a "Second Home." ARMT 2006-1

19   Pros. Sup. III-8.

20       (k)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented another table

21   entitled "Group 3 Occupancy Types." This table divided the mortgage loans in loan group 3 into

22   the categories "Primary," "Investment," and "Second Home." The table made untrue and

23   misleading statements about the number of mortgage loans, the aggregate principal balance

24   outstanding, and the percent of aggregate principal balance outstanding in each of these

25   categories. ARMT 2006-1 Pros. Sup. III-16.

26       (l)    In the "Group 3 Occupancy Types" table, Credit Suisse and CSFB Mortgage

27   Securities stated that 84.82% of the mortgage loans in loan group 3 were secured by a "Primary"

28

-7-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1   residence, 9.79% by an "Investment" property, and 5.39% by a "Second Home." ARMT 2006-1

2   Pros. Sup. III-16.

3       (m)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented another table

4   entitled "Group 4 Occupancy Types." This table divided the mortgage loans in loan group 4 into

5   the categories "Primary," "Investment," and "Second Home." The table made untrue and

6   misleading statements about the number of mortgage loans, the aggregate principal balance

7   outstanding, and the percent of aggregate principal balance outstanding in each of these

8   categories. ARMT 2006-1 Pros. Sup. III-23.

9       (n)    In the "Group 4 Occupancy Types" table, Credit Suisse and CSFB Mortgage

10  Securities stated that 87.27% of the mortgage loans in loan group 4 were secured by a "Primary"

11  residence, 8.67% by an "Investment" property, and 4.05% by a "Second Home." ARMT 2006-1

12  Pros. Sup. III-23.

13      (o)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented another table

14  entitled "Group 5 Occupancy Types." This table divided the mortgage loans in loan group 5 into

15  the categories "Primary," "Investment," and "Second Home." The table made untrue and

16  misleading statements about the number of mortgage loans, the aggregate principal balance

17  outstanding, and the percent of aggregate principal balance outstanding in each of these

18  categories. ARMT 2006-1 Pros. Sup. III-29.

19      (p)    In the "Group 5 Occupancy Types" table, Credit Suisse and CSFB Mortgage

20  Securities stated that 73.72% of the mortgage loans in loan group 5 were secured by a "Primary"

21  residence, 22.25% by an "Investment" property, and 4.03% by a "Second Home." ARMT 2006-1

22  Pros. Sup. III-29.

23      (q)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented another table

24  entitled "Groups 1-5 Occupancy Types." This table divided all of the mortgage loans in loan

25  groups 1 through 5 into the categories "Primary," "Investment," and "Second Home." The table

26  made untrue and misleading statements about the number of mortgage loans, the aggregate

27  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

28  of these categories. ARMT 2006-1 Pros. Sup. III-36.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1       (r)      In the "Groups 1-5 Occupancy Types" table, Credit Suisse and CSFB Mortgage

2 Securities stated that 83.09% of the mortgage loans in loan groups 1-5 were secured by a

3 "Primary" residence, 11.73% by an "Investment" property, and 5.17% by a "Second Home."

4 ARMT 2006-1 Pros. Sup. III-36.

5 **Item 96.**      **Details of properties in groups 1-5 that were stated to be owner-occupied, but**

6             **were not:**

7       **(a)**     **Number of loans on which the owner of the property instructed tax**

8            **authorities to send property tax bills to him or her at a different address: 140**

9       **(b)**     **Number of loans on which the owner of the property could have, but did not,**

10            **designate the property as his or her homestead: 274**

11       **(c)**     **Number of loans on which the owner of the property owned three or more**

12            **properties: 21**

13       **(d)**     **Number of loans that went straight from current to foreclosure or ownership**

14            **by lender: 3**

15       **(e)**     **Eliminating duplicates, number of loans about which one or more of**

16            **statements (a) through (d) is true: 374**

17 **Item 99.**      **Untrue or misleading statements about the underwriting standards of the**

18             **originators of the mortgage loans:**

19      On pages S-37 through S-39 of the prospectus supplement, Credit Suisse and CSFB

20 Mortgage Securities made statements about the underwriting guidelines applied in the origination

21 or acquisition of the mortgage loans in groups 1-5 of this securitization. All of those statements

22 are incorporated herein by reference. In particular, Credit Suisse and CSFB Mortgage Securities

23 stated that:

24       (a)     "[E]xceptions to the underwriting standards described herein are made in the event

25 that compensating factors are demonstrated by a prospective borrower." ARMT 2006-1 Pros.

26 Sup. S-38.

27       (b)     "The adequacy of the mortgaged property as security for repayment of the related

28 mortgage loan will generally have been determined by an appraisal in accordance with pre-

-9-

1 | established appraisal procedure guidelines for appraisals established by or acceptable to the

2 | originator." ARMT 2006-1 Pros. Sup. S-38.

3 |     On pages S-39 through S-45 of the prospectus supplement, Credit Suisse made statements

4 | about the underwriting guidelines of Countrywide Home Loans, Inc. All of those statements are

5 | incorporated herein by reference. In particular, Credit Suisse and CSFB Mortgage Securities

6 | stated that:

7 |     (a)     "[E]xceptions to Countrywide Home Loans' underwriting guidelines may be made

8 | if compensating factors are demonstrated by a prospective borrower." ARMT 2006-1 Pros. Sup.

9 | S-40.

10 |     (b)     "Countrywide Home Loans' underwriting standards are applied by or on behalf of

11 | Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

12 | ability and the value and adequacy of the mortgaged property as collateral." ARMT 2006-1 Pros.

13 | Sup. S-39.

14 | **Item 106.**    **Early payment defaults for the loans in groups 1-5:**

15 |     **(a)**    **Number of the mortgage loans that suffered EPDs: 22**

16 |     **(b)**    **Percent of the mortgage loans that suffered EPDs: 0.7%**

17 |     **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

18 |             **made at the same time as the loans in the collateral pool that experienced**

19 |             **EPDs: 0.44%**

20 | **Item 107.**    **90+ days delinquencies for the loans in groups 1-5:**

21 |     **(a)**    **Number of the mortgage loans that suffered 90+ days delinquencies: 914**

22 |     **(b)**    **Percent of the mortgage loans that suffered 90+ days delinquencies: 29.1%**

23 |     **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

24 |             **made at the same time as the loans in the collateral pool that suffered 90+**

25 |             **days delinquencies: 32.7%**

26 | **Item 108.**    **30+ days delinquencies in this securitization in groups 1-5:**

27 |     **(a)**    **Number of the mortgage loans that were 30+ days delinquent on March 31,**

28 |             **2010: 885**

(b) **Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 28.2%**

(c) **Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%**

**Item 117.** **Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-8 of the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made statements about the ratings assigned to the certificates issued in this securitization. Credit Suisse and CSFB Mortgage Securities stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Standard & Poor's Rating Services. These were the highest ratings available from these two rating agencies.

Credit Suisse and CSFB Mortgage Securities also stated: "When issued, the offered certificates will receive ratings that are not lower than those listed in the table on page S-8 of this prospectus supplement." ARMT 2006-1 Pros. Sup. S-16.

Credit Suisse and CSFB Mortgage Securities also stated: "It is a condition to the issuance of the offered certificates that they be rated as indicated on page S-8 of this prospectus supplement by Moody's Investors Service ("Moody's"), Standard & Poor's Ratings Services ("S&P") and Dominion Bond Rating Service ("DBRS")." ARMT 2006-1 Pros. Sup. S-125.

**Item 120.** **Summary of loans in groups 1-5 about which the Defendants made untrue or misleading statements:**

(a) **Number of loans whose LTVs were materially understated: 858**

(b) **Number of loans in which the owner's equity was reduced by 5% or more by undisclosed additional liens: 198**

(c) **Number of loans that suffered EPDs: 22**

(d) **Number of loans in which the properties were stated to be owner-occupied but were not: 374**

(e) **Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 1,149**

-11-

1     (f)     **Eliminating duplicates, percent of loans about which the Defendants made**

2               **untrue or misleading statements: 36.6%**

-12-

1   **SCHEDULE 3 TO FIRST AMENDED COMPLAINT**

2       To the extent that this Schedule is incorporated by reference into allegations in the

3   complaint, those allegations are made against Defendants Credit Suisse and CSFB Mortgage

4   Securities.

5   **Item 44.       Details of trust and certificate(s).**

6       **(a)       Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

7       **(b)       Description of the trust:** CSFB, Mortgage-Backed, Pass-Through Certificates,

8   Series 2005-10 was a securitization in October 2005 of 3,633 mortgage loans, in 12 groups. The

9   mortgage loans in the collateral pool of this securitization were originated by DLJ Mortgage

10  Capital, Inc. and GreenPoint Mortgage Funding, Inc. The loans in groups I, III, IV, V, VII, IX,

11  and XII were originated or acquired by DLJ Mortgage Capital, Inc. The loans in groups II, VI,

12  VIII, X, and XI were originated or acquired by DLJ Mortgage Capital, Inc. and GreenPoint

13  Mortgage Funding, Inc. CSFB 2005-10 Pros. Sup. S-11 and S-12.

14      **(c)       Description of the certificate(s) that the Bank purchased:** Credit Suisse offered

15  and sold to the Bank a senior certificate in this securitization, in tranche III-A-1, for which the

16  Bank paid $71,412,179 plus accrued interest on October 31, 2005.

17      **(d)       Ratings of the certificate(s) when the Bank purchased them:** Standard &

18  Poor's – AAA; Moody's – Aaa.

19      **(e)       Current ratings of the certificate(s):** Standard & Poor's – A1; Moody's – Aaa.

20      **(f)       URL of prospectus supplement for this securitization:**

21  http://www.sec.gov/Archives/edgar/data/802106/000089109205002100/e22714-424b5.txt.

22  **Item 52.       Untrue or misleading statements about the LTVs of the mortgage loans:**

23      In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

24  following statements about the LTVs of the mortgage loans in the collateral pool of this

25  securitization.

26      (a)       "All of the mortgage loans as of the cut-off date had LTV ratios at origination of

27  100% or less." CSFB 2005-10 Pros. Sup. S-44.

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (b)    In the section of the prospectus supplement entitled "Mortgage Loan Statistical

2    Information," Credit Suisse and CSFB Mortgage Securities presented tables of statistics about all

3    of the mortgage loans in the collateral pool. CSFB 2005-10 S-45 to S-81. Each table focused on a

4    certain characteristic of the loans (for example, cut-off date mortgage loan principal balance) and

5    divided the mortgage loans into categories based on that characteristic (for example, mortgage

6    loans with cut off date principal balances of $175,000.01 to $200,000, $300,000.01 to $400,000,

7    $400,000.01 to $500,000, etc.). Each table then presented various data about the mortgage loans

8    in each category. One of the tables, "Group I Original LTV Ratios," divided the mortgage loans

9    in group I into 11 categories of original LTV (for example, 25.001% to 30%, 30.001% to 35%,

10   35.001% to 40% etc.). The table made untrue and misleading statements about the number of

11   mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

12   principal balance outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-46.

13   (c)    The minimum original LTV ratio and the maximum original LTV ratio for the

14   group I mortgage loans are 25.450% and 80.000%, respectively. The weighted average original

15   LTV ratio for the group I mortgage loans is approximately 64.657%." CSFB 2005-10 Pros. Sup.

16   S-46.

17   (d)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

18   Mortgage Securities presented a table entitled "Group II Original LTV Ratios." This table divided

19   the mortgage loans in group II into 12 categories of original LTV (for example, 20.001% to 25%,

20   25.001% to 30%, 30.001% to 35%, etc.). The table made untrue and misleading statements about

21   the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

22   aggregate principal balance outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-

23   49.

24   (e)    "The minimum original LTV ratio and the maximum original LTV ratio for the

25   group II mortgage loans are 21.330% and 90.000%, respectively. The weighted average original

26   LTV ratio for the group II mortgage loans is approximately 68.548%." CSFB 2005-10 Pros. Sup.

27   S-49.

28

-2-

1       (f)     In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

2    Mortgage Securities presented a table entitled "Group III Original LTV Ratios" This table divided

3    the mortgage loans in group III into 16 categories of original LTV (for example, 15.001% to 20%,

4    20.001% to 25%, 25.001% to 30%, etc.). The table made untrue and misleading statements about

5    the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

6    aggregate principal balance outstanding in each of these categories. CSFB 2005-10 Pros. Sup.

7    S-52.

8       (g)     "The minimum original LTV ratio and the maximum original LTV ratio for the

9    group III mortgage loans are 18.000% and 94.830%, respectively. The weighted average original

10    LTV ratio for the group III mortgage loans is approximately 70.967%." CSFB 2005-10 Pros. Sup.

11    S-52.

12      (h)     In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

13    Mortgage Securities presented a table entitled "Group IV Original LTV Ratios." This table

14    divided the mortgage loans in group IV into 10 categories of original LTV (for example, 35.001%

15    to 40%, 40.001% to 45%, 50.001% to 55%, etc.). The table made untrue and misleading

16    statements about the number of mortgage loans, the aggregate principal balance outstanding, and

17    the percent of aggregate principal balance outstanding in each of these categories. CSFB 2005-10

18    Pros. Sup. S-55.

19      (i)     "The minimum original LTV ratio and the maximum original LTV ratio for the

20    group IV mortgage loans are 36.670% and 95.000%, respectively. The weighted average original

21    LTV for the group IV mortgage loans is approximately 79.227%." CSFB 2005-10 Pros. Sup.

22    S-55.

23      (j)     In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

24    Mortgage Securities presented a table entitled "Group V Original LTV Ratios." This table divided

25    the mortgage loans in group V into 18 categories of original LTV (for example, 10.001% to 15%,

26    15.001% to 20%, 20.001% to 25%, etc.). The table made untrue and misleading statements about

27    the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1   aggregate principal balance outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-
2   58.

3       (k)    "The minimum original LTV ratio and the maximum original LTV ratio for the
4   group V mortgage loans are 14.050% and 100.000%, respectively. The weighted average original
5   LTV ratio for the group V mortgage loans is approximately 65.673%." CSFB 2005-10 Pros. Sup.
6   S-58.

7       (l)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB
8   Mortgage Securities presented a table entitled "Group VI Original LTV Ratios." This table
9   divided the mortgage loans in group VI into 16 categories of original LTV (for example, 10.001%
10  to 15%, 15.001% to 20%, 25.001% to 30%, etc.). The table made untrue and misleading
11  statements about the number of mortgage loans, the aggregate principal balance outstanding, and
12  the percent of aggregate principal balance outstanding in each of these categories. CSFB 2005-10
13  Pros. Sup. S-62.

14      (m)    "The minimum original LTV ratio and the maximum original LTV ratio for the
15  group VI mortgage loans are 10.160% and 95.000%, respectively. The weighted average original
16  LTV ratio for the group VI mortgage loans is approximately 70.124%." CSFB 2005-10 Pros. Sup.
17  S-62.

18      (n)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB
19  Mortgage Securities presented a table entitled "Group VII Original LTV Ratios." This table
20  divided the mortgage loans in group VII into 12 categories of original LTV (for example,
21  10.001% to 15%, 15.001% to 20%, 20.001% to 25%, etc.). The table made untrue and misleading
22  statements about the number of mortgage loans, the aggregate principal balance outstanding, and
23  the percent of aggregate principal balance outstanding in each of these categories. CSFB 2005-10
24  Pros. Sup. S-65.

25      (o)    "The minimum original LTV ratio and the maximum original LTV ratio for the
26  group VII mortgage loans are 14.040% and 80.000%, respectively. The weighted average original
27  LTV ratio for the group VII mortgage loans is approximately 59.333%." CSFB 2005-10 Pros.
28  Sup. S-68.

-4-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (p)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

2    Mortgage Securities presented a table entitled "Group VIII Original LTV Ratios." This table

3    divided the mortgage loans in group VIII into 10 categories of original LTV (for example,

4    20.001% to 25%, 35.001% to 40%, 50.001% to 55%, etc.). The table made untrue and misleading

5    statements about the number of mortgage loans, the aggregate principal balance outstanding, and

6    the percent of aggregate principal balance outstanding in each of these categories. CSFB 2005-10

7    Pros. Sup. S-68.

8    (q)    "The minimum original LTV ratio and the maximum original LTV ratio for the

9    group VIII mortgage loans are 22.730% and 95.000%, respectively. The weighted average

10   original LTV ratio for the group VIII mortgage loans is approximately 71.166%." CSFB 2005-10

11   Pros. Sup. S-68.

12   (r)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

13   Mortgage Securities presented a table entitled "Group IX Original LTV Ratios." This table

14   divided the mortgage loans in group IX into 16 categories of original LTV (for example, 20.001%

15   to 25%, 25.001% to 30%, 30.001% to 35%, etc.). The table made untrue and misleading

16   statements about the number of mortgage loans, the aggregate principal balance outstanding, and

17   the percent of aggregate principal balance outstanding in each of these categories. CSFB 2005-10

18   Pros. Sup. S-71.

19   (s)    "The minimum original LTV ratio and the maximum original LTV ratio for the

20   group IX mortgage loans are 21.830% and 100.000%, respectively. The weighted average

21   original LTV ratio for the group IX mortgage loans is approximately 75.347%." CSFB 2005-10

22   Pros. Sup. S-71.

23   (t)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

24   Mortgage Securities presented a table entitled "Group X Original LTV Ratios." This table divided

25   the mortgage loans in group X into 17 categories of original LTV (for example, 10.001% to 15%,

26   15.001% to 20%, 20.001% to 25%, etc.). The table made untrue and misleading statements about

27   the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

28

-5-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    aggregate principal balance outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-

2    74.

3          (u)      "The minimum original LTV ratio and the maximum original LTV ratio for the

4    group X mortgage loans are 13.550% and 95.000%, respectively. The weighted average original

5    LTV ratio for the group X mortgage loans is approximately 77.216%." CSFB 2005-10 Pros. Sup.

6    S-74.

7          (v)      In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

8    Mortgage Securities presented a table entitled "Group XI Original LTVs." This table divided the

9    mortgage loans in group XI into 17 categories of original LTV (for example, 10.001% to 15%,

10    15.001% to 20%, 20.001% to 25%, etc.). The table made untrue and misleading statements about

11    the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

12    aggregate principal balance outstanding in each of these categories. CSFB 2005-10 Pros. Sup.

13    S-77.

14          (w)      "The minimum original LTV ratio and the maximum original LTV ratio for the

15    group XI mortgage loans are 10.940% and 95.000%, respectively. The weighted average original

16    LTV ratio for the group XI mortgage loans is approximately 61.186%." CSFB 2005-10 Pros. Sup.

17    S-77.

18          (x)      In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

19    Mortgage Securities presented a table entitled "Group XII Original LTVs." This table divided the

20    mortgage loans in group XII into 12 categories of original LTV (for example, 20.001% to 25%,

21    25.001% to 30%, 35.001% to 40%, etc.). The table made untrue and misleading statements about

22    the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

23    aggregate principal balance outstanding in each of these categories. CSFB 2005-10 Pros. Sup.

24    S-80.

25          (y)      "The minimum original LTV ratio and the maximum original LTV ratio for the

26    group XII mortgage loans are 22.150% and 90.000%, respectively. The weighted average original

27    LTV ratio for the group XII mortgage loans is approximately 53.812%." CSFB 2005-10 Pros.

28    Sup. S-80.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1  **Item 62.   Details of the results of the AVM analysis:**

2

| Number of loans | 3,633 |
|---|---|
| Number of properties on which there was enough information for the model to determine a true market value | 790 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 414 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $46,249,272 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 174 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $17,048,111 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 69 |
| Weighted-average LTV, as stated by Defendants (Group 3) | 71.0% |
| Weighted-average LTV, as determined by the model (Group 3) | 79.1% |

11

12  **Item 65.   Evidence from subsequent sales of refinanced properties:**

13       Of the 3,633 mortgage loans in the collateral pool, 1,899 were taken out to refinance,

14  rather than to purchase, properties. For those 1,899 loans, the value (denominator) in the LTV

15  was an appraised value rather than a sale price. Of those 1,899 properties, 40 were subsequently

16  sold for a total of approximately $19,476,645. The total value ascribed to those same properties in

17  the LTV data reported in the prospectus supplements and other documents sent to the Bank was

18  $24,241,500. Thus, those properties were sold for 80.3% of the value ascribed to them, a

19  difference of 19.7%. This difference cannot be accounted for by declines in house prices in the

20  areas in which those properties were located.

21  **Item 71.   Undisclosed additional liens:**

22       **(a)   Minimum number of properties with additional liens: 134**

23       **(b)   Total reduction in equity from additional liens: $15,929,020**

24       **(c)   Weighted-average reduction in equity from additional liens: 64.4%**

25  **Item 82.   Untrue or misleading statements about compliance with USPAP:**

26       In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

27  following statement about the appraisals of the properties that secured the mortgage loans in the

28  collateral pool of this securitization: "All appraisals conform to the Uniform Standards of

-7-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    Professional Appraisal Practice adopted by the Appraisal Standards Board of the Appraisal

2    Foundation and must be on forms acceptable to Fannie Mae and/or Freddie Mac." CSFB 2005-10

3    Pros. Sup. S-83.

4    **Item 88.       Untrue or misleading statements about owner-occupancy of the properties**

5    **that secured the mortgage loans:**

6        In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

7    following statements about the occupancy status of the properties that secured the mortgage loans

8    in the collateral pool of this securitization.

9        (a)     In the "Mortgage Loan Statistical Information" section, described in Item 52

10   above, Credit Suisse and CSFB Mortgage Securities presented a table entitled "Group I

11   Occupancy Types." This table divided the mortgage loans in group I into the categories

12   "Primary," "Investment," and "Second Home." The table made untrue and misleading statements

13   about the number of mortgage loans, the aggregate principal balance outstanding, and the percent

14   of aggregate principal balance outstanding in each of these categories. CSFB 2005-10 Pros. Sup.

15   S-46.

16       (b)     In the "Group I Occupancy Types" table, Credit Suisse and CSFB Mortgage

17   Securities stated that 90.52% of the mortgage loans in group I were secured by a "Primary"

18   residence, 6.74% by an "Investment" property, and 2.74% by a "Second Home" property. CSFB

19   2005-10 Pros. Sup. S-46.

20       (c)     In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

21   Mortgage Securities presented a table entitled "Group II Occupancy Types." This table divided

22   the mortgage loans in group II into the categories "Primary," "Investment," and "Second Home."

23   The table made untrue and misleading statements about the number of mortgage loans, the

24   aggregate principal balance outstanding, and the percent of aggregate principal balance

25   outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-49.

26       (d)     In the "Group II Occupancy Types" table, Credit Suisse and CSFB Mortgage

27   Securities stated that 87.27% of the mortgage loans in group II were secured by a "Primary"

28

-8-

1   residence, 9.13% by an "Investment" property, and 3.6% by a "Second Home." CSFB 2005-10

2   Pros. Sup. S-49.

3        (e)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

4   Mortgage Securities presented a table entitled "Group III Occupancy Types." This table divided

5   the mortgage loans in group III into the categories "Primary," "Investment," and "Second Home."

6   The table made untrue and misleading statements about the number of mortgage loans, the

7   aggregate principal balance outstanding, and the percent of aggregate principal balance

8   outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-52.

9        (f)    In the "Group III Occupancy Types" table, Credit Suisse and CSFB Mortgage

10   Securities stated that 84.82% of the mortgage loans in group III were secured by a "Primary"

11   residence, 10.04% by an "Investment" property, and 5.14% by a "Second Home." CSFB 2005-10

12   Pros. Sup. S-52.

13        (g)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

14   Mortgage Securities presented a table entitled "Group IV Occupancy Types." This table divided

15   the mortgage loans in group IV into the categories "Primary," "Investment," and "Second Home."

16   The table made untrue and misleading statements about the number of mortgage loans, the

17   aggregate principal balance outstanding, and the percent of aggregate principal balance

18   outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-55.

19        (h)    In the "Group IV Occupancy Types" table, Credit Suisse and CSFB Mortgage

20   Securities stated that 84.3% of the mortgage loans in group IV were secured by a "Primary"

21   residence, 14.41% by an "Investment" property, and 1.29% by a "Second Home." CSFB 2005-10

22   Pros. Sup. S-55.

23        (i)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

24   Mortgage Securities presented a table entitled "Group V Occupancy Types." This table divided

25   the mortgage loans in loan group V into the categories "Primary," "Investment," and "Second

26   Home." The table made untrue and misleading statements about the number of mortgage loans,

27   the aggregate principal balance outstanding, and the percent of aggregate principal balance

28   outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-58.

1    (j)    In the "Group V Occupancy Types" table, Credit Suisse and CSFB Mortgage

2 Securities stated that 72.15% of the mortgage loans in group V were secured by a "Primary"

3 residence, 24.66% by an "Investment" property, and 3.2% by a "Second Home." CSFB 2005-10

4 Pros. Sup. S-58.

5    (k)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

6 Mortgage Securities presented a table entitled "Group VI Occupancy Types." This table divided

7 the mortgage loans in group VI into the categories "Primary," "Investment," and "Second Home."

8 The table made untrue and misleading statements about the number of mortgage loans, the

9 aggregate principal balance outstanding, and the percent of aggregate principal balance

10 outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-62.

11    (l)    In the "Group VI Occupancy Types" table, Credit Suisse and CSFB Mortgage

12 Securities stated that 86.92% of the mortgage loans in group VI were secured by a "Primary"

13 residence, 7.13% by an "Investment" property, and 3.25% by a "Second Home." CSFB 2005-10

14 Pros. Sup. S-62.

15    (m)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

16 Mortgage Securities presented a table entitled Group VII Occupancy Types." This table divided

17 the mortgage loans in group VII into the categories "Primary," "Investment," and "Second

18 Home." The table made untrue and misleading statements about the number of mortgage loans,

19 the aggregate principal balance outstanding, and the percent of aggregate principal balance

20 outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-65.

21    (n)    In the "Group VII Occupancy Types" table, Credit Suisse and CSFB Mortgage

22 Securities stated that 86.78% of the mortgage loans in group VII were secured by a "Primary"

23 residence, 7.41% by an "Investment" property, and 5.81% by a "Second Home." CSFB 2005-10

24 Pros. Sup. S-65.

25    (o)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

26 Mortgage Securities presented a table entitled "Group VIII Occupancy Types." This table divided

27 the mortgage loans in group VIII into the categories "Primary," "Investment," and "Second

28 Home." The table made untrue and misleading statements about the number of mortgage loans,

-10-

1  the aggregate principal balance outstanding, and the percent of aggregate principal balance

2  outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-68.

3  (p)  In the "Group VIII Occupancy Types" table, Credit Suisse and CSFB Mortgage

4  Securities stated that 82.13% of the mortgage loans in group VIII were secured by a "Primary"

5  residence, 11.42% by an "Investment" property and 6.46% by a "Second Home." CSFB 2005-10

6  Pros. Sup. S-68.

7  (q)  In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

8  Mortgage Securities presented a table entitled "Group IX Occupancy Types." This table placed

9  the mortgage loans in group IX into the category "Primary" and stated the number of mortgage

10  loans, the principal balance, and the percentage which the aggregate principal balance outstanding

11  represented of the total principal balance in group IX. CSFB 2005-10 Pros. Sup. S-71.

12  (r)  In the "Group IX Occupancy Types" table, Credit Suisse and CSFB Mortgage

13  Securities stated that 100% of the mortgage loans in group IX were secured by a "Primary"

14  residence. CSFB 2005-10 Pros. Sup. S-71.

15  (s)  In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

16  Mortgage Securities presented a table entitled "Group X Occupancy Types." This table divided

17  the mortgage loans in group X into the categories "Primary," "Investment" and "Second Home."

18  The table made untrue and misleading statements about the number of mortgage loans, the

19  aggregate principal balance outstanding, and the percent of aggregate principal balance

20  outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-74.

21  (t)  In the "Group X Occupancy Types" table, Credit Suisse and CSFB Mortgage

22  Securities stated that 97.17% of the mortgage loans in group X were secured by a "Primary"

23  residence, 2.71% by an "Investment" property, and 0.12% by a "Second Home." CSFB 2005-10

24  Pros. Sup. S-74.

25  (u)  In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

26  Mortgage Securities presented a table entitled "Group XI Occupancy Types." This table divided

27  the mortgage loans in group XI into the categories "Primary," "Investment," and "Second Home."

28  The table made untrue and misleading statements about the number of mortgage loans, the

-11-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1  aggregate principal balance outstanding, and the percent of aggregate principal balance
2  outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-77.

3      (v)    In the "Group XI Occupancy Types" table, Credit Suisse and CSFB Mortgage
4  Securities stated that 70.40% of the mortgage loans in group XI were secured by a "Primary"
5  residence, 23.6% by an "Investment" property and 6.01% by a "Second Home." CSFB 2005-10
6  Pros. Sup. S-77.

7      (w)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB
8  Mortgage Securities presented a table entitled "Group XII Occupancy Types." This table divided
9  the mortgage loans in group XII into the categories "Primary," "Investment," and "Second
10  Home." The table made untrue and misleading statements about the number of mortgage loans,
11  the aggregate principal balance outstanding, and the percent of aggregate principal balance
12  outstanding in each of these categories. CSFB 2005-10 Pros. Sup. S-80.

13      (x)    In the "Group XII Occupancy Types" table, Credit Suisse and CSFB Mortgage
14  Securities stated that 92.62% of the mortgage loans in group XII were secured by a "Primary"
15  residence, 5.28% by an "Investment" property and 2.11% by a "Second Home." CSFB 2005-10
16  Pros. Sup. S-80.

17  **Item 96.**    **Details of properties that were stated to be owner-occupied, but were not:**

18      **(a)**    **Number of loans on which the owner of the property instructed tax**
19          **authorities to send property tax bills to him or her at a different address: 108**

20      **(b)**    **Number of loans on which the owner of the property could have, but did not,**
21          **designate the property as his or her homestead: 142**

22      **(c)**    **Number of loans on which the owner of the property owned three or more**
23          **properties: 18**

24      **(d)**    **Number of loans that went straight from current to foreclosure or ownership**
25          **by lender: 2**

26      **(e)**    **Eliminating duplicates, number of loans about which one or more of**
27          **statements (a) through (d) is true: 234**

28

-12-

1   **Item 99.**     **Untrue or misleading statements about the underwriting standards of the**

2               **originators of the mortgage loans:**

3         On pages S-82 through S-83 of the prospectus supplement, Credit Suisse and CSFB

4   Mortgage Securities made statements about the underwriting guidelines applied in the origination

5   or acquisition of all of the mortgage loans in the collateral pool of this securitization. All of those

6   statements are incorporated herein by reference. In particular, Credit Suisse and CSFB Mortgage

7   Securities stated that:

8       (a)     "[E]xceptions to the underwriting standards described herein are made in the event

9   that compensating factors are demonstrated by a prospective borrower." CSFB 2005-10 Pros.

10   Sup. S-82.

11       (b)     "The adequacy of the mortgaged property as security for repayment of the related

12   mortgage loan will generally have been determined by an appraisal in accordance with pre-

13   established appraisal procedure guidelines for appraisals established by or acceptable to the

14   originator." CSFB 2005-10 Pros. Sup. S-83.

15   **Item 106.**     **Early payment defaults:**

16       **(a)**     **Number of the mortgage loans that suffered EPDs: 28**

17       **(b)**     **Percent of the mortgage loans that suffered EPDs: 0.8%**

18       **(c)**     **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

19            **made at the same time as the loans in the collateral pool that experienced**

20            **EPDs: 0.18%**

21   **Item 107.**     **90+ days delinquencies:**

22       **(a)**     **Number of the mortgage loans that suffered 90+ days delinquencies: 710**

23       **(b)**     **Percent of the mortgage loans that suffered 90+ days delinquencies: 19.5%**

24       **(c)**     **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

25            **made at the same time as the loans in the collateral pool that suffered 90+**

26            **days delinquencies: 16.5%**

27

28

-13-

1    **Item 108.    30+ days delinquencies in this securitization:**

2        **(a)    Number of the mortgage loans that were 30+ days delinquent on March 31,**

3              **2010: 694**

4        **(b)    Percent of the mortgage loans that were 30+ days delinquent on March 31,**

5              **2010: 19.1%**

6        **(c)    Percent of all mortgage loans in the United States that were 30+ days**

7              **delinquent on March 31, 2010: 14.7%**

8    **Item 117.    Statements about the ratings of the certificate(s) that the Bank purchased:**

9            On page S-8 of the prospectus supplement, Credit Suisse and CSFB Mortgage Securities

10   made statements about the ratings assigned to the certificates issued in this securitization. Credit

11   Suisse and CSFB Mortgage Securities stated that the Bank's certificate was rated Aaa by

12   Moody's Investors Service, Inc. and AAA by Standard & Poor's Rating Services. These were the

13   highest ratings available from these two rating agencies.

14          Credit Suisse and CSFB Mortgage Securities also stated: "When issued, the offered

15   certificates will receive ratings that are not lower than those listed in the table beginning on page

16   S-8 of this prospectus supplement." CSFB 2005-10 Pros. Sup. S-20.

17          Credit Suisse and CSFB Mortgage Securities also stated: "It is a condition to the issuance

18   of the offered certificates that they be rated as indicated on pages S-8 through S-10 of this

19   prospectus supplement by Standard & Poor's Ratings Services . . . and Moody's Investors

20   Services, Inc. . . . ." CSFB 2005-10 Pros. Sup. S-188.

21   **Item 120.    Summary of loans about which the Defendants made untrue or misleading**

22           **statements:**

23       **(a)    Number of loans whose LTVs were materially understated: 414**

24       **(b)    Number of loans in which the owner's equity was reduced by 5% or more by**

25             **undisclosed additional liens: 134**

26       **(c)    Number of loans that suffered EPDs: 28**

27       **(d)    Number of loans in which the properties were stated to be owner-occupied**

28             **but were not: 234**

-14-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse, 497840*)

1     (e)    **Eliminating duplicates, number of loans about which the Defendants made**

2            **untrue or misleading statements: 662**

3     (f)    **Eliminating duplicates, percent of loans about which the Defendants made**

4            **untrue or misleading statements: 18.2%**

-15-

1    **SCHEDULE 4 TO FIRST AMENDED COMPLAINT**

2        To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendant Credit Suisse.

4    **Item 44.    Details of trust and certificate(s).**

5        **(a)    Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

6        **(b)    Description of the trust:** First Horizon Alternative Mortgage Securities Trust,

7    Mortgage Pass-Through Certificates, Series 2005-FA8 was a securitization in September 2005 of

8    2,531 mortgage loans, in two pools. The mortgage loans in the collateral pool of this

9    securitization were originated or acquired by First Horizon Home Loan Corporation. FHAMS

10   2005-FA8 Pros. Sup. S-8.

11       **(c)    Description of the certificate(s) that the Bank purchased:** Credit Suisse offered

12   and sold to the Bank a senior certificate in this securitization, in tranche I-A-1, for which the

13   Bank paid $100,117,188 plus accrued interest on September 30, 2005.

14       **(d)    Ratings of the certificate(s) when the Bank purchased them:** Standard &

15   Poor's – AAA; Moody's – Aaa.

16       **(e)    Current ratings of the certificate(s):** Standard & Poor's – Aaa; Moody's – Ba1.

17       **(f)    URL of prospectus supplement for this securitization:**

18   http://www.sec.gov/Archives/edgar/data/1081915/000095011705003850/a40607.htm.

19   **Item 52.    Untrue or misleading statements about the LTVs of the mortgage loans:**

20       In the prospectus supplement, Credit Suisse made the following statements about the

21   LTVs of the mortgage loans in the collateral pool of this securitization.

22       (a)    "One mortgage loan has a loan-to-value ratio at origination of more than 95%."

23   FHAMS 2005-FA8 Pros. Sup. S-24.

24       (b)    In the Annexes to the prospectus supplement, Credit Suisse presented tables of

25   statistics about the mortgage loans in the collateral pool. FHAMS 2005-FA8 Pros. Sup. I-1 to

26   III-2. Each Annex contained tables focused on a certain characteristic of the mortgage loans (for

27   example, current mortgage loan principal balance) and divided the mortgage loans into categories

28

1     based on that characteristic (for example, range of current mortgage loan amounts of less than

2     $250,001, $250,001 to $300,000, $300,001 to $350,000, etc.). Each table then presented various

3     data about the mortgage loans in each category. One of the tables, entitled "Original·Loan-To-

4     Value Ratios For The Mortgage Loans In Pool I," divided the mortgage loans in Pool I into 11

5     categories of original LTV (for example, 50% and Below, 50.01% to 55%, 55.01% to 60% etc.).

6     The table made untrue and misleading statements about the number of mortgage loans, the

7     aggregate principal balance outstanding, and the percent of aggregate principal balance

8     outstanding in each of these categories. FHAMS 2005-FA8 Pros. Sup. I-1.

9           (c)       "The weighted average original loan-to-value ratio of the mortgage loans in Pool I

10    is expected to be approximately 69.71%." FHAMS 2005-FA8 Pros. Sup. I-1.

11          (d)       In Annex II, Credit Suisse presented a table entitled "Original Loan-To-Value

12    Ratios For The Mortgage Loans In Pool II." This table divided the mortgage loans in Pool II into

13    eight categories of original LTV (for example, 50% and Below, 50.01% to 55%, 55.01% to 60%

14    etc.). The table made untrue and misleading statements about the number of mortgage loans, the

15    aggregate principal balance outstanding, and the percent of aggregate principal balance

16    outstanding in each of these categories. FHAMS 2005-FA8 Pros. Sup. II-1.

17          (e)       "The weighted average original loan-to-value ratio of the mortgage loans in Pool II

18    is expected to be approximately 58.71%." FHAMS 2005-FA8 Pros. Sup. II-1.

19          (f)       In Annex III, Credit Suisse presented another table entitled "Original Loan-To-

20    Value Ratios For The Mortgage Loans." This table divided the mortgage loans in the collateral

21    pool into 11 categories of original LTV (for example, 50% and Below, 50.01% to 55%, 55.01%

22    to 60%, etc.). The table made untrue and misleading statements about the number of mortgage

23    loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

24    outstanding in each of these categories. FHAMS 2005-FA8 Pros. Sup. III-1.

25          (g)       "The weighted average original loan-to-value ratio of the mortgage loans is

26    expected to be approximately 69.34%." FHAMS 2005-FA8 Pros. Sup. III-1.

27

28

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1     **Item 62.**     **Details of the results of the AVM analysis:**

| Number of loans | 2,531 |
|---|---|
| Number of properties on which there was enough information for the model to determine a true market value | 1,229 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 670 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $41,552,645 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 185 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $11,214,205 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 82 |
| Weighted-average LTV, as stated by Defendants | 69.3% |
| Weighted-average LTV, as determined by the model | 77.6% |

12     **Item 65.**     **Evidence from subsequent sales of refinanced properties:**

Of the 2,531 mortgage loans in the collateral pool, 1,206 were taken out to refinance, rather than to purchase, properties. For those 1,206 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 1,206 properties, 159 were subsequently sold for a total of approximately $46,365,961. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $53,345,000. Thus, those properties were sold for 86.9% of the value ascribed to them, a difference of 13.1%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

21     **Item 71.**     **Undisclosed additional liens:**

       **(a)**     **Minimum number of properties with additional liens: 815**

       **(b)**     **Total reduction in equity from additional liens: $44,491,054**

       **(c)**     **Weighted-average reduction in equity from additional liens: 78.9%**

25     **Item 82.**     **Untrue or misleading statements about compliance with USPAP:**

In the prospectus, Credit Suisse made the following statement about the appraisals that secured the mortgage loans: "First Horizon's underwriting standards generally follow guidelines acceptable to Fannie Mae and Freddie Mac, except for maximum loan size. In determining the

-3-

1     adequacy of the property as collateral, an independent appraisal is made of each property

2     considered for financing. The appraiser is required to inspect the property and verify, that it is in

3     good condition and that construction, if new, has been completed. The appraisal is based on the

4     appraiser's judgment of values, giving appropriate weight to both the market value of comparable

5     homes and the cost of replacing the property." FHAMS 2005-FA8 Pros. 27.

6     **Item 88.**    **Untrue or misleading statements about owner-occupancy of the properties**

7                 **that secured the mortgage loans:**

8         In the prospectus supplement, Credit Suisse made the following statements about the

9     occupancy status of the properties that secured the mortgage loans in the collateral pool of this

10     securitization.

11         (a)    In Annex I of the prospectus supplement, described in Item 52 above, Credit

12     Suisse, presented a table entitled "Occupancy Types For The Mortgage Loans In Pool I." This

13     table divided the mortgage loans in Pool I into the categories "Primary Residence," "Investor

14     Property," and "Secondary Residence." The table made untrue and misleading statements about

15     the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

16     aggregate principal balance outstanding in each of these categories. FHAMS 2005-FA8 Pros.

17     Sup. I-2.

18         (b)    In the "Occupancy Types For The Mortgage Loans In Pool I" table, Credit Suisse

19     stated that 75.43% of the mortgage loans in Pool I were secured by a "Primary Residence,"

20     19.88% by an "Investor Property," and 4.7% by a "Secondary Residence." FHAMS 2005-FA8

21     Pros. Sup. I-2.

22         (c)    In Annex II, Credit Suisse, presented a table entitled "Occupancy Types For The

23     Mortgage Loans In Pool II." This table divided the mortgage loans in Pool II into the categories

24     "Primary Residence," "Investor Property," and "Secondary Residence." The table made untrue

25     and misleading statements about the number of mortgage loans, the aggregate principal balance

26     outstanding, and the percent of aggregate principal balance outstanding in each of these

27     categories. FHAMS 2005-FA8 Pros. Sup. II-2.

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (d)    In the "Occupancy Types For The Mortgage Loans In Pool II" table, Credit Suisse

2    stated that 54.92% of the mortgage loans in Pool II were secured by a "Primary Residence,"

3    39.99% by an "Investor Property," and 5.09% by a "Secondary Residence." FHAMS 2005-FA8

4    Pros. Sup. II-2.

5    (e)    In Annex III, Credit Suisse presented a table entitled "Occupancy Types For The

6    Mortgage Loans." This table divided all of the mortgage loans in the collateral pool of this

7    securitization into the categories "Primary Residence," "Investor Property," and "Secondary

8    Residence." The table made untrue and misleading statements about the number of mortgage

9    loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

10   outstanding in each of these categories. FHAMS 2005-FA8 Pros. Sup. III-2.

11   (f)    In the "Occupancy Types For The Mortgage Loans" table, Credit Suisse stated that

12   74.75% of the mortgage loans in the collateral pool were secured by a "Primary Residence,"

13   20.54% by an "Investor Property" and 4.71% by a "Secondary Residence." FHAMS 2005-FA8

14   Pros. Sup. III-2.

15   **Item 96.    Details of properties that were stated to be owner-occupied, but were not:**

16   **(a)    Number of loans on which the owner of the property instructed tax**

17   **authorities to send property tax bills to him or her at a different address: 162**

18   **(b)    Number of loans on which the owner of the property could have, but did not,**

19   **designate the property as his or her homestead: 188**

20   **(c)    Number of loans on which the owner of the property owned three or more**

21   **properties: 14**

22   **(d)    Number of loans that went straight from current to foreclosure or ownership**

23   **by lender: 1**

24   **(e)    Eliminating duplicates, number of loans about which one or more of**

25   **statements (a) through (d) is true: 323**

26

27

28

-5-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1  **Item 99.    Untrue or misleading statements about the underwriting standards of the**
2  **originators of the mortgage loans:**

3      On pages 11 and 26 through 28 of the prospectus, Credit Suisse made statements about the
4  underwriting guidelines of First Horizon Home Loan Corporation, which originated or acquired
5  all of the mortgage loans in the collateral pool of this securitization. All of those statements are
6  incorporated herein by reference. In particular, Credit Suisse stated that:

7      "[O]n a case by case basis, the related seller may determine that, based upon
8  compensating factors, a prospective borrower not strictly qualifying under its applicable
9  underwriting risk category guidelines warrants an underwriting exception." FHAMS 2005-FA8
10  Pros. 11.

11      (a)    "[A] mortgage loan may be considered to comply with a set of underwriting
12  standards, even if one or more specific criteria included in the underwriting standards were not
13  satisfied, if other factors compensated for the criteria that were not satisfied or if the mortgage
14  loan is considered to be in substantial compliance with the underwriting standards." FHAMS
15  2005-FA8 Pros. 11.

16      (b)    "First Horizon's Underwriting standards are intended to evaluate the prospective
17  mortgagor's credit standing and repayment ability, and the value and adequacy of the proposed
18  property as collateral." FHAMS 2005-FA8 Pros. 27.

19      (c)    "Underwriting standards are applied by or on behalf of a lender to evaluate a
20  borrower's credit standing and repayment ability, and the value and adequacy of the related
21  Property as collateral." FHAMS 2005-FA8 Pros. 27.

22  **Item 106.    Early payment defaults:**

23      **(a)    Number of the mortgage loans that suffered EPDs: 5**

24      **(b)    Percent of the mortgage loans that suffered EPDs: 0.2%**

25      **(c)    Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**
26      **made at the same time as the loans in the collateral pool that experienced**
27      **EPDs: 0.18%**

28

-6-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

 

| | | |
|---|---|---|
| 1 | **Item 117.** | **Statements about the ratings of the certificate(s) that the Bank purchased:** |

1   **Item 117.    Statements about the ratings of the certificate(s) that the Bank purchased:**

2   On page S-6 of the prospectus supplement, Credit Suisse made statements about the

3   ratings assigned to the certificates issued in this securitization. Credit Suisse stated that the

4   Bank's certificate was rated Aaa by Moody's Investors Services, Inc. and AAA by Standard &

5   Poor's Rating Services. These were the highest ratings available from these two rating agencies.

6   Credit Suisse also stated: "The classes of senior certificates [which includes class I-A-1]

7   will not be offered unless they are assigned a rating of "AAA" by S&P and "Aaa" by Moody's."

8   FHAMS 2005-FA8 Pros. Sup. S-11.

9   Credit Suisse also stated: "It is a condition to the issuance of the senior certificates [which

10  includes class I-A-1] that they be rated "AAA" by S&P and "Aaa" by Moody's." FHAMS 2005-

11  FA8 Pros. Sup. S-76.

12  **Item 120.    Summary of loans about which the Defendants made untrue or misleading**

13  **statements:**

14  (a)    **Number of loans whose LTVs were materially understated: 670**

15  (b)    **Number of loans in which the owner's equity was reduced by 5% or more by**

16  **undisclosed additional liens: 815**

17  (c)    **Number of loans that suffered EPDs: 5**

18  (d)    **Number of loans in which the properties were stated to be owner-occupied**

19  **but were not: 323**

20  (e)    **Eliminating duplicates, number of loans about which the Defendants made**

21  **untrue or misleading statements: 1,380**

22  (f)    **Eliminating duplicates, percent of loans about which the Defendants made**

23  **untrue or misleading statements: 54.5%**

24

25

26

27

28

-7-

1

## SCHEDULE 5 TO FIRST AMENDED COMPLAINT

2
3
4

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendants Credit Suisse and CSFB Mortgage Securities.

5   Item 44.    **Details of trust and certificate(s).**

6       (a)    **Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

7       (b)    **Description of the trust:** CSFB, Mortgage-Backed, Pass-Through Certificates,

8   Series 2005-9 was a securitization in September 2005 of 2,934 mortgage loans, in five groups.

9   The mortgage loans in the collateral pool of this securitization were acquired by DLJ Mortgage

10  Capital, Inc. from Credit Suisse First Boston Financial Corporation, JPMorgan Chase Bank, N.A.,

11  and various undisclosed originators. Credit Suisse First Boston Financial Corporation originated

12  10.42% of the loans in the collateral pool, and JP Morgan Chase Bank, N.A. originated 10.2%.

13  CSFB 2005-9 Pros. Sup. S-7.

14      (c)    **Description of the certificate(s) that the Bank purchased:** Credit Suisse offered

15  and sold to the Bank a senior certificate in this securitization, in tranche V-A-7, for which the

16  Bank paid $99,992,188 plus accrued interest on September 30, 2005.

17      (d)    **Ratings of the certificate(s) when the Bank purchased them:** Standard &

18  Poor's – AAA, Moody's – Aaa.

19      (e)    **Current ratings of the certificate(s):** Standard & Poor's – B1; Moody's – Aaa.

20      (f)    **URL of prospectus supplement for this securitization:**

21  http://www.sec.gov/Archives/edgar/data/802106/000089109205001910/e22520_424b5.txt.

22  Item 52.    **Untrue or misleading statements about the LTVs of the mortgage loans:**

23      In the prospectus supplement, Credit Suisse made the following statements about the

24  LTVs of the mortgage loans in the collateral pool of this securitization.

25      (a)    "All of the mortgage loans as of the cut-off date had LTV ratios at origination of

26  100% or less." CSFB 2005-9 Pros. Sup. S-36

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1          (b)     In the section of the prospectus supplement entitled "Mortgage Loan Statistical

2    Information," Credit Suisse and CSFB Mortgage Securities presented tables of statistics about the

3    mortgage loans in the collateral pool. CSFB 2005-9 S-37 to S-52. Each table focused on a certain

4    characteristic of the loans (for example, cut-off date mortgage loan principal balance) and divided

5    the mortgage loans into categories based on that characteristic (for example, mortgage loans with

6    cut off date principal balances of $250,000.01 to $300,000, $300,000.01 to $400,000,

7    $400,000.01 to $500,000, etc.). Each table then presented various data about the mortgage loans

8    in each category. One of the tables, entitled "Group I Original LTV Ratios," divided the mortgage

9    loans in group I into 13 categories of original LTV (for example, 20.001% to 25%, 30.001% to

10   35%, 35.001% to 40%, etc.). The table made untrue and misleading statements about the number

11   of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

12   principal balance outstanding in each of these categories. CSFB 2005-9 Pros. Sup. S-38.

13         (c)     "The minimum original LTV ratio and the maximum original LTV ratio for the

14   group I mortgage loans are 21.620% and 95.000%, respectively. The weighted average original

15   LTV ratio for the group I mortgage loans is approximately 68.662%." CSFB 2005-9 Pros. Sup.

16   S-38.

17         (d)     In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

18   Mortgage Securities presented a table entitled "Group II Original LTV Ratios." This table divided

19   the mortgage loans in group II into eight categories of original LTV (for example, 45.001 to 50%,

20   50.001% to 55%, 55.001 to 60%, etc.). The table made untrue and misleading statements about

21   the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

22   aggregate principal balance outstanding in each of these categories. CSFB 2005-9 Pros. Sup.

23   S-41.

24         (e)     "The minimum original LTV ratio and the maximum original LTV ratio for the

25   group II mortgage loans are 47.360% and 90.000%, respectively. The weighted average original

26   LTV ratio for the group II mortgage loans is approximately 72.084%." CSFB 2005-9 Pros. Sup.

27   S-41.

28

-2-

1    (f) In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

2 Mortgage Securities presented a table entitled "Group III Original LTV Ratios." This table

3 divided the mortgage loans in group III into 14 categories of original LTV (for example, 20.001%

4 to 25%, 25.001% to 30%, 35.001% to 40%, etc.). The table made untrue and misleading

5 statements about the number of mortgage loans, the aggregate principal balance outstanding, and

6 the percent of aggregate principal balance outstanding in each of these categories. CSFB 2005-9

7 Pros. Sup. S-44.

8    (g) "The minimum original LTV ratio and the maximum original LTV ratio for the

9 group III mortgage loans are 20.340% and 95.000%, respectively. The weighted average original

10 LTV ratio for the group III mortgage loans is approximately 78.340%." CSFB 2005-9 Pros. Sup.

11 S-44.

12    (h) In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

13 Mortgage Securities presented a table entitled "Group IV Original LTVs." This table divided the

14 mortgage loans in group IV into 16 categories of original LTV (for example, 10.001% to 15%,

15 15.001% to 20%, 20.001% to 25%, etc.). The table made untrue and misleading statements about

16 the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

17 aggregate principal balance outstanding in each of these categories. CSFB 2005-9 Pros. Sup. S-

18 47.

19    (i) "The minimum original LTV ratio and the maximum original LTV ratio for the

20 group IV mortgage loans are 12.950% and 90.000%, respectively. The weighted average original

21 LTV ratio for the group IV mortgage loans is approximately 69.448%." CSFB 2005-9 Pros. Sup.

22 S-47.

23    (j) In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

24 Mortgage Securities presented a table entitled "Group V Original LTV Ratios." This table divided

25 the mortgage loans in group V into 17 categories of original LTV (for example, 10.001% to 15%,

26 15.001% to 20%, 20.001% to 25%, etc. The table made untrue and misleading statements about

27 the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

28

-3-

1  aggregate principal balance outstanding in each of these categories. CSFB 2005-9 Pros. Sup. S-

2  50.

3      (k)    "The minimum original LTV ratio and the maximum original LTV ratio for the

4  group V mortgage loans are 10.250% and 95.000%, respectively. The weighted average original

5  LTV ratio for the group V mortgage loans is approximately 71.516%." CSFB 2005-9 Pros. Sup.

6  S-50.

7  **Item 62.**     **Details of the results of the AVM analysis:**

8

| | |
|---|---|
| Number of loans | 2,934 |
| Number of properties on which there was enough information for the model to determine a true market value | 752 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 373 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $31,175,787 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 173 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $14,125,700 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 72 |
| Weighted-average LTV, as stated by Defendants (Group 5) | 71.6% |
| Weighted-average LTV, as determined by the model (Group 5) | 80.6% |

18  **Item 71.**     **Undisclosed additional liens:**

19      **(a)**    **Minimum number of properties with additional liens:** 117

20      **(b)**    **Total reduction in equity from additional liens:** $14,608,026

21      **(c)**    **Weighted-average reduction in equity from additional liens:** 68.6%

22  **Item 82.**     **Untrue or misleading statements about compliance with USPAP:**

23      In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

24  following statement about the appraisals of the properties that secured the mortgage loans in the

25  collateral pool of this securitization: "All appraisals conform to the Uniform Standards of

26  Professional Appraisal Practice adopted by the Appraisal Standards Board of the Appraisal

27  Foundation and must be on forms acceptable to Fannie Mae and/or Freddie Mac." CSFB 2005-9

28  Pros. Sup. S-54.

-4-

1    **Item 88.    Untrue or misleading statements about owner-occupancy of the properties**
2                 **that secured the mortgage loans:**

3        In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the
4    following statements about the occupancy status of the properties that secured the mortgage loans
5    in the collateral pool of this securitization.

6        (a)    In the "Mortgage Loan Statistical Information" section, described in Item 52
7    above, Credit Suisse and CSFB Mortgage Securities presented a table entitled "Group I
8    Occupancy Types." This table divided the mortgage loans in group I into the categories
9    "Primary," "Investment," and "Second Home." The table made untrue and misleading statements
10   about the number of mortgage loans, the aggregate principal balance outstanding, and the percent
11   of aggregate principal balance outstanding in each of these categories. CSFB 2005-9 Pros. Sup. S-
12   38.

13       (b)    In the "Group I Occupancy Types" table, Credit Suisse and CSFB Mortgage
14   Securities stated that 92.61% of the mortgage loans in group I were secured by a "Primary"
15   residence, 2.13% by an "Investment" property, and 5.26% by a "Second Home." CSFB 2005-9
16   Pros. Sup. S-38.

17       (c)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB
18   Mortgage Securities presented a table entitled "Group II Occupancy Types." This table divided
19   the mortgage loans in group II into the categories "Primary," Investment," and "Second Home."
20   The table made untrue and misleading statements about the number of mortgage loans, the
21   aggregate principal balance outstanding, and the percent of aggregate principal balance
22   outstanding in each of these categories. CSFB 2005-9 Pros. Sup. S-41.

23       (d)    In the "Group II Occupancy Types" table, Credit Suisse and CSFB Mortgage
24   Securities stated that 92.48% of the mortgage loans in group II were secured by a "Primary"
25   residence, 2.6% by an "Investment" property, and 4.92% by a "Second Home." CSFB 2005-9
26   Pros. Sup. S-41.

27       (e)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB
28   Mortgage Securities presented a table entitled "Group III Occupancy Types." This table divided

-5-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

 

1   the mortgage loans in loan group III into the categories "Primary," "Investment," and "Second

2   Home." The table made untrue and misleading statements about the number of mortgage loans,

3   the aggregate principal balance outstanding, and the percent of aggregate principal balance

4   outstanding in each of these categories. CSFB 2005-9 Pros. Sup. S-44.

5       (f)    In the "Group III Occupancy Types" table, Credit Suisse and CSFB Mortgage

6   Securities stated that 86.49% of the mortgage loans in group III were secured by a "Primary"

7   residence, 11.27% by an "Investment" property and 2.24% by a "Second Home." CSFB 2005-9

8   Pros. Sup. S-44.

9       (g)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

10   Mortgage Securities presented another table entitled "Group IV Occupancy Types." The table

11   made untrue and misleading statements about the number of mortgage loans, the aggregate

12   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

13   of these categories. This table stated that 100% of the mortgage loans in loan group IV were

14   secured by an "Investment" property. CSFB 2005-9 Pros. Sup. S-47.

15       (h)    In the "Mortgage Loan Statistical Information" section, Credit Suisse and CSFB

16   Mortgage Securities presented a table entitled "Group V Occupancy Types." This table divided

17   the mortgage loans in loan group V into the categories "Primary," "Second Home," and

18   "Investment." The table made untrue and misleading statements about the number of mortgage

19   loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

20   outstanding in each of these categories. CSFB 2005-9 Pros. Sup. S-50.

21       (i)    In the "Group V Occupancy Types" table, Credit Suisse and CSFB Mortgage

22   Securities stated that 90.43% of the mortgage loans in group V were secured by a "Primary"

23   residence, 6.77% by an "Investment" property, and 2.8% by a "Second Home." CSFB 2005-9

24   Pros. Sup. S-50.

25   **Item 96.**    **Details of properties that were stated to be owner-occupied, but were not:**

26       **(a)**    **Number of loans on which the owner of the property instructed tax**

27            **authorities to send property tax bills to him or her at a different address: 52**

28



(b)    Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 95

(c)    Number of loans on which the owner of the property owned three or more properties: 10

(d)    Number of loans that went straight from current to foreclosure or ownership by lender: 3

(e)    Eliminating duplicates, number of loans about which one or more of statements (a) through (d) is true: 143

Item 99.    Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:

On pages S-53 through S-55 of the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made statements about the underwriting guidelines of the originators of all of the mortgage loans in the collateral pool of this securitization. All of those statements are incorporated herein by reference. In particular, Credit Suisse and CSFB Mortgage Securities stated that:

(a)    "[E]xceptions to the underwriting standards described herein are made in the event that compensating factors are demonstrated by a prospective borrower." CSFB 2005-9 Pros. Sup. S-53.

(b)    "The adequacy of the mortgaged property as security for repayment of the related mortgage loan will generally have been determined by an appraisal in accordance with pre-established appraisal procedure guidelines for appraisals established by or acceptable to the originator." CSFB 2005-9 Pros. Sup. S-54.

Item 106.    Early payment defaults:

(a)    Number of the mortgage loans that suffered EPDs: 16

(b)    Percent of the mortgage loans that suffered EPDs: 0.5%

(c)    Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.18%

-7-

| 1 | **Item 107.** | **90+ days delinquencies:** |
| 2 | **(a)** | Number of the mortgage loans that suffered 90+ days delinquencies: 462 |
| 3 | **(b)** | Percent of the mortgage loans that suffered 90+ days delinquencies: 15.7% |
| 4 | **(c)** | Percent of all securitized, non-agency prime (including Alt-A) mortgage loans |
| 5 | | made at the same time as the loans in the collateral pool that suffered 90+ |
| 6 | | days delinquencies: 16.5% |
| 7 | **Item 108.** | **30+ days delinquencies in this securitization:** |
| 8 | **(a)** | Number of the mortgage loans that were 30+ days delinquent on March 31, |
| 9 | | 2010: 450 |
| 10 | **(b)** | Percent of the mortgage loans that were 30+ days delinquent on March 31, |
| 11 | | 2010: 15.3% |
| 12 | **(c)** | Percent of all mortgage loans in the United States that were 30+ days |
| 13 | | delinquent on March 31, 2010: 14.7% |
| 14 | **Item 117.** | **Statements about the ratings of the certificate(s) that the Bank purchased:** |

On page S-9 of the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made statements about the ratings assigned to the certificates issued in this securitization. Credit Suisse and CSFB Mortgage Securities stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Standard & Poor's Rating Services. These were the highest ratings available from these two rating agencies.

Credit Suisse and CSFB Mortgage Securities also stated: "When issued, the offered certificates will receive ratings that are not lower than those listed in the table beginning on page S-9 of this prospectus supplement." CSFB 2005-9 Pros. Sup. S-17.

Credit Suisse and CSFB Mortgage Securities also stated: "It is a condition to the issuance of the offered certificates that they be rated as indicated on pages S-9 and S-10 of this prospectus supplement by Standard & Poor's Ratings Services, a division of The McGraw Hill Companies, Inc. ("S&P") and Moody's Investors Services, Inc. ("Moody's")." CSFB 2005-9 Pros. Sup. S-127.

-8-

| 1 | Item 120. | Summary of loans about which the Defendants made untrue or misleading |
| 2 | | statements: |
| 3 | (a) | Number of loans whose LTVs were materially understated: 373 |
| 4 | (b) | Number of loans in which the owner's equity was reduced by 5% or more by |
| 5 | | undisclosed additional liens: 112 |
| 6 | (c) | Number of loans that suffered EPDs: 16 |
| 7 | (d) | Number of loans in which the properties were stated to be owner-occupied |
| 8 | | but were not: 143 |
| 9 | (e) | Eliminating duplicates, number of loans about which the Defendants made |
| 10 | | untrue or misleading statements: 557 |
| 11 | (f) | Eliminating duplicates, percent of loans about which the Defendants made |
| 12 | | untrue or misleading statements: 19.0% |

-9-

1

**SCHEDULE 6 TO FIRST AMENDED COMPLAINT**

2       To the extent that this Schedule is incorporated by reference into allegations in the

3   complaint, those allegations are made against Defendants Credit Suisse and CSFB Mortgage

4   Securities.

5   **Item 44.      Details of trust and certificate(s).**

6       **(a)     Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

7       **(b)     Description of the trust:** Adjustable Rate Mortgage-Backed Pass-Through

8   Certificates, Series 2005-2 was a securitization in February 2005 of 3,987 mortgage loans,[2] in

9   seven groups. The mortgage loans in the collateral pool of this securitization were originated or

10  acquired by DLJ Mortgage Capital, Inc. ARMT 2005-2 Pros. Sup. S-37.

11      **(c)     Description of the certificate(s) that the Bank purchased:** Credit Suisse offered

12  and sold to the Bank a senior certificate in this securitization, in tranche 5-A-2, for which the

13  Bank paid $50,552,734 plus accrued interest on February 28, 2005.

14      **(d)     Ratings of the certificate(s) when the Bank purchased them:** Standard &

15  Poor's – AAA; Moody's – Aaa.

16      **(e)     Current ratings of the certificate(s):** Standard & Poor's – Caa2; Moody's – Aaa.

17      **(f)     URL of prospectus supplement for this securitization:**

18  http://www.sec.gov/Archives/edgar/data/802106/000095011705000820/a39315.txt.

19  **Item 52.      Untrue or misleading statements about the LTVs of the mortgage loans:**

20      In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

21  following statements about the LTVs of the mortgage loans in the collateral pool of this

22  securitization.

23      **(a)     The weighted-average original LTV of the mortgage loans in loan group 1 was

24  73.52%.** ARMT 2005-2 Pros. Sup. S-16.

25

26

---

27      [2] ARMT 2005-2 was a prefunded securitization. On the closing date of the securitization there
    were 3,987 mortgage loans in the trust. After the closing date of the securitization, the trust purchased an
28  additional 199 mortgage loans.

---

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (b)    The weighted-average original LTV of the mortgage loans in loan group 2 was

2    72.33%. ARMT 2005-2 Pros. Sup. S-16.

3    (c)    The weighted-average original LTV of the mortgage loans in loan group 3 was

4    70.5%. ARMT 2005-2 Pros. Sup. S-16.

5    (d)    The weighted-average original LTV of the mortgage loans in loan group 4 was

6    75.27%. ARMT 2005-2 Pros. Sup. S-16.

7    (e)    The weighted-average original LTV of the mortgage loans in loan group 5 was

8    75.05%. ARMT 2005-2 Pros. Sup. S-16.

9    (f)    The weighted-average original LTV of the all of the mortgage loans in loan groups

10   1 through 5 was 73.69%. ARMT 2005-2 Pros. Sup. S-16.

11   (g)    The weighted-average LTV of the mortgage loans in loan group 6A was 77.15%.

12   ARMT 2005-2 Pros. Sup. S-16.

13   (h)    The weighted-average LTV of the mortgage loans in loan group 6B was 73.23%.

14   ARMT 2005-2 Pros. Sup. S-16.

15   (i)    The weighted-average LTV of the all of mortgage loans in loan groups 6A and

16   6B was 74.01%. ARMT 2005-2 Pros. Sup. S-16.

17   (j)    "All of the initial mortgage loans as of the cut-off date had LTV ratio at

18   origination of 100% or less." ARMT 2005-2 Pros. Sup. S-32.

19   (k)    In Annex III of the prospectus supplement ("Mortgage Loan Statistical

20   Information"), Credit Suisse and CSFB Mortgage Securities presented tables of statistics about

21   the mortgage loans in the collateral pool. ARMT 2005-2 Pros. Sup. III-1 to III-68. Each table

22   focused on a certain characteristic of the loans (for example, cut-off date principal balance) and

23   divided the mortgage loans into categories based on that characteristic (for example, mortgage

24   loans with cut-off date principal balances of $150,000.01 to $175,000, $300,000.01 to $400,000,

25   $400,000.01 to $500,000, etc.). Each table then presented various data about the mortgage loans

26   in each category. One of the tables, entitled "Group 1 Original LTV Ratios," divided the

27   mortgage loans in loan group 1 into nine categories of original LTV (for example, less than or

28   equal to 50%, 55.01% to 60%, 60.01% to 65%, etc.). The table made untrue and misleading

-2-



1  statements about the number of mortgage loans, the aggregate principal balance outstanding, and

2  the percent of aggregate principal balance outstanding in each of these categories. ARMT 2005-2

3  Pros. Sup. III-3.

4      (l)    "The minimum original LTV ratio and the maximum original LTV ratio for the

5  initial mortgage loans in loan group 1 are 20.20% and 93.02%, respectively. As of the cut-off

6  date, the weighted average original LTV ratio for the mortgage loans in loan group 1 will be

7  approximately 73.52%." ARMT 2005-2 Pros. Sup. III-3.

8      (m)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table

9  entitled "Group 2 Original LTV Ratios." This table divided the mortgage loans in loan group 2

10  into 10 categories of original LTV ratio (for example, less than or equal to 50%, 50.01% to 55%,

11  55.01% to 60%, etc). The table made untrue and misleading statements about the number of

12  mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

13  principal balance outstanding in each of these categories. ARMT 2005-2 Pros. Sup. III-9.

14      (n)    "The minimum original LTV ratio and the maximum original LTV ratio for the

15  initial mortgage loans in loan group 2 are 24.63% and 94.99%, respectively. As of the cut-off

16  date, the weighted average original LTV ratio for the mortgage loans in loan group 2 will be

17  approximately 72.33%." ARMT 2005-2 Pros. Sup. III-9.

18      (o)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table

19  entitled "Group 3 Original LTV Ratios." This table divided the mortgage loans in loan group 3

20  into nine categories of original LTV (for example, less than or equal to 50%, 50.01% to 55%,

21  55.01% to 60%, etc.). The table made untrue and misleading statements about the number of

22  mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

23  principal balance outstanding in each of these categories. ARMT 2005-2 Pros. Sup. III-15.

24      (p)    "The minimum original LTV ratio and the maximum original LTV ratio for the

25  initial mortgage loans in loan group 3 are 24.75% and 95.00%, respectively. As of the cut-off

26  date, the weighted average original LTV ratio for the mortgage loans in loan group 3 will be

27  approximately 70.5%." ARMT 2005-2 Pros. Sup. III-15.

28

-3-

1    (q)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table
2    entitled "Group 4 Original LTV Ratios." This table divided the mortgage loans in loan group 4
3    into 11 categories of original LTV (for example, less than or equal to 50%, 50.01% to 55%,
4    55.01% to 60%, etc.). The table made untrue and misleading statements about the number of
5    mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate
6    principal balance outstanding in each of these categories. ARMT 2005-2 Pros. Sup. III-21.

7    (r)    "The minimum original LTV ratio and the maximum original LTV ratio for the
8    initial mortgage loans in loan group 4 are 17.39% and 100.00%, respectively. As of the cut-off
9    date, the weighted average original LTV ratio for the mortgage loans in loan group 4 will be
10   approximately 75.27%." ARMT 2005-2 Pros. Sup. III-21.

11   (s)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a similar
12   table entitled "Group 5 Original LTV Ratios." This table divided the mortgage loans in loan
13   group 5 into 11 categories of original LTV (for example, less than or equal to 50%, 50.01% to
14   55%, 55.01% to 60%, etc.). The table made untrue and misleading statements about the number
15   of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate
16   principal balance outstanding in each of these categories. ARMT 2005-2 Pros. Sup. III-28.

17   (t)    "The minimum original LTV ratio and the maximum original LTV ratio for the
18   initial mortgage loans in loan group 5 are 12.22% and 97.00%, respectively. As of the cut-off
19   date, the weighted average original LTV ratio for the mortgage loans in loan group 5 will be
20   approximately 75.05%." ARMT 2005-2 Pros. Sup. III-28.

21   (u)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table
22   entitled "Groups 1-5 Original LTV Ratios." This table divided the all of the mortgage loans in
23   loan groups 1 through 5 into 11 categories of original LTV (for example, less than or equal to
24   50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and misleading statements
25   about the number of mortgage loans, the aggregate principal balance outstanding, and the percent
26   of aggregate principal balance outstanding in each of these categories. ARMT 2005-2 Pros. Sup.
27   III-35.

28

-4-



1    (v)    "The minimum original LTV ratio and the maximum original LTV ratio for the

2    initial mortgage loans in loan groups 1-5 are 12.22% and 100.00%, respectively. As of the cut-off

3    date, the weighted average original LTV ratio for the mortgage loans in loan groups 1-5 will be

4    approximately 73.696%." ARMT 2005-2 Pros. Sup. III-35.

5    (w)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table

6    entitled "Group 6A Original LTV Ratios." This table divided the mortgage loans in loan group

7    6A into 11 categories of original LTV (for example, less than or equal to 50%, 50.01% to 55%,

8    55.01% to 60%, etc.). The table made untrue and misleading statements about the number of

9    mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

10    principal balance outstanding in each of these categories. ARMT 2005-2 Pros. Sup. III-43.

11    (x)    "The minimum original LTV ratio and the maximum original LTV ratio for the

12    initial mortgage loans in loan group 6A are 14.12% and 100.00%, respectively. As of the cut-off

13    date, the weighted average original LTV ratio for the mortgage loans in loan group 6A will be

14    approximately 77.15%." ARMT 2005-2 Pros. Sup. III-43.

15    (y)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table

16    entitled "Group 6B Original LTV Ratios." This table divided the mortgage loans in loan group 6B

17    into 11 categories of original LTV (for example, less than or equal to 50%, 50.01% to 55%,

18    55.01% to 60%, etc.). The table made untrue and misleading statements about the number of

19    mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

20    principal balance outstanding in each of these categories. ARMT 2005-2 Pros. Sup. III-52.

21    (z)    "The minimum original LTV ratio and the maximum original LTV ratio for the

22    initial mortgage loans in loan group 6B are 15.00% and 100.00%, respectively. As of the cut-off

23    date, the weighted average original LTV ratio for the initial mortgage loans in loan group 6B will

24    be approximately 73.23%." ARMT 2005-2 Pros. Sup. III-52.

25    (aa)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table

26    entitled "Group 6A and Group 6B Original LTV Ratios." This table divided all of the mortgage

27    loans in loan groups 6A and 6B into 11 categories of original LTV (for example, less than or

28    equal to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and misleading

-5-

1   statements about the number of mortgage loans, the aggregate principal balance outstanding, and

2   the percent of aggregate principal balance outstanding in each of these categories. ARMT 2005-2

3   Pros. Sup. III-62.

4       (bb)    "The minimum original LTV ratio and the maximum original LTV ratio for the

5   initial mortgage loans in loan group 6A and loan group 6B are 14.12% and 100.00%,

6   respectively. As of the cut-off date, the weighted average original LTV ratio for the initial

7   mortgage loans in loan group 6A and loan group 6B will be approximately 74.01%." ARMT

8   2005-2 Pros. Sup. III-62.

9   **Item 62.     Details of the results of the AVM analysis:**

10

| | |
|---|---|
| Number of loans | 4,186 |
| Number of properties on which there was enough information for the model to determine a true market value | 2,277 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,235 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $82,586,778 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 376 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $26,378,893 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 198 |
| Weighted-average LTV, as stated by Defendants (Group 5) | 75.1% |
| Weighted-average LTV, as determined by the model (Group 5) | 83.3% |

20  **Item 71.     Undisclosed additional liens:**

21      **(a)    Minimum number of properties with additional liens: 280**

22      **(b)    Total reduction in equity from additional liens: $23,490,386**

23      **(c)    Weighted-average reduction in equity from additional liens: 69.7%**

24  **Item 82.     Untrue or misleading statements about compliance with USPAP:**

25      In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

26  following statement about the appraisals of the properties that secured the mortgage loans in the

27  collateral pool of this securitization: "The underwriting standards typically differ from, and are

28

-6-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1  generally less stringent than, the underwriting standards established by Fannie Mae or Freddie

2  Mac." ARMT 2005-2 Pros. Sup. S-17.

3       In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

4  following statement about the appraisals of the properties that secured the mortgage loans in the

5  collateral pool of this securitization: "The underwriting standards applicable to the mortgage

6  loans typically differ from, and are, with respect to a substantial number of mortgage loans,

7  generally less stringent than, the underwriting standards established by Fannie Mae or Freddie

8  Mac primarily with respect to original principal balances, loan-to-value ratios, borrower income,

9  required documentation, interest rates, borrower occupancy of the mortgaged property and/or

10  property types." ARMT 2005-2 Pros. Sup. S-37.

11       In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

12  following statement about the appraisals of the properties that secured the mortgage loans in the

13  collateral pool of this securitization: "All appraisals conform to the Uniform Standards of

14  Professional Appraisal Practice adopted by the Appraisal Standards Board of the Appraisal

15  Foundation and must be on forms acceptable to Fannie Mae and/or Freddie Mac." ARMT 2005-2

16  Pros. Sup. S-38.

17  **Item 88.**    **Untrue or misleading statements about owner-occupancy of the properties**

18            **that secured the mortgage loans:**

19       In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the

20  following statements about the occupancy status of the properties that secured the mortgage loans

21  in the collateral pool of this securitization.

22      (a)    92.71% of the mortgage loans in loan group 1 were secured by a "Primary"

23  residence. ARMT 2005-2 Pros. Sup. S-16.

24      (b)    93.12% of the mortgage loans in loan group 2 were secured by a "Primary"

25  residence. ARMT 2005-2 Pros. Sup. S-16.

26      (c)    92.8% of the mortgage loans in loan group 3 were secured by a "Primary"

27  residence. ARMT 2005-2 Pros. Sup. S-16.

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (d)    86.28% of the mortgage loans in loan group 4 were secured by a "Primary"

2    residence. ARMT 2005-2 Pros. Sup. S-16.

3    (e)    79.12% of the mortgage loans in loan group 5 were secured by a "Primary"

4    residence. ARMT 2005-2 Pros. Sup. S-16.

5    (f)    87.18% of all of the mortgage loans in loan groups 1 through 5 were secured by a

6    "Primary" residence. ARMT 2005-2 Pros. Sup. S-16.

7    (g)    74.64% of the mortgage loans in loan group 6A were secured by a "Primary"

8    residence. ARMT 2005-2 Pros. Sup. S-16.

9    (h)    81.33% of the mortgage loans in loan group 6B were secured by a "Primary"

10    residence. ARMT 2005-2 Pros. Sup. S-16.

11    (i)    79.99% of all of the mortgage loans in loan groups 6A and 6B were secured by a

12    "Primary" residence. ARMT 2005-2 Pros. Sup. S-16.

13    (j)    In Annex III of the prospectus supplement, described in Item 52 above, Credit

14    Suisse and CSFB Mortgage Securities presented a table entitled "Group 1 Occupancy Types."

15    This table divided the mortgage loans in loan group 1 into the categories "Primary,"

16    "Investment," and "Second Home." The table made untrue and misleading statements about the

17    number of mortgage loans, the aggregate principal balance outstanding, and the percent of

18    aggregate principal balance outstanding in each of these categories. ARMT 2005-2 Pros. Sup. III-

19    2.

20    (k)    In the "Group 1 Occupancy Types" table, Credit Suisse and CSFB Mortgage

21    Securities stated that 92.71% of the mortgage loans in loan group 1 were secured by a "Primary"

22    residence, 3.31% by an "Investment" property, and 3.98% by a "Second Home." ARMT 2005-2

23    Pros. Sup. III-2.

24    (l)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table

25    entitled "Group 2 Occupancy Types." This table divided the mortgage loans in loan group 2 into

26    the categories "Primary," "Investment," and "Second Home." The table made untrue and

27    misleading statements about the number of mortgage loans, the aggregate principal balance

28

-8-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    outstanding, and the percent of aggregate principal balance outstanding in each of these
2    categories. ARMT 2005-2 Pros. Sup. III-8.

3         (m)    In the "Group 2 Occupancy Types" table, Credit Suisse and CSFB Mortgage
4    Securities stated that 93.12% of the mortgage loans in loan group 2 were secured by a "Primary"
5    residence, 2.5% by an "Investment" property, and 4.38% by a "Second Home." ARMT 2005-2
6    Pros. Sup. III-8.

7         (n)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table
8    entitled "Group 3 Occupancy Types." This table divided the mortgage loans in loan group 3 into
9    the categories "Primary," "Investment," and "Second Home." The table made untrue and
10   misleading statements about the number of mortgage loans, the aggregate principal balance
11   outstanding, and the percent of aggregate principal balance outstanding in each of these
12   categories. ARMT 2005-2 Pros. Sup. III-14.

13        (o)    In the "Group 3 Occupancy Types" table, Credit Suisse and CSFB Mortgage
14   Securities stated that 92.8% of the mortgage loans in loan group 3 were secured by a "Primary"
15   residence, 4.69% by an "Investment" property, and 2.52% by a "Second Home." ARMT 2005-2
16   Pros. Sup. III-14.

17        (p)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table
18   entitled "Group 4 Occupancy Types." This table divided the mortgage loans in loan group 4 into
19   the categories "Primary," "Investment," and "Second Home." The table made untrue and
20   misleading statements about the number of mortgage loans, the aggregate principal balance
21   outstanding, and the percent of aggregate principal balance outstanding in each of these
22   categories. ARMT 2005-2 Pros. Sup. III-20.

23        (q)    In the "Group 4 Occupancy Types" table, Credit Suisse and CSFB Mortgage
24   Securities stated that 86.28% of the mortgage loans in loan group 4 were secured by a "Primary"
25   residence, 10.54% by an "Investment" property, and 3.18% by a "Second Home." ARMT 2005-2
26   Pros. Sup. III-20.

27        (r)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table
28   entitled "Group 5 Occupancy Types." This table divided the mortgage loans in loan group 5 into

-9-

1    the categories "Primary," "Investment," and "Second Home." The table made untrue and

2    misleading statements about the number of mortgage loans, the aggregate principal balance

3    outstanding, and the percent of aggregate principal balance outstanding in each of these

4    categories. ARMT 2005-2 Pros. Sup. III-27.

5          (s)    In the "Group 5 Occupancy Types" table, Credit Suisse and CSFB Mortgage

6    Securities stated that 79.12% of the mortgage loans in loan group 5 were secured by a "Primary"

7    residence, 16.21% by an "Investment" property, and 4.67% by a "Second Home." ARMT 2005-2

8    Pros. Sup. III-27.

9          (t)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table

10   entitled "Groups 1-5 Occupancy Types." This table divided all of the mortgage loans in loan

11   groups 1 through 5 into the categories "Primary," "Investment," and "Second Home." The table

12   made untrue and misleading statements about the number of mortgage loans, the aggregate

13   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

14   of these categories. ARMT 2005-2 Pros. Sup. III-34.

15         (u)    In the "Groups 1-5 Occupancy Types" table, Credit Suisse and CSFB Mortgage

16   Securities stated that 87.18% of all of the mortgage loans in loan groups 1-5 were secured by a

17   "Primary" residence, 8.83% by an "Investment" property, and 3.98% by a "Second Home."

18   ARMT 2005-2 Pros. Sup. III-34.

19         (v)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table

20   entitled "Group 6A Occupancy Types." This table divided the mortgage loans in loan group 6A

21   into the categories "Primary," "Investment," and "Second Home." The table made untrue and

22   misleading statements about the number of mortgage loans, the aggregate principal balance

23   outstanding, and the percent of aggregate principal balance outstanding in each of these

24   categories. ARMT 2005-2 Pros. Sup. III-42.

25         (w)    In the "Group 6A Occupancy Types" table, Credit Suisse and CSFB Mortgage

26   Securities stated that 74.64% of the mortgage loans in loan group 6A were secured by a

27   "Primary" residence, 21.84% by an "Investment" property, and 3.52% by a "Second Home."

28   ARMT 2005-2 Pros. Sup. III-42.

-10-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1      (x)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a, table

2  entitled "Group 6B Occupancy Types." This table divided the mortgage loans in loan group 6B

3  into the categories "Primary," "Investment," and "Second Home." The table made untrue and

4  misleading statements about the number of mortgage loans, the aggregate principal balance

5  outstanding, and the percent of aggregate principal balance outstanding in each of these

6  categories. ARMT 2005-2 Pros. Sup. III-51.

7      (y)    In the "Group 6B Occupancy Types" table, Credit Suisse and CSFB Mortgage

8  Securities stated that 81.33% of the mortgage loans in loan group 6B were secured by a

9  "Primary" residence, 13.41% by an "Investment" property, and 5.26% by a "Second Home."

10  ARMT 2005-2 Pros. Sup. III-51.

11      (z)    In Annex III, Credit Suisse and CSFB Mortgage Securities presented a table

12  entitled "Group 6A and Group 6B Occupancy Types." This table divided all of the mortgage

13  loans in loan groups 6A and 6B into the categories "Primary," "Investment," and "Second

14  Home." The table made untrue and misleading statements about the number of mortgage loans,

15  the aggregate principal balance outstanding, and the percent of aggregate principal balance

16  outstanding in each of these categories. ARMT 2005-2 Pros. Sup. III-62.

17      (aa)    In the "Group 6A and Group 6B Occupancy Types" table, Credit Suisse and CSFB

18  Mortgage Securities stated that 79.99% of all of the mortgage loans in loan group 6B were

19  secured by a "Primary" residence, 15.1% by an "Investment" property, and 4.91% by a "Second

20  Home." ARMT 2005-2 Pros. Sup. III-62.

21  **Item 96.**    **Details of properties that were stated to be owner-occupied, but were not:**

22      **(a)**    **Number of loans on which the owner of the property instructed tax**

23              **authorities to send property tax bills to him or her at a different address: 235**

24      **(b)**    **Number of loans on which the owner of the property could have, but did not,**

25              **designate the property as his or her homestead: 326**

26      **(c)**    **Number of loans on which the owner of the property owned three or more**

27              **properties: 19**

28

-11-

1       (d)     **Number of loans that went straight from current to foreclosure or ownership**

2              **by lender: 1**

3       (e)     **Eliminating duplicates, number of loans about which one or more of**

4              **statements (a) through (d) is true: 494**

5    **Item 99.**     **Untrue or misleading statements about the underwriting standards of the**

6              **originators of the mortgage loans:**

7       On pages S-37 through S-38 of the prospectus supplement, Credit Suisse and CSFB

8 Mortgage Securities made statements about the underwriting guidelines of DLJ Mortgage Capital,

9 Inc., which originated or acquired all of the mortgage loans of this securitization. All of those

10 statements are incorporated herein by reference. In particular, Credit Suisse and CSFB Mortgage

11 Securities stated that:

12       (a)     "[E]xceptions to the underwriting standards described herein are made in the event

13 that compensating factors are demonstrated by a prospective borrower." ARMT 2005-2 Pros.

14 Sup. S-37.

15       (b)     "The adequacy of the mortgaged property as security for repayment of the related

16 mortgage loan will generally have been determined by an appraisal in accordance with pre-

17 established appraisal procedure guidelines for appraisals established by or acceptable to the

18 originator." ARMT 2005-2 Pros. Sup. S-38.

19    **Item 106.**    **Early payment defaults:**

20       (a)     **Number of the mortgage loans that suffered EPDs: 53**

21       (b)     **Percent of the mortgage loans that suffered EPDs: 1.3%**

22       (c)     **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

23              **made at the same time as the loans in the collateral pool that experienced**

24              **EPDs: 0.18%**

25    **Item 107.**    **90+ days delinquencies:**

26       (a)     **Number of the mortgage loans that suffered 90+ days delinquencies: 577**

27       (b)     **Percent of the mortgage loans that suffered 90+ days delinquencies: 13.8%**

28

1      (c)      **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

2               **made at the same time as the loans in the collateral pool that suffered 90+**

3               **days delinquencies:** 16.5%

4      **Item 117.**      **Statements about the ratings of the certificate(s) that the Bank purchased:**

5      On page S-7 of the prospectus supplement, Credit Suisse and CSFB Mortgage Securities

6      made statements about the ratings assigned to the certificates issued in this securitization. Credit

7      Suisse and CSFB Mortgage Securities stated that the Bank's certificate was rated Aaa by

8      Moody's Investors Service, Inc. and AAA by Standard & Poor's Rating Services. These were the

9      highest ratings available from these two rating agencies.

10     Credit Suisse and CSFB Mortgage Securities also stated: "When issued, the offered

11     certificates . . . will be "mortgage related securities" for purposes of SMMEA. After the

12     prefunding period, the offered certificates . . . will be "mortgage related securities" for purposes

13     of SMMEA, so long as they are rated in one of the two highest rating categories by at least one

14     nationally recognized statistical rating organization." ARMT 2005-2 Pros. Sup. S-15.

15     Credit Suisse and CSFB Mortgage Securities also stated: "When issued, the offered

16     certificates will receive ratings that are not lower than those listed in the table on page S-7 of this

17     prospectus supplement." ARMT 2005-2 Pros. Sup. S-15.

18     Credit Suisse and CSFB Mortgage Securities also stated: "It is a condition to the issuance

19     of the offered certificates that they be rated as indicated on page S-7 of this prospectus

20     supplement by Moody's Investors Service, Inc. . . . and Standard & Poor's Ratings Services . . . ."

21     ARMT 2005-2 Pros. Sup. S-111.

22     **Item 120.**      **Summary of loans about which the Defendants made untrue or misleading**

23               **statements:**

24      (a)      **Number of loans whose LTVs were materially understated:** 1,235

25      (b)      **Number of loans in which the owner's equity was reduced by 5% or more by**

26               **undisclosed additional liens:** 280

27      (c)      **Number of loans that suffered EPDs:** 53

28

-13-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (d)    Number of loans in which the properties were stated to be owner-occupied

2            but were not: 494

3    (e)    Eliminating duplicates, number of loans about which the Defendants made

4            untrue or misleading statements: 1,725

5    (f)    Eliminating duplicates, percent of loans about which the Defendants made

6            untrue or misleading statements: 41.2%

-14-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1 **SCHEDULE 7 TO FIRST AMENDED COMPLAINT**

2      To the extent that this Schedule is incorporated by reference into allegations in the

3 complaint, those allegations are made against Defendants Credit Suisse, CWALT, and

4 Countrywide Financial Corporation.

5 **Item 44.**     **Details of trust and certificate(s).**

6     **(a)**     **Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

7     **(b)**     **Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8 Certificates, Series 2007-18CB was a securitization in June 2007 of 3,026 mortgage loans, in two

9 groups. The mortgage loans in the collateral pool of this securitization were originated or

10 acquired by Countrywide Home Loans, Inc. CWALT 2007-18CB Pros. Sup. S-39.

11     **(c)**     **Description of the certificate(s) that the Bank purchased:** Credit Suisse offered

12 and sold to the Bank a senior certificate in this securitization, in tranche 2-A-22, for which the

13 Bank paid $108,637,891 plus accrued interest on June 29, 2007.

14     **(d)**     **Ratings of the certificate(s) when the Bank purchased them:** Standard &

15 Poor's – AAA

16     **(e)**     **Current ratings of the certificate(s):** Standard & Poor's – CC

17     **(f)**     **URL of prospectus supplement for this securitization:**

18 http://www.sec.gov/Archives/edgar/data/1269518/000136231007001246/c70729e424b5.htm.

19     **(g)**     **Registration statement pursuant or traceable to which the certificate(s) were**

20 **issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

21 pursuant or traceable to a registration statement filed by CWALT, Inc. with the SEC on form S-3

22 on April 24, 2007. Annexed to the registration statement was a prospectus. The prospectus was

23 amended from time to time by prospectus supplements whenever a new series of certificates was

24 issued pursuant or traceable to that registration statement.

25 **Item 52.**     **Untrue or misleading statements about the LTVs of the mortgage loans:**

26     In the prospectus supplement, Credit Suisse and CWALT made the following statements

27 about the LTVs of the mortgage loans in the collateral pool of this securitization.

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1      (a)    The weighted-average original LTV of the mortgage loans in loan group 1 was

2  73.21%. CWALT 2007-18CB Pros. Sup. S-5.

3      (b)    The weighted-average original LTV of the mortgage loans in loan group 2 was

4  70.14%. CWALT 2007-18CB Pros. Sup. S-5.

5      (c)    "No mortgage loan in any loan group had a Loan-to-Value Ratio at origination or

6  on the closing date of more than 100%." CWALT 2007-18CB Pros. Sup. S-35.

7      (d)    In Annex A of the prospectus supplement ("The Mortgage Pool"), Credit Suisse

8  and CWALT presented tables of statistics about the mortgage loans in the collateral pool.

9  CWALT 2007-18CB Pros. Sup. A-1 to A-19. Each table focused on a certain characteristic of the

10  loans (for example, current mortgage loan principal balance) and divided the loans into categories

11  based on that characteristic (for example, loans with a range of current mortgage loan principal

12  balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table

13  then presented various data about the loans in each category. Among these data was the

14  "Weighted Average Original Loan-to-Value Ratio." There were 13 such tables in Annex A for the

15  mortgage loans in loan group 1. In each table, the number of categories into which the loans were

16  divided ranged from three to 22. Thus, in Annex A, Credit Suisse and CWALT made hundreds of

17  statements about the original LTVs of the loans in loan group 1. CWALT 2007-18CB Pros. Sup.

18  A-1 to A-9.

19      (e)    In Annex A, Credit Suisse and CWALT presented similar tables of statistics about

20  the mortgage loans in loan group 2. In these tables, Credit Suisse and CWALT similarly made

21  hundreds of statements about the weighted-average original LTV of the mortgage loans in loan

22  group 2. CWALT 2007-18CB Pros. Sup. A-10 to A-19.

23  **Item 62.**    **Details of the results of the AVM analysis:**

| Number of loans | 3,026 |
|---|---|
| Number of properties on which there was enough information for the model to determine a true market value | 1,742 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,176 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $74,482,609 |

-2-

| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 185 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $11,296,210 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 216 |
| Weighted-average LTV, as stated by Defendants (Group 2) | 70.1% |
| Weighted-average LTV, as determined by the model (Group 2) | 79.9% |

**Item 65.** **Evidence from subsequent sales of refinanced properties:**

Of the 3,026 mortgage loans in the collateral pool, 1,813 were taken out to refinance, rather than to purchase, properties. For those 1,813 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 1,813 properties, 95 were subsequently sold for a total of approximately $33,045,059. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $41,089,300. Thus, those properties were sold for 80.4% of the value ascribed to them, a difference of 19.6%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 82.** **Untrue or misleading statements about compliance with USPAP:**

In the prospectus supplement, Credit Suisse and CWALT made the following statement about the appraisals of the properties that secured the mortgage loans: "All of the mortgage loans have original principal balances that conform to the guidelines of Fannie Mae and Freddie Mac." CWALT 2007-18CB Pros. Sup. S-5.

In the prospectus supplement, Credit Suisse and CWALT made the following statement about the appraisals of the properties that secured the mortgage loans: "All of the mortgage loans have original principal balances that conform to the guidelines of Fannie Mae and Freddie Mac." CWALT 2007-18CB Pros. Sup. S-34.

In the prospectus supplement, Credit Suisse and CWALT made the following statement about the appraisals of the properties [Countrywide] that secured the mortgage loans: "All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in effect." CWALT 2007-18CB Pros. Sup. S-41.

-3-

1 **Item 88.** **Untrue or misleading statements about owner-occupancy of the properties**
2 **that secured the mortgage loans:**

3     In the prospectus supplement, Credit Suisse and CWALT made the following statements
4 about the occupancy status of the properties that secured the mortgage loans in the collateral pool
5 of this securitization.

6     (a)     In Annex A of the prospectus supplement, described in Item 52, Credit Suisse and
7 CWALT presented a table entitled "Occupancy Types." This table divided the mortgage loans in
8 loan group 1 into the categories "Primary Residence," "Investment Property," and "Secondary
9 Residence." The table made untrue and misleading statements about the number of mortgage
10 loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance
11 outstanding in each of these categories. CWALT 2007-18CB Pros. Sup. A-7.

12     (b)     In the "Occupancy Types" table, Credit Suisse and CWALT stated that 86.59% of
13 the mortgage loans in loan group 1 were secured by a "Primary Residence," 6.67% by an
14 "Investment Property," and 6.74% by a "Secondary Residence." CWALT 2007-18CB Pros. Sup.
15 A-7.

16     (c)     In Annex A, Credit Suisse and CWALT presented another table entitled
17 "Occupancy Types." This table divided the mortgage loans in loan group 2 into the categories
18 "Primary Residence," "Investment Property," and "Secondary Residence." The table made untrue
19 and misleading statements about the number of mortgage loans, the aggregate principal balance
20 outstanding, and the percent of aggregate principal balance outstanding in each of these
21 categories. CWALT 2007-18CB Pros. Sup. A-17.

22     (d)     In the "Occupancy Types" table, Credit Suisse and CWALT stated that 82.61% of
23 the mortgage loans in loan group 2 were secured by a "Primary Residence," 9.28% by an
24 "Investment Property," and 8.11% by a "Secondary Residence." CWALT 2007-18CB Pros. Sup.
25 A-17.

26 **Item 96.** **Details of properties that were stated to be owner-occupied, but were not:**
27     **(a)**     **Number of loans on which the owner of the property instructed tax**
28     **authorities to send property tax bills to him or her at a different address: 223**

-4-

(b) Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 336

(c) Number of loans on which the owner of the property owned three or more properties: 30

(d) Eliminating duplicates, number of loans about which one or more of statements (a) through (c) is true: 539

Item 99. Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:

On pages S-39 to S-44 of the prospectus supplement, Credit Suisse and CWALT made statements about the underwriting guidelines of Countrywide Home Loans, Inc., which originated or acquired all of the mortgage loans in the collateral pool of this securitization. All of those statements are incorporated herein by reference. In particular, Credit Suisse and CWALT stated that:

(a) "Exceptions to Countrywide Home Loans' underwriting guidelines may be made if compensating factors are demonstrated by a prospective borrower." CWALT 2007-18CB Pros. Sup. S-40.

(b) "Countrywide Home Loans' underwriting standards are applied by or on behalf of Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment ability and the value and adequacy of the mortgaged property as collateral." CWALT 2007-18CB Pros. Sup. S-40.

Item 108. 30+ days delinquencies in this securitization:

(a) Number of the mortgage loans that were 30+ days delinquent on March 31, 2010: 597

(b) Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 19.7%

(c) Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%

-5-

| | |
|---|---|
| 1 | **Item 117.** **Statements about the ratings of the certificate(s) that the Bank purchased:** |
| 2 | On page S-6 of the prospectus supplement, Credit Suisse and CWALT made statements |
| 3 | about the ratings assigned to the certificates issued in this securitization. Credit Suisse and |
| 4 | CWALT stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and |
| 5 | AAA by Standard & Poor's Rating Services. These were the highest ratings available from these |
| 6 | two rating agencies. |
| 7 | Credit Suisse and CWALT also stated: "The offered certificates will not be offered unless |
| 8 | they are assigned the indicated ratings by Fitch Ratings ("Fitch"), Standard & Poor's . . . and |
| 9 | Moody's Investors Service, Inc. . . . . "N/R" indicates that the agency was not asked to rate the |
| 10 | certificates." CWALT 2007-18CB Pros. Sup. S-9. |
| 11 | Credit Suisse and CWALT also stated: "It is a condition to the issuance of the offered |
| 12 | certificates that they be assigned the respective ratings set forth in the Summary of this prospectus |
| 13 | supplement." CWALT 2007-18CB Pros. Sup. S-118. |

| | | |
|---|---|---|
| 14 | **Item 120.** | **Summary of loans about which the Defendants made untrue or misleading** |
| 15 | | **statements:** |
| 16 | **(a)** | **Number of loans whose LTVs were materially understated: 1,176** |
| 17 | **(b)** | **Number of loans in which the properties were stated to be owner-occupied** |
| 18 | | **but were not: 539** |
| 19 | **(c)** | **Eliminating duplicates, number of loans about which the Defendants made** |
| 20 | | **untrue or misleading statements: 1,401** |
| 21 | **(d)** | **Eliminating duplicates, percent of loans about which the Defendants made** |
| 22 | | **untrue or misleading statements: 46.3%** |

-6-

1

## SCHEDULE 8 TO FIRST AMENDED COMPLAINT

2     To the extent that this Schedule is incorporated by reference into allegations in the

3  complaint, those allegations are made against Defendant Credit Suisse.

4  **Item 44.    Details of trust and certificate(s).**

5       **(a)    Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

6       **(b)    Description of the trust:** RALI Mortgage Asset-Backed Pass-Through

7  Certificates, Series 2007-QO1 was a securitization in January 2007 of 1,728 mortgage loans in

8  one pool. The mortgage loans in the collateral pool of this securitization were originated or

9  acquired by Homecomings Financial, LLC and various undisclosed originators. Homecomings

10  Financial, LLC originated or acquired 37.1% of the loans in the collateral pool. RALI 2007-QO1

11  Pros. Sup. S-4 and S-49.

12       **(c)    Description of the certificate(s) that the Bank purchased:** Credit Suisse offered

13  and sold to the Bank a senior certificate in this securitization, in tranche A-1, for which the Bank

14  paid $91,000,000 plus accrued interest on January 30, 2007.

15       **(d)    Ratings of the certificate(s) when the Bank purchased them:** Standard &

16  Poor's – AAA; Moody's – Aaa.

17       **(e)    Current ratings of the certificate(s):** Standard & Poor's – B3; Moody's – Aaa.

18       **(f)    URL of prospectus supplement for this securitization:**

19  http://www.sec.gov/Archives/edgar/data/949493/000089109207000308/e26140_424b5.txt.

20       **(g)    Registration statement pursuant or traceable to which the certificate(s) were

21  issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

22  pursuant or traceable to a registration statement filed by Residential Accredit Loans, Inc. with the

23  SEC on form S-3 on March 3, 2006. Annexed to the registration statement was a prospectus. The

24  prospectus was amended from time to time by prospectus supplements whenever a new series of

25  certificates was issued pursuant or traceable to that registration statement.

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1 **Item 52.    Untrue or misleading statements about the LTVs of the mortgage loans:**

2    In the prospectus supplement, Credit Suisse made the following statements about the

3 LTVs of the mortgage loans in the collateral pool of this securitization.

4    (a)    "[M]ortgage loans with loan-to-value ratios greater than 80% . . . constitute 5.5%

5 of the mortgage pool by principal balance . . . ." RALI 2007-QO1 Pros. Sup. S-19.

6    (b)    In Annex I of the prospectus supplement ("Mortgage Loan Statistical

7 Information"), Credit Suisse presented tables of statistics about the mortgage loans in the

8 collateral pool. RALI 2007-QO1 Pros. Sup. I-1 to I-11. Each table focused on a certain

9 characteristic of the loans (for example, original mortgage loan principal balance) and divided the

10 loans into categories based on that characteristic (for example, loans with original mortgage loan

11 principal balances of $100,000 or less, $100,001 to $200,000, $200,001 to $300,000, etc.). Each

12 table then presented various data about the loans in each category. Among these data was the

13 "Weighted Average Loan-to-Value Ratio." There were 23 such tables in Annex I. In each table,

14 the number of categories into which the loans were divided ranged from two to 42. Thus, in

15 Annex I, Credit Suisse made hundreds of statements about the LTVs of the loans in the collateral

16 pool. RALI 2007-QO1 Pros. Sup. I-1 to I-11.

17    (c)    "The weighted average loan-to-value ratio at origination of the mortgage loans will

18 be approximately 74.34%." RALI 2007-QO1 Pros. Sup. I-4.

19 **Item 62.    Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 1,728 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,214 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 935 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $92,261,962 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 78 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $5,806,136 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 249 |

28

-2-

| Weighted-average LTV, as stated by Defendants | 74.3% |
|---|---|
| Weighted-average LTV, as determined by the model | 90.6% |

**Item 65.     Evidence from subsequent sales of refinanced properties:**

Of the 1,728 mortgage loans in the collateral pool, 1,412 were taken out to refinance, rather than to purchase, properties. For those 1,412 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 1,412 properties, 327 were subsequently sold for a total of approximately $95,771,804. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $175,290,850. Thus, those properties were sold for 54.6% of the value ascribed to them, a difference of 45.4%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 71.     Undisclosed additional liens:**

  **(a) Minimum number of properties with additional liens: 85**

  **(b) Total reduction in equity from additional liens: $9,465,431**

  **(c) Weighted-average reduction in equity from additional liens: 62.5%**

**Item 88.     Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Credit Suisse made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

  (d) "[M]ortgage loans secured by non-owner occupied properties . . . constitute 10.4% of the mortgage pool by principal balance . . . ." RALI 2007-QO1 Pros. Sup. S-19.

  (e) In Annex I of the prospectus supplement, described in Item 52, Credit presented a table entitled "Occupancy Types of the Mortgage Loans." This table divided all of the mortgage loans in the collateral pool into the categories "Primary Residence," "Non-Owner Occupied," and "Second/Vacation." The table made untrue and misleading statements about the number of

-3-

1     mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

2     principal balance outstanding in each of these categories. RALI 2007-QO1 Pros. Sup. I-6.

3        (f)      In the "Occupancy Types of the Mortgage Loans" table, Credit Suisse stated that

4     85.71% of the mortgage loans in the collateral pool were secured by a "Primary Residence,"

5     10.44% by a "Non-Owner Occupied" property, and 3.85% by a "Second/Vacation" property.

6     RALI 2007-QO1 Pros. Sup. I-6.

7     **Item 96.**     **Details of properties that were stated to be owner-occupied, but were not:**

8         **(a)**     **Number of loans on which the owner of the property instructed tax**

9                 **authorities to send property tax bills to him or her at a different address: 153**

10         **(b)**     **Number of loans on which the owner of the property could have, but did not,**

11                 **designate the property as his or her homestead: 254**

12         **(c)**     **Number of loans on which the owner of the property owned three or more**

13                 **properties: 30**

14         **(d)**    · **Number of loans that went straight from current to foreclosure or ownership**

15                 **by lender: 1**

16         **(e)**     **Eliminating duplicates, number of loans about which one or more of**

17                 **statements (a) through (d) is true: 367**

18     **Item 99.**     **Untrue or misleading statements about the underwriting standards of the**

19                 **originators of the mortgage loans:**

20         On pages S-47 through S-49 of the prospectus supplement, Credit Suisse made statements

21     about the underwriting guidelines applied in the origination of all of the mortgage loans in the

22     collateral pool of this securitization. All of those statements are incorporated herein by reference.

23     In particular, Credit Suisse stated that:

24         (a)     "[A] mortgage loan may be considered to comply with the underwriting standards

25     described above, even if one or more specific criteria included in the underwriting standards were

26     not satisfied, if other factors positively compensated for the criteria that were not satisfied." RALI

27     2007-QO1 Pros. Sup. S-49.

28

-4-

1     (b)    "The depositor expects that the originator of each of the mortgage loans will have
2  applied, consistent with applicable federal and state laws and regulations, underwriting
3  procedures intended to evaluate the borrower's credit standing and repayment ability and/or the
4  value and adequacy of the related property as collateral." RALI 2007-QO1 Pros. 12.

5     (c)    "The adequacy of the mortgaged property as security for repayment of the related
6  mortgage loan will typically have been determined by an appraisal or an automated valuation, as
7  described above under '--Loan-to-Value Ratio.'" RALI 2007-QO1 Pros. 13.

8     (d)    "The level of review by Residential Funding Company, LLC, if any, will vary
9  depending on several factors. Residential Funding Company, LLC, on behalf of the depositor,
10  typically will review a sample of the mortgage loans purchased by Residential Funding Company,
11  LLC, for conformity with the applicable underwriting standards and to assess the likelihood of
12  repayment of the mortgage loan from the various sources for such repayment, including the
13  mortgagor, the mortgaged property, and primary mortgage insurance, if any. Such underwriting
14  reviews will generally not be conducted with respect to any individual mortgage pool related to a
15  series of certificates." RALI 2007-QO1 Pros. 14.

16  **Item 106.**    **Early payment defaults:**

17     **(a)**    **Number of the mortgage loans that suffered EPDs: 27**

18     **(b)**    **Percent of the mortgage loans that suffered EPDs: 1.6%**

19     **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**
20          **made at the same time as the loans in the collateral pool that experienced**
21          **EPDs: 0.83%**

22  **Item 107.**    **90+ days delinquencies:**

23     **(a)**    **Number of the mortgage loans that suffered 90+ days delinquencies: 891**

24     **(b)**    **Percent of the mortgage loans that suffered 90+ days delinquencies: 51.6%**

25     **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**
26          **made at the same time as the loans in the collateral pool that suffered 90+**
27          **days delinquencies: 33.9%**

28

-5-

| | | |
|---|---|---|
| 1 | Item 108. | 30+ days delinquencies in this securitization: |
| 2 | (a) | Number of the mortgage loans that were 30+ days delinquent on March 31, |
| 3 | | 2010: 936 |
| 4 | (b) | Percent of the mortgage loans that were 30+ days delinquent on March 31, |
| 5 | | 2010: 54.2% |
| 6 | (c) | Percent of all mortgage loans in the United States that were 30+ days |
| 7 | | delinquent on March 31, 2010: 14.7% |
| 8 | Item 117. | Statements about the ratings of the certificate(s) that the Bank purchased: |

9      On page S-6 of the prospectus supplement, Credit Suisse made statements about the

10 ratings assigned to the certificates issued in this securitization. Credit Suisse stated that the

11 Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Standard &

12 Poor's Rating Services. These were the highest ratings available from these two rating agencies.

13      Credit Suisse also stated: "When issued, the offered certificates will receive ratings which

14 are not lower than those listed in the table on page S-6 of this prospectus supplement." RALI

15 2007-QO1 Pros. Sup. S-15.

16      Credit Suisse also stated: "It is a condition of the issuance of the offered certificates that

17 they be rated as indicated on page S-6 of this prospectus supplement." RALI 2007-QO1 Pros.

18 Sup. S-112.

| | | |
|---|---|---|
| 19 | Item 120. | Summary of loans about which the Defendants made untrue or misleading |
| 20 | | statements: |
| 21 | (a) | Number of loans whose LTVs were materially understated: 935 |
| 22 | (b) | Number of loans in which the owner's equity was reduced by 5% or more by |
| 23 | | undisclosed additional liens: 85 |
| 24 | (c) | Number of loans that suffered EPDs: 27 |
| 25 | (d) | Number of loans in which the properties were stated to be owner-occupied |
| 26 | | but were not: 367 |
| 27 | (e) | Eliminating duplicates, number of loans about which the Defendants made |
| 28 | | untrue or misleading statements: 1,132 |

-6-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)



1      (f)      Eliminating duplicates, percent of loans about which the Defendants made

2           untrue or misleading statements: 65.5%

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-7-

1    **SCHEDULE 9 TO FIRST AMENDED COMPLAINT**

2        To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Credit Suisse, CWALT, and

4    Countrywide Financial Corporation.

5    **Item 44.        Details of trust and certificate(s).**

6        **(a)        Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

7        **(b)        Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8    Certificates, Series 2005-54CB was a securitization in September 2005 of 4,031 mortgage loans,[3]

9    in three groups. The mortgage loans in the collateral pool of this securitization were originated or

10   acquired by Countrywide Home Loans, Inc. CWALT 2005-54CB Pros. Sup. S-44.

11       **(c)        Description of the certificate(s) that the Bank purchased:** Credit Suisse offered

12   and sold to the Bank two senior certificates in this securitization, in tranche 2-A-1 and tranche 3-

13   A-5, for which the Bank paid $100,000,000 and $98,888,800 plus accrued interest, respectively,

14   on September 30, 2005.

15       **(d)        Ratings of the certificate(s) when the Bank purchased them:** Certificate 2-A-1:

16   Standard & Poor's – AAA; Moody's – Aaa. Certificate 3-A-5: Standard & Poor's – AAA;

17   Moody's – Aaa.

18       **(e)        Current ratings of the certificate(s):** Certificate 2-A-1: Standard & Poor's –

19   Caa2; Moody's Aaa. Certificate 3-A-5: Standard & Poor's – Caa2; Moody's Aaa.

20       **(f)        URL of prospectus supplement for this securitization:**

21   http://www.sec.gov/Archives/edgar/data/1269518/000095012905009553/v12827e424b5.txt.

22       **(g)        Registration statement pursuant or traceable to which the certificate(s) were**

23   **issued:** Certificates in this trust, including the certificates that the Bank purchased, were issued

24   pursuant or traceable to a registration statement filed by CWALT, Inc. with the SEC on form S-3

25   on July 25, 2005. Annexed to the registration statement was a prospectus. The prospectus was

26   ────────────────────

27       [3] CWALT 2005-54CB was a prefunded securitization. On the closing date of the securitization
     there were 4,031 mortgage loans in the trust. After the closing date of the securitization, the trust
28   purchased an additional 432 mortgage loans.

1    amended from time to time by prospectus supplements whenever a new series of certificates was

2    issued pursuant or traceable to that registration statement.

3    **Item 52.**    **Untrue or misleading statements about the LTVs of the mortgage loans:**

4        In the prospectus supplement, Credit Suisse and CWALT made the following statements

5    about the LTVs of the mortgage loans in the collateral pool of this securitization.

6        (a)      "No Initial Mortgage Loan in any loan group had a Loan-to-Value Ratio at

7    origination of more than 95.00%." CWALT 2005-54CB Pros. Sup. S-18.

8        (b)      In the section of the prospectus supplement entitled "The Mortgage Pool," Credit

9    Suisse and CWALT presented tables of statistics about the mortgage loans in the collateral pool.

10    CWALT 2005-54CB Pros. Sup. S-20 to S-40. Each table focused on a certain characteristic of the

11    loans (for example, current mortgage loan principal balance) and divided the loans into categories

12    based on that characteristic (for example, loans with a range of current mortgage loan principal

13    balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table

14    then presented various data about the loans in each category. Among these data was the

15    "Weighted Average Original Loan-to-Value Ratio." There were 10 such tables in "The Mortgage

16    Pool" section for the loans in loan group 1. In each table, the number of categories into which the

17    loans were divided ranged from three to 27. Thus, in "The Mortgage Pool" section, Credit Suisse

18    and CWALT made hundreds of statements about the original LTVs of the loans in loan group 1.

19    CWALT 2005-54CB Pros. Sup. S-20 to S-26.

20        (c)      "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

21    of the Initial Mortgage Loans in loan group 1 is approximately 72.74%." CWALT 2005-54CB

22    Pros. Sup. S-23.

23        (d)      In "The Mortgage Pool" section, Credit Suisse and CWALT presented similar

24    tables of statistics about the mortgage loans in loan group 2. In these tables, Credit Suisse and

25    CWALT similarly made hundreds of statements about the original LTVs of the loans in loan

26    group 2. CWALT 2005-54CB Pros. Sup. S-27 to S-33.

27

28

1    (e)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

2    of the Initial Mortgage Loans in loan group 2 is approximately 72.78%." CWALT 2005-54CB

3    Pros. Sup. S-30.

4    (f)    In "The Mortgage Pool" section, Credit Suisse and CWALT presented similar

5    tables of statistics about the mortgage loans in loan group 3. In these tables, Credit Suisse and

6    CWALT similarly made hundreds of statements about the original LTVs of the loans in loan

7    group 3. CWALT 2005-54CB Pros. Sup. S-34 to S-40.

8    (g)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

9    of the Initial Mortgage Loans in loan group 3 is approximately 71.32%." CWALT 2005-54CB

10   Pros. Sup. S-37.

11   **Item 62.    Details of the results of the AVM analysis:**

12

| | |
|---|---|
| Number of loans | 4,463 |
| Number of properties on which there was enough information for the model to determine a true market value | 2,791 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,515 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $77,503,940 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 421 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $22,811,861 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 198 |
| Weighted-average LTV, as stated by Defendants (Group 2) | 72.8% |
| Weighted-average LTV, as stated by Defendants (Group 3) | 71.3% |
| Weighted-average LTV, as determined by the model (Group 2) | 79.4% |
| Weighted-average LTV, as determined by the model (Group 3) | 78.7% |

**Item 71.    Undisclosed additional liens:**

   (a)    Minimum number of properties with additional liens: 411

   (b)    Total reduction in equity from additional liens: $22,085,962

   (c)    Weighted-average reduction in equity from additional liens: 69.6%

-3-

1    **Item 82.**    **Untrue or misleading statements about compliance with USPAP:**

2      In the prospectus supplement, Credit Suisse and CWALT made the following statement

3 about the appraisals of the properties that secured the mortgage loans in this securitization: "All

4 of the mortgage loans have original principal balances that conform to the guidelines of Fannie

5 Mae and Freddie Mac." CWALT 2005-54CB Pros. Sup. S-3.

6      In the prospectus supplement, Credit Suisse and CWALT made the following statement

7 about the appraisals of the properties that secured the mortgage loans in this securitization: "All

8 of the mortgage loans have original principal balances that conform to the guidelines of Fannie

9 Mae and Freddie Mac." CWALT 2005-54CB Pros. Sup. S-18.

10      In the prospectus supplement, Credit Suisse and CWALT made the following statement

11 about the appraisals of the properties that secured the mortgage loans in this securitization: "All

12 appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

13 effect." CWALT 2005-54CB Pros. Sup. S-46.

14    **Item 88.**    **Untrue or misleading statements about owner-occupancy of the properties**

15              **that secured the mortgage loans:**

16      In the prospectus supplement, Credit Suisse and CWALT made the following statements

17 about the occupancy status of the properties that secured the mortgage loans in the collateral pool

18 of this securitization.

19      (a)    In "The Mortgage Pool" section of the prospectus supplement, described in Item

20 52 above, Credit Suisse and CWALT presented a table entitled "Occupancy Types." This table

21 divided the mortgage loans in loan group 1 into the categories "Primary Residence," "Investment

22 Property," and "Secondary Residence." The table made untrue and misleading statements about

23 the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

24 aggregate principal balance outstanding in each of these categories. CWALT 2005-54CB Pros.

25 Sup. S-25.

26      (b)    In the "Occupancy Types" table , Credit Suisse and CWALT stated that 92.52% of

27 the mortgage loans in loan group 1 were secured by a "Primary Residence," 3.51% by an

28

-4-



1 | "Investment Property," and 3.97% by a "Secondary Residence." CWALT 2005-54CB Pros. Sup.
2 | S-25.

3 |      (c)      In "The Mortgage Pool" section, Credit Suisse and CWALT presented another
4 | table entitled "Occupancy Types." This table divided the loans in loan group 2 into the categories
5 | "Primary Residence," "Investment Property," and "Secondary Residence." The table made untrue
6 | and misleading statements about the number of mortgage loans, the aggregate principal balance
7 | outstanding, and the percent of aggregate principal balance outstanding in each of these
8 | categories. CWALT 2005-54CB Pros. Sup. S-33.

9 |      (d)      In the "Occupancy Types" table, Credit Suisse and CWALT stated that 90.4% of
10 | the mortgage loans in loan group 2 were secured by a "Primary Residence," 4.77% by an
11 | "Investment Property," and 4.83% by a "Secondary Residence." CWALT 2005-54CB Pros. Sup.
12 | S-33.

13 |      (e)      In the "The Mortgage Pool" section, Credit Suisse and CWALT presented another
14 | table entitled "Occupancy Types." This table divided the loans in loan group 3 into the categories
15 | "Primary Residence," "Investment Property," and "Secondary Residence." The table made untrue
16 | and misleading statements about the number of mortgage loans, the aggregate principal balance
17 | outstanding, and the percent of aggregate principal balance outstanding in each of these
18 | categories. CWALT 2005-54CB Pros. Sup. S-40.

19 |      (f)      In the "Occupancy Types" table, Credit Suisse and CWALT stated that 91.44% of
20 | the mortgage loans in loan group 3 were secured by a "Primary Residence," 4.10% by an
21 | "Investment Property," and 4.46% by a "Secondary Residence." CWALT 2005-54CB Pros. Sup.
22 | S-40.

23 | **Item 96.       Details of properties that were stated to be owner-occupied, but were not:**
24 |      **(a)      Number of loans on which the owner of the property instructed tax**
25 |              **authorities to send property tax bills to him or her at a different address: 327**
26 |      **(b)      Number of loans on which the owner of the property could have, but did not,**
27 |              **designate the property as his or her homestead: 432**
28 |

-5-

1      (c)    Number of loans on which the owner of the property owned three or more

2              properties: 18

3      (d)    Eliminating duplicates, number of loans about which one or more of

4              statements (a) through (c) is true: 685

5  **Item 99.**    Untrue or misleading statements about the underwriting standards of the

6           originators of the mortgage loans:

7      On pages S-44 through S-49 of the prospectus supplement, Credit Suisse and CWALT

8  made statements about the underwriting guidelines of Countrywide Home Loans, Inc., which

9  originated or acquired all of the mortgage loans in the collateral pool of this securitization. All of

10  those statements are incorporated herein by reference. In particular, Credit Suisse and CWALT

11  stated that:

12      (a)    "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

13  if compensating factors are demonstrated by a prospective borrower." CWALT 2005-54CB Pros.

14  Sup. S-45.

15      (b)    "Countrywide Home Loans' underwriting standards are applied by or on behalf of

16  Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

17  ability and the value and adequacy of the mortgaged property as collateral." CWALT 2005-54CB

18  Pros. Sup. S-45.

19  **Item 106.**    **Early payment defaults:**

20      **(a)**    **Number of the mortgage loans that suffered EPDs: 11**

21      **(b)**    **Percent of the mortgage loans that suffered EPDs: 0.2%**

22      **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

23             **made at the same time as the loans in the collateral pool that experienced**

24             **EPDs: 0.18%**

25  **Item 107.**    **90+ days delinquencies:**

26      **(a)**    **Number of the mortgage loans that suffered 90+ days delinquencies: 622**

27      **(b)**    **Percent of the mortgage loans that suffered 90+ days delinquencies: 13.9%**

28

-6-

1     **(c)**     **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

2             **made at the same time as the loans in the collateral pool that suffered 90+**

3             **days delinquencies: 16.5%**

4   **Item 108.**     **30+ days delinquencies in this securitization:**

5     **(a)**     **Number of the mortgage loans that were 30+ days delinquent on March 31,**

6             **2010: 660**

7     **(b)**     **Percent of the mortgage loans that were 30+ days delinquent on March 31,**

8             **2010: 14.8%**

9     **(c)**     **Percent of all mortgage loans in the United States that were 30+ days**

10             **delinquent on March 31, 2010: 14.7%**

11   **Item 117.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

12       On page S-3 of the prospectus supplement, Credit Suisse and CWALT made statements

13 about the ratings assigned to the certificates issued in this securitization. Credit Suisse and

14 CWALT stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and

15 AAA by Standard & Poor's Rating Services. These were the highest ratings available from these

16 two rating agencies.

17       Credit Suisse and CWALT also stated: "The senior certificates and the Class M

18 Certificates will be mortgage related securities for purposes of the Secondary Mortgage Market

19 Enhancement Act of 1984 as long as they are rated in one of the two highest rating categories by

20 at least one nationally recognized statistical rating organization." CWALT 2005-54CB Pros. Sup.

21 S-7.

22       Credit Suisse and CWALT also stated: "It is a condition to the issuance of the offered

23 certificates that they be rated the respective ratings set forth on page S-3 of the Summary of this

24 prospectus supplement by Standard & Poor's Ratings Services . . . and by Moody's Investors

25 Service, Inc. . . . ." CWALT 2005-54CB Pros. Sup. S-111.

26   **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**

27             **statements:**

28     **(a)**     **Number of loans whose LTVs were materially understated: 1,515**

-7-

1     (b)    **Number of loans in which the owner's equity was reduced by 5% or more by**

2           **undisclosed additional liens: 411**

3     (c)    **Number of loans that suffered EPDs: 11**

4     (d)    **Number of loans in which the properties were stated to be owner-occupied**

5           **but were not: 685**

6     (e)    **Eliminating duplicates, number of loans about which the Defendants made**

7           **untrue or misleading statements: 2,146**

8     (f)    **Eliminating duplicates, percent of loans about which the Defendants made**

9           **untrue or misleading statements: 48.1%**

-8-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    **SCHEDULE 10 TO FIRST AMENDED COMPLAINT**

2         To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Credit Suisse, CWALT, and

4    Countrywide Financial Corporation.

5    **Item 44.    Details of trust and certificate(s).**

6         **(a)    Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

7         **(b)    Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8    Certificates, Series 2005-23CB was a securitization in April 2005 of 3,610 mortgage loans[4] in one

9    pool. The mortgage loans in the collateral pool of this securitization were originated or acquired

10   by Countrywide Home Loans, Inc. CWALT 2005-23CB Pros. Sup. S-26.

11        **(c)    Description of the certificate(s) that the Bank purchased:** Credit Suisse offered

12   and sold to the Bank two senior certificates in this securitization, in tranche A-1, for which the

13   Bank paid $100,355,469 and $100,476,563 plus accrued interest on April 29, 2005 and July 29,

14   2005, respectively.

15        **(d)    Ratings of the certificate(s) when the Bank purchased them:** Standard &

16   Poor's – AAA; Moody's – Aaa.

17        **(e)    Current ratings of the certificate(s):** Standard & Poor's – Caa1; Moody's – Aaa.

18        **(f)    URL of prospectus supplement for this securitization:**

19   http://www.sec.gov/Archives/edgar/data/1269518/000095012905004505/v08056b5e424b5.txt.

20        **(g)    Registration statement pursuant or traceable to which the certificate(s) were**

21   **issued:** Certificates in this trust, including the certificates that the Bank purchased, were issued

22   pursuant or traceable to a registration statement filed by CWALT, Inc. with the SEC on form S-3

23   on April 21, 2005. Annexed to the registration statement was a prospectus. The prospectus was

24   amended from time to time by prospectus supplements whenever a new series of certificates was

25   issued pursuant or traceable to that registration statement.

26   _____

27        [4] CWALT 2005-23CB was a prefunded securitization. On the closing date of the securitization
     there were 3,610 mortgage loans in the trust. After the closing date of the securitization, the trust
28   purchased an additional 366 mortgage loans.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    **Item 52.    Untrue or misleading statements about the LTVs of the mortgage loans:**

2           In the prospectus supplement, Credit Suisse and CWALT made the following statements

3    about the LTVs of the mortgage loans in the collateral pool of this securitization.

4           (a)    "No Initial Mortgage Loan had a Loan-to-Value Ratio at origination of more than

5    95.00%." CWALT 2005-23CB Pros. Sup. S-15.

6           (b)    In the section of the prospectus supplement entitled "The Mortgage Pool," Credit

7    Suisse and CWALT presented tables of statistics about all of the mortgage loans in the collateral

8    pool. CWALT 2005-23CB Pros. Sup. S-17 to S-23. Each table focused on a certain characteristic

9    of the loans (for example, current mortgage loan principal balance) and divided the loans into

10   categories based on that characteristic (for example, loans with a range of current mortgage loan

11   principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.).

12   Each table then presented various data about the loans in each category. Among these data was

13   the "Weighted Average Original Loan-to-Value Ratio." There were 10 such tables in "The

14   Mortgage Pool" section for the mortgage loans in the collateral pool. In each table, the number of

15   categories into which the loans were divided ranged from three to 45. Thus, in "The Mortgage

16   Pool" section, Credit Suisse and CWALT made hundreds of statements about original LTVs of

17   the loans in the collateral pool. CWALT 2005-23CB Pros. Sup. S-17 to S-23.

18          (c)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

19   of the Initial Mortgage Loans is approximately 69.26%." CWALT 2005-23CB Pros. Sup. S-20.

20   **Item 62.    Details of the results of the AVM analysis:**

21
| Number of loans | 3,976 |
|---|---|
| Number of properties on which there was enough information for the model to determine a true market value | 1,973 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 903 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $41,811,624 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 461 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $27,124,433 |

28
                                        -2-

| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 107 |
| Weighted-average LTV, as stated by Defendants | 69.3% |
| Weighted-average LTV, as determined by the model | 74.5% |

**Item 71.** Undisclosed additional liens:

    **(a)** Minimum number of properties with additional liens: 271

    **(b)** Total reduction in equity from additional liens: $12,972,029

    **(c)** Weighted-average reduction in equity from additional liens: 55.1%

**Item 82.** Untrue or misleading statements about compliance with USPAP:

In the prospectus supplement, Credit Suisse and CWALT made the following statement about the appraisals of the properties that secured the mortgage loans in this securitization: "All of the mortgage loans have original principal balances that conform to the guidelines of Fannie Mae and Freddie Mac." CWALT 2005-23CB Pros. Sup. S-3.

In the prospectus supplement, Credit Suisse and CWALT made the following statement about the appraisals of the properties that secured the mortgage loans in this securitization: "All of the mortgage loans have original principal balances that conform to the guidelines of Fannie Mae and Freddie Mac." CWALT 2005-23CB Pros. Sup. S-14.

In the prospectus supplement, Credit Suisse and CWALT made the following statement about the appraisals of the properties that secured the mortgage loans in this securitization: "All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in effect." CWALT 2005-23CB Pros. Sup. S-28.

**Item 88.** Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:

In the prospectus supplement, Credit Suisse and CWALT made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

    (a) In "The Mortgage Pool" section of the prospectus supplement, described in Item 52, Credit Suisse and CWALT presented a table entitled "Occupancy Types." This table divided the mortgage loans in the collateral pool into the categories "Primary Residence," "Investment

-3-

1  Property," and "Secondary Residence." The table made untrue and misleading statements about

2  the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

3  aggregate principal balance outstanding in each of these categories. CWALT 2005-3CB Pros.

4  Sup. S-22.

5      (b)    In the "Occupancy Types" table for the mortgage loans in the collateral pool,

6  Credit Suisse and CWALT stated that 91.32% of the mortgage loans in the collateral pool were

7  secured by a "Primary Residence," 6.36% by an "Investment Property," and 2.32% by a

8  "Secondary Residence." CWALT 2005-54CB Pros. Sup. S-22.

9  **Item 96.**    **Details of properties that were stated to be owner-occupied, but were not:**

10      **(a)**    **Number of loans on which the owner of the property instructed tax**

11          **authorities to send property tax bills to him or her at a different address: 291**

12      **(b)**    **Number of loans on which the owner of the property could have, but did not,**

13          **designate the property as his or her homestead: 407**

14      **(c)**    **Number of loans on which the owner of the property owned three or more**

15          **properties: 29**

16      **(d)**    **Eliminating duplicates, number of loans about which one or more of**

17          **statements (a) through (c) is true: 634**

18  **Item 99.**    **Untrue or misleading statements about the underwriting standards of the**

19          **originators of the mortgage loans:**

20      On pages S-26 through S-30 of the prospectus supplement, Credit Suisse and CWALT

21  made statements about the underwriting guidelines of Countrywide Home Loans, Inc., which

22  originated or acquired all of the mortgage loans in the collateral pool of this securitization. All of

23  those statements are incorporated herein by reference. In particular, Credit Suisse and CWALT

24  stated that:

25      (a)    "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

26  if compensating factors are demonstrated by a prospective borrower." CWALT 2005-23CB S-27.

27      (b)    "Countrywide Home Loans' underwriting standards are applied by or on behalf of

28  Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

-4-

1    ability and the value and adequacy of the mortgaged property as collateral." CWALT 2005-23CB

2    Pros. Sup. S-27.

3    **Item 117.    Statements about the ratings of the certificate(s) that the Bank purchased:**

4        On page S-1 of the prospectus supplement, Credit Suisse and CWALT made statements

5    about the ratings assigned to the certificates issued in this securitization. Credit Suisse and

6    CWALT stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and

7    AAA by Standard & Poor's Rating Services. These were the highest ratings available from these

8    two rating agencies.

9        Credit Suisse and CWALT also stated: "The following chart lists certain characteristics of

10    the classes of the offered certificates. The classes of certificates listed below will not be offered

11    unless they are assigned the following ratings by Standard and Poor's Ratings Services . . . and

12    Moody's Investors Service, Inc. . . . ." The requirement for Class A-1, from which this certificate

13    was to be paid, was AAA for Standard & Poor's and Aaa for Moody's. CWALT 2005-23CB

14    Pros. Sup. S-3.

15        Credit Suisse and CWALT also stated: "The senior certificates and the Class M

16    Certificates will be mortgage related securities for purposes of the Secondary Mortgage Market

17    Enhancement Act of 1984 as long as they are rated in one of the two highest rating categories by

18    at least one nationally recognized statistical rating organization." CWALT 2005-23CB Pros. Sup.

19    S-6.

20        Credit Suisse and CWALT also stated: "It is a condition to the issuance of the senior

21    certificates that they be rated "AAA" by Standard & Poor's . . . and "Aaa" by Moody's Ratings . .

22    . ." CWALT 2005-23CB Pros. Sup. S-68.

23    **Item 120.    Summary of loans about which the Defendants made untrue or misleading**

24               **statements:**

25       (a)    **Number of loans whose LTVs were materially understated: 903**

26       (b)    **Number of loans in which the owner's equity was reduced by 5% or more by**

27               **undisclosed additional liens: 271**

28

-5-

1     (c)    Number of loans in which the properties were stated to be owner-occupied

2           but were not: 634

3     (d)    Eliminating duplicates, number of loans about which the Defendants made

4           untrue or misleading statements: 1,525

5     (e)    Eliminating duplicates, percent of loans about which the Defendants made

6           untrue or misleading statements: 38.4%

-6-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    **SCHEDULE 11 TO FIRST AMENDED COMPLAINT**

2        To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendant Deutsche.

4    **Item 44.    Details of trust and certificate(s).**

5        **(a)    Dealer that sold the certificate(s) to the Bank:** Deutsche.

6        **(b)    Description of the trust:** Wells Fargo Mortgage Backed Securities Trust,

7    Mortgage Pass-Through Certificates, Series 2008-AR1 was a securitization in February 2008 of

8    963 mortgage loans in one pool. The mortgage loans in the collateral pool of this securitization

9    were originated or acquired by Wells Fargo Bank, N.A. WFMBS 2008-AR1 Pros. Sup. S-8 and

10    S-53.

11        **(c)    Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12    sold to the Bank a senior certificate in this securitization, in tranche A-1, for which the Bank paid

13    $460,588,000 plus accrued interest on February 28, 2008.

14        **(d)    Ratings of the certificate(s) when the Bank purchased them:** Fitch – AAA;

15    Moody's – Aaa.

16        **(e)    Current ratings of the certificate(s):** Fitch – BBB; Moody's – B2.

17        **(f)    URL of prospectus supplement for this securitization:**

18    http://www.sec.gov/Archives/edgar/data/1011663/000119312508037147/d424b5.htm.

19    **Item 52.    Untrue or misleading statements about the LTVs of the mortgage loans:**

20        In the prospectus supplement, Deutsche made the following statements about the LTVs of

21    the mortgage loans in the collateral pool of this securitization.

22        (a)    The original LTVs of the mortgage loans in the collateral pool ranged from

23    14.06% to 95%, with a weighted average of 71.57%. WFMBS 2008-AR1 Pros. Sup. A-1.

24        (b)    The weighted-average original LTV of the mortgage loans in the collateral pool

25    that had original principal balances greater than $600,000 was 69.12%. WFMBS 2008-AR1 Pros.

26    Sup. A-1.

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (c)    The maximum original LTV of the mortgage loans in the collateral pool that had

2    original principal balances grater than $600,000 was 95%. WFMBS 2008-AR1 Pros. Sup. A-1.

3    (d)    In Appendix A of the prospectus supplement ("Mortgage Loan Data"), Deutsche

4    presented tables of statistics about all of the mortgage loans in the collateral pool. WFMBS 2008-

5    AR1 Pros. Sup. A-3 to A-7. Each table focused on a certain characteristic of the loans (for

6    example, original principal balance) and divided the mortgage loans into categories based on that

7    characteristic (for example, mortgage loans with original principal balances of less than $50,000,

8    $50,001 to $100,000, $100,001 to $150,000, etc.). Each table then presented various data about

9    the mortgage loans in each category. One of these tables, entitled "Original Loan-to-Value

10   Ratios," divided the loans into 10 categories of original LTV (for example, 50% or less, 50.01%

11   to 55%, 55.01% to 60%, etc.). The table made untrue and misleading statements about the

12   number of mortgage loans, the aggregate principal balance outstanding, and the percent of

13   aggregate principal balance outstanding in each of these categories. WFMBS 2008-AR1 Pros.

14   Sup. A-5.

15   (e)    In Appendix A, Deutsche presented two tables of statistics about the mortgage

16   loans in the collateral pool. These tables were entitled "Original FICO Scores" and "Recent FICO

17   Scores." Each table divided the loans into 12 categories of FICO credit scores (for example, 300

18   to 350, 351 to 400, 401 to 450, etc.). Each table then presented various data about the loans in

19   each range. Among these data was the "Weighted Average Original Loan-to-Value Ratio." Thus,

20   in these tables, Deutsche made multiple statements about original LTVs of the loans in the

21   collateral pool. WFMBS 2008-AR1 Pros. Sup. A-7.

22   **Item 62.    Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 963 |
| Number of properties on which there was enough information for the model to determine a true market value | 518 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 392 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $101,664,571 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 36 |

-2-

| | |
|---|---|
| Aggregate amount by which the true market values of those properties exceed their stated values | $4,862,500 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 126 |
| Weighted-average LTV, as stated by Defendants | 71.6% |
| Weighted-average LTV, as determined by the model | 100.9% |

**Item 65.        Evidence from subsequent sales of refinanced properties:**

Of the 963 mortgage loans in the collateral pool, 360 were taken out to refinance, rather than to purchase, properties. For those 360 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 360 properties, 35 were subsequently sold for a total of approximately $32,382,713. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $43,331,000. Thus, those properties were sold for 74.7% of the value ascribed to them, a difference of 25.3%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 88.        Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Credit Suisse and CSFB Mortgage Securities made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

(a)        In Appendix A, described in Item 52 above, Deutsche presented a table entitled "Occupancy Types." This table divided the mortgage loans in the collateral pool into the categories "Primary Residence," "Investment Property," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. WFMBS 2008-AR1 Pros. Sup. A-6.

(b)        In the "Occupancy Types" table, Deutsche stated that 83.65% of the mortgage loans in the collateral pool, by aggregate unpaid principal balance, were secured by a "Primary

-3-

1    Residence," 1.64% by an "Investment Property," and 14.71% by a "Second Home." WFMBS

2    2008-AR1 Pros. Sup. A-6.

3    **Item 96.**    **Details of properties that were stated to be owner-occupied, but were not:**

4      **(a)**    **Number of loans on which the owner of the property instructed tax**

5        **authorities to send property tax bills to him or her at a different address: 91**

6      **(b)**    **Number of loans on which the owner of the property could have, but did not,**

7        **designate the property as his or her homestead: 156**

8      **(c)**    **Number of loans on which the owner of the property owned three or more**

9        **properties: 14**

10      **(d)**    **Eliminating duplicates, number of loans about which one or more of**

11        **statements (a) through (c) is true: 231**

12    **Item 99.**    **Untrue or misleading statements about the underwriting standards of the**

13        **originators of the mortgage loans:**

14      On page S-55 of the prospectus supplement and pages 33 through 38 of the prospectus,

15    Deutsche made statements about the underwriting guidelines of Wells Fargo Bank, N.A., which

16    originated or acquired all of the mortgage loans in the collateral pool of this securitization. All of

17    those statements are incorporated herein by reference. In particular, Deutsche stated that:

18      (a)    "The Wells Fargo underwriting standards are applied by or on behalf of Wells

19    Fargo Bank to evaluate the applicant's credit standing and ability to repay the loan, as well as the

20    value and adequacy of the mortgaged property as collateral." WFMBS 2008-AR1 Pros. 33.

21    **Item 106.**    **Early payment defaults:**

22      **(a)**    **Number of the mortgage loans that suffered EPDs: 23**

23      **(b)**    **Percent of the mortgage loans that suffered EPDs: 2.4%**

24      **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

25        **made at the same time as the loans in the collateral pool that experienced**

26        **EPDs: 0.83%**

27

28

-4-

1   **Item 108.**    **30+ days delinquencies in this securitization:**

2       **(a)**    **Number of the mortgage loans that were 30+ days delinquent on March 31,**

3             **2010: 185**

4       **(b)**    **Percent of the mortgage loans that were 30+ days delinquent on March 31,**

5             **2010: 19.2%**

6       **(c)**    **Percent of all mortgage loans in the United States that were 30+ days**

7             **delinquent on March 31, 2010:** 14.7%

8   **Item 117.**    **Statements about the ratings of the certificate(s) that the Bank purchased:**

9        On page S-6 of the prospectus supplement, Deutsche made statements about the ratings

10 assigned to the certificates issued in this securitization. Deutsche stated that the Bank's certificate

11 was rated Aaa by Moody's Investors Service, Inc. and AAA by Fitch. These were the highest

12 ratings available from these two rating agencies.

13        Deutsche also stated: "The trust will not issue the offered certificates unless they have

14 received at least the ratings set forth in the table beginning on page S-6." WFMBS 2008-AR1

15 Pros. Sup. S-9.

16        Deutsche also stated: "The Class A and Class B-1 Certificates will constitute "mortgage

17 related securities" for purposes of the Secondary Mortgage Market Enhancement Act of 1984, as

18 amended ("SMMEA") so long as they are rated in one of the two highest rating categories by at

19 least one nationally recognized statistical rating organization." WFMBS 2008-AR1 Pros. Sup.

20 S-69.

21        Deutsche also stated: "It is a condition to the issuance of the Offered Certificates that each

22 such class will have received at least the rating set forth in the table beginning on page S-6 from

23 Fitch Ratings ("Fitch") and Moody's Investors Service Inc. . . . ." WFMBS 2008-AR1 Pros. Sup.

24 S-70.

25   **Item 120.**    **Summary of loans about which the Defendants made untrue or misleading**

26            **statements:**

27       **(a)**    **Number of loans whose LTVs were materially understated: 392**

28       **(b)**    **Number of loans that suffered EPDs: 23**

1      (c)    Number of loans in which the properties were stated to be owner-occupied
2           but were not: 231
3      (d)    Eliminating duplicates, number of loans about which the Defendants made
4           untrue or misleading statements: 518
5      (e)    Eliminating duplicates, percent of loans about which the Defendants made
6           untrue or misleading statements: 53.8%

-6-

1   **SCHEDULE 12 TO FIRST AMENDED COMPLAINT**

2   To the extent that this Schedule is incorporated by reference into allegations in the

3   complaint, those allegations are made against Defendants Deutsche and Deutsche Alt-A.

4   **Item 44.    Details of trust and certificate(s).**

5   (a)    **Dealer that sold the certificate(s) to the Bank:** Deutsche.

6   (b)    **Description of the trust:** Deutsche Alt-A Securities Mortgage Loan Trust,

7   Mortgage Pass-Through Certificates, Series 2007-2 was a securitization in August 2007 of 2,862

8   mortgage loans, in two groups. The mortgage loans in the collateral pool of this securitization

9   were originated or acquired by MortgageIT, Inc., Countrywide Home Loans, Inc., and various

10  undisclosed originators. MortgageIT, Inc. originated or acquired 38.7% of the loans in the

11  collateral pool and Countrywide Home Loans, Inc. originated or acquired 32.61%. DBALT 2007-

12  2 Pros. Sup. S-1 and S-60. MortgageIT, Inc. originated or acquired 41.05% of the loans in loan

13  group I, and Countrywide Home Loans, Inc. originated or acquired 39.6%. DBALT 2007-2 Pros.

14  Sup. S-47. MortgageIT, Inc. originated or acquired 36.93% of the loans in loan group II, and

15  Countrywide Home Loans, Inc. originated or acquired 27.35%. DBALT 2007-2 Pros. Sup. S-56.

16  (c)    **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

17  sold to the Bank a senior certificate in this securitization, in tranche I-A-1, for which the Bank

18  paid $377,000,000 plus accrued interest on August 31, 2007.

19  (d)    **Ratings of the certificate(s) when the Bank purchased them:** Standard &

20  Poor's – AAA; Moody's – Aaa.

21  (e)    **Current ratings of the certificate(s):** Standard & Poor's – AAA; Moody's – Ba3.

22  (f)    **URL of prospectus supplement for this securitization:**

23  http://www.sec.gov/Archives/edgar/data/1063292/000116231807000788/f424b5combined.htm.

24  **Item 52.    Untrue or misleading statements about the LTVs of the mortgage loans:**

25  In the prospectus supplement, Deutsche and Deutsche Alt-A made the following

26  statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1      (a)    The original LTVs of all of the mortgage loans in the collateral pool ranged from

2   13.68% to 100%, with a weighted average of 73.82%. DBALT 2007-2 Pros. Sup. S-4.

3      (b)    The original LTVs of the mortgage loans in Group I ranged from 16.85% to 100%,

4   with a weighted average of 73.11%. DBALT 2007-2 Pros. Sup. S-4.

5      (c)    The original LTVs of the mortgage loans in Group II ranged from 13.68% to

6   100%, with a weighted average of 74.35%. DBALT 2007-2 Pros. Sup. S-5.

7      (d)    95.37% of all of the mortgage loans in the collateral pool had an LTV of less than

8   80%. DBALT 2007-2 Pros. Sup. S-28.

9      (e)    4.49% of the all of the mortgage loans in the collateral pool had an LTV of greater

10   than 80%, but less than or equal to 95%. DBALT 2007-2 Pros. Sup. S-28.

11      (f)    92.92% of the mortgage loans in loan group I had an LTV of less than 80%.

12   DBALT 2007-2 Pros. Sup. S-28.

13      (g)    6.93% of the mortgage loans in loan group I had an LTV of greater than 80%, but

14   less than or equal to 95%. DBALT 2007-2 Pros. Sup. S-28.

15      (h)    97.21% of the mortgage loans in loan group II had an LTV of less than 80%.

16   DBALT 2007-2 Pros. Sup. S-28.

17      (i)    2.65% of the mortgage loans in loan group II had an LTV of greater than 80%, but

18   less than or equal to 95%. DBALT 2007-2 Pros. Sup. S-28.

19      (j)    In the "Description of the Mortgage Pool" section of the prospectus supplement,

20   Deutsche and Deutsche Alt-A presented tables of statistics about the mortgage loans in the

21   collateral pool. DBALT 2007-2 Pros. Sup. S-30 to S-59. Each table focused on a certain

22   characteristic of the loans (for example, principal balance of the mortgage loans at origination)

23   and divided the loans into categories based on that characteristic (for example, loans with

24   principal balances of less than or equal to $50,000, $50,001 to $100,000, $100,001 to $150,000,

25   etc.). Each table then presented various data about the mortgage loans in each category. One of

26   these tables, entitled "Original Loan-to-Value Ratios of the Mortgage Loans in the Aggregate,"

27   divided all of the loans in the collateral pool into 11 categories of original LTV (for example,

28   0.01% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and misleading

-2-

1  statements about the number of mortgage loans, the aggregate principal balance outstanding, and

2  the percent of aggregate principal balance outstanding in each of these categories. DBALT 2007-

3  2 Pros. Sup. S-32.

4      (k)    In the "Description of the Mortgage Pool" section, Deutsche and Deutsche Alt-A

5  presented a table entitled "Original Loan-to-Value Ratios of the Group I Mortgage Loans." This

6  table divided the mortgage loans in group I into 11 categories of original LTV (for example, 0.01

7  to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and misleading statements

8  about the number of mortgage loans, the aggregate principal balance outstanding, and the percent

9  of aggregate principal balance outstanding in each of these categories. DBALT 2007-2 Pros. Sup.

10  S-42.

11      (l)    In the "Description of the Mortgage Pool" section, Deutsche and Deutsche Alt-A

12  presented a table entitled "Original Loan-to-Value Ratios of the Group II Mortgage Loans." This

13  table divided the mortgage loans in group II into 11 categories of original LTV (for example,

14  0.01% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and misleading

15  statements about the number of mortgage loans, the aggregate principal balance outstanding, and

16  the percent of aggregate principal balance outstanding in each of these categories. DBALT 2007-

17  2 Pros. Sup. S-51.

18  **Item 62.**    **Details of the results of the AVM analysis:**

| | |
|---|---|
| Number of loans | 2,862 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,824 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,374 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $199,669,504 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 141 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $14,609,067 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 408 |
| Weighted-average LTV, as stated by Defendants | 73.8% |
| Weighted-average LTV, as determined by the model | 92.4% |

-3-

1      **Item 65.**     **Evidence from subsequent sales of refinanced properties:**

2         Of the 2,862 mortgage loans in the collateral pool, 1,563 were taken out to refinance,

3   rather than to purchase, properties. For those 1,563 loans, the value (denominator) in the LTV

4   was an appraised value rather than a sale price. Of those 1,563 properties, 209 were subsequently

5   sold for a total of approximately $90,786,965. The total value ascribed to those same properties in

6   the LTV data reported in the prospectus supplements and other documents sent to the Bank was

7   $144,495,017. Thus, those properties were sold for 62.8% of the value ascribed to them, a

8   difference of 37.2%. This difference cannot be accounted for by declines in house prices in the

9   areas in which those properties were located.

10   **Item 71.**     **Undisclosed additional liens:**

11       (a)     **Minimum number of properties with additional liens: 242**

12       (b)     **Total reduction in equity from additional liens: $42,443,578**

13       (c)     **Weighted-average reduction in equity from additional liens: 64.2%**

14   **Item 82.**     **Untrue or misleading statements about compliance with USPAP:**

15         In the prospectus supplement, Deutsche and Deutsche Alt-A made the following statement

16   about the appraisals of the properties in this securitization: "All appraisals are required to

17   conform to Fannie Mae or Freddie Mac appraisal standards then in effect." DBALT 2007-2 Pros.

18   Sup. S-64.

19         In the prospectus supplement, Deutsche and Deutsche Alt-A made the following statement

20   about the appraisals of the properties that were originated or acquired by MortgageIT, Inc.:

21   "Every MortgageIT mortgage loan is secured by a property that has been appraised by a licensed

22   appraiser in accordance with the Uniform Standards of Professional Appraisal Practice of the

23   Appraisal Foundation." DBALT 2007-2 Pros. Sup. S-67.

24   **Item 88.**     **Untrue or misleading statements about owner-occupancy of the properties**

25                    **that secured the mortgage loans:**

26         In the prospectus supplement, Deutsche and Deutsche Alt-A made the following

27   statements about the occupancy status of the properties that secured the mortgage loans in the

28   collateral pool of this securitization.

-4-

1     (a)    In the "Description of the Mortgage Pool" section of the prospectus supplement,

2  described in Item 52, Deutsche and Deutsche Alt-A presented a table entitled "Occupancy Status

3  of the Mortgage Loans in the Aggregate." This table divided the mortgage loans in the collateral

4  pool into the categories "Primary," "Investment," and "Second Home." The table made untrue

5  and misleading statements about the number of mortgage loans, the aggregate principal balance

6  outstanding, and the percent of aggregate principal balance outstanding in each of these

7  categories. DBALT 2007-2 Pros. Sup. S-33.

8     (b)    In the "Occupancy Status of the Mortgage Loans in the Aggregate" table,

9  Deutsche and Deutsche Alt-A stated that 85.12% of the aggregate mortgage loans were secured

10  by a "Primary" residence, 10.13% by an "Investment" property, and 4.76% by a "Second Home."

11  DBALT 2007-2 Pros. Sup. S-33.

12     (c)    In the "Description of the Mortgage Pool" section, Deutsche and Deutsche Alt-A

13  presented a table entitled "Occupancy Status of the Group I Mortgage Loans." This table divided

14  the mortgage loans in loan group I into the categories "Primary," "Investment," and "Second

15  Home." The table made untrue and misleading statements about the number of mortgage loans,

16  the aggregate principal balance outstanding, and the percent of aggregate principal balance

17  outstanding in each of these categories. DBALT 2007-2 Pros. Sup. S-43.

18     (d)    In the "Occupancy Status of the Group I Mortgage Loans" table, Deutsche and

19  Deutsche Alt-A stated that 80.13% of the mortgage loans in loan group I were secured by a

20  "Primary" residence, 14.22% by an "Investment" property, and 5.65% by a "Second Home."

21  DBALT 2007-2 Pros. Sup. S-43.

22     (e)    In the "Description of the Mortgage Pool" section Deutsche and Deutsche Alt-A

23  presented a table entitled "Occupancy Status of the Group II Mortgage Loans." This table divided

24  the mortgage loans in loan group II into the categories "Primary," "Investment," and "Second

25  Home." The table made untrue and misleading statements about the number of mortgage loans,

26  the aggregate principal balance outstanding, and the percent of aggregate principal balance

27  outstanding in each of these categories. DBALT 2007-2 Pros. Sup. S-52.

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1      (f)     In the "Occupancy Status of the Group II Mortgage Loans" table, Deutsche and

2 Deutsche Alt-A stated that 88.87% of the mortgage loans in loan group II were secured by a

3 "Primary" residence, 7.05% by an "Investment" property, and 4.09% by a "Second Home."

4 DBALT 2007-2 Pros. Sup. S-52.

5 **Item 96.**     **Details of properties that were stated to be owner-occupied, but were not:**

6      **(a)**     **Number of loans on which the owner of the property instructed tax**

7                **authorities to send property tax bills to him or her at a different address: 193**

8      **(b)**     **Number of loans on which the owner of the property could have, but did not,**

9                **designate the property as his or her homestead: 475**

10      **(c)**     **Number of loans on which the owner of the property owned three or more**

11                **properties: 51**

12      **(d)**     **Number of loans that went straight from current to foreclosure or ownership**

13                **by lender: 1**

14      **(e)**     **Eliminating duplicates, number of loans about which one or more of**

15                **statements (a) through (d) is true: 637**

16 **Item 99.**     **Untrue or misleading statements about the underwriting standards of the**

17           **originators of the mortgage loans:**

18      On pages S-62 through S-67 of the prospectus supplement, Deutsche and Deutsche Alt-A

19 made statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

20 statements are incorporated herein by reference. In particular, Deutsche and Deutsche Alt-A

21 stated that:

22      (a)     "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

23 if compensating factors are demonstrated by a prospective borrower." DBALT 2007-2 Pros. Sup.

24 S-63.

25      (b)     "Countrywide Home Loans' underwriting standards are applied by or on behalf of

26 Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

27 ability and the value and adequacy of the mortgaged property as collateral." DBALT 2007-2 Pros.

28 Sup. S-63.

1   On pages S-67 through S-69 of the prospectus supplement, Deutsche and Deutsche Alt-A

2   made statements about the underwriting guidelines of MortgageIT, Inc. All of those statements

3   are incorporated herein by reference. In particular, Deutsche and Deutsche Alt-A stated that:

4       (a)     "[E]xceptions to these underwriting guidelines are considered, so long as the

5   borrower has other reasonable compensating factors, on a case-by-case basis." DBALT 2007-2

6   Pros. Sup. S-69.

7       (b)     "When evaluating the ratio of all monthly debt payments to the borrower's

8   monthly income (debt-to-income ratio), the underwriter should be aware of the degree and

9   frequency of credit usage and its impact on the borrower's ability to repay the loan." DBALT

10  2007-2 Pros. Sup. S-69.

11  Item 106.    Early payment defaults:

12      (a)     Number of the mortgage loans that suffered EPDs: 166

13      (b)     Percent of the mortgage loans that suffered EPDs: 5.8%

14      (c)     Percent of all securitized, non-agency prime (including Alt-A) mortgage loans

15              made at the same time as the loans in the collateral pool that experienced

16              EPDs: 0.83%

17  Item 107.    90+ days delinquencies:

18      (a)     Number of the mortgage loans that suffered 90+ days delinquencies: 1,221

19      (b)     Percent of the mortgage loans that suffered 90+ days delinquencies: 42.7%

20      (c)     Percent of all securitized, non-agency prime (including Alt-A) mortgage loans

21              made at the same time as the loans in the collateral pool that suffered 90+

22              days delinquencies: 33.9%

23  Item 108.    30+ days delinquencies in this securitization:

24      (a)     Number of the mortgage loans that were 30+ days delinquent on March 31,

25              2010: 1,157

26      (b)     Percent of the mortgage loans that were 30+ days delinquent on March 31,

27              2010: 40.4%

28

-7-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (c)    **Percent of all mortgage loans in the United States that were 30+ days**

2    **delinquent on March 31, 2010:** 14.7%

3    **Item 117.**    **Statements about the ratings of the certificate(s) that the Bank purchased:**

4    On page S-6 of the prospectus supplement, Deutsche and Deutsche Alt-A made statements

5    about the ratings assigned to the certificates issued in this securitization. Deutsche and Deutsche

6    Alt-A stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and

7    AAA by Standard & Poor's Rating Services. These were the highest ratings available from these

8    two rating agencies.

9    Deutsche and Deutsche Alt-A also stated: "It is a condition to the issuance of the Offered

10    Certificates that they receive the ratings from Standard & Poor's Ratings Services . . . and

11    Moody's Investors Service, Inc. . . . indicated under "Certificate Ratings" in this prospectus

12    supplement." DBALT 2007-2 Pros. Sup. S-71.

13    **Item 120.**    **Summary of loans about which the Defendants made untrue or misleading**

14    **statements:**

15    (a)    **Number of loans whose LTVs were materially understated:** 1,374

16    (b)    **Number of loans in which the owner's equity was reduced by 5% or more by**

17    **undisclosed additional liens:** 242

18    (c)    **Number of loans that suffered EPDs:** 166

19    (d)    **Number of loans in which the properties were stated to be owner-occupied**

20    **but were not:** 637

21    (e)    **Eliminating duplicates, number of loans about which the Defendants made**

22    **untrue or misleading statements:** 1,839

23    (f)    **Eliminating duplicates, percent of loans about which the Defendants made**

24    **untrue or misleading statements:** 64.3%

25

26

27

28

-8-

1

## SCHEDULE 13 TO FIRST AMENDED COMPLAINT

2    To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Deutsche and Deutsche Alt-A.

4    **Item 44.        Details of trust and certificate(s).**

5         **(a)        Dealer that sold the certificate(s) to the Bank:** Deutsche.

6         **(b)        Description of the trust:** Deutsche Alt-A Securities Re-Remic Trust Certificates,

7    Series 2007-RS1 was a re-securitization in August 2007. The assets of Deutsche Alt-A Securities

8    Re-Remic Trust 2007-RS1 consisted of nine mortgage pass through certificates in five

9    Countrywide Alternative Loan Trust securitizations (referred to as the **Underlying**

10   **Securitizations**). The assets consisted of one certificate in each of the following tranches:

11   1.  tranche 1-A-5 of CWALT 2006-6CB;

12   2.  tranche 1-A-8 of CWALT 2006-6CB;

13   3.  tranche 2-A-11 of CWALT 2006-6CB;

14   4.  tranche A-8 of CWALT 2006-19CB;

15   5.  tranche A-22 of CWALT 2006-19CB;

16   6.  tranche A-1 of CWALT 2006-25CB;

17   7.  tranche A-15 of CWALT 2006-31CB;

18   8.  tranche 1-A-1 of CWALT 2006-39CB;

19   9.  tranche 1-A-10 of CWALT 2006-39CB.

20        Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2006-6CB was a

21   securitization in March 2006 of 8,550 mortgage loans,[5] in two groups. Countrywide Home Loans,

22   Inc. originated or acquired the mortgage loans in the collateral pool of the CWALT 2006-6CB

23   Securitization. CWALT 2006-6CB Pros. Sup. S-58.

24

25

26

27        [5] CWALT 2006-6CB was a prefunded securitization. On the closing date of the securitization
     there were 8,550 mortgage loans in the trust. After the closing date of the securitization, the trust
28   purchased an additional 1,690 mortgage loans.

1    Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2006-19CB was a

2    securitization in June 2006 of 5,889 mortgage loans,[6] in one group. Countrywide Home Loans,

3    Inc. originated or acquired the mortgage loans in the collateral pool of the CWALT 2006-19CB

4    Securitization. CWALT 2006-19CB Pros. Sup. S-45.

5    Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2006-25CB was a

6    securitization in July 2006 of 2,395 mortgage loans, in one group. Countrywide Home Loans, Inc.

7    originated or acquired the mortgage loans in the collateral pool of the CWALT 2006-25CB

8    Securitization. CWALT 2006-25CB Pros. Sup. S-38.

9    Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2006-31CB was a

10   securitization in September 2006 of 3,228 mortgage loans,[7] in one group. Countrywide Home

11   Loans, Inc. originated or acquired the mortgage loans in the collateral pool of the CWALT 2006-

12   31CB Securitization. CWALT 2006-31CB Pros. Sup. S-45.

13   Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2006-39CB was a

14   securitization in November 2006 of 3,422 mortgage loans,[8] in two groups. Countrywide Home

15   Loans, Inc. originated or acquired the mortgage loans in the collateral pool of the CWALT 2006-

16   39CB Securitization. CWALT 2006-39CB Pros. Sup. S-64.

17   In connection with its offer and sale of this certificate to The Bank, Deutsche and

18   Deutsche Alt-A sent numerous documents to The Bank at its office in San Francisco County.

19   These documents included a private placement memorandum and each of the prospectus

20   supplements filed with the SEC for the Underlying Securitizations. In the private placement

21   memorandum, Deutsche and Deutsche Alt-A made, and, in the prospectus supplements for each

22

23   [6] CWALT 2006-19CB was a prefunded securitization. On the closing date of the
     securitization there were 5,889 mortgage loans in the trust. After the closing date of the
24   securitization, the trust purchased an additional 1,343 mortgage loans.

25   [7] CWALT 2006-31CB was a prefunded securitization. On the closing date of the securitization
     there were 3,228 mortgage loans in the trust. After the closing date of the securitization, the trust
26   purchased an additional 1,034 mortgage loans.

27   [8] CWALT 2006-39CB was a prefunded securitization. On the closing date of the securitization
     there were 3,422 mortgage loans in the trust. After the closing date of the securitization, the trust
28   purchased an additional 435 mortgage loans.

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1  of the Underlying Securitizations, Deutsche made, statements of material fact about the certificate

2  that Deutsche and Deutsche Alt-A offered and sold to the Bank and the certificates that served as

3  collateral for Deutsche Alt-A Securities Re-Remic Trust Certificates, Series 2007-RS1.

4      **(c)**    **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

5  sold to the Bank a senior certificate in Deutsche Alt-A Securities Re-Remic Trust 2007-RS1, in

6  tranche A-1, for which the Bank paid \$492,074,621 plus accrued interest on August 30, 2007.

7      **(d)**    **Ratings of the certificate(s) when the Bank purchased them:** Standard &

8  Poor's — AAA; Moody's — Aaa.

9      **(e)**    **Current ratings of the certificate(s):** Standard & Poor's • CCC; Moody's •

10  Ba2.

11      **(f)**    **URL of prospectus supplement for this securitization:** True copies of the

12  prospectus supplements for the Underlying Securitizations are available at:

13  *CWALT 2006-6CB,*

14  http://www.sec.gov/Archives/edgar/data/1269518/000095013606002684/file001.htm;

15  *CWALT 2006-19CB,*

16  http://www.sec.gov/Archives/edgar/data/1269518/000095012906006951/v21590b5e424b5.txt;

17  *CWALT 2006-25CB,*

18  http://www.sec.gov/Archives/edgar/data/1269518/000095013406014404/v22164b5e424b5.txt;

19  *CWALT 2006-31CB,*

20  http://www.sec.gov/Archives/edgar/data/1269518/000095012406005670/v23755b5e424b5.txt; and

21  *CWALT 2006-39CB,*

22  http://www.sec.gov/Archives/edgar/data/1269518/000095012406007291/v25493b5e424b5.txt.

23  **Item 52.**    **Untrue or misleading statements about the LTVs of the mortgage loans:**

24  *CWALT 2006-6CB*

25      In the prospectus supplement for the 2006-6CB Securitization, Deutsche made the

26  following statements about the LTVs of the mortgage loans in the collateral pool of that

27  securitization.

28

-3-

1    (a)    As of the initial cut-off date, the weighted average original LTV of the mortgage

2  loans in loan group 1 was 70.55%. CWALT 2006-6CB Pros. Sup. S-6.

3

4    (b)    As of the initial cut-off date, the weighted average original LTV of the mortgage

5  loans in loan group 2 was 72.4%. CWALT 2006-6CB Pros. Sup. S-6.

6    (c)    "No Initial Mortgage Loan in any loan group had a Loan-to-Value Ratio at

7  origination or on the closing date of more than 100.00%." CWALT 2006-6CB Pros. Sup. S-35.

8    (d)    In "The Mortgage Pool" section of the prospectus supplement for the CWALT

9  2006-6CB Securitization, Deutsche presented tables of statistics about the mortgage loans in the

10  collateral pool of that securitization. CWALT 2006-6CB Pros. Sup. S-37 to S-54. Each table

11  focused on a certain characteristic of the loans (for example, current mortgage loan principal

12  balance) and divided the loans into categories based on that characteristic (for example, loans

13  with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to

14  $150,000, etc.). Each table then presented various data about the loans in each category. Among

15  these data was the "Weighted Average Original Loan-to-Value Ratio." There were 12 such tables

16  in "The Mortgage Pool" section for the mortgage loans in loan group 1. In each table, the number

17  of categories into which the loans were divided ranged from three to 45. Thus, in "The Mortgage

18  Pool" section of the prospectus supplement, Deutsche made hundreds of statements about the

19  original LTVs of the loans in loan group 1. CWALT 2006-6CB Pros. Sup. S-37 to S-45.

20    (e)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

21  of the Initial Mortgage Loans in loan group 1 was approximately 70.55%." CWALT 2006-6CB

22  Pros. Sup. S-41.

23    (f)    In "The Mortgage Pool" section, of the prospectus supplement for the CWALT

24  2006-6CB Securitization, Deutsche presented similar tables of statistics about the mortgage loans

25  in loan group 2 of that securitization. In these tables, Deutsche similarly made hundreds of

26  statements about the original LTVs of the loans in loan group 2. CWALT 2006-6CB Pros. Sup.

27  S-46 to S-54.

28

-4-

1      (g)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

2   of the Initial Mortgage Loans in loan group 2 was approximately 72.40%." CWALT 2006-6CB

3   Pros. Sup. S-49.

4   *CWALT 2006-19CB*

5      In the prospectus supplement for the 2006-19CB Securitization, Deutsche made the

6   following statements about the LTVs of the mortgage loans in the collateral pool of that

7   securitization.

8      As of the initial cut-off date, the weighted average original LTV of the mortgage loans in

9   the collateral pool was 70.72%. CWALT 2006-19CB Pros. Sup. S-5.

10     (h)    "No Initial Mortgage Loan had a Loan-to-Value Ratio at origination of more than

11   100%." CWALT 2006-19CB Pros. Sup. S-31.

12     (i)    In "The Mortgage Pool" section of the prospectus supplement for the CWALT

13   2006-19CB Securitization, Deutsche presented tables of statistics about the mortgage loans in the

14   collateral pool of the CWALT 2006-19CB Securitization. Each table focused on a certain

15   characteristic of the loans (for example, current mortgage loan principal balance) and divided the

16   loans into categories based on that characteristic (for example, loans with current principal

17   balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table

18   then presented various data about the loans in each category. Among these data was the

19   "Weighted Average Original Loan-to-Value Ratio." There were 12 such tables in "The Mortgage

20   Pool" section of the prospectus supplement. In each table, the number of categories into which the

21   loans were divided ranged from three to 49. Thus, in "The Mortgage Pool" section, Deutsche

22   made hundreds of statements about the original LTVs of the loans in the collateral pool. CWALT

23   2006-19CB Pros. Sup. S-33 to S-41.

24     (j)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

25   of the Initial Mortgage Loans was approximately 70.72%." CWALT 2006-19CB Pros. Sup. S-37.

26   *CWALT 2006-25CB*

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1     In the prospectus supplement for the 2006-25CB Securitization, Deutsche made the

2  following statements about the LTVs of the mortgage loans in the collateral pool of that

3  securitization.

4     As of the cut-off date, the weighted average original LTV of the mortgage loans in the

5  collateral pool was 67.82%. CWALT 2006-25CB Pros. Sup. S-5.

6     (k)   "No mortgage loan had a Loan-to-Value Ratio at origination of more than 100.%."

7  CWALT 2006-25CB Pros. Sup. S-27.

8     (l)   In "The Mortgage Pool" section of the prospectus supplement for the CWALT

9  2006-25CB Securitization, Deutsche presented tables of statistics about the mortgage loans in the

10  collateral pool of that securitization. Each table focused on a certain characteristic of the loans

11  (for example, current mortgage loan principal balance) and divided the loans into categories

12  based on that characteristic (for example, loans with current principal balances of $0.01 to

13  $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented

14  various data about the loans in each category. Among these data was the "Weighted Average

15  Original Loan-to-Value Ratio." There were 12 such tables in "The Mortgage Pool" section for the

16  loans in the collateral pool. In each table, the number of categories into which the loans were

17  divided ranged from three to 22. Thus, in "The Mortgage Pool" section, Deutsche made hundreds

18  of statements about the original LTVs of the loans in the collateral pool. CWALT 2006-25CB

19  Pros. Sup. S-29 to S-36.

20     (m)   "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

21  mortgage loans was approximately 67.82%." CWALT 2006-25CB Pros. Sup. S-32.

22  *CWALT 2006-31CB*

23     In the prospectus supplement for the 2006-31CB Securitization, Deutsche made the

24  following statements about the LTVs of the mortgage loans in the collateral pool of that

25  securitization.

26     (n)   As of the initial cut-off date, the weighted average original LTV of the mortgage

27  loans in the collateral pool was 66.66%. CWALT 2006-31CB Pros. Sup. S-5.

28

-6-

1    (o)    "No Initial Mortgage Loan had a Loan-to-Value Ratio at origination of more than

2    100%." CWALT 2006-31CB Pros. Sup. S-30.

3    (p)    In "The Mortgage Pool" section of the prospectus supplement for the CWALT

4    2006-31CB Securitization, Deutsche presented tables of statistics about the mortgage loans in the

5    collateral pool of that securitization. Each table focused on a certain characteristic of the loans

6    (for example, current mortgage loan principal balance) and divided the loans into categories

7    based on that characteristic (for example, loans with current principal balances of $0.01 to

8    $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented

9    various data about the loans in each category. Among these data was the "Weighted Average

10    Original Loan-to-Value Ratio." There were 13 such tables in "The Mortgage Pool" section for the

11    loans in the collateral pool. In each table, the number of categories into which the loans were

12    divided ranged from three to 34. Thus, in "The Mortgage Pool" section, Deutsche made hundreds

13    of statements about the original LTVs of the loans in the collateral pool. CWALT 2006-31CB

14    Pros. Sup. S-33 to S-41.

15    (q)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

16    of the Initial Mortgage Loans was approximately 66.66%." CWALT 2006-31CB Pros. Sup. S-36.

17    *CWALT 2006-39CB*

18    In the prospectus supplement for the 2006-39CB Securitization, Deutsche made the

19    following statements about the LTVs of the mortgage loans in the collateral pool of that

20    securitization.

21    As of the initial cut-off date, the weighted average original LTV of the mortgage loans in

22    loan group 1 was 67.3%. CWALT 2006-39CB Pros. Sup. S-6.

23    (r)    As of the initial cut-off date, the weighted average original LTV of the mortgage

24    loans in loan group 2 was 78.87%. CWALT 2006-39CB Pros. Sup. S-6.

25    (s)    "No Initial Mortgage Loan in any loan group had a Loan-to-Value Ratio at

26    origination or on the closing date of more than 100.00%." CWALT 2006-39CB Pros. Sup. S-35.

27    (t)    In "The Mortgage Pool" section of the prospectus supplement for the CWALT

28    2006-39CB Securitization, Deutsche presented tables of statistics about the mortgage loans in the

-7-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1  collateral pool of that securitization. CWALT 2006-39CB Pros. Sup. S-38 to S-60. Each table

2  focused on a certain characteristic of the loans (for example, current mortgage loan principal

3  balance) and divided the loans into categories based on that characteristic (for example, loans

4  with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to

5  $150,000, etc.). Each table then presented various data about the loans in each category. Among

6  these data was the "Weighted Average Original Loan-to-Value Ratio." There were 13 such tables

7  in "The Mortgage Pool" section for the loans in loan group 1. In each table, the number of

8  categories into which the loans were divided ranged from three to 77. Thus, in "The Mortgage

9  Pool" section, Deutsche made hundreds of statements about the original LTVs of the loans in loan

10 group 1. CWALT 2006-39CB Pros. Sup. S-38 to S-47.

11     (u)     "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

12 of the Initial Mortgage Loans in loan group 1 was approximately 67.30%." CWALT 2006-39CB

13 Pros. Sup. S-42.

14     (v)     In "The Mortgage Pool" section of the prospectus supplement for the CWALT

15 2006-39CB Securitization, Deutsche presented similar tables of statistics about the mortgage

16 loans in loan group 2 of that securitization. In these tables, Deutsche similarly made hundreds of

17 statements about the original LTVs of the loans in loan group 2. CWALT 2006-39CB Pros. Sup.

18 S-48 to S-60.

19     (w)     "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

20 of the Initial Mortgage Loans in loan group 2 was approximately 78.87%." CWALT 2006-39CB

21 Pros. Sup. S-54.

22 **Item 62.     Details of the results of the AVM analysis:**

23 *CWALT 2006-6CB*

| | |
|---|---|
| Number of loans | 10,240 |
| Number of properties on which there was enough information for the model to determine a true market value | 5,268 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 2,992 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $169,802,066 |

-8-

| | |
|---|---:|
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 721 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $43,516,008 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 327 |
| Weighted-average LTV, as stated by Defendants | 67.3% |
| Weighted-average LTV, as determined by the model | 77.9% |

*CWALT 2006-19CB*

| | |
|---|---:|
| Number of loans | 7,232 |
| Number of properties on which there was enough information for the model to determine a true market value | 3,969 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 2,333 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $132,934,823 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 499 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $30,337,277 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 296 |
| Weighted-average LTV, as stated by Defendants | 70.7% |
| Weighted-average LTV, as determined by the model | 77.8% |

*CWALT 2006-25CB*

| | |
|---|---:|
| Number of loans | 2,395 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,376 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 807 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $44,757,784 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 166 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $10,522,560 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 70 |
| Weighted-average LTV, as stated by Defendants | 67.8% |
| Weighted-average LTV, as determined by the model | 74.4% |

-9-

1    *CWALT 2006-31CB*

2
| Number of loans | 4,262 |
| --- | --- |
3 | Number of properties on which there was enough information for the model to determine a true market value | 2,245 |
4 | Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,328 |
5
6 | Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $81,362,533 |
7 | Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 315 |
8 | Aggregate amount by which the true market values of those properties exceed their stated values | $18,572,529 |
9 | Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 143 |
10 | Weighted-average LTV, as stated by Defendants | 66.7% |
| Weighted-average LTV, as determined by the model | 74.2% |

11

12   *CWALT 2006-39CB*

13
| Number of loans | 2,857 |
| --- | --- |
14 | Number of properties on which there was enough information for the model to determine a true market value | 2,138 |
15 | Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,354 |
16
17 | Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $82,141,819 |
18 | Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 265 |
19 | Aggregate amount by which the true market values of those properties exceed their stated values | $15,554,558 |
20 | Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 201 |
21 | Weighted-average LTV, as stated by Defendants | 67.3% |
| Weighted-average LTV, as determined by the model | 69.3% |

22

23   **Item 65.    Evidence from subsequent sales of refinanced properties:**

*CWALT 2006-6CB*
24

25   Of the 10,240 mortgage loans in the collateral pool, 4,306 were taken out to refinance,

26   rather than to purchase, properties. For those 4,306 loans, the value (denominator) in the LTV

27   was an appraised value rather than a sale price. Of those 4,306 properties, 398 were subsequently

28   sold for a total of approximately $108,502,079. The total value ascribed to those same properties

-10-

1    in the LTV data reported in the prospectus supplements and other documents sent to the Bank

2    was $140,030,305. Thus, those properties were sold for 77.5% of the value ascribed to them, a

3    difference of 22.5%. This difference cannot be accounted for by declines in house prices in the

4    areas in which those properties were located.

5    *CWALT 2006-19CB*

6         Of the 7,232 mortgage loans in the collateral pool, 2,709 were taken out to refinance,

7    rather than to purchase, properties. For those 2,709 loans, the value (denominator) in the LTV

8    was an appraised value rather than a sale price. Of those 2,709 properties, 262 were subsequently

9    sold for a total of approximately $74,612,580. The total value ascribed to those same properties in

10   the LTV data reported in the prospectus supplements and other documents sent to the Bank was

11   $96,649,333. Thus, those properties were sold for 77.2% of the value ascribed to them, a

12   difference of 22.8%. This difference cannot be accounted for by declines in house prices in the

13   areas in which those properties were located.

14   *CWALT 2006-25CB*

15        Of the 2,395 mortgage loans in the collateral pool, 1,225 were taken out to refinance,

16   rather than to purchase, properties. For those 1,225 loans, the value (denominator) in the LTV

17   was an appraised value rather than a sale price. Of those 1,225 properties, 86 were subsequently

18   sold for a total of approximately $25,468,677. The total value ascribed to those same properties in

19   the LTV data reported in the prospectus supplements and other documents sent to the Bank was

20   $32,235,300. Thus, those properties were sold for 79.0% of the value ascribed to them, a

21   difference of 21.0%. This difference cannot be accounted for by declines in house prices in the

22   areas in which those properties were located.

23   *CWALT 2006-31CB*

24        Of the 4,262 mortgage loans in the collateral pool, 1,694 were taken out to refinance,

25   rather than to purchase, properties. For those 1,694 loans, the value (denominator) in the LTV

26   was an appraised value rather than a sale price. Of those 1,694 properties, 155 were subsequently

27   sold for a total of approximately $42,644,642. The total value ascribed to those same properties in

28   the LTV data reported in the prospectus supplements and other documents sent to the Bank was

-11-

1     $60,755,887. Thus, those properties were sold for 70.2% of the value ascribed to them, a

2     difference of 29.8%. This difference cannot be accounted for by declines in house prices in the

3     areas in which those properties were located.

4     **Item 71.**     **Undisclosed additional liens:**

5     *CWALT 2006-6CB*

6           **(a)**     **Minimum number of properties with additional liens: 525**

7           **(b)**     **Total reduction in equity from additional liens: $35,461,691**

8           **(c)**     **Weighted-average reduction in equity from additional liens: 70.1%**

9     *CWALT 2006-19CB*

10           **(a)**     **Minimum number of properties with additional liens: 365**

11           **(b)**     **Total reduction in equity from additional liens: $24,792,315**

12           **(d)**     **Weighted-average reduction in equity from additional liens: 66.1%**

13     *CWALT 2006-25CB*

14           **(a)**     **Minimum number of properties with additional liens: 85**

15           **(b)**     **Total reduction in equity from additional liens: $6,732,465**

16           **(e)**     **Weighted-average reduction in equity from additional liens: 55.8%**

17     **Item 82.**     **Untrue or misleading statements about compliance with USPAP:**

18     In each of the prospectus supplements for the Underlying Securitizations, Deutsche made

19     statements about the appraisals of the properties that secured the mortgage loans originated by

20     Countrywide Home Loans, Inc.: "All appraisals are required to conform to Fannie Mae or Freddie

21     Mac appraisal standards then in effect." CWALT 2006-6CB Pros. Sup. S-60, CWALT 2006-

22     19CB Pros. Sup. S-46, CWALT 2006-25CB Pros. Sup. S-40, CWALT 2006-31CB Pros. Sup. S-

23     47, and CWALT 2006-39CB Pros. Sup. S-66.

24     **Item 88.**     **Untrue or misleading statements about owner-occupancy of the properties**

25               **that secured the mortgage loans:**

26     *CWALT 2006-6CB*

27

28

1    In the prospectus supplement for the CWALT 2006-6CB Securitization, Deutsche made

2  the following statements about the occupancy status of the properties that secured the mortgage

3  loans in the collateral pool of that securitization.

4    (x)    In "The Mortgage Pool" section of the prospectus supplement for the CWALT

5  2006-6CB Securitization, described in Item 52, Deutsche presented a table entitled "Occupancy

6  Types." This table divided the mortgage loans in loan group 1 of that securitization into the

7  categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

8  made untrue and misleading statements about the number of mortgage loans, the aggregate

9  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

10  of these categories. CWALT 2006-6CB Pros. Sup. S-43.

11    (y)    In the "Occupancy Types" table, Deutsche stated that 90.99% of the mortgage

12  loans in loan group 1 of the CWALT 2006-6CB Securitization were secured by a "Primary

13  Residence," 4.11% by an "Investment Property," and 4.91% by a "Secondary Residence."

14  CWALT 2006-6CB Pros. Sup. S-43.

15    (z)    In "The Mortgage Pool" section of the prospectus supplement for the CWALT

16  2006-6CB Securitization, Deutsche presented another table entitled "Occupancy Types." This

17  table divided the mortgage loans in loan group 2 of that securitization into the categories

18  "Primary Residence," "Investment Property," and "Secondary Residence." The table made untrue

19  and misleading statements about the number of mortgage loans, the aggregate principal balance

20  outstanding, and the percent of aggregate principal balance outstanding in each of these

21  categories. CWALT 2006-6CB Pros. Sup. S-52.

22    (aa)    In the "Occupancy Types" table, Deutsche stated that 89.51% of the mortgage

23  loans in loan group 2 of the CWALT 2006-6CB Securitization were secured by a "Primary

24  Residence," 5.26% by an "Investment Property," and 5.22% by a "Secondary Residence."

25  CWALT 2006-6CB Pros. Sup. S-52.

26  *CWALT 2006-19CB*

27

28

-13-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    In the prospectus supplement for the CWALT 2006-19CB Securitization, Deutsche made
2  the following statements about the occupancy status of the properties that secured the mortgage
3  loans in the collateral pool of that securitization.

4    In "The Mortgage Pool" section of the prospectus supplement for the CWALT 2006-
5  19CB Securitization, described in Item 52, Deutsche presented a table entitled "Occupancy
6  Types." This table divided the mortgage loans in the collateral pool of that securitization into the
7  categories "Primary Residence," "Investment Property," and "Secondary Residence." The table
8  made untrue and misleading statements about the number of mortgage loans, the aggregate
9  principal balance outstanding, and the percent of aggregate principal balance outstanding in each
10  of these categories. CWALT 2006-19CB Pros. Sup. S-39.

11    (bb)    In the "Occupancy Types" table, Deutsche stated that 90.97% of the mortgage
12  loans in the collateral pool of the CWALT 2006-19CB Securitization were secured by a "Primary
13  Residence," 5.08% by an "Investment Property," and 3.95% by a "Secondary Residence."
14  CWALT 2006-19CB Pros. Sup. S-39.

15  *CWALT 2006-25CB*

16    In the prospectus supplement for the CWALT 2006-25CB Securitization, Deutsche made
17  the following statements about the occupancy status of the properties that secured the mortgage
18  loans in the collateral pool of that securitization.

19    In "The Mortgage Pool" section of the prospectus supplement for the CWALT 2006-
20  25CB Securitization, described in Item 52, Deutsche presented a table entitled "Occupancy
21  Types." This table divided the mortgage loans in the collateral pool of that securitization into the
22  categories "Primary Residence," "Investment Property," and "Secondary Residence." The table
23  made untrue and misleading statements about the number of mortgage loans, the aggregate
24  principal balance outstanding, and the percent of aggregate principal balance outstanding in each
25  of these categories. CWALT 2006-25CB Pros. Sup. S-34.

26    (cc)    In the "Occupancy Types" table, Deutsche stated that 89.84% of the mortgage
27  loans in the collateral pool of the CWALT 2006-25CB Securitization were secured by a "Primary
28

-14-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1  Residence," 4.54% by an "Investment Property," and 5.62% by a "Secondary Residence."

2  CWALT 2006-25CB Pros. Sup. S-34.

3  *CWALT 2006-31CB*

4        In the prospectus supplement for the CWALT 2006-31CB Securitization, Deutsche made

5  the following statements about the occupancy status of the properties that secured the mortgage

6  loans in the collateral pool of that securitization.

7        In "The Mortgage Pool" section of the prospectus supplement for the CWALT 2006-

8  31CB Securitization, described in Item 52, Deutsche presented a table entitled "Occupancy

9  Types." This table divided all of the mortgage loans in the collateral pool of that securitization

10  into the categories "Primary Residence," "Investment Property," and "Secondary Residence." The

11  table made untrue and misleading statements about the number of mortgage loans, the aggregate

12  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

13  of these categories. CWALT 2006-31CB Pros. Sup. S-39.

14        (dd)   In the "Occupancy Types" table, Deutsche stated that 86.24% of all of the

15  mortgage loans in the collateral pool of that securitization were secured by a "Primary

16  Residence," 7.84% by an "Investment Property," and 5.92% by a "Secondary Residence."

17  CWALT 2006-31CB Pros. Sup. S-39.

18  *CWALT 2006-39CB*

19        In the prospectus supplement for the CWALT 2006-39CB Securitization, Deutsche made

20  the following statements about the occupancy status of the properties that secured the mortgage

21  loans in the collateral pool of that securitization.

22        In "The Mortgage Pool" section of the prospectus supplement for the CWALT 2006-

23  39CB Securitization, described in Item 52, Deutsche presented a table entitled "Occupancy

24  Types." This table divided the mortgage loans in loan group 1 of that securitization into the

25  categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

26  made untrue and misleading statements about the number of mortgage loans, the aggregate

27  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

28  of these categories. CWALT 2006-39CB Pros. Sup. S-45.

-15-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)