1    (ee)    In the "Occupancy Types" table, Deutsche stated that 87.97% of the mortgage

2    loans in loan group 1 of the CWALT 2006-39CB Securitization were secured by a "Primary

3    Residence," 7.71% by an "Investment Property," and 4.32% by a "Secondary Residence."

4    CWALT 2006-39CB Pros. Sup. S-45.

5    (ff)    In "The Mortgage Pool" section, of the prospectus supplement for the CWALT

6    2006-39CB Securitization, Deutsche presented another table entitled "Occupancy Types." This

7    table divided the mortgage loans in loan group 2 of that securitization into the categories

8    "Primary Residence," "Investment Property," and "Secondary Residence." The table made untrue

9    and misleading statements about the number of mortgage loans, the aggregate principal balance

10   outstanding, and the percent of aggregate principal balance outstanding in each of these

11   categories. CWALT 2006-39CB Pros. Sup. S-58.

12   (gg)    In the "Occupancy Types" table, Deutsche stated that 69.24% of the mortgage

13   loans in loan group 2 of the CWALT 2006-39CB Securitization were secured by a "Primary

14   Residence," 25.61% by an "Investment Property," and 5.15% by a "Secondary Residence."

15   CWALT 2006-39CB Pros. Sup. S-58.

16   **Item 96.    Details of properties that were stated to be owner-occupied, but were not:**

17   *CWALT 2006-6CB*

18   (a)    **Number of loans on which the owner of the property instructed tax**

19          **authorities to send property tax bills to him or her at a different address: 763**

20   (b)    **Number of loans on which the owner of the property could have, but did not,**

21          **designate the property as his or her homestead: 1,064**

22   (c)    **Number of loans on which the owner of the property owned three or more**

23          **properties: 89**

24   (d)    **Number of loans that went straight from current to foreclosure or ownership**

25          **by lender: 1**

26   (e)    **Eliminating duplicates, number of loans about which one or more of**

27          **statements (a) through (d) is true: 1,672**

28   *CWALT 2006-19CB*

-16-

1  (a)  Number of loans on which the owner of the property instructed tax

2       authorities to send property tax bills to him or her at a different address: 569

3  (b)  Number of loans on which the owner of the property could have, but did not,

4       designate the property as his or her homestead: 825

5  (c)  Number of loans on which the owner of the property owned three or more

6       properties: 72

7  (d)  Eliminating duplicates, number of loans about which one or more of

8       statements (a) through (c) is true: 1,281

9  *CWALT 2006-25CB*

10  (a)  Number of loans on which the owner of the property instructed tax

11       authorities to send property tax bills to him or her at a different address: 179

12  (b)  Number of loans on which the owner of the property could have, but did not,

13       designate the property as his or her homestead: 268

14  (c)  Number of loans on which the owner of the property owned three or more

15       properties: 18

16  (d)  Number of loans that went straight from current to foreclosure or ownership

17       by lender: 1

18  (e)  Eliminating duplicates, number of loans about which one or more of

19       statements (a) through (d) is true: 409

20  *CWALT 2006-31CB*

21  (a)  Number of loans on which the owner of the property instructed tax

22       authorities to send property tax bills to him or her at a different address: 322

23  (b)  Number of loans on which the owner of the property could have, but did not,

24       designate the property as his or her homestead: 434

25  (c)  Number of loans on which the owner of the property owned three or more

26       properties: 42

27  (d)  Eliminating duplicates, number of loans about which one or more of

28       statements (a) through (c) is true: 695

-17-

**Item 99.    Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

In each of the prospectus supplements for the Underlying Securitizations, Deutsche made statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those statements are incorporated herein by reference. CWALT 2006-6CB Pros. Sup. S-58 to S-64, CWALT 2006-19CB Pros. Sup. S-45 to S-50, CWALT 2006-25CB Pros. Sup. S-38 to S-43, CWALT 2006-31CB Pros. Sup. S-45 to S-50, and CWALT 2006-39CB Pros. Sup. S-64 to S-70. In particular, Deutsche stated that:

"Exceptions to Countrywide Home Loans' underwriting guidelines may be made if compensating factors are demonstrated by a prospective borrower." CWALT 2006-6CB Pros. Sup. S-59, CWALT 2006-19CB Pros. Sup. S-46, CWALT 2006-25CB Pros. Sup. S-39, CWALT 2006-31CB Pros. Sup. S-46, and CWALT 2006-39CB Pros. Sup. S-65.

"Countrywide Home Loans' underwriting standards are applied by or on behalf of Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment ability and the value and adequacy of the mortgaged property as collateral." CWALT 2006-6CB Pros. Sup. S-59, CWALT 2006-19CB Pros. Sup. S-45, CWALT 2006-25CB Pros. Sup. S-39, CWALT 2006-31CB Pros. Sup. S-46, and CWALT 2006-39CB Pros. Sup. S-65.

**Item 106.    Early payment defaults:**

*CWALT 2006-19CB*

(a)    **Number of the mortgage loans that suffered EPDs: 24**

(b)    **Percent of the mortgage loans that suffered EPDs: 0.3%**

(c)    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.44%**

*CWALT 2006-31CB*

(a)    **Number of the mortgage loans that suffered EPDs: 17**

(b)    **Percent of the mortgage loans that suffered EPDs: 0.4%**

-18-

1        (c)      Percent of all securitized, non-agency prime (including Alt-A) mortgage loans

2                  made at the same time as the loans in the collateral pool that experienced

3                  EPDs: 0.44%

4    Item 108.     30+ days delinquencies in this securitization:

5    *CWALT 2006-6CB*

6        (a)      Number of the mortgage loans that were 30+ days delinquent on March 31,

7                  2010: 2,035

8        (b)      Percent of the mortgage loans that were 30+ days delinquent on March 31,

9                  2010: 19.9%

10      (c)      Percent of all mortgage loans in the United States that were 30+ days

11               delinquent on March 31, 2010: 14.7%

12    *CWALT 2006-19CB*

13      (a)      Number of the mortgage loans that were 30+ days delinquent on March 31,

14              2010: 1,345

15      (b)      Percent of the mortgage loans that were 30+ days delinquent on March 31,

16              2010: 18.6%

17      (c)      Percent of all mortgage loans in the United States that were 30+ days

18              delinquent on March 31, 2010: 14.7%

19    *CWALT 2006-25CB*

20      (a)      Number of the mortgage loans that were 30+ days delinquent on March 31,

21              2010: 409

22      (b)      Percent of the mortgage loans that were 30+ days delinquent on March 31,

23              2010: 17.1%

24      (c)      Percent of all mortgage loans in the United States that were 30+ days

25              delinquent on March 31, 2010: 14.7%

26    *CWALT 2006-31CB*

27      (a)      Number of the mortgage loans that were 30+ days delinquent on March 31,

28              2010: 903

1       **(b)**     **Percent of the mortgage loans that were 30+ days delinquent on March 31,**

2                 **2010: 21.2%**

3       **(c)**     **Percent of all mortgage loans in the United States that were 30+ days**

4                 **delinquent on March 31, 2010: 14.7%**

5  **Item 117.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

6       On pages ii, 6 to 7, and 57 to 58 of the private placement memorandum, Deutsche and

7  Deutsche Alt-A made statements about the ratings assigned to the certificate issued in this

8  securitization. Deutsche and Deutsche Alt-A stated that the Bank's certificate was rated Aaa by

9  Moody's Investors Service, Inc. and AAA by Standard & Poor's Rating Services. These were the

10  highest ratings available from these two rating agencies.

11       Deutsche and Deutsche Alt-A also stated: "It is a condition to the issuance of the [Bank's

12  certificate] that [it] be assigned ratings not lower than 'Aaa' by Moody's Investors Service, Inc.

13  ("Moody's"), [and] "AAA" by Standard & Poor's Rating Services . . . ." DBALT 2007-RS1 Priv.

14  Place. Mem. 6 to 7.

15  **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**

16  **statements:**

17  *CWALT 2006-6CB*

18       **(a)**     **Number of loans whose LTVs were materially understated: 2,992**

19       **(b)**     **Number of loans in which the owner's equity was reduced by 5% or more by**

20                 **undisclosed additional liens: 525**

21       **(c)**     **Number of loans in which the properties were stated to be owner-occupied**

22                 **but were not: 1,672**

23       **(d)**     **Eliminating duplicates, number of loans about which the Defendants made**

24                 **untrue or misleading statements: 4,295**

25       **(e)**     **Eliminating duplicates, percent of loans about which the Defendants made**

26                 **untrue or misleading statements: 50.2%**

27

28

1    *CWALT 2006-19CB*

2       (a)    **Number of loans whose LTVs were materially understated: 2,333**

3       (b)    **Number of loans in which the owner's equity was reduced by 5% or more by**

4            **undisclosed additional liens: 365**

5       (c)    **Number of loans that suffered EPDs: 24**

6       (d)    **Number of loans in which the properties were stated to be owner-occupied**

7            **but were not: 1,281**

8       (e)    **Eliminating duplicates, number of loans about which the Defendants made**

9            **untrue or misleading statements: 3,356**

10       (f)    **Eliminating duplicates, percent of loans about which the Defendants made**

11            **untrue or misleading statements: 57.0%**

12

13    *CWALT 2006-25CB*

14       (a)    **Number of loans whose LTVs were materially understated: 807**

15       (b)    **Number of loans in which the owner's equity was reduced by 5% or more by**

16            **undisclosed additional liens: 85**

17       (c)    **Number of loans in which the properties were stated to be owner-occupied**

18            **but were not: 409**

19       (d)    **Eliminating duplicates, number of loans about which the Defendants made**

20            **untrue or misleading statements: 1,543**

21       (e)    **Eliminating duplicates, percent of loans about which the Defendants made**

22            **untrue or misleading statements: 64.4**

23

24    Item 120.    **Summary of loans about which the Defendants made untrue or misleading**

25            **statements:**

26       (a)    **Number of loans whose LTVs were materially understated: 1,328**

27       (b)    **Number of loans in which the properties were stated to be owner-occupied**

28            **but were not: 695**

1      (c)    **Eliminating duplicates, number of loans about which the Defendants made**

2              **untrue or misleading statements: 1,715**

3      (d)    **Eliminating duplicates, percent of loans about which the Defendants made**

4              **untrue or misleading statements: 40.2%**

-22-

1

**SCHEDULE 14 TO FIRST AMENDED COMPLAINT**

2

To the extent that this Schedule is incorporated by reference into allegations in the

3
complaint, those allegations are made against Defendants Deutsche and Deutsche Alt-A.

4
**Item 44.     Details of trust and certificate(s).**

5
(a)     **Dealer that sold the certificate(s) to the Bank:** Deutsche.

6
(b)     **Description of the trust:** Deutsche Alt-A Securities Re-securitization Trust

7
Certificates, Series 2007-2R was a re-securitization in July 2007. The assets of Deutsche Alt-A

8
Securities Re-securitization Trust Certificates, Series 2007-2R consisted primarily of a mortgage

9
pass-through certificate in tranche 1-A-1 of Countrywide Alternative Loan Trust, Mortgage Pass-

10
Through Certificates, Series 2007-21CB (referred to as the "Underlying Securitization").

11
The Underlying Securitization was a securitization of 2,667 mortgage loans,[9] in two

12
groups. Countrywide Home Loans, Inc. originated or acquired the mortgage loans in the collateral

13
pool of the Underlying Securitization CWALT 2007-21CB Pros. Sup. S-41.

14
In connection with its offer and sale of this certificate to the Bank, Deutsche and Deutsche

15
alt-A sent numerous documents to the Bank at its office in San Francisco County. These

16
documents included a private placement memorandum for this securitization and a prospectus

17
supplement filed with the SEC for the Underlying Securitization. In the private placement

18
memorandum, Deutsche and Deutsche Alt-A made, and, in the prospectus supplement for the

19
Underlying Securitization, Deutsche made, statements of material fact about the certificate that it

20
offered and sold to the Bank and the certificates that served as collateral for Deutsche Alt-A

21
Securities Re-securitization Trust Certificates, Series 2007-2R.

22
(c)     **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

23
sold to the Bank a senior certificate in Deutsche Alt-A Securities Re-securitization Trust 2007-

24

25

26
---
[9] CWALT 2007-21CB was a prefunded securitization. On the closing date of the securitization

27
there were 2,667 mortgage loans in the trust. After the closing date of the securitization, the trust
purchased an additional 661 mortgage loans.

28

1    2R, in tranche 1-A-1, for which The Bank paid $292,250,600 plus accrued interest on July 30,

2    2007.

3         (d)    **Ratings of the certificate(s) when the Bank purchased them:** Standard &

4    Poor's — AAA; Moody's — Aaa.

5         (e)    **Current ratings of the certificate(s):** Standard & Poor's • BBB+; Moody's •

6    Ba2.

7         (f)    **URL of prospectus supplement for this securitization:** A true copy of the

8    prospectus supplement for the Underlying Securitization is available at

9    http://www.sec.gov/Archives/edgar/data/1269518/000136231007001538/c70854e424b5.htm.

10   **Item 52.    Untrue or misleading statements about the LTVs of the mortgage loans:**

11        In the prospectus supplement, Deutsche made the following statements about the LTVs of

12   the mortgage loans in the collateral pool of the Underlying Securitization.

13        As of the initial cut-off date, the weighted average original LTV of the mortgage loans in

14   loan group 1 of the Underlying Securitization was 65.43%. CWALT 2007-21CB Pros. Sup. S-6.

15        As of the initial cut-off date, the weighted average original LTV of the mortgage loans in

16   loan group 2 of the Underlying Securitization was 72.7%. CWALT 2007-21CB Pros. Sup. S-6.

17        "No mortgage loan in any loan group had a Loan-to-Value Ratio at origination or on the

18   closing date of more than 100.00%." CWALT 2007-21CB Pros. Sup. S-35.

19        In Annex A of the prospectus supplement ("The Mortgage Pool"), Deutsche presented

20   tables of statistics about the mortgage loans in the Underlying Securitization. CWALT 2007-

21   21CB Pros. Sup. A-1 to A-18. Each table focused on a certain characteristic of the loans (for

22   example, current mortgage loan principal balance) and divided the loans into categories based on

23   that characteristic (for example, loans with current principal balances of $0.01 to $50,000,

24   $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data

25   about the loans in each category. Among these data was the "Weighted Average Original Loan-

26   to-Value Ratio." There were 13 such tables in Annex A for the loans in loan group 1. In each

27   table, the number of categories into which the loans were divided ranged from three to 19. Thus,

28

-2-

1    in Annex A, Deutsche made hundreds of statements about the original LTVs of the loans in loan

2    group 1. CWALT 2007-21CB Pros. Sup. A-1 through A-9.

3         "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio of the

4    Initial Mortgage Loans in loan group 1 was approximately 65.43%." CWALT 2007-21CB Pros.

5    Sup. A-4.

6         In Annex A, Deutsche presented similar tables of statistics about the mortgage loans in

7    loan group 2 of the Underlying Securitization. In these tables, Deutsche similarly made hundreds

8    of statements about the original LTVs of the loans in loan group 2. CWALT 2007-21CB Pros.

9    Sup. A-10 through A-18.

10        "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio of the

11   Initial Mortgage Loans in loan group 2 was approximately 72.70%." CWALT 2007-21CB Pros.

12   Sup. A-13.

13   **Item 62.**    **Details of the results of the AVM analysis:**

14

| | |
|---|---|
| Number of loans | 3,328 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,851 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,206 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $90,029,622 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 201 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $14,693,030 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 209 |
| Weighted-average LTV, as stated by Defendants (group 1) | 65.4% |
| Weighted-average LTV, as determined by the model (group 1) | 75.0% |

23

24   **Item 65.**    **Evidence from subsequent sales of refinanced properties:**

25        Of the 3,328 mortgage loans in the collateral pool, 1,476 were taken out to refinance,

26   rather than to purchase, properties. For those 1,476 loans, the value (denominator) in the LTV

27   was an appraised value rather than a sale price. Of those 1,476 properties, 76 were subsequently

28   sold for a total of approximately $19,204,896. The total value ascribed to those same properties in

-3-

1   the LTV data reported in the prospectus supplements and other documents sent to the Bank was

2   $27,345,400. Thus, those properties were sold for 70.2% of the value ascribed to them, a

3   difference of 29.8%. This difference cannot be accounted for by declines in house prices in the

4   areas in which those properties were located.

5   **Item 82.**     **Untrue or misleading statements about compliance with USPAP:**

6       In the prospectus supplement, Deutsche made statements about the appraisals of the

7   properties that secured the mortgage loans originated by Countrywide Home Loans, Inc.: "All

8   appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

9   effect." CWALT 2007-21CB Pros. Sup. S-43.

10   **Item 88.**     **Untrue or misleading statements about owner-occupancy of the properties**

11             **that secured the mortgage loans:**

12       In the prospectus supplement, Deutsche made the following statements about the

13   occupancy status of the properties that secured the mortgage loans in the collateral pool of the

14   Underlying Securitization.

15       In Annex A of the prospectus supplement, described in Item 52, Deutsche presented a

16   table entitled "Occupancy Types." This table divided the mortgage loans in loan group 1 of the

17   Underlying Securitization into the categories "Primary Residence," "Investment Property," and

18   "Secondary Residence." The table made untrue and misleading statements about the number of

19   mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

20   principal balance outstanding in each of these categories. CWALT 2007-21CB Pros. Sup. A-7.

21       In the "Occupancy Types" table, Deutsche stated that 84.37% of the mortgage loans in

22   loan group 1 of the Underlying Securitization were secured by a "Primary Residence," 8.98% by

23   an "Investment Property," and 6.65% by a "Secondary Residence." CWALT 2007-21CB Pros.

24   Sup. A-7.

25       In Annex A, Deutsche presented another table entitled "Occupancy Types." This table

26   divided the mortgage loans in loan group 2 into the categories "Primary Residence," "Investment

27   Property," and "Secondary Residence." The table made untrue and misleading statements about

28   the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

-4-

1   aggregate principal balance outstanding in each of these categories. CWALT 2007-21CB Pros.

2   Sup. A-17.

3       In the "Occupancy Types" table, Deutsche stated that 92.16% of the mortgage loans in

4   loan group 2 of the Underlying Securitization were secured by a "Primary Residence," 4.32% by

5   an "Investment Property," and 3.52% by a "Secondary Residence." CWALT 2007-21CB Pros.

6   Sup. A-17.

7   **Item 96.**      **Details of properties that were stated to be owner-occupied, but were not:**

8       **(a)**     **Number of loans on which the owner of the property instructed tax**

9               **authorities to send property tax bills to him or her at a different address: 224**

10      **(b)**     **Number of loans on which the owner of the property could have, but did not,**

11              **designate the property as his or her homestead: 376**

12      **(c)**     **Number of loans on which the owner of the property owned three or more**

13              **properties: 32**

14      **(d)**     **Eliminating duplicates, number of loans about which one or more of**

15              **statements (a) through (c) is true: 569**

16  **Item 99.**      **Untrue or misleading statements about the underwriting standards of the**

17          **originators of the mortgage loans:**

18      On pages S-41 through S-47 of the prospectus supplement, Deutsche made statements

19  about the underwriting guidelines of Countrywide Home Loans, Inc. All of those statements are

20  incorporated herein by reference. In particular, Deutsche stated that:

21      "Exceptions to Countrywide Home Loans' underwriting guidelines may be made if

22  compensating factors are demonstrated by a prospective borrower." CWALT 2007-21CB Pros.

23  Sup. S-42.

24  **Item 108.**     **30+ days delinquencies in this securitization:**

25      **(a)**     **Number of the mortgage loans that were 30+ days delinquent on March 31,**

26              **2010: 438**

27      **(b)**     **Percent of the mortgage loans that were 30+ days delinquent on March 31,**

28              **2010: 13.2%**

-5-

1    (c)    **Percent of all mortgage loans in the United States that were 30+ days**

2          **delinquent on March 31, 2010: 14.7%**

3    **Item 117.**    **Statements about the ratings of the certificate(s) that the Bank purchased:**

4          On pages ii, 5 to 6, and 36 of the private placement memorandum, Deutsche and Deutsche

5    Alt-A made statements about the ratings assigned to the certificate issued in this securitization.

6    Deutsche and Deutsche Alt-A stated that the Bank's certificate was rated Aaa by Moody's

7    Investors Service, Inc. and AAA by Standard & Poor's Rating Services. These were the highest

8    ratings available from these two rating agencies.

9          Deutsche and Deutsche Alt-A also stated: "It is a condition to the issuance of the [Bank's

10   certificate] that [it] will have been rated at least 'AAA' and 'Aaa' by Standard & Poor's and

11   Moody's, respectively." DBALT 2007-2R Priv. Place. Mem. 5 to 6.

12   **Item 120.**    **Summary of loans about which the Defendants made untrue or misleading**

13   **statements:**

14   (a)    **Number of loans whose LTVs were materially understated: 1,206**

15   (b)    **Number of loans in which the properties were stated to be owner-occupied**

16          **but were not: 569**

17   (d)    **Eliminating duplicates, number of loans about which the Defendants made**

18          **untrue or misleading statements: 1,461**

19   (e)    **Eliminating duplicates, percent of loans about which the Defendants made**

20          **untrue or misleading statements: 43.9%**

-6-

1

## SCHEDULE 15 TO FIRST AMENDED COMPLAINT

2      To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Deutsche and Deutsche Alt-A.

4    **Item 44.**    **Details of trust and certificate(s).**

5      **(a)**    **Dealer that sold the certificate(s) to the Bank:** Deutsche.

6      **(b)**    **Description of the trust:** Deutsche Alt-A Securities, Inc. Mortgage Loan Trust,

7    Mortgage Pass-Through Certificates, Series 2005-6 was a securitization in November 2005 of

8    2,060 mortgage loans, in two groups. GreenPoint Mortgage Funding, Inc. originated or acquired

9    73.83% of the mortgage loans in loan group I. DBALT 2005-6 Pros. Sup. S-1 and S-33.[10]

10     **(c)**    **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

11   sold to the Bank a senior certificate in this securitization, in tranche I-A-1, for which the Bank

12   paid $104,995,625 plus accrued interest on November 30, 2005.

13     **(d)**    **Ratings of the certificate(s) when the Bank purchased them:** Standard &

14   Poor's – AAA; Moody's – Aaa.

15     **(e)**    **Current ratings of the certificate(s):** Standard & Poor's – CCC; Moody's Ba1.

16     **(f)**    **URL of prospectus supplement for this securitization:**

17   http://www.sec.gov/Archives/edgar/data/1199474/000093041305007998/c40009_424b5.txt.

18   **Item 52.**    **Untrue or misleading statements about the LTVs of the mortgage loans:**

19     In the prospectus supplement, Deutsche and Deutsche Alt-A made the following

20   statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

21     **(hh)**    The original LTVs of the mortgage loans in loan group I ranged from 18.67% to

22   100%, with a weighted average of 75.31%. DBALT 2005-6 Pros. Sup. S-5.

23     **(ii)**    "Approximately 5.75% and 1.42% of the Group I Mortgage Loans . . . had loan-

24   to-value ratios greater than approximately 80% at origination . . . ." DBALT 2005-6 Pros. Sup. S-

25   24 and S-26.

26

27

28     [10] The Bank makes no allegations about the mortgage loans in group II.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (jj)    "None of the Mortgage Loans had a loan-to-value ratio in excess of 100% at

2    origination." DBALT 2005-6 Pros. Sup. S-25.

3    (kk)    94.25% of the mortgage loans in loan group I had an LTV of less than or equal to

4    80%. DBALT 2005-6 Pros. Sup. S-25.

5    (ll)    5.44% of the mortgage loans in loan group I had an LTV of greater than 80%, but

6    less than or equal to 95%. DBALT 2005-6 Pros. Sup. S-25.

7    (mm)    1.42% of the mortgage loans in loan group II had an LTV of greater than 80%, but

8    less than or equal to 95%. DBALT 2005-6 Pros. Sup. S-25.

9    (nn)    In the "Description of the Mortgage Pool" section of the prospectus supplement,

10    Deutsche and Deutsche Alt-A presented tables of statistics about the mortgage loans in the

11    collateral pool. DBALT 2005-6 Pros. Sup. S-27 to S-44. Each table focused on a certain

12    characteristic of the loans (for example, principal balance of the mortgage loans at origination)

13    and divided the loans into categories based on that characteristic (for example, mortgage loans

14    with a principal balance at origination of $1 to $50,000, $50,001 to $100,000, $100,001 to

15    $150,000, etc.). One of the tables, entitled "Original Loan-to-Value Ratios of the Group I

16    Mortgage Loans," divided the mortgage loans in loan group I into 11 categories of original LTV

17    (for example, 0.01% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and

18    misleading statements about the number of mortgage loans, the aggregate principal balance

19    outstanding, and the percent of aggregate principal balance outstanding in each of these

20    categories. DBALT 2005-6 Pros. Sup. S-36.

21    (oo)    In the "Description of the Mortgage Pool" section, Deutsche and Deutsche Alt-A

22    presented a table entitled "Effective Original Loan-to-Value Ratios of the Group I Mortgage

23    Loans." This table divided the mortgage loans in loan group I into seven categories of effective

24    original LTV (for example, 0.01% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made

25    untrue and misleading statements about the number of mortgage loans, the aggregate principal

26    balance outstanding, and the percent of aggregate principal balance outstanding in each of these

27    categories. DBALT 2005-6 Pros. Sup. S-37.

28

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    **Item 62.    Details of the results of the AVM analysis:**

2
| Number of loans in group I | 737 |
| --- | --- |
| Number of properties in group I on which there was enough information for the model to determine a true market value | 217 |
| Number of loans in group I on which the stated value was 105% or more of the true market value as reported by the model | 119 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $9,716,370 |
| Number of loans in group I on which the stated value was 95% or less of the true market value as reported by the model | 36 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $3,742,910 |
| Number of loans in group I with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans in group I with LTVs over 100%, as determined by the model | 34 |
| Weighted-average LTV, as stated by Defendants (group I) | 75.31% |
| Weighted-average LTV, as determined by the model (group I) | 85.3% |

13    **Item 65.    Evidence from subsequent sales of refinanced properties:**

14        Of the 737 mortgage loans in group I, 382 were taken out to refinance, rather than to

15    purchase, properties. For those 382 loans, the value (denominator) in the LTV was an appraised

16    value rather than a sale price. Of those 382 properties, 22 were subsequently sold for a total of

17    approximately $7,294,725. The total value ascribed to those same properties in the LTV data

18    reported in the prospectus supplements and other documents sent to the Bank was $9,161,000.

19    Thus, those properties were sold for 79.6% of the value ascribed to them, a difference of 20.4%.

20    This difference cannot be accounted for by declines in house prices in the areas in which those

21    properties were located.

22    **Item 71.    Undisclosed additional liens:**

23        **(a)    Minimum number of properties with additional liens: 28**

24        **(b)    Total reduction in equity from additional liens: $1,829,700**

25        **(c)    Weighted-average reduction in equity from additional liens: 57.3%**

26    **Item 82.    Untrue or misleading statements about compliance with USPAP:**

27        In the prospectus supplement, Deutsche and Deutsche Alt-A made the following statement

28    about the appraisals of the properties that secured the mortgage loans in this securitization: "The

-3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1   Group II Mortgage Loans have been purchased or originated, underwritten and documented in

2   accordance with the guidelines of Fannie Mae, [and] Freddie Mac . . . ." DBALT 2005-6 Pros.

3   Sup. S-50.

4   **Item 88.**     **Untrue or misleading statements about owner-occupancy of the properties**

5                 **that secured the mortgage loans:**

6         In the prospectus supplement, Deutsche and Deutsche Alt-A made the following

7   statements about the occupancy status of the properties that secured the mortgage loans in the

8   collateral pool of this securitization.

9         (a)     In the "Description of the Mortgage Pool" section of the prospectus supplement,

10   described in Item 52, Deutsche and Deutsche Alt-A presented a table entitled "Occupancy Status

11   of the Group I Mortgage Loans." This table divided the mortgage loans in loan group I into the

12   categories "Primary," "Investment," and "Second Home." The table made untrue and misleading

13   statements about the number of mortgage loans, the aggregate principal balance outstanding, and

14   the percent of aggregate principal balance outstanding in each of these categories. DBALT 2005-

15   6 Pros. Sup. S-38.

16         (b)     In the "Occupancy Status of the Group I Mortgage Loans" table, Deutsche and

17   Deutsche Alt-A stated that 81.1% of the mortgage loans in loan group I were secured by a

18   "Primary" residence, 15.98% by an "Investment" property, and 2.92% by a "Second Home."

19   DBALT 2005-6 Pros. Sup. S-38.

20   **Item 96.**     **Details of properties in group I that were stated to be owner-occupied, but**

21                 **were not:**

22         **(a)**     **Number of loans on which the owner of the property instructed tax**

23                 **authorities to send property tax bills to him or her at a different address: 22**

24         **(b)**     **Number of loans on which the owner of the property could have, but did not,**

25                 **designate the property as his or her homestead: 41**

26         **(c)**     **Number of loans on which the owner of the property owned three or more**

27                 **properties: 2**

28

1    **(d)    Eliminating duplicates, number of loans about which one or more of**
2            **statements (a) through (c) is true:** 61

3    **Item 99.    Untrue or misleading statements about the underwriting standards of the**
4                **originators of the mortgage loans:**

5        On pages S-47 through S-48 of the prospectus supplement, Deutsche and Deutsche Alt-A
6    made statements about the underwriting guidelines of GreenPoint Mortgage Funding, Inc. All of
7    those statements are incorporated herein by reference. In particular, Deutsche and Deutsche Alt-A
8    stated that:

9        (a)    "Exceptions to GreenPoint's underwriting guidelines are permitted where
10   compensating factors are present." DBALT 2005-6 Pros. Sup. S-48.

11       (b)    "Generally, GreenPoint's underwriting guidelines are applied to evaluate the
12   prospective mortgagor's credit standing and repayment ability and the value and adequacy of the
13   mortgaged property as collateral." DBALT 2005-6 Pros. Sup. S-48.

14       On pages S-49 through S-50 of the prospectus supplement, Deutsche and Deutsche Alt-A
15   made statements about the underwriting guidelines of First National Bank of Nevada, N.A. All of
16   those statements are incorporated herein by reference. In particular, Deutsche and Deutsche Alt-A
17   stated that:

18       (c)    "[First National Bank of Nevada]'s underwriting guidelines are primarily intended
19   to evaluate the prospective borrower's credit standing and ability to repay the loan, as well as the
20   value and adequacy of the proposed mortgaged property as collateral." DBALT 2005-6 Pros. Sup.
21   S-49.

22   **Item 106.    Early payment defaults in group I:**

23       **(a)    Number of the mortgage loans that suffered EPDs:** 8

24       **(b)    Percent of the mortgage loans that suffered EPDs:** 0.4%

25       **(c)    Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**
26           **made at the same time as the loans in the collateral pool that experienced**
27           **EPDs:** 0.18%

28

-5-

1   **Item 117.**   **Statements about the ratings of the certificate(s) that the Bank purchased:**

2   On page iii of the prospectus supplement, Deutsche and Deutsche Alt-A made statements

3 about the ratings assigned to the certificates issued in this securitization. Deutsche and Deutsche

4 Alt-A stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and

5 AAA by Standard & Poor's Rating Services. These were the highest ratings available from these

6 two rating agencies.

7   Deutsche and Deutsche Alt-A also stated: "It is a condition to the issuance of the Offered

8 Certificates that they receive the ratings from Moody's Investors Service, Inc. . . . and Standard &

9 Poor's . . . indicated under "Certificate Ratings" in this prospectus supplement." DBALT 2005-6

10 Pros. Sup. S-54.

11   **Item 120.**   **Summary of loans in group I about which the Defendants made untrue or**

12     **misleading statements:**

13     **(a)**   **Number of loans whose LTVs were materially understated:** 119

14     **(b)**   **Number of loans in which the owner's equity was reduced by 5% or more by**

15       **undisclosed additional liens:** 28

16     **(c)**   **Number of loans that suffered EPDs:** 8

17     **(d)**   **Number of loans in which the properties were stated to be owner-occupied**

18       **but were not:** 61

19     **(e)**   **Eliminating duplicates, number of loans about which the Defendants made**

20       **untrue or misleading statements:** 183

21     **(f)**   **Eliminating duplicates, percent of loans about which the Defendants made**

22       **untrue or misleading statements:** 8.9%

-6-

1

**SCHEDULE 16 TO FIRST AMENDED COMPLAINT**

2        To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Deutsche and Deutsche Alt-A.

4    **Item 44.        Details of trust and certificate(s).**

5        **(a)        Dealer that sold the certificate(s) to the Bank:** Deutsche.

6        **(b)        Description of the trust:** Deutsche Alt-A Securities, Inc. Mortgage Loan Trust,

7    Mortgage Pass-Through Certificates, Series 2005-5 was a securitization in October 2005 of 2,758

8    mortgage loans, in two groups. The mortgage loans in the collateral pool of this securitization

9    were originated or acquired by National City Mortgage Co., GreenPoint Mortgage Funding, Inc.,

10   MortgageIT, Inc., First National Bank of Nevada, N.A., Impac Funding Corporation, Sierra

11   Pacific Mortgage, Inc., Pinnacle Financial Corporation, and various undisclosed originators.

12   National City Mortgage Co. originated or acquired 26.88% of all of the loans in the collateral

13   pool, GreenPoint Mortgage Funding, Inc. originated or acquired 21%., MortgageIT, Inc.

14   originated or acquired 19.26%, and First National Bank of Nevada, N.A. originated or acquired

15   11.11%. DBALT 2005-5 Pros. Sup. S-1 and S-29. National City Mortgage Co. originated or

16   acquired 48.33% of the loans in loan group I, GreenPoint Mortgage Funding, Inc. originated or

17   acquired 33.01%, and MortgageIT, Inc. originated or acquired 13.38%. DBALT 2005-5 Pros.

18   Sup. S-1 and S-35. MortgageIT, Inc. originated or acquired 26.63% of the loans in loan group II,

19   First National Bank of Nevada, N.A. originated or acquired 22.48%, and Impac Funding

20   Corporation originated or acquired 15.88%. DBALT 2005-5 Pros. Sup. S-1 and S-41.

21       **(c)        Description of the certificate(s) that the Bank purchased:** Deutsche offered and

22   sold to the Bank a senior certificate in this securitization, in tranche I-A-1, for which the Bank

23   paid $131,989,275 plus accrued interest on October 31, 2005.

24       **(d)        Ratings of the certificate(s) when the Bank purchased them:** Standard &

25   Poor's – AAA; Moody's – Aaa.

26       **(e)        Current ratings of the certificate(s):** Standard & Poor's – AAA; Moody's A1.

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1      **(f)    URL of prospectus supplement for this securitization:**

2   http://www.sec.gov/Archives/edgar/data/1199474/000093041305007380/c39673_424b5.txt.

3   **Item 52.    Untrue or misleading statements about the LTVs of the mortgage loans:**

4      In the prospectus supplement, Deutsche and Deutsche Alt-A made the following

5   statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

6      (a)    The original LTVs of all of the mortgage loans in the collateral pool ranged from

7   14.41% to 100%, with a weighted average of 76.1%. DBALT 2005-5 Pros. Sup. S-4.

8      (b)    The original LTVs of the mortgage loans in loan group I ranged from 14.41% to

9   100%, with a weighted average of 77.86%. DBALT 2005-5 Pros. Sup. S-5.

10      (c)    The original LTVs of the mortgage loans in loan group II ranged from 15.9% to

11   100%, with a weighted average of 73.9%. DBALT 2005-5 Pros. Sup. S-6.

12      (d)    "Approximately 17.86% and 6.36% of the Group I Mortgage Loans and Group II

13   Mortgage Loans, respectively, had loan-to-value ratios greater than approximately 80% at

14   origination . . . ." DBALT 2005-5 Pros. Sup. S-26 and S-27.

15      (e)    "None of the Mortgage Loans had a loan-to-value ratio in excess of 100% at

16   origination." DBALT 2005-5 Pros. Sup. S-27.

17      (f)    82.14% of the mortgage loans in loan group I had an LTV of less than or equal to

18   80%. DBALT 2005-5 Pros. Sup. S-27.

19      (g)    6.04% of the mortgage loans in loan group I had an LTV of greater than 80%, but

20   less than or equal to 95%. DBALT 2005-5 Pros. Sup. S-27.

21      (h)    11.82% of the mortgage loans in loan group I had an LTV of greater than 95%.

22   DBALT 2005-5 Pros. Sup. S-27.

23      (i)    93.64% of the mortgage loans in loan group II had an LTV of less than or equal to

24   80%. DBALT 2005-5 Pros. Sup. S-27.

25      (j)    5.77% of the mortgage loans in loan group II had an LTV of greater than 80%, but

26   less than or equal to 95%. DBALT 2005-5 Pros. Sup. S-27.

27      (k)    0.59% of the mortgage loans in loan group II had an LTV of greater than 95%.

28   DBALT 2005-5 Pros. Sup. S-27.

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)



1    (l)    In the "Description of the Mortgage Pool" section of the prospectus supplement,

2  Deutsche and Deutsche Alt-A presented tables of statistics about the mortgage loans in the

3  collateral pool. DBALT 2005-5 Pros. Sup. S-29 to S-46. Each table focused on a certain

4  characteristic of the loans (for example, principal balance of the mortgage loans at origination)

5  and divided the mortgage loans into categories based on that characteristic (for example,

6  mortgage loans with a principal balance at origination of $1 to $50,000, $50,001 to $100,000,

7  $100,001 to $150,000, etc.). Each table then presented various data about the mortgage loans in

8  each category. One of the tables, entitled "Original Loan-to-Value Ratios of the Mortgage

9  Loans," divided all of the mortgage loans in the collateral pool into 11 categories of original LTV

10  (for example, 0.01% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and

11  misleading statements about the number of mortgage loans, the aggregate principal balance

12  outstanding, and the percent of aggregate principal balance outstanding in each of these

13  categories. DBALT 2005-5 Pros. Sup. S-32.

14    (m)    In the "Description of the Mortgage Pool" section, Deutsche and Deutsche Alt-A

15  presented a table entitled "Original Loan-to-Value Ratios of the Group I Mortgage Loans." This

16  table divided the mortgage loans in loan group I into 11 categories of original LTV (for example,

17  0.01% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and misleading

18  statements about the number of mortgage loans, the aggregate principal balance outstanding, and

19  the percent of aggregate principal balance outstanding in each of these categories. DBALT 2005-

20  5 Pros. Sup. S-38.

21    (n)    In the "Description of the Mortgage Pool" section, Deutsche and Deutsche Alt-A

22  presented a table entitled "Original Loan-to-Value Ratios of the Group II Mortgage Loans." This

23  table divided the mortgage loans in loan group II into 10 categories of original LTV (for example,

24  0.01% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and misleading

25  statements about the number of mortgage loans, the aggregate principal balance outstanding, and

26  the percent of aggregate principal balance outstanding in each of these categories. DBALT 2005-

27  5 Pros. Sup. S-44.

28

-3-

1    **Item 62.**      **Details of the results of the AVM analysis:**

| | |
|---|---|
| Number of loans | 2,758 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,152 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 499 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $33,466,771 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 312 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $20,716,717 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 131 |
| Weighted-average LTV, as stated by Defendants | 76.1% |
| Weighted-average LTV, as determined by the model | 82.1% |

**Item 65.**      **Evidence from subsequent sales of refinanced properties:**

Of the 2,758 mortgage loans in the collateral pool, 873 were taken out to refinance, rather than to purchase, properties. For those 873 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 873 properties, 110 were subsequently sold for a total of approximately $37,012,360. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $44,743,000. Thus, those properties were sold for 82.7% of the value ascribed to them, a difference of 17.3%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 71.**      **Undisclosed additional liens:**

     **(a)**      **Minimum number of properties with additional liens: 847**

     **(b)**      **Total reduction in equity from additional liens: $49,933,477**

     **(c)**      **Weighted-average reduction in equity from additional liens: 79.9%**

**Item 82.**      **Untrue or misleading statements about compliance with USPAP:**

     In the prospectus supplement, Deutsche and Deutsche Alt-A made the following statement about the appraisals of the properties in this securitization: "Each appraisal must meet the requirements of Fannie Mae and Freddie Mac." DBALT 2005-5 Pros. Sup. S-51.

-4-

1    In the prospectus supplement, Deutsche and Deutsche Alt-A made the following statement

2    about the appraisals of the properties that were originated or acquired by National City Mortgage

3    Co.: "All appraisals are required to confirm to the Uniform Standards of Professional Appraisal

4    Practice adopted by the Appraisal Standard Board of the Appraisal Foundation." DBALT 2005-5

5    Pros. Sup. S-51.

6    In the prospectus supplement, Deutsche and Deutsche Alt-A made the following statement

7    about the appraisals of the properties that were originated or acquired by MortgageIT, Inc.:

8    "Every MortgageIT mortgage loan is secured by a property that has been appraised by a licensed

9    appraiser in accordance with the Uniform Standards of Professional Appraisal Practice of the

10   Appraisal Foundation." DBALT 2005-5 Pros. Sup. S-53.

11   **Item 88.    Untrue or misleading statements about owner-occupancy of the properties**

12   **that secured the mortgage loans:**

13   In the prospectus supplement, Deutsche and Deutsche Alt-A made the following

14   statements about the occupancy status of the properties that secured the mortgage loans in the

15   collateral pool of this securitization.

16   (a)    In the "Description of the Mortgage Pool" section of the prospectus supplement,

17   described in Item 52, Deutsche and Deutsche Alt-A presented a table entitled "Occupancy Status

18   of the Mortgage Loans." This table divided all of the mortgage loans in the collateral pool into the

19   categories "Primary," "Investment," and "Second Home." The table made untrue and misleading

20   statements about the number of mortgage loans, the aggregate principal balance outstanding, and

21   the percent of aggregate principal balance outstanding in each of these categories. DBALT 2005-

22   5 Pros. Sup. S-34.

23   (b)    In the "Occupancy Status of the Mortgage Loans" table, Deutsche and Deutsche

24   Alt-A stated that 81.99% of all of the mortgage loans were secured by a "Primary" residence,

25   15.6% by an "Investment" property, and 2.41% by a "Second Home." DBALT 2005-5 Pros. Sup.

26   S-34.

27   (c)    In the "Description of the Mortgage Pool" section, Deutsche and Deutsche Alt-A

28   presented a table entitled "Occupancy Status of the Group I Mortgage Loans." This table divided

-5-

1   the mortgage loans in loan group I into the categories "Primary," "Investment," and "Second

2   Home." The table made untrue and misleading statements about the number of mortgage loans,

3   the aggregate principal balance outstanding, and the percent of aggregate principal balance

4   outstanding in each of these categories. DBALT 2005-5 Pros. Sup. S-40.

5       (d)    In the "Occupancy Status of the Group I Mortgage Loans" table, Deutsche and

6   Deutsche Alt-A stated that 82.64% of the loans in loan group I were secured by a "Primary"

7   residence, 16.65% by an "Investment" property, and 0.7% by a "Second Home." DBALT 2005-5

8   Pros. Sup. S-40.

9       (e)    In the "Description of the Mortgage Pool" section, Deutsche and Deutsche Alt-A

10   presented a table entitled "Occupancy Status of the Group II Mortgage Loans." This table divided

11   the mortgage loans in loan group II into the categories "Primary," "Investment," and "Second

12   Home." The table made untrue and misleading statements about the number of mortgage loans,

13   the aggregate principal balance outstanding, and the percent of aggregate principal balance

14   outstanding in each of these categories. DBALT 2005-5 Pros. Sup. S-46.

15       (f)    In the "Occupancy Status of the Group II Mortgage Loans" table, Deutsche and

16   Deutsche Alt-A stated that 81.18% of the loans in loan group II were secured by a "Primary"

17   residence, 14.28% by an "Investment" property, and 4.54% by a "Second Home." DBALT 2005-

18   5 Pros. Sup. S-46.

19   **Item 96.**    **Details of properties that were stated to be owner-occupied, but were not:**

20       **(a)**    **Number of loans on which the owner of the property instructed tax**

21           **authorities to send property tax bills to him or her at a different address: 155**

22       **(b)**    **Number of loans on which the owner of the property could have, but did not,**

23           **designate the property as his or her homestead: 233**

24       **(c)**    **Number of loans on which the owner of the property owned three or more**

25           **properties: 16**

26       **(d)**    **Number of loans that went straight from current to foreclosure or ownership**

27           **by lender: 1**

28

-6-

1      (e)    **Eliminating duplicates, number of loans about which one or more of**

2            **statements (a) through (d) is true: 353**

3  **Item 99.**    **Untrue or misleading statements about the underwriting standards of the**

4            **originators of the mortgage loans:**

5      On pages S-49 through S-51, Deutsche and Deutsche Alt-A made statements about the

6  underwriting guidelines of National City Mortgage Co. All of those statements are incorporated

7  herein by reference. In particular, Deutsche and Deutsche Alt-A stated that:

8      (a)    "Exceptions to the underwriting standards are permitted where compensating

9  factors are present." DBALT 2005 Pros. Sup. S-50.

10      (b)    "The National City underwriting standards are applied to evaluate the prospective

11  mortgagor's credit standing and repayment ability and the value and adequacy of the mortgaged

12  property as collateral." DBALT 2005-5 Pros. Sup. S-50.

13      On pages S-51 through S-52 of the prospectus supplement, Deutsche and Deutsche Alt-A

14  made statements about the underwriting guidelines of GreenPoint Mortgage Funding, Inc. All of

15  those statements are incorporated herein by reference. In particular, Deutsche and Deutsche Alt-A

16  stated that:

17      (c)    "Exceptions to GreenPoint's underwriting guidelines are permitted where

18  compensating factors are present." DBALT 2005-5 Pros. Sup. S-52.

19      (d)    "Generally, GreenPoint's underwriting guidelines are applied to evaluate the

20  prospective mortgagor's credit standing and repayment ability and the value and adequacy of the

21  mortgaged property as collateral." DBALT 2005-5 Pros. Sup. S-52.

22      On pages S-52 through S-55 of the prospectus supplement, Deutsche and Deutsche Alt-A

23  made statements about the underwriting guidelines of MortgageIT, Inc. All of those statements

24  are incorporated herein by reference. In particular, Deutsche and Deutsche Alt-A stated that:

25      (e)    "[E]xceptions to these underwriting guidelines are considered, so long as the

26  borrower has other reasonable compensating factors, on a case-by-case basis." DBALT 2005-5

27  Pros. Sup. S-55.

28

-7-

1      (f)    "When evaluating the ratio of all monthly debt payments to the borrower's

2   monthly income (debt-to-income ratio), the underwriter should be aware of the degree and

3   frequency of credit usage and its impact on the borrower's ability to repay the loan." DBALT

4   2005-2 Pros. Sup. S-55.

5       On pages S-55 through S-57 of the prospectus supplement, Deutsche and Deutsche Alt-A

6   made statements about the underwriting guidelines of First National Bank of Nevada. All of those

7   statements are incorporated herein by reference. In particular, Deutsche and Deutsche Alt-A

8   stated that:

9      (g)    "A mortgage loan may be considered to comply with a set of underwriting

10   standards, even if one or more specific criteria included in such underwriting standards were not

11   satisfied, if other factors compensated for the criteria that were not satisfied or the mortgage loan

12   is considered to be in substantial compliance with the underwriting standards." DBALT 2005-5

13   Pros. Sup. S-56.

14      (h)    "[First National Bank of Nevada]'s underwriting guidelines are primarily intended

15   to evaluate the prospective borrower's credit standing and ability to repay the loan, as well as the

16   value and adequacy of the proposed mortgaged property as collateral." DBALT 2005-2 Pros. Sup.

17   S-55.

18   **Item 106.**    **Early payment defaults:**

19      **(a)**    **Number of the mortgage loans that suffered EPDs: 18**

20      **(b)**    **Percent of the mortgage loans that suffered EPDs: 0.7%**

21      **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

22            **made at the same time as the loans in the collateral pool that experienced**

23            **EPDs: 0.18%**

24   **Item 107.**    **90+ days delinquencies:**

25      **(a)**    **Number of the mortgage loans that suffered 90+ days delinquencies: 434**

26      **(b)**    **Percent of the mortgage loans that suffered 90+ days delinquencies: 15.7%**

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1      (c)     **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

2               **made at the same time as the loans in the collateral pool that suffered 90+**

3               **days delinquencies: 16.5%**

4   **Item 108.**     **30+ days delinquencies in this securitization:**

5      (a)     **Number of the mortgage loans that were 30+ days delinquent on March 31,**

6               **2010: 429**

7      (b)     **Percent of the mortgage loans that were 30+ days delinquent on March 31,**

8               **2010: 15.6%**

9      (c)     **Percent of all mortgage loans in the United States that were 30+ days**

10              **delinquent on March 31, 2010: 14.7%**

11   **Item 117.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

12        On page iii of the prospectus supplement, Deutsche and Deutsche Alt-A made statements

13 about the ratings assigned to the certificates issued in this securitization. Deutsche and Deutsche

14 Alt-A stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and

15 AAA by Standard & Poor's Rating Services. These were the highest ratings available from these

16 two rating agencies.

17        Deutsche and Deutsche Alt-A also stated: "It is a condition to the issuance of the Offered

18 Certificates that they receive the ratings from Moody's Investors Service, Inc. . . . and Standard &

19 Poor's . . . indicated under "Certificate Ratings" in this prospectus supplement." DBALT 2005-5

20 Pros. Sup. S-58.

21   **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**

22             **statements:**

23      (a)     **Number of loans whose LTVs were materially understated: 499**

24      (b)     **Number of loans in which the owner's equity was reduced by 5% or more by**

25              **undisclosed additional liens: 847**

26      (c)     **Number of loans that suffered EPDs: 18**

27      (d)     **Number of loans in which the properties were stated to be owner-occupied**

28             **but were not: 353**

-9-



1    (e)    Eliminating duplicates, number of loans about which the Defendants made

2           untrue or misleading statements: 1,315

3    (f)    Eliminating duplicates, percent of loans about which the Defendants made

4           untrue or misleading statements: 47.7%

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-10-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1          **SCHEDULE 17 TO FIRST AMENDED COMPLAINT**

2          To the extent that this Schedule is incorporated by reference into allegations in the

3     complaint, those allegations are made against Defendants Deutsche and CWALT.

4     **Item 44.       Details of trust and certificate(s).**

5          **(a)      Dealer that sold the certificate(s) to the Bank:** Deutsche.

6          **(b)      Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

7     Certificates, Series 2004-30CB was a securitization in December 2004 of 5,653 mortgage loans,[11]

8     in three groups. The mortgage loans in the collateral pool of this securitization were originated or

9     acquired by Countrywide Home Loans, Inc. CWALT 2004-30CB Pros. Sup. S-4, S-16 and S-43.

10         **(c)      Description of the certificate(s) that the Bank purchased:** Deutsche offered and

11    sold to the Bank a senior certificate in this securitization, in tranche 1-A-12, for which the Bank

12    paid $105,189,180 plus accrued interest on December 30, 2004.

13         **(d)      Ratings of the certificate(s) when the Bank purchased them:** Standard &

14    Poor's – AAA; Moody's – Aaa.

15         **(e)      Current ratings of the certificate(s):** Standard & Poor's – AAA; Moody's –

16    Baa1.

17         **(f)      URL of prospectus supplement for this securitization:**

18    http://www.sec.gov/Archives/edgar/data/1269518/000095012904010229/v03946b5e424b5.txt

19    **Item 52.        Untrue or misleading statements about the LTVs of the mortgage loans:**

20         In the prospectus supplement, Deutsche and CWALT made the following statements

21    about the LTVs of the mortgage loans in the collateral pool of this securitization.

22         (a)      "No Initial Mortgage Loan had a Loan-to-Value Ratio at origination of more than

23    100.00%." CWALT 2004-30CB Pros. Sup. S-17.

24         (b)      In the section of the prospectus supplement entitled "The Mortgage Pool,"

25    Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

26    _____

27         [11] CWALT 2004-30CB was a prefunded securitization. On the closing date of the securitization
      there were 5,653 mortgage loans in the trust. After the closing date of the securitization, the trust
28    purchased an additional 276 mortgage loans.

1  pool. CWALT 2004-30CB Pros. Sup. S-19 to S-39. Each table focused on a certain characteristic

2  of the loans (for example, current principal balance) and divided the loans into categories based

3  on that characteristic (for example, loans with current principal balances of $0.01 to $50,000,

4  $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data

5  about the loans in each category. Among these data was the "Weighted Average Original Loan-

6  to-Value Ratio." There were 10 such tables in "The Mortgage Pool" section for the loans in loan

7  group 1. In each table, the number of categories into which the loans were divided ranged from

8  three to 61. Thus, in "The Mortgage Pool" section of the prospectus supplement, Deutsche and

9  CWALT made hundreds of statements about the original LTVs of the loans in loan group 1.

10  CWALT 2004-30CB Pros. Sup. S-19 to S-26.

11      (c)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

12  of the Initial Mortgage Loans in loan group 1 was approximately 74.40%." CWALT 2004-30CB

13  Pros. Sup. S-23.

14      (d)    In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

15  of statistics about the mortgage loans in loan group 2. In these tables, Deutsche and CWALT

16  similarly made hundreds of statements about the original LTVs of the loans in loan group 2.

17  CWALT 2004-30CB Pros. Sup. S-27 to S-33.

18      (e)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

19  of the Initial Mortgage Loans in loan group 2 was approximately 73.82%." CWALT 2004-30CB

20  Pros. Sup. S-30.

21      (f)    In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

22  of statistics about the mortgage loans in loan group 3. In these tables, Deutsche and CWALT

23  similarly made hundreds of statements about the original LTVs of the loans in loan group 3.

24  CWALT 2004-30CB Pros. Sup. S-34 to S-39.

25      (g)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

26  for the Initial Mortgage Loans in loan group 3 was approximately 66.09%." CWALT 2004-30CB

27  Pros. Sup. S-36.

28

-2-

1    **Item 62.    Details of the results of the AVM analysis:**

2

| Number of loans | 5,929 |
|---|---|
| Number of properties on which there was enough information for the model to determine a true market value | 2,554 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,187 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $51,321,501 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 516 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $22,337,812 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 158 |
| Weighted-average LTV, as stated by Defendants (group 1) | 74.4% |
| Weighted-average LTV, as determined by the model (group 1) | 79.8% |

12   **Item 71.    Undisclosed additional liens:**

13        **(a)    Minimum number of properties with additional liens: 365**

14        **(b)    Total reduction in equity from additional liens: $17,511,245**

15        **(c)    Weighted-average reduction in equity from additional liens: 71.6%**

16   **Item 82.    Untrue or misleading statements about compliance with USPAP:**

17        In the prospectus supplement, Deutsche and CWALT made the following statement about

18   the appraisals of the properties that secured the mortgage loans originated or acquired by

19   Countrywide: "All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal

20   standards then in effect." CWALT 2004-30CB Pros. Sup. S-45.

21   **Item 88.    Untrue or misleading statements about owner-occupancy of the properties**

22                **that secured the mortgage loans:**

23        In the prospectus supplement, Deutsche and CWALT made the following statements

24   about the occupancy status of the properties that secured the mortgage loans in the collateral pool

25   of this securitization.

26        (a)    In "The Mortgage Pool" section of the prospectus supplement, described in Item

27   52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided the

28   mortgage loans in loan group 1 into the categories "Primary Residence," "Investment Property,"

                                                    -3-

1   and "Secondary Residence." The table made untrue and misleading statements about the number

2   of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

3   principal balance outstanding in each of these categories. CWALT 2004-30CB Pros. Sup. S-25.

4       (b)    In the "Occupancy Types" table, Deutsche and CWALT stated that 79.28% of the

5   mortgage loans in loan group 1 were secured by a "Primary Residence," 18.07% by an

6   "Investment Property," and 2.65% by a "Secondary Residence." CWALT 2004-30CB Pros. Sup.

7   S-25.

8       (c)    In "The Mortgage Pool" section, Deutsche and CWALT presented another table

9   entitled "Occupancy Types." This table divided the mortgage loans in loan group 2 into the

10  categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

11  made untrue and misleading statements about the number of mortgage loans, the aggregate

12  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

13  of these categories. CWALT 2004-30CB Pros. Sup. S-33.

14      (d)    In the "Occupancy Types" table, Deutsche and CWALT stated that 89.36% of the

15  mortgage loans in loan group 2 were secured by a "Primary Residence," 6.9% by an "Investment

16  Property," and 3.74% by a "Secondary Residence." CWALT 2004-30CB Pros. Sup. S-33.

17      (e)    "The Mortgage Pool" section, Deutsche and CWALT presented another table

18  entitled "Occupancy Types." In this table, Deutsche and CWALT divided the mortgage loans in

19  loan group 3 into the categories "Primary Residence," "Investment Property," and "Secondary

20  Residence." The table made untrue and misleading statements about the number of mortgage

21  loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

22  outstanding in each of these categories. CWALT 2004-30CB Pros. Sup. S-39.

23      (f)    In the "Occupancy Types" table, Deutsche and CWALT stated that 71.43% of the

24  mortgage loans in loan group 3 were secured by a "Primary Residence," 24.7% by an "Investment

25  Property," and 3.88% by a "Secondary Residence." CWALT 2004-30CB Pros. Sup. S-39.

26  **Item 96.**    **Details of properties that were stated to be owner-occupied, but were not:**

27      **(a)**    **Number of loans on which the owner of the property instructed tax**

28          **authorities to send property tax bills to him or her at a different address: 366**

-4-

(b) **Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 446**

(c) **Number of loans on which the owner of the property owned three or more properties: 37**

(d) **Number of loans that went straight from current to foreclosure or ownership by lender: 1**

(e) **Eliminating duplicates, number of loans about which one or more of statements (a) through (d) is true: 746**

**Item 99.** **Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages S-43 through S-48 of the prospectus supplement, Deutsche and CWALT made statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

(a) "Exceptions to Countrywide Home Loans' underwriting guidelines may be made if compensating factors are demonstrated by a prospective borrower." CWALT 2004-30CB Pros. Sup. S-44.

(b) "Countrywide Home Loans' underwriting standards are applied by or on behalf of Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment ability and the value and adequacy of the mortgaged property as collateral." CWALT 2004-30CB Pros. Sup. S-44.

**Item 106.** **Early payment defaults:**

(a) **Number of the mortgage loans that suffered EPDs: 13**

(b) **Percent of the mortgage loans that suffered EPDs: 0.2%**

(c) **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.14%**

**Item 107.** **90+ days delinquencies:**

(a) **Number of the mortgage loans that suffered 90+ days delinquencies: 451**

-5-

1       (b)    **Percent of the mortgage loans that suffered 90+ days delinquencies: 7.6%**

2       (c)    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

3               **made at the same time as the loans in the collateral pool that suffered 90+**

4               **days delinquencies: 7.2%**

5    **Item 117.**    **Statements about the ratings of the certificate(s) that the Bank purchased:**

6    On page S-3 of the prospectus supplement, Deutsche and CWALT made statements about

7  the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

8  that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

9  Standard & Poor's Rating Services.

10    Deutsche and CWALT also stated: "The classes of certificates listed below will not be

11  offered unless they are assigned the following ratings by Standard & Poor's Ratings Services . . .

12  and by Moody's Investors Service, Inc. ("Moody's")." The requirements for class 1-A-12, from

13  which this certificate was to be paid, was for AAA from Standard & Poor's and Aaa from

14  Moody's. CWALT 2004-30CB Pros. Sup. S-3.

15    Deutsche and CWALT also stated: "It is a condition to the issuance of the senior

16  certificates that they be rated AAA by Standard & Poor's, a division of The McGraw-Hill

17  Companies, Inc. ("S&P") and Aaa by Moody's Investors Service, Inc. ("Moody's")." CWALT

18  2004-30CB Pros. Sup. S-107.

19    **Item 120.**    **Summary of loans about which the Defendants made untrue or misleading**

20          **statements:**

21       (a)    **Number of loans whose LTVs were materially understated: 1,187**

22       (b)    **Number of loans in which the owner's equity was reduced by 5% or more by**

23               **undisclosed additional liens: 365**

24       (c)    **Number of loans that suffered EPDs: 13**

25       (d)    **Number of loans in which the properties were stated to be owner-occupied**

26               **but were not: 746**

27       (e)    **Eliminating duplicates, number of loans about which the Defendants made**

28               **untrue or misleading statements: 1,941**

-6-

(f)    Eliminating duplicates, percent of loans about which the Defendants made
untrue or misleading statements: 34.3%

-7-

## SCHEDULE 18 TO FIRST AMENDED COMPLAINT

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide Financial Corporation.

**Item 44.** **Details of trust and certificate(s).**

(a) **Dealer that sold the certificate(s) to the Bank:** Deutsche.

(b) **Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2007-16CB was a securitization in June 2007 of 7,330 mortgage loans, in five groups. The mortgage loans in this securitization were originated or acquired by Countrywide Home Loans, Inc. CWALT 2007-16CB Pros. Sup. S-4, S-35, and S-41.

(c) **Description of the certificate(s) that the Bank purchased:** Deutsche offered and sold to the Bank a senior certificate in this securitization, in tranche 1-A-1, for which the Bank paid $183,548,250 plus accrued interest on June 29, 2007.

(d) **Ratings of the certificate(s) when the Bank purchased them:** Certificate: 1-A-1: Standard & Poor's – AAA; Moody's – Aaa.

(e) **Current ratings of the certificate(s):** Certificate: 1-A-1: Standard & Poor's – CCC; Moody's – B3.

(f) **URL of prospectus supplement for this securitization:**
http://www.sec.gov/Archives/edgar/data/1269518/000136231007001241/c70738e424b5.htm

(g) **Registration statement pursuant or traceable to which the certificate(s) were issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued pursuant or traceable to a registration statement filed by CWALT, Inc. with the SEC on form S-3 on April 24, 2007. Annexed to the registration statement was a prospectus. The prospectus was amended from time to time by prospectus supplements whenever a new series of certificates was issued pursuant or traceable to that registration statement.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    Item 52.        Untrue or misleading statements about the LTVs of the mortgage loans:

2          In the prospectus supplement, Deutsche and CWALT made the following statements

3    about the LTVs of the mortgage loans in the collateral pool of this securitization.

4          (a)     The weighted-average original LTV of the mortgage loans in loan group 1 was

5    65.99%. CWALT 2007-16CB Pros. Sup. S-5.

6          (b)     The weighted-average original LTV of the mortgage loans in loan group 2 was

7    67.24%. CWALT 2007-16CB Pros. Sup. S-5.

8          (c)     The weighted-average original LTV of the mortgage loans in loan group 3 was

9    74.47%. CWALT 2007-16CB Pros. Sup. S-6.

10          (d)     The weighted-average original LTV of the mortgage loans in loan group 4 was

11    66.97%. CWALT 2007-16CB Pros. Sup. S-6.

12          (e)     The weighted-average original LTV of the mortgage loans in loan group 5 was

13    66.8%. CWALT 2007-16CB Pros. Sup. S-6.

14          (f)     "No mortgage loan in any loan group had a Loan-to-Value Ratio at origination of

15    more than 100.00%." CWALT 2007-16CB Pros. Sup. S-37.

16          (g)     In Annex A of the prospectus supplement ("The Mortgage Pool"), Deutsche and

17    CWALT presented tables of statistics about the mortgage loans in the collateral pool. CWALT

18    2007-16CB Pros. Sup. A-1 to A-47. Each table focused on a certain characteristic of the loans

19    (for example, current principal balance) and divided the loans into categories based on that

20    characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01

21    to $100,000, $100,000.01 to $150,000, etc.). Among these data was the "Weighted Average

22    Original Loan-to-Value Ratio." There were 13 such tables for the loans in loan group 1. In each

23    table, the number of categories into which the loans were divided ranged from three to 39. Thus,

24    in Annex A, Deutsche and CWALT made hundreds of statements about the original LTVs of the

25    loans in loan group 1. CWALT 2007-16CB Pros. Sup. A-1 to A-10.

26          (h)     "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

27    mortgage loans in loan group 1 was approximately 65.99%." CWALT 2007-16CB Pros. Sup. A-

28    5.

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1          (i)      In Annex A, Deutsche and CWALT presented similar tables of statistics about the

2    mortgage loans in loan group 2. In these tables, Deutsche and CWALT similarly made hundreds

3    of statements about the original LTVs of the loans in loan group 2. CWALT 2007-16CB Pros.

4    Sup. A-11 to A-19.

5          (j)      "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

6    mortgage loans in loan group 2 was approximately 67.24%." CWALT 2007-16CB Pros. Sup. A-

7    14.

8          (k)      In Annex A, Deutsche and CWALT presented similar tables of statistics about the

9    mortgage loans in loan group 3. In these tables, Deutsche and CWALT similarly made hundreds

10   of statements about the original LTVs of the loans in loan group 3. CWALT 2007-16CB Pros.

11   Sup. A-20 to A-29.

12         (l)      "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

13   mortgage loans in loan group 3 was approximately 74.47%." CWALT 2007-16CB Pros. Sup. A-

14   24.

15         (m)     In Annex A, Deutsche and CWALT presented similar tables of statistics about the

16   mortgage loans in loan group 4. In these tables, Deutsche and CWALT similarly made hundreds

17   of statements about the original LTVs of the loans in loan group 4. CWALT 2007-16CB Pros.

18   Sup. A-30 to A-38.

19         (n)      "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

20   mortgage loans in loan group 4 was approximately 66.97%." CWALT 2007-16CB Pros. Sup. A-

21   33.

22         (o)      In Annex A, Deutsche and CWALT presented similar tables of statistics about the

23   mortgage loans in loan group 5. In these tables, Deutsche and CWALT similarly made hundreds

24   of statements about the original LTVs of the loans in loan group 5. CWALT 2007-16CB Pros.

25   Sup. A-39 to A-47.

26   "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the mortgage loans

27   in loan group 5 was 66.8%." CWALT 2007-16CB Pros. Sup. A-42.

28

**Item 62.    Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 7,330 |
| Number of properties on which there was enough information for the model to determine a true market value | 4,182 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 2,860 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $208,623,473 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 420 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $29,151,943 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 466 |
| Weighted-average LTV, as stated by Defendants (group 1) | 65.9% |
| Weighted-average LTV, as determined by the model (group 1) | 76.7% |

**Item 65.    Evidence from subsequent sales of refinanced properties:**

Of the 7,330 mortgage loans in the collateral pool, 4,489 were taken out to refinance, rather than to purchase, properties. For those 4,489 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 4,489 properties, 217 were subsequently sold for a total of approximately $59,144,247. The total value ascribed to those same properties in the LTV data reported in the prospectus supplement and other documents sent to the Bank was $86,529,500. Thus, those properties were sold for 68.4% of the value ascribed to them, a difference of 31.6%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 82.    Untrue or misleading statements about compliance with USPAP:**

In the prospectus supplement, Deutsche and CWALT made the following statement about the appraisals of the properties that secured the mortgage loans in this securitization originated or acquired by Countrywide: "All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in effect." CWALT 2007-16CB Pros. Sup. S-43.

-4-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    **Item 88.**    **Untrue or misleading statements about owner-occupancy of the properties**

2                **that secured the mortgage loans:**

3        In the prospectus supplement, Deutsche and CWALT made the following statements

4    about the occupancy status of the properties that secured the mortgage loans in the collateral pool

5    of this securitization.

6         (a)     In Annex A of the prospectus supplement, described in Item 52, Deutsche and

7    CWALT presented a table entitled "Occupancy Types." This table divided the mortgage loans in

8    loan group 1 into the categories "Primary Residence," "Investment Property," and "Secondary

9    Residence." The table made untrue and misleading statements about the number of mortgage

10    loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

11    outstanding in each of these categories. CWALT 2007-16CB Pros. Sup. A-8.

12         (b)     In the "Occupancy Types" table, Deutsche and CWALT stated that 85.1% of the

13    mortgage loans in loan group 1 were secured by a "Primary Residence," 14.14% by an

14    "Investment Property," and 0.76% by a "Secondary Residence." CWALT 2007-16CB Pros. Sup.

15    A-8.

16         (c)     In Annex A, Deutsche and CWALT presented another table entitled "Occupancy

17    Types." This table divided the mortgage loans in loan group 2 into the categories "Primary

18    Residence," "Investment Property," and "Secondary Residence." The table made untrue and

19    misleading statements about the number of mortgage loans, the aggregate principal balance

20    outstanding, and the percent of aggregate principal balance outstanding in each of these

21    categories. CWALT 2007-16CB Pros. Sup. A-18.

22         (d)     In the "Occupancy Types" table, Deutsche and CWALT stated that 79.94% of the

23    mortgage loans in loan group 2 were secured by a "Primary Residence," 16.36% by an

24    "Investment Property," and 3.7% by a "Secondary Residence." CWALT 2007-16CB Pros. Sup.

25    A-18.

26         (e)     In Annex A, Deutsche and CWALT presented another table entitled "Occupancy

27    Types." This table divided the mortgage loans in loan group 3 into the categories "Primary

28    Residence," "Investment Property," and "Secondary Residence." The table made untrue and

-5-

1     misleading statements about the number of mortgage loans, the aggregate principal balance

2     outstanding, and the percent of aggregate principal balance outstanding in each of these

3     categories. CWALT 2007-16CB Pros. Sup. A-28.

4           (f)     In the "Occupancy Types" table, Deutsche and CWALT stated that 72.89% of the

5     mortgage loans in loan group 3 were secured by a "Primary Residence," 17.21% by an

6     "Investment Property," and 9.9% by a "Secondary Residence." CWALT 2007-16CB Pros. Sup.

7     A-28.

8           (g)     In Annex A, Deutsche and CWALT presented another table entitled "Occupancy

9     Types." This table divided the mortgage loans in loan group 4 into the categories "Primary

10     Residence," "Investment Property," and "Secondary Residence." The table made untrue and

11     misleading statements about the number of mortgage loans, the aggregate principal balance

12     outstanding, and the percent of aggregate principal balance outstanding in each of these

13     categories. CWALT 2007-16CB Pros. Sup. A-36.

14           (h)     In the "Occupancy Types" table, Deutsche and CWALT stated that 86.18% of the

15     mortgage loans in loan group 4 were secured by a "Primary Residence," 12.94% by an

16     "Investment Property," and 0.88% by a "Secondary Residence." CWALT 2007-16CB Pros. Sup.

17     A-36.

18           (i)     In Annex A, Deutsche and CWALT presented another table entitled "Occupancy

19     Types." This table divided the mortgage loans in loan group 5 into the categories "Primary

20     Residence," "Investment Property," and "Secondary Residence." The table made untrue and

21     misleading statements about the number of mortgage loans, the aggregate principal balance

22     outstanding, and the percent of aggregate principal balance outstanding in each of these

23     categories. CWALT 2007-16CB Pros. Sup. A-45.

24           (j)     In the "Occupancy Types" table, Deutsche and CWALT stated that 85.99% of the

25     mortgage loans in loan group 5 were secured by a "Primary Residence," 9.19% by an "Investment

26     Property," and 4.82% by a "Secondary Residence." CWALT 2007-16CB Pros. Sup. A-45.

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

| | | |
|---|---|---|
| 1 | **Item 96.** | **Details of properties that were stated to be owner-occupied, but were not:** |
| 2 | **(a)** | **Number of loans on which the owner of the property instructed tax** |
| 3 | | **authorities to send property tax bills to him or her at a different address: 567** |
| 4 | **(b)** | **Number of loans on which the owner of the property could have, but did not,** |
| 5 | | **designate the property as his or her homestead: 792** |
| 6 | **(c)** | **Number of loans on which the owner of the property owned three or more** |
| 7 | | **properties: 94** |
| 8 | **(d)** | **Number of loans that went straight from current to foreclosure or ownership** |
| 9 | | **by lender: 2** |
| 10 | **(e)** | **Eliminating duplicates, number of loans about which one or more of** |
| 11 | | **statements (a) through (d) is true: 1,305** |
| 12 | **Item 99.** | **Untrue or misleading statements about the underwriting standards of the** |
| 13 | | **originators of the mortgage loans:** |

14         On pages S-41 through S-47 of the prospectus supplement, Deutsche and CWALT made

15 statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

16 statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

17         **(a)**     "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

18 if compensating factors are demonstrated by a prospective borrower." CWALT 2007-16CB Pros.

19 Sup. S-42.

20         **(b)**     "Countrywide Home Loans' underwriting standards are applied by or on behalf of

21 Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

22 ability and the value and adequacy of the mortgaged property as collateral." CWALT 2007-16CB

23 Pros. Sup. S-42.

| | | |
|---|---|---|
| 24 | **Item 108.** | **30+ days delinquencies in this securitization:** |
| 25 | **(a)** | **Number of the mortgage loans that were 30+ days delinquent on March 31,** |
| 26 | | **2010: 1,650** |
| 27 | **(b)** | **Percent of the mortgage loans that were 30+ days delinquent on March 31,** |
| 28 | | **2010: 22.5%** |

-7-

1       **(c)**     **Percent of all mortgage loans in the United States that were 30+ days**

2                **delinquent on March 31, 2010: 14.7%**

3   **Item 117.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

4       On page S-7 of the prospectus supplement, Deutsche and CWALT made statements about

5   the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

6   that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

7   Standard & Poor's Rating Services. These were the highest ratings available from these two

8   rating agencies.

9       Deutsche and CWALT also stated that: "The offered certificates will not be offered unless

10   they are assigned the indicated ratings by Standard & Poor's . . . and Moody's Investors Service,

11   Inc. ('Moody's')." CWALT 2007-16CB Pros. Sup. S-9.

12       Deutsche and CWALT also stated that: "It is a condition to the issuance of the offered

13   certificates that they be assigned the respective ratings set forth in the Summary of this prospectus

14   supplement." CWALT 2007-16CB Pros. Sup. S-133.

15   **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**

16                **statements:**

17       **(a)**     **Number of loans whose LTVs were materially understated: 2,860**

18       **(b)**     **Number of loans in which the properties were stated to be owner-occupied**

19                **but were not: 1,305**

20       **(c)**     **Eliminating duplicates, number of loans about which the Defendants made**

21                **untrue or misleading statements: 3,441**

22       **(d)**     **Eliminating duplicates, percent of loans about which the Defendants made**

23                **untrue or misleading statements: 47.0%**

24

25

26

27

28

-8-

1  **SCHEDULE 19 TO FIRST AMENDED COMPLAINT**

2    To the extent that this Schedule is incorporated by reference into allegations in the

3  complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4  Financial Corporation.

5  **Item 44.     Details of trust and certificate(s).**

6    **(a)    Dealer that sold the certificate(s) to the Bank:** Deutsche.

7    **(b)    Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8  Certificates, Series 2007-2CB was a securitization in January 2007 of 4,274 mortgage loans, in

9  two groups. The mortgage loans in this securitization were originated or acquired by Countrywide

10  Home Loans, Inc. CWALT 2007-2CB Pros. Sup. S-4, S-33 and S-39.

11    **(c)    Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12  sold to the Bank a senior certificate in this securitization, in tranche 1-A-5, for which The Bank

13  paid $64,725,781 plus accrued interest on January 30, 2007.

14    **(d)    Ratings of the certificate(s) when the Bank purchased them:** Certificate: 1-A-5:

15  Standard & Poor's – AAA; Moody's – Aaa; Fitch – AAA.

16    **(e)    Current ratings of the certificate(s):** Certificate: 1-A-5: Standard & Poor's –

17  CCC; Moody's – Caa1; Fitch – CCC.

18    **(f)    URL of prospectus supplement for this securitization:**

19  http://www.sec.gov/Archives/edgar/data/1269518/000136231007001241/c70738e424b5.htm

20    **(g)    Registration statement pursuant or traceable to which the certificate(s) were**

21  **issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

22  pursuant or traceable to a registration statement filed by CWALT, Inc. with the SEC on form S-3

23  on April 24, 2007. Annexed to the registration statement was a prospectus. The prospectus was

24  amended from time to time by prospectus supplements whenever a new series of certificates was

25  issued pursuant or traceable to that registration statement.

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    **Item 52.        Untrue or misleading statements about the LTVs of the mortgage loans:**

2          In the prospectus supplement, Deutsche and CWALT made the following statements

3    about the LTVs of the mortgage loans in the collateral pool of this securitization.

4          (a)        The weighted-average original LTV of the mortgage loans in loan group 1 was

5    69.32%. CWALT 2007-2CB Pros. Sup. S-5.

6          (b)        The weighted-average original LTV of the mortgage loans in loan group 2 was

7    68.37%. CWALT 2007-2CB Pros. Sup. S-5.

8          (c)        "No mortgage loan in any loan group had a Loan-to-Value Ratio at origination or

9    on the closing date of more than 100.00%." CWALT 2007-2CB Pros. Sup. S-35.

10         (d)        In Annex A of the prospectus supplement ("The Mortgage Pool"), Deutsche and

11   CWALT presented tables of statistics about the mortgage loans in the collateral pool. CWALT

12   2007-2CB Pros. Sup. A-1 to A-21. Each table focused on a certain characteristic of the loans (for

13   example, current principal balance) and divided the loans into categories based on that

14   characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01

15   to $100,000, $100,000.01 to $150,000, etc.). Among these data was the "Weighted Average

16   Original Loan-to-Value Ratio" of the loans in each category. There were 13 such tables for the

17   loans in loan group 1. In each table, the number of categories into which the loans were divided

18   ranged from three to 67. Thus, in Annex A of the prospectus supplement, Deutsche and CWALT

19   made hundreds of statements about the original LTVs of the loans in loan group 1. CWALT

20   2007-2CB Pros. Sup. A-1 to A-10.

21         (e)        "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

22   mortgage loans in loan group 1 was approximately 69.32%." CWALT 2007-2CB Pros. Sup. A-5.

23         (f)        In Annex A, Deutsche and CWALT presented similar tables of statistics about the

24   mortgage loans in loan group 2. In these tables, Deutsche and CWALT similarly made hundreds

25   of statements about the original LTVs of the loans in loan group 2. CWALT 2007-2CB Pros. Sup.

26   A-11 to A-21.

27

28

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (g)    "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

2    mortgage loans in loan group 2 was approximately 68.37%." CWALT 2007-2CB Pros. Sup. A-

3    15.

4    **Item 62.    Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 4,274 |
| Number of properties on which there was enough information for the model to determine a true market value | 2,544 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,608 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $106,678,931 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 301 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $21,404,958 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 216 |
| Weighted-average LTV, as stated by Defendants (group 1) | 69.3% |
| Weighted-average LTV, as determined by the model (group 1) | 78.4% |

15    **Item 65.    Evidence from subsequent sales of refinanced properties:**

16         Of the 4,274 mortgage loans in the collateral pool, 2,790 were taken out to refinance,

17    rather than to purchase, properties. For those 2,790 loans, the value (denominator) in the LTV

18    was an appraised value rather than a sale price. Of those 2,790 properties, 175 were subsequently

19    sold for a total of approximately $47,677,016. The total value ascribed to those same properties in

20    the LTV data reported in the prospectus supplement and other documents sent to the Bank was

21    $69,021,104. Thus, those properties were sold for 69.1% of the value ascribed to them, a

22    difference of 30.9%. This difference cannot be accounted for by declines in house prices in the

23    areas in which those properties were located.

24    **Item 82.    Untrue or misleading statements about compliance with USPAP:**

25         In the prospectus supplement, Deutsche and CWALT made the following statement about

26    the appraisals of the properties that secured the mortgage loans originated by Countrywide: "All

27

28
                                        -3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

2    effect." CWALT 2007-2CB Pros. Sup. S-41.

3    **Item 88.    Untrue or misleading statements about owner-occupancy of the properties**

4                 **that secured the mortgage loans:**

5       In the prospectus supplement, Deutsche and CWALT made the following statements

6    about the occupancy status of the properties that secured the mortgage loans in the collateral pool

7    of this securitization.

8       (a)     In Annex A of the prospectus supplement, described in Item 52, Deutsche and

9    CWALT presented a table entitled "Occupancy Types." This table divided the mortgage loans in

10   loan group 1 into the categories "Primary Residence," "Investment Property," and "Secondary

11   Residence." The table made untrue and misleading statements about the number of mortgage

12   loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

13   outstanding in each of these categories. CWALT 2007-2CB Pros. Sup. A-8.

14       (b)     In the "Occupancy Types" table, Deutsche and CWALT stated that 88.95% of the

15   mortgage loans in loan group 1 were secured by a "Primary Residence," 6.93% by an "Investment

16   Property," and 4.12% by a "Secondary Residence." CWALT 2007-2CB Pros. Sup. A-8.

17       (c)     In Annex A, Deutsche and CWALT presented another table for the mortgage loans

18   in loan group 2. This table divided the mortgage loans in loan group 2 into the categories

19   "Primary Residence," "Investment Property," and "Secondary Residence." The table made untrue

20   and misleading statements about the number of mortgage loans, the aggregate principal balance

21   outstanding, and the percent of aggregate principal balance outstanding in each of these

22   categories. CWALT 2007-26CB Pros. Sup. A-19.

23       (d)     In the "Occupancy Types" table, Deutsche and CWALT stated that 90.99% of the

24   mortgage loans in loan group 2 were secured by a "Primary Residence," 5.36% by an "Investment

25   Property," and 3.65% by a "Secondary Residence." CWALT 2007-2CB Pros. Sup. A-19.

26   **Item 96.     Details of properties that were stated to be owner-occupied, but were not:**

27       **(a)     Number of loans on which the owner of the property instructed tax**

28             **authorities to send property tax bills to him or her at a different address: 336**

(b)    Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 509

(c)    Number of loans on which the owner of the property owned three or more properties: 54

(d)    Eliminating duplicates, number of loans about which one or more of statements (a) through (c) is true: 782

**Item 99.**    **Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages S-39 through S-45 of the prospectus supplement, Deutsche and CWALT made statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

(a)    "Exceptions to Countrywide Home Loans' underwriting guidelines may be made if compensating factors are demonstrated by a prospective borrower." CWALT 2007-2CB Pros. Sup. S-41.

(b)    "Countrywide Home Loans' underwriting standards are applied by or on behalf of Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment ability and the value and adequacy of the mortgaged property as collateral." CWALT 2007-2CB Pros. Sup. S-40.

**Item 108.**    **30+ days delinquencies in this securitization:**

(a)    **Number of the mortgage loans that were 30+ days delinquent on March 31, 2010: 938**

(b)    **Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 21.9%**

(c)    **Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%**

**Item 117.**    **Statements about the ratings of the certificate(s) that the Bank purchased:**

On page S-7 of the prospectus supplement, Deutsche and CWALT made statements about the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

-5-

1    that the certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Standard &

2    Poor's Rating Services and Fitch. These were the highest ratings available from these [three]

3    rating agencies.

4        Deutsche and CWALT also stated that: "The offered certificates will not be offered unless

5    they are assigned the indicated ratings by Fitch Ratings ('Fitch'), Standard & Poor's . . . and

6    Moody's Investors Service, Inc. ('Moody's')." CWALT 2007-2CB Pros. Sup. S-9.

7        Deutsche and CWALT also stated that: "It is a condition to the issuance of the offered

8    certificates that they are assigned the respective ratings set forth in the Summary of this prospectus

9    supplement." CWALT 2007-2CB Pros. Sup. S-130.

10    **Item 120.**      **Summary of loans about which the Defendants made untrue or misleading**

11                **statements:**

12         **(a)**      **Number of loans whose LTVs were materially understated: 1,608**

13         **(b)**      **Number of loans in which the properties were stated to be owner-occupied**

14                **but were not: 782**

15         **(c)**      **Eliminating duplicates, number of loans about which the Defendants made**

16                **untrue or misleading statements: 1,982**

17         **(d)**      **Eliminating duplicates, percent of loans about which the Defendants made**

18                **untrue or misleading statements: 46.6%**

19

20

21

22

23

24

25

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 49,7840)

**SCHEDULE 20 TO FIRST AMENDED COMPLAINT**

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide Financial Corporation.

**Item 44.    Details of trust and certificate(s).**

(a)    **Dealer that sold the certificate(s) to the Bank:** Deutsche.

(b)    **Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2006-39CB was a securitization in November 2006 of 3,422 mortgage loans, in two groups. The mortgage loans in this securitization were originated or acquired by Countrywide Home Loans, Inc. CWALT 2006-39CB Pros. Sup. S-4, S-33, and S-64.

(c)    **Description of the certificate(s) that the Bank purchased:** Deutsche offered and sold to the Bank a senior certificate in this securitization, in tranche 1-A-17, for which the Bank paid $140,133,470 plus accrued interest on November 30, 2006.

(d)    **Ratings of the certificate(s) when the Bank purchased them:** Standard & Poor's – AAA; Moody's – Aaa; Fitch – AAA.

(e)    **Current ratings of the certificate(s):** Standard & Poor's – CCC; Moody's – B3; Fitch – CC.

(f)    **URL of prospectus supplement for this securitization:**
http://www.sec.gov/Archives/edgar/data/1269518/000095012406007291/v25493b5e424b5.txt

(g)    **Registration statement pursuant or traceable to which the certificate(s) were issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued pursuant or traceable to a registration statement filed by CWALT, Inc. with the SEC on Form S-3 on March 6, 2006. Annexed to the registration statement was a prospectus. The prospectus was amended from time to time by prospectus supplements whenever a new series of certificates was issued pursuant or traceable to that registration statement.

-7-

1 **Item 52.      Untrue or misleading statements about the LTVs of the mortgage loans:**

2      In the prospectus supplement, Deutsche and CWALT made the following statements

3 about the LTVs of the mortgage loans in the collateral pool of this securitization.

4      (a)      The weighted-average original LTV for the mortgage loans in loan group 1 was

5 67.3%. CWALT 2006-39CB Pros. Sup. S-6.

6      (b)      The weighted-average original LTV for the mortgage loans in loan group 2 was

7 78.87%. CWALT 2006-39CB Pros. Sup. S-6.

8      (c)      "No Initial Mortgage Loan in any loan group had a Loan-to-Value Ratio at

9 origination or on the closing date of more than 100.00%." CWALT 2006-39CB Pros. Sup. S-35.

10      (d)      In the section of the prospectus supplement entitled "The Mortgage Pool,"

11 Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

12 pool. CWALT 2006-39CB Pros. Sup. S-38 to S-60. Each table focused on a certain characteristic

13 of the loans (for example, current principal balance) and divided the loans into categories based

14 on that characteristic (for example, loans with current principal balances of $0.01 to $50,000,

15 $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data

16 about the loans in each category. Among these data was the "Weighted Average Original Loan-

17 to-Value Ratio." There were 13 such tables in "The Mortgage Pool" section of the prospectus

18 supplement for the loans in loan group 1. In each table, the number of categories into which the

19 loans were divided ranged from three to 77. Thus, in "The Mortgage Pool" section, Deutsche and

20 CWALT made hundreds of statements about the original LTVs of the loans in loan group 1.

21 CWALT 2006-39CB Pros. Sup. S-38 to S-47.

22      (e)      "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

23 of the Initial Mortgage Loans in loan group 1 was approximately 67.30%." CWALT 2006-39CB

24 Pros. Sup. S-42.

25      (f)      In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

26 of statistics about the mortgage loans in loan group 2. In these tables, Deutsche and CWALT

27 similarly made hundreds of statements about the original LTVs of the loans in loan group 2.

28 CWALT 2006-39CB Pros. Sup. S-48 to S-60.

-8-

1     (g)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

2 of the Initial Mortgage Loans in loan group 2 was approximately 78.87%." CWALT 2006-39CB

3 Pros. Sup. S-54.

4 **Item 62.    Details of the results of the AVM analysis:**

| | |
|---|---|
| Number of loans | 3,422 |
| Number of properties on which there was enough information for the model to determine a true market value | 2,138 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,354 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $82,141,819 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 265 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $15,554,558 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 201 |
| Weighted-average LTV, as stated by Defendants (group 1) | 67.3% |
| Weighted-average LTV, as determined by the model (group 1) | 74.9% |

15 **Item 65.    Evidence from subsequent sales of refinanced properties:**

16     Of the 3,422 mortgage loans in the collateral pool, 1,908 were taken out to refinance,

17 rather than to purchase, properties. For those 1,908 loans, the value (denominator) in the LTV

18 was an appraised value rather than a sale price. Of those 1,908 properties, 162 were subsequently

19 sold for a total of approximately $46,582,786. The total value ascribed to those same properties in

20 the LTV data reported in the prospectus supplement and other documents sent to the Bank was

21 $58,472,200. Thus, those properties were sold for 79.7% of the value ascribed to them, a

22 difference of 20.3%. This difference cannot be accounted for by declines in house prices in the

23 areas in which those properties were located.

24 **Item 82.    Untrue or misleading statements about compliance with USPAP:**

25     In the prospectus supplement, Deutsche and CWALT made the following statement about

26 the appraisals of the properties that secured the mortgage loans originated or acquired by

27

28

-9-

1  Countrywide: "All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal

2  standards then in effect." CWALT 2006-39CB Pros. Sup. S-66.

3  **Item 88.** **Untrue or misleading statements about owner-occupancy of the properties**

4  **that secured the mortgage loans:**

5  In the prospectus supplement, Deutsche and CWALT made the following statements

6  about the occupancy status of the properties that secured the mortgage loans in the collateral pool

7  of this securitization.

8  (a) In "The Mortgage Pool" section of the prospectus supplement, described in Item

9  52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided the

10  mortgage loans in loan group 1 into the categories "Primary Residence," "Investment Property,"

11  and "Secondary Residence." The table made untrue and misleading statements about the number

12  of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

13  principal balance outstanding in each of these categories. CWALT 2006-39CB Pros. Sup. S-45.

14  (b) In the "Occupancy Types" table, Deutsche and CWALT stated that 87.97% of the

15  mortgage loans in loan group 1 were secured by a "Primary Residence," 7.71% by an "Investment

16  Property," and 4.32% by a "Secondary Residence." CWALT 2006-39CB Pros. Sup. S-45.

17  (c) In "The Mortgage Pool" section, Deutsche and CWALT presented another table

18  entitled "Occupancy Types." This table divided the mortgage loans in loan group 2 into the

19  categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

20  made untrue and misleading statements about the number of mortgage loans, the aggregate

21  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

22  of these categories. CWALT 2006-39CB Pros. Sup. S-58.

23  (d) In the "Occupancy Types" table, Deutsche and CWALT stated that 69.24% of the

24  mortgage loans in loan group 2 were secured by a "Primary Residence," 25.61% by an

25  "Investment Property," and 5.15% by a "Secondary Residence." CWALT 2006-39CB Pros. Sup.

26  S-58.

27

28

-10-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1  Item 96.    Details of properties that were stated to be owner-occupied, but were not:

2      (a)    Number of loans on which the owner of the property instructed tax

3            authorities to send property tax bills to him or her at a different address: 294

4      (b)    Number of loans on which the owner of the property could have, but did not,

5            designate the property as his or her homestead: 408

6      (c)    Number of loans on which the owner of the property owned three or more

7            properties: 33

8      (d)    Eliminating duplicates, number of loans about which one or more of

9            statements (a) through (c) is true: 640

10  Item 99.    Untrue or misleading statements about the underwriting standards of the

11            originators of the mortgage loans:

12       On pages S-64 through S-70 of the prospectus supplement, Deutsche and CWALT made

13  statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

14  statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

15      (a)    "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

16  if compensating factors are demonstrated by a prospective borrower." CWALT 2006-39CB Pros.

17  Sup. S-65.

18      (b)    "Countrywide Home Loans' underwriting standards are applied by or on behalf of

19  Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

20  ability and the value and adequacy of the mortgaged property as collateral." CWALT 2006-39CB

21  Pros. Sup. S-65.

22  Item 106.    Early payment defaults:

23      (a)    Number of the mortgage loans that suffered EPDs: 37

24      (b)    Percent of the mortgage loans that suffered EPDs: 1.1%

25      (c)    Percent of all securitized, non-agency prime (including Alt-A) mortgage loans

26            made at the same time as the loans in the collateral pool that experienced

27            EPDs: 0.44%

28

-11-

| | | |
|---|---|---|
| 1 | Item 107. | 90+ days delinquencies: |
| 2 | (a) | Number of the mortgage loans that suffered 90+ days delinquencies: 1,048 |
| 3 | (b) | Percent of the mortgage loans that suffered 90+ days delinquencies: 30.6% |
| 4 | (c) | Percent of all securitized, non-agency prime (including Alt-A) mortgage loans |
| 5 | | made at the same time as the loans in the collateral pool that suffered 90+ |
| 6 | | days delinquencies: 32.7% |
| 7 | Item 108. | 30+ days delinquencies in this securitization: |
| 8 | (a) | Number of the mortgage loans that were 30+ days delinquent on March 31, |
| 9 | | 2010: 1,088 |
| 10 | (b) | Percent of the mortgage loans that were 30+ days delinquent on March 31, |
| 11 | | 2010: 31.8% |
| 12 | (c) | Percent of all mortgage loans in the United States that were 30+ days |
| 13 | | delinquent on March 31, 2010: 14.7% |

14 **Item 117.** Statements about the ratings of the certificate(s) that the Bank purchased:

15 On pages S-7 through S-9 of the prospectus supplement, Deutsche and CWALT made

16 statements about the ratings assigned to the certificates issued in this securitization. Deutsche and

17 CWALT stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and

18 AAA by Standard & Poor's Rating Services and Fitch. These were the highest ratings available

19 from these three rating agencies.

20 Deutsche and CWALT also stated that: "The offered certificates will not be offered unless

21 they are assigned the indicated ratings by Fitch Ratings ('Fitch'), Standard & Poor's . . . and

22 Moody's Investors Service, Inc. ('Moody's')." CWALT 2006-39CB Pros. Sup. S-9.

23 Deutsche and CWALT also stated that: "It is a condition to the issuance of the offered

24 certificates that they be assigned the respective ratings set forth in the Summary of this prospectus

25 supplement." CWALT 2006-39CB Pros. Sup. S-150.

26

27

28

-12-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

**Item 120.**   Summary of loans about which the Defendants made untrue or misleading statements:

    (a)   Number of loans whose LTVs were materially understated: 1,354

    (b)   Number of loans that suffered EPDs: 37

    (c)   Number of loans in which the properties were stated to be owner-occupied but were not: 640

    (d)   Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 1,667

    (e)   Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 48.7%

3428/001/X119858.v1

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1   GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
    ROBERT A. GOODIN, State Bar No. 061302
2        rgoodin@goodinmacbride.com
3   FRANCINE T. RADFORD, State Bar No. 168269
         fradford@goodinmacbride.com
4   ANNE H. HARTMAN, State Bar No. 184556
         ahartman@goodinmacbride.com
5   505 Sansome Street, Suite 900
    San Francisco, California 94111
6   Telephone:    (415) 392-7900
7   Facsimile:    (415) 398-4321

8   GRAIS & ELLSWORTH LLP
    DAVID J. GRAIS (pro hac application submitted herewith)
9   KATHRYN C. ELLSWORTH (pro hac app. submitted herewith)
    OWEN L. CYRULNIK (pro hac application submitted herewith)
10  70 East 55th Street
    New York, New York 10022
11  Telephone:    (212) 755-0100
12  Facsimile:    (212) 755-0052

13  Attorneys for Plaintiff
    Federal Home Loan Bank of San Francisco
14

15          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

16          IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO

17

18  FEDERAL HOME LOAN BANK OF SAN          No. CGC-10-497840
19  FRANCISCO,
                                           **VOLUME 2 OF SCHEDULES OF**
20              Plaintiff,                  **FIRST AMENDED COMPLAINT**
                                           **(SCHEDULES 21-40)**
21  v.

22  CREDIT SUISSE SECURITIES (USA) LLC,
    F/K/A CREDIT SUISSE FIRST BOSTON
23  LLC;
24  CREDIT SUISSE FIRST BOSTON
    MORTGAGE SECURITIES CORP.;
25  DEUTSCHE BANK SECURITIES, INC.;
    DEUTSCHE ALT-A SECURITIES, INC.;
26  J.P. MORGAN SECURITIES, INC., F/K/A
    BEAR STEARNS & CO., INC.;
27  STRUCTURED ASSET MORTGAGE
28  INVESTMENTS II, INC.;

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1   THE BEAR STEARNS COMPANIES, LLC,
    F/K/A THE BEAR STEARNS COMPANIES,
2   INC.;
3   RBS SECURITIES, INC., F/K/A
    GREENWICH CAPITAL MARKETS, INC.;
4   RBS ACCEPTANCE, INC. F/K/A
    GREENWICH CAPITAL ACCEPTANCE,
5   INC.;
    MORGAN STANLEY & CO.
6   INCORPORATED;
7   UBS SECURITIES, LLC;
    MORTGAGE ASSET SECURITIZATION
8   TRANSACTIONS, INC.;
    BANC OF AMERICA SECURITIES LLC;
9   BANC OF AMERICA FUNDING
    CORPORATION;
10  BANC OF AMERICA MORTGAGE
    SECURITIES, INC.;
11  COUNTRYWIDE SECURITIES
    CORPORATION;
12  CWALT, INC.;
    COUNTRYWIDE FINANCIAL
13  CORPORATION; AND,
    DOES 1-50,
14
15              Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    **SCHEDULE 21 TO THE AMENDED COMPLAINT**

2    To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4    Financial Corporation.

5    **Item 44.      Details of trust and certificate(s).**

6    (a)     **Dealer that sold the certificate(s) to the Bank:** Deutsche.

7    (b)     **Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8    Certificates, Series 2006-HY12 was a securitization in June 2006 of 1,962 mortgage loans, in one

9    pool. The mortgage loans in this securitization were originated or acquired by Countrywide Home

10   Loans, Inc. CWALT 2006-HY12 Pros. Sup. S-4, S-24 and S-44.

11   (c)     **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12   sold to the Bank a senior certificate in this securitization, in tranche A-4, for which The Bank paid

13   $75,791,000 plus accrued interest on October 24, 2006.

14   (d)     **Ratings of the certificate(s) when the Bank purchased them:** Standard &

15   Poor's – AAA; Moody's – Aaa.

16   (e)     **Current ratings of the certificate(s):** Standard & Poor's – A+; Moody's – Ba1

17   (f)     **URL of prospectus supplement for this securitization:**

18   http://www.sec.gov/Archives/edgar/data/1269518/000095012906006888/v21593b5e424b5.txt

19   (g)     **Registration statement pursuant or traceable to which the certificate(s) were**

20   **issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

21   pursuant or traceable to a registration statement filed by CWALT, Inc. with the SEC on Form S-3

22   on March 6, 2006. Annexed to the registration statement was a prospectus. The prospectus was

23   amended from time to time by prospectus supplements whenever a new series of certificates was

24   issued pursuant or traceable to that registration statement.

25   **Item 52.      Untrue or misleading statements about the LTVs of the mortgage loans:**

26   In the prospectus supplement, Deutsche and CWALT made the following statements

27   about the LTVs of the mortgage loans in the collateral pool of this securitization.

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    (a)    The weighted-average original LTV of the mortgage loans in the collateral pool

2    was 73.74%. CWALT 2006-HY12 Pros. Sup. S-5.

3    (b)    "No Mortgage Loan will have had a Loan-to-Value Ratio at origination of more

4    than 100.00%." CWALT 2006-HY12 Pros. Sup. S-26.

5    (c)    In the section of the prospectus supplement entitled "The Mortgage Pool,"

6    Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

7    pool. Each table focused on a certain characteristic of the loans (for example, current principal

8    balance) and divided the loans into categories based on that characteristic (for example, loans

9    with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to

10   $150,000, etc.). Each table then presented various data about the loans in each category. Among

11   these data was the "Weighted Average Original Loan-to-Value Ratio." There were 20 such tables

12   in "The Mortgage Pool" section for all of the loans in the collateral pool. In each table, the

13   number of categories into which the loans were divided ranged from three to 43. Thus, in "The

14   Mortgage Pool" section, Deutsche and CWALT made hundreds of statements about the original

15   LTVs of the loans in the collateral pool. CWALT 2006-HY12 Pros. Sup. S-28 to S-42.

16   (d)    "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

17   Mortgage Loans was approximately 73.74%." CWALT 2006-HY12 Pros. Sup. S-32.

18   **Item 62.    Details of the results of the AVM analysis:**

19

| | |
|---|---|
| Number of loans | 1,962 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,337 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 756 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $83,212,427 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 158 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $15,004,843 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 122 |
| Weighted-average LTV, as stated by Defendants | 73.7% |
| Weighted-average LTV, as determined by the model | 84.7% |

-2-

1    Item 65.    **Evidence from subsequent sales of refinanced properties:**

2    Of the 1,962 mortgage loans in the collateral pool, 812 were taken out to refinance, rather

3    than to purchase, properties. For those 812 loans, the value (denominator) in the LTV was an

4    appraised value rather than a sale price. Of those 812 properties, 111 were subsequently sold for a

5    total of approximately $53,740,941. The total value ascribed to those same properties in the LTV

6    data reported in the prospectus supplement and other documents sent to the Bank was

7    $68,757,000. Thus, those properties were sold for 78.2% of the value ascribed to them, a

8    difference of 21.8%. This difference cannot be accounted for by declines in house prices in the

9    areas in which those properties were located.

10   Item 71.    **Undisclosed additional liens:**

11       (a)    **Minimum number of properties with additional liens: 198**

12       (b)    **Total reduction in equity from additional liens: $18,949,238**

13       (c)    **Weighted-average reduction in equity from additional liens: 53.9%**

14   Item 82.    **Untrue or misleading statements about compliance with USPAP:**

15   In the prospectus supplement, Deutsche and CWALT made the following statement about

16   the appraisals of the properties that secured the mortgage loans originated by Countrywide: "All

17   appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

18   effect." CWALT 2006-HY12 Pros. Sup. S-46.

19   Item 88.    **Untrue or misleading statements about owner-occupancy of the properties**

20           **that secured the mortgage loans:**

21   In the prospectus supplement, Deutsche and CWALT made the following statements

22   about the occupancy status of the properties that secured the mortgage loans in the collateral pool

23   of this securitization.

24       (a)    In "The Mortgage Pool" section of the prospectus supplement, described in Item

25   52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided all

26   of the mortgage loans in the collateral pool into the categories "Primary Residence," "Investment

27   Property," and "Secondary Residence." The table made untrue and misleading statements about

28   the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

-3-

1  aggregate principal balance outstanding in each of these categories. CWALT 2006-HY12 Pros.

2  Sup. S-36.

3      (b)     In the "Occupancy Types" table, Deutsche and CWALT stated that 86.73% of the

4  mortgage loans in the collateral pool were secured by a "Primary Residence," 6.62% by an

5  "Investment Property," and 6.65% by a "Secondary Residence." CWALT 2006-HY12 Pros. Sup.

6  S-36.

7  **Item 96.**      **Details of properties that were stated to be owner-occupied, but were not:**

8      **(a)**     **Number of loans on which the owner of the property instructed tax**

9              **authorities to send property tax bills to him or her at a different address: 149**

10     **(b)**     **Number of loans on which the owner of the property could have, but did not,**

11             **designate the property as his or her homestead: 287**

12     **(c)**     **Number of loans on which the owner of the property owned three or more**

13             **properties: 27**

14     **(d)**     **Eliminating duplicates, number of loans about which one or more of**

15             **statements (a) through (c) is true: 402**

16  **Item 99.**      **Untrue or misleading statements about the underwriting standards of the**

17             **originators of the mortgage loans:**

18      On pages S-44 through S-49 of the prospectus supplement, Deutsche and CWALT made

19  statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

20  statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

21      (a)     "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

22  if compensating factors are demonstrated by a prospective borrower." CWALT 2006-HY12 Pros.

23  Sup. S-45.

24      (b)     "Countrywide Home Loans' underwriting standards are applied by or on behalf of

25  Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

26  ability and the value and adequacy of the mortgaged property as collateral." CWALT 2006-HY12

27  Pros. Sup. S-45.

28

-4-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1   **Item 107.**   **90+ days delinquencies:**

2       **(a)**   **Number of the mortgage loans that suffered 90+ days delinquencies: 601**

3       **(b)**   **Percent of the mortgage loans that suffered 90+ days delinquencies: 30.6%**

4       **(c)**   **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

5                 **made at the same time as the loans in the collateral pool that suffered 90+**

6                 **days delinquencies: 32.7%**

7   **Item 108.**   **30+ days delinquencies in this securitization:**

8       **(a)**   **Number of the mortgage loans that were 30+ days delinquent on March 31,**

9                 **2010: 634**

10       **(b)**   **Percent of the mortgage loans that were 30+ days delinquent on March 31,**

11                 **2010: 32.3%**

12       **(c)**   **Percent of all mortgage loans in the United States that were 30+ days**

13                 **delinquent on March 31, 2010: 14.7%**

14   **Item 117.**   **Statements about the ratings of the certificate(s) that the Bank purchased:**

15       On page S-6 of the prospectus supplement, Deutsche and CWALT made statements about

16   the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

17   that the Bank's certificate was rated Aaa by Moody's Investors Services, Inc. and AAA by

18   Standard & Poor's Rating Services. These were the highest ratings available from these two

19   agencies.

20       Deutsche and CWALT also stated that: "The offered certificates will not be offered unless

21   they are assigned the indicated ratings by Standard & Poor's, a division of The McGraw-Hill

22   Companies, Inc. ('S&P') and Moody's Investors Service, Inc. ('Moody's')." CWALT 2006-

23   HY12 Pros. Sup. S-6.

24       Deutsche and CWALT also stated that: "It is a condition to the issuance of the senior

25   certificates that they be rated AAA by Standard & Poor's'. . . and Aaa by Moody's Investors

26   Service, Inc. ('Moody's')." CWALT 2006-HY12 Pros. Sup. S-102.

27

28

| | | |
|---|---|---|
| **Item 120.** | | **Summary of loans about which the Defendants made untrue or misleading statements:** |
| | **(a)** | **Number of loans whose LTVs were materially understated: 756** |
| | **(b)** | **Number of loans in which the owner's equity was reduced by 5% or more by undisclosed additional liens: 198** |
| | **(c)** | **Number of loans in which the properties were stated to be owner-occupied but were not: 402** |
| | **(d)** | **Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 1,061** |
| | **(e)** | **Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 54.1%** |

-6-

1           **SCHEDULE 22 TO THE AMENDED COMPLAINT**

2         To the extent that this Schedule is incorporated by reference into allegations in the

3 complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4 Financial Corporation.

5   **Item 44.**     **Details of trust and certificate(s).**

6       **(a)**     **Dealer that sold the certificate(s) to the Bank:** Deutsche.

7       **(b)**     **Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8 Certificates, Series 2006-HY3 was a securitization in February 2006 of 404 mortgage loans, in

9 three groups. The mortgage loans in this securitization were originated or acquired by

10 Countrywide Home Loans, Inc. CWALT 2006-HY3 Pros. Sup. S-3, S-21, and S-62.

11       **(c)**     **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12 sold to the Bank senior certificates in this securitization, in tranche 1-A-1 and tranche 2-A-1, for

13 which the Bank paid $76,097,998 and $82,392,793 plus accrued interest, respectively, on

14 February 28, 2006.

15       **(d)**     **Ratings of the certificate(s) when the Bank purchased them:**

16       Certificate: 1-A-1: Standard & Poor's – AAA; Moody's – Aaa.

17       Certificate: 2-A-1: Standard & Poor's – AAA; Moody's – Aaa.

18       **(e)**     **Current ratings of the certificate(s):**

19       Certificate: 1-A-1: Standard & Poor's – CCC; Moody's – Caa2.

20       Certificate: 2-A-1: Standard & Poor's – CCC; Moody's – Caa2.

21       **(f)**     **URL of prospectus supplement for this securitization:**

22 http://www.sec.gov/Archives/edgar/data/1269518/000095012906001931/v17513b5e424b5.txt

23       **(g)**     **Registration statement pursuant or traceable to which the certificate(s) were**

24 **issued:** Certificates in this trust, including the certificates that the Bank purchased, were issued

25 pursuant or traceable to a registration statement filed by CWALT, Inc. with the SEC on form S-3

26 on July 25, 2005. Annexed to the registration statement was a prospectus. The prospectus was

27 amended from time to time by prospectus supplements whenever a new series of certificates was

28 issued pursuant or traceable to that registration statement.

1    **Item 52.      Untrue or misleading statements about the LTVs of the mortgage loans:**

2          In the prospectus supplement, Deutsche and CWALT made the following statements

3    about the LTVs of the mortgage loans in the collateral pool of this securitization.

4          (a)     The weighted-average original LTV of the mortgage loans in loan group 1 was

5    75.48%. CWALT 2006-HY3 Pros. Sup. S-4.

6          (b)     The weighted-average original LTV of the mortgage loans in loan group 2 was

7    73.89%. CWALT 2006-HY3 Pros. Sup. S-4.

8          (c)     The weighted-average original LTV of the mortgage loans in loan group 3 was

9    72.44%. CWALT 2006-HY3 Pros. Sup. S-4.

10         (d)     "No Mortgage Loan will have had a Loan-to-Value Ratio at origination of more

11   than 90.00%." CWALT 2006-HY3 Pros. Sup. S-24.

12         (e)     In the section of the prospectus supplement entitled "The Mortgage Pool,"

13   Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

14   pool. CWALT 2006-HY3 Pros. Sup. S-26 to S-60. Each table focused on a certain characteristic

15   of the loans (for example, current principal balance) and divided the loans into categories based

16   on that characteristic (for example, loans with current principal balances of $400,000.01 to

17   $450,000, $450,000.01 to $500,000, $500,000.01 to $550,000, etc.). Each table then presented

18   various data about the loans in each category. Among these data was the "Weighted Average

19   Original Loan-to-Value Ratio." There were 20 such tables in "The Mortgage Pool" section for the

20   loans in loan group 1. In each table, the number of categories into which the loans were divided

21   ranged from one to 27. Thus, in "The Mortgage Pool" section, Deutsche and CWALT made

22   hundreds of statements about the original LTVs of the loans in loan group 1. CWALT 2006-HY3

23   Pros. Sup. S-26 to S-38.

24         (f)     "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

25   group 1 mortgage loans was approximately 75.48%." CWALT 2006-HY3 Pros. Sup. S-29.

26         (g)     In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

27   of statistics about the mortgage loans in loan group 2. In these tables, Deutsche and CWALT

28

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    similarly made hundreds of statements about the original LTVs of the loans in loan group 2.

2    CWALT 2006-HY3 Pros. Sup. S-39 to S-49.

3         (h)    "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

4    group 2 mortgage loans was approximately 73.89%." CWALT 2006-HY3 Pros. Sup. S-42.

5         (i)    In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

6    of statistics about the mortgage loans in loan group 3. In these tables, Deutsche and CWALT

7    similarly made hundreds of statements about the original LTVs of the loans in loan group 3.

8    CWALT 2006-HY3 Pros. Sup. S-50 to S-59.

9         (j)    "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

10    group 3 mortgage loans was approximately 72.44%." CWALT 2006-HY3 Pros. Sup. S-53.

11    **Item 62.    Details of the results of the AVM analysis:**

12

| Number of loans | 404 |
|---|---|
| Number of properties on which there was enough information for the model to determine a true market value | 236 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 141 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $25,240,539 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 23 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $3,344,524 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 35 |
| Weighted-average LTV, as stated by Defendants (group 1) | 75.5% |
| Weighted-average LTV, as determined by the model (group 1) | 91.3% |

22    **Item 65.    Evidence from subsequent sales of refinanced properties:**

23         Of the 404 mortgage loans in the collateral pool, 140 were taken out to refinance, rather

24    than to purchase, properties. For those 140 loans, the value (denominator) in the LTV was an

25    appraised value rather than a sale price. Of those 140 properties, 21 were subsequently sold for a

26    total of approximately $14,890,875. The total value ascribed to those same properties in the LTV

27    data reported in the prospectus supplement and other documents sent to the Bank was

28    $20,611,000. Thus, those properties were sold for 72.2% of the value ascribed to them, a

-3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1  difference of 27.8%. This difference cannot be accounted for by declines in house prices in the

2  areas in which those properties were located.

3  **Item 71.     Undisclosed additional liens:**

4        **(a)     Minimum number of properties with additional liens: 35**

5        **(b)     Total reduction in equity from additional liens: $4,543,682**

6        **(c)     Weighted-average reduction in equity from additional liens: 61.2%**

7  **Item 82.     Untrue or misleading statements about compliance with USPAP:**

8        In the prospectus supplement, Deutsche and CWALT made the following statement about

9  the appraisals of the properties that secured the mortgage loans originated by Countrywide: "All

10  appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

11  effect." CWALT 2006-HY3 Pros. Sup. S-64.

12  **Item 88.     Untrue or misleading statements about owner-occupancy of the properties**

13  **that secured the mortgage loans:**

14        In the prospectus supplement, Deutsche and CWALT made the following statements

15  about the occupancy status of the properties that secured the mortgage loans in the collateral pool

16  of this securitization.

17        (a)     In "The Mortgage Pool" section of the prospectus supplement, described in Item

18  52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided the

19  mortgage loans in loan group 1 into the categories "Primary Residence," "Investment Property,"

20  and "Secondary Residence." The table made untrue and misleading statements about the number

21  of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

22  principal balance outstanding in each of these categories. CWALT 2006-HY3 Pros. Sup. S-32.

23        (b)     In the "Occupancy Types" table, Deutsche and CWALT stated that 83.44% of the

24  mortgage loans in loan group 1 were secured by a "Primary Residence," 10.24% by an

25  "Investment Property," and 6.31% by a "Secondary Residence." CWALT 2006-HY3 Pros. Sup.

26  S-32.

27        (c)     In "The Mortgage Pool" section, Deutsche and CWALT presented another table

28  entitled "Occupancy Types." This table divided the mortgage loans in loan group 2 into the

-4-

1   categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

2   made untrue and misleading statements about the number of mortgage loans, the aggregate

3   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

4   of these categories. CWALT 2006-HY3 Pros. Sup. S-44.

5          (d)     In the "Occupancy Types" table, Deutsche and CWALT stated that 80.16% of the

6   mortgage loans in loan group 2 were secured by a "Primary Residence," 13.44% by an

7   "Investment Property," and 6.39% by a "Secondary Residence." CWALT 2006-HY3 Pros. Sup.

8   S-44.

9          (e)     In "The Mortgage Pool" section, Deutsche and CWALT presented another table

10  entitled "Occupancy Types." This table divided the  mortgage loans in loan group 3 into the

11  categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

12  made untrue and misleading statements about the number of mortgage loans, the aggregate

13  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

14  of these categories. CWALT 2006-HY3 Pros. Sup. S-55.

15         (f)     In the "Occupancy Types" table, Deutsche and CWALT stated that 72.38% of the

16  mortgage loans in loan group 3 were secured by a "Primary Residence," 9.27% by an "Investment

17  Property," and 18.35% by a "Secondary Residence." CWALT 2006-HY3 Pros. Sup. S-55.

18  **Item 96.**      **Details of properties that were stated to be owner-occupied, but were not:**

19         **(a)**     **Number of loans on which the owner of the property instructed tax**

20                 **authorities to send property tax bills to him or her at a different address: 29**

21         **(b)**     **Number of loans on which the owner of the property could have, but did not,**

22                 **designate the property as his or her homestead: 65**

23         **(c)**     **Number of loans on which the owner of the property owned three or more**

24                 **properties: 3**

25         **(d)**     **Eliminating duplicates, number of loans about which one or more of**

26                 **statements (a) through (c) is true: 81**

27

28

1    **Item 99.**    **Untrue or misleading statements about the underwriting standards of the**

2                  **originators of the mortgage loans:**

3        On pages S-62 through S-67 of the prospectus supplement, Deutsche and CWALT made

4 statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

5 statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

6        (a)     "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

7 if compensating factors are demonstrated by a prospective borrower." CWALT 2006-HY3 Pros.

8 Sup. S-63.

9        (b)     "Countrywide Home Loans' underwriting standards are applied by or on behalf of

10 Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

11 ability and the value and adequacy of the mortgaged property as collateral." CWALT 2006-HY3

12 Pros. Sup. S-63.

13    **Item 106.**    **Early payment defaults:**

14        **(a)**     **Number of the mortgage loans that suffered EPDs: 4**

15        **(b)**     **Percent of the mortgage loans that suffered EPDs: 1.0%**

16        **(c)**     **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

17                   **made at the same time as the loans in the collateral pool that experienced**

18                   **EPDs: 0.44%**

19    **Item 107.**    **90+ days delinquencies:**

20        **(a)**     **Number of the mortgage loans that suffered 90+ days delinquencies: 158**

21        **(b)**     **Percent of the mortgage loans that suffered 90+ days delinquencies: 39.1%**

22        **(c)**     **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

23                   **made at the same time as the loans in the collateral pool that suffered 90+**

24                   **days delinquencies: 32.7%**

25    **Item 108.**    **30+ days delinquencies in this securitization:**

26        **(a)**     **Number of the mortgage loans that were 30+ days delinquent on March 31,**

27                   **2010: 155**

28

-6-

1       **(b)**    **Percent of the mortgage loans that were 30+ days delinquent on March 31,**

2             **2010: 38.4%**

3       **(c)**    **Percent of all mortgage loans in the United States that were 30+ days**

4             **delinquent on March 31, 2010: 14.7%**

5 **Item 117.**    **Statements about the ratings of the certificate(s) that the Bank purchased:**

6       On page S-6 of the prospectus supplement, Deutsche and CWALT made statements about

7 the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

8 that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

9 Standard & Poor's Rating Services. These were the highest ratings available from these two

10 rating agencies.

11       Deutsche and CWALT also stated that: "The offered certificates will not be offered unless

12 they are assigned the indicated ratings by Standard & Poor's, a division of The McGraw-Hill

13 Companies, Inc. ('S&P') and Moody's Investors Service, Inc. ('Moody's')." CWALT 2006-HY3

14 Pros. Sup. S-6.

15       Deutsche and CWALT also stated that: "It is a condition to the issuance of the senior

16 certificates that they be rated AAA by Standard & Poor's . . . and Aaa by Moody's Investors

17 Service, Inc. ('Moody's')." CWALT 2006-HY3 Pros. Sup. S-109.

18 **Item 120.**    **Summary of loans about which the Defendants made untrue or misleading**

19             **statements:**

20       **(a)**    **Number of loans whose LTVs were materially understated: 141**

21       **(b)**    **Number of loans in which the owner's equity was reduced by 5% or more by**

22             **undisclosed additional liens: 35**

23       **(c)**    **Number of loans that suffered EPDs: 4**

24       **(d)**    **Number of loans in which the properties were stated to be owner-occupied**

25             **but were not: 81**

26       **(e)**    **Eliminating duplicates, number of loans about which the Defendants made**

27             **untrue or misleading statements: 200**

28



(f)     Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements:  49.5%

-8-

1          **SCHEDULE 23 TO THE AMENDED COMPLAINT**

2          To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4    Financial Corporation.

5    **Item 44.        Details of trust and certificate(s).**

6          **(a)        Dealer that sold the certificate(s) to the Bank:** Deutsche.

7          **(b)        Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8    Certificates, Series 2005-84 was a securitization in December 2005 of 4,403 mortgage loans, in

9    four groups. The mortgage loans in this securitization were originated or acquired by

10   Countrywide Home Loans, Inc. CWALT 2005-84 Pros. Sup. S-4, S-14, and S-73.

11         **(c)        Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12   sold to the Bank a senior certificate in this securitization, in tranche 3-A-1, for which the Bank

13   paid $112,121,360 plus accrued interest on December 30, 2005.

14         **(d)        Ratings of the certificate(s) when the Bank purchased them:** Standard &

15   Poor's – AAA; Moody's – Aaa.

16         **(e)        Current ratings of the certificate(s):** Standard & Poor's – CCC; Moody's –

17   Caa3.

18         **(f)        URL of prospectus supplement for this securitization:**

19   http://www.sec.gov/Archives/edgar/data/1269518/000095012905012300/v15558e424b5.txt

20         **(g)        Registration statement pursuant or traceable to which the certificate(s) were**

21   **issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

22   pursuant or traceable to a registration statement filed by CWALT with the SEC on form S-3 on

23   July 25, 2005. Annexed to the registration statement was a prospectus. The prospectus was

24   amended from time to time by prospectus supplements whenever a new series of certificates was

25   issued pursuant or traceable to that registration statement.

26   **Item 52.        Untrue or misleading statements about the LTVs of the mortgage loans:**

27         In the prospectus supplement, Deutsche and CWALT made the following statements

28   about the LTVs of the mortgage loans in the collateral pool of this securitization.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1      (a)     "No Mortgage Loan will have had a Loan-to-Value Ratio at origination of more
2    than 95.00%." CWALT 2005-84 Pros. Sup. S-16.

3      (b)     In the section of the prospectus supplement entitled "The Mortgage Pool,"
4    Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral
5    pool. CWALT 2005-84 Pros. Sup. S-18 to S-71. Each table focused on a certain characteristic of
6    the loans (for example, current principal balance) and divided the loans into categories based on
7    that characteristic (for example, loans with current principal balances of $0.01 to $50,000,
8    $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data
9    about the loans in each category. Among these data was the "Weighted Average Original Loan-
10    to-Value Ratio." There were 18 such tables in "The Mortgage Pool" section for the mortgage
11    loans in loan group 1. In each table, the number of categories into which the loans were divided
12    ranged from one to 55. Thus, in "The Mortgage Pool" section, Deutsche and CWALT made
13    hundreds of statements about the original LTVs of the loans in loan group 1. CWALT 2005-84
14    Pros. Sup. S-18 to S-30.

15      (c)     "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the
16    group 1 mortgage loans was approximately 77.08%." CWALT 2005-84 Pros. Sup. S-22.

17      (d)     In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables
18    of statistics about the mortgage loans in loan group 2. In these tables, Deutsche and CWALT
19    similarly made hundreds of statements about the original LTVs of the loans in loan group 2.
20    CWALT 2005-84 Pros. Sup. S-31 to S-45.

21      (e)     "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the
22    group 2 mortgage loans was approximately 77.05%." CWALT 2005-84 Pros. Sup. S-36.

23      (f)     In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables
24    of statistics about the mortgage loans in loan group 3. In these tables, Deutsche and CWALT
25    similarly made hundreds of statements about the original LTVs of the loans in loan group 3.
26    CWALT 2005-84 Pros. Sup. S-46 to S-58.

27      (g)     "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the
28    group 3 mortgage loans was approximately 76.54%." CWALT 2005-84 Pros. Sup. S-50.

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    (h)    In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

2    of statistics about the mortgage loans in loan group 4. In these tables, Deutsche and CWALT

3    similarly made hundreds of statements about the original LTVs of the loans in loan group 4.

4    CWALT 2005-84 Pros. Sup. S-59 to S-71.

5    (i)    "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

6    group 4 mortgage loans was approximately 74.66%." CWALT 2005-84 Pros. Sup. S-63.

7    **Item 62.    Details of the results of the AVM analysis:**

| Number of loans | 4,403 |
|---|---|
| Number of properties on which there was enough information for the model to determine a true market value | 2,868 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,552 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $77,718,118 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 372 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $17,658,847 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 222 |
| Weighted-average LTV, as stated by Defendants (group 3) | 76.5% |
| Weighted-average LTV, as determined by the model (group 3) | 82.8% |

18    **Item 65.    Evidence from subsequent sales of refinanced properties:**

19    Of the 4,403 mortgage loans in the collateral pool, 1,506 were taken out to refinance,

20    rather than to purchase, properties. For those 1,506 loans, the value (denominator) in the LTV

21    was an appraised value rather than a sale price. Of those 1,506 properties, 234 were subsequently

22    sold for a total of approximately $56,316,110. The total value ascribed to those same properties in

23    the LTV data reported in the prospectus supplement and other documents sent to the Bank was

24    $76,037,500. Thus, those properties were sold for 74.1% of the value ascribed to them, a

25    difference of 25.9%. This difference cannot be accounted for by declines in house prices in the

26    areas in which those properties were located.

27    **Item 71.    Undisclosed additional liens:**

28    **(a)    Minimum number of properties with additional liens: 298**

-3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    **(b)**     **Total reduction in equity from additional liens: $15,774,331**

2    **(c)**     **Weighted-average reduction in equity from additional liens: 67.4%**

3    **Item 82.**     **Untrue or misleading statements about compliance with USPAP:**

4         In the prospectus supplement, Deutsche and CWALT made the following statement about

5    the appraisals of the properties that secured the mortgage loans originated by Countrywide: "All

6    appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

7    effect." CWALT 2005-84 Pros. Sup. S-75.

8    **Item 88.**     **Untrue or misleading statements about owner-occupancy of the properties**

9                      **that secured the mortgage loans:**

10        In the prospectus supplement, Deutsche and CWALT made the following statements

11   about the occupancy status of the properties that secured the mortgage loans in the collateral pool

12   of this securitization.

13        (a)     In "The Mortgage Pool" section of the prospectus supplement, described in Item

14   52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided the

15   mortgage loans in loan group 1 into the categories "Primary Residence," "Investment Property,"

16   and "Secondary Residence." The table made untrue and misleading statements about the number

17   of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

18   principal balance outstanding in each of these categories. CWALT 2005-84 Pros. Sup. S-25.

19        (b)     In the "Occupancy Types" table, Deutsche and CWALT stated that 81.72% of the

20   mortgage loans in loan group 1 were secured by a "Primary Residence," 8.54% by an "Investment

21   Property," and 9.74% by a "Secondary Residence." CWALT 2005-84 Pros. Sup. S-25.

22        (c)     In "The Mortgage Pool" section, Deutsche and CWALT presented another table

23   entitled "Occupancy Types." This table divided the mortgage loans in loan group 2 into the

24   categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

25   made untrue and misleading statements about the number of mortgage loans, the aggregate

26   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

27   of these categories. CWALT 2005-84 Pros. Sup. S-39.

28

-4-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1       (d)     In the "Occupancy Types" table, Deutsche and CWALT stated that 81.94% of the

2 mortgage loans in loan group 2 were secured by a "Primary Residence," 5.53% by an "Investment

3 Property," and 12.54% by a "Secondary Residence." CWALT 2005-84 Pros. Sup. S-39.

4       (e)     In "The Mortgage Pool" section, Deutsche and CWALT presented another table

5 entitled "Occupancy Types." This table divided the mortgage loans in loan group 3 into the

6 categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

7 made untrue and misleading statements about the number of mortgage loans, the aggregate

8 principal balance outstanding, and the percent of aggregate principal balance outstanding in each

9 of these categories. CWALT 2005-84 Pros. Sup. S-53.

10       (f)     In the "Occupancy Types" table, Deutsche and CWALT stated that 83.8% of the

11 mortgage loans in loan group 3 were secured by a "Primary Residence," 4.77% by an "Investment

12 Property," and 11.44% by a "Secondary Residence." CWALT 2005-84 Pros. Sup. S-53.

13       (g)     In "The Mortgage Pool" section, Deutsche and CWALT presented another table

14 entitled "Occupancy Types." This table divided the mortgage loans in loan group 4 into the

15 categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

16 made untrue and misleading statements about the number of mortgage loans, the aggregate

17 principal balance outstanding, and the percent of aggregate principal balance outstanding in each

18 of these categories. CWALT 2005-84 Pros. Sup. S-66.

19       (h)     In the "Occupancy Types" table, Deutsche and CWALT stated that 77.69% of the

20 mortgage loans in loan group 4 were secured by a "Primary Residence," 11.44% by an

21 "Investment Property," and 10.87% by a "Secondary Residence." CWALT 2005-84 Pros. Sup. S-

22 66.

23   Item 96.     **Details of properties that were stated to be owner-occupied, but were not:**

24       **(a)**     **Number of loans on which the owner of the property instructed tax**

25           **authorities to send property tax bills to him or her at a different address: 393**

26       **(b)**     **Number of loans on which the owner of the property could have, but did not,**

27           **designate the property as his or her homestead: 576**

28

-5-

1      (c)    Number of loans on which the owner of the property owned three or more

2             properties: 17

3      (d)    Number of loans that went straight from current to foreclosure or ownership

4             by lender: 1

5      (e)    Eliminating duplicates, number of loans about which one or more of

6             statements (a) through (d) is true: 814

7   Item 99.    Untrue or misleading statements about the underwriting standards of the

8               originators of the mortgage loans:

9          On pages S-73 through S-78 of the prospectus supplement, Deutsche and CWALT made

10  statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

11  statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

12     (a)    "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

13  if compensating factors are demonstrated by a prospective borrower." CWALT 2005-84 Pros.

14  Sup. S-74.

15     (b)    "Countrywide Home Loans' underwriting standards are applied by or on behalf of

16  Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

17  ability and the value and adequacy of the mortgaged property as collateral." CWALT 2005-84

18  Pros. Sup. S-74.

19  Item 106.    Early payment defaults:

20     (a)    Number of the mortgage loans that suffered EPDs: 15

21     (b)    Percent of the mortgage loans that suffered EPDs: 0.3%

22     (c)    Percent of all securitized, non-agency prime (including Alt-A) mortgage loans

23             made at the same time as the loans in the collateral pool that experienced

24             EPDs: 0.18%

25  Item 107.    90+ days delinquencies:

26     (a)    Number of the mortgage loans that suffered 90+ days delinquencies: 1,344

27     (b)    Percent of the mortgage loans that suffered 90+ days delinquencies: 30.5%

28

-6-

1        (c)        Percent of all securitized, non-agency prime (including Alt-A) mortgage loans

2                     made at the same time as the loans in the collateral pool that suffered 90+

3                     days delinquencies: 16.5%

4   **Item 108.**     **30+ days delinquencies in this securitization:**

5        (a)        Number of the mortgage loans that were 30+ days delinquent on March 31,

6                     2010: 1,373

7        (b)        Percent of the mortgage loans that were 30+ days delinquent on March 31,

8                     2010: 31.2%

9        (c)        Percent of all mortgage loans in the United States that were 30+ days

10                   delinquent on March 31, 2010: 14.7%

11   **Item 117.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

12       On page S-3 of the prospectus supplement, Deutsche and CWALT made statements about

13 the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

14 that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

15 Standard & Poor's Rating Services. These were the highest ratings available from these two

16 rating agencies.

17       Deutsche and CWALT also stated that: "The classes of certificates listed below will not

18 be offered unless they receive the respective ratings at least as high as those set forth below from

19 Standard & Poor's . . . and from Moody's Investors Service, Inc. ('Moody's')." The requirements

20 for class 3-A-1, from which this certificate was to be paid, was AAA for Standard & Poor's and

21 Aaa for Moody's. CWALT 2005-84 Pros. Sup. S-3.

22       Deutsche and CWALT also stated that: "It is a condition to the issuance of the senior

23 certificates that they be rated AAA by Standard & Poor's . . . and Aaa by Moody's Investors

24 Service, Inc. ('Moody's')." CWALT 2005-84 Pros. Sup. S-112.

25   **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**

26                **statements:**

27        (a)        Number of loans whose LTVs were materially understated: 1,552

28

-7-

1    (b)    Number of loans in which the owner's equity was reduced by 5% or more by

2           undisclosed additional liens: 298

3    (c)    Number of loans that suffered EPDs: 15

4    (d)    Number of loans in which the properties were stated to be owner-occupied

5           but were not: 814

6    (e)    Eliminating duplicates, number of loans about which the Defendants made

7           untrue or misleading statements: 2,160

8    (f)    Eliminating duplicates, percent of loans about which the Defendants made

9           untrue or misleading statements: 49.1%

1                     **SCHEDULE 24 TO THE AMENDED COMPLAINT**

2         To the extent that this Schedule is incorporated by reference into allegations in the

3 complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4 Financial Corporation.

5 **Item 44.**     **Details of trust and certificate(s).**

6        **(a)**     **Dealer that sold the certificate(s) to the Bank:** Deutsche.

7        **(b)**     **Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8 Certificates, Series 2005-85CB was a securitization in December 2005 of 5,378 mortgage loans,[1]

9 in three groups. The mortgage loans in this securitization were originated or acquired by

10 Countrywide Home Loans, Inc. CWALT 2005-85CB Pros. Sup. S-4, S-15, and S-45.

11        **(c)**     **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12 sold to the Bank a senior certificate in this securitization, in tranche 2-A-1, for which the Bank

13 paid $247,714,844 plus accrued interest on December 30, 2005.

14        **(d)**     **Ratings of the certificate(s) when the Bank purchased them:** Standard &

15 Poor's – AAA; Moody's – Aaa.

16        **(e)**     **Current ratings of the certificate(s):** Standard & Poor's – AA-; Moody's –

17 Caa1.

18        **(f)**     **URL of prospectus supplement for this securitization:**

19 http://www.sec.gov/Archives/edgar/data/1269518/000095012905012354/v15566e424b5.txt

20        **(g)**     **Registration statement pursuant or traceable to which the certificate(s) were**

21 **issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

22 pursuant or traceable to a registration statement filed by CWALT with the SEC on form S-3 on

23 July 25, 2005. Annexed to the registration statement was a prospectus. The prospectus was

24 amended from time to time by prospectus supplements whenever a new series of certificates was

25 issued pursuant or traceable to that registration statement.

26

---

27     [1] CWALT 2005-85CB was a prefunded securitization. On the closing date of the securitization
there were 5,378 mortgage loans in the trust. After the closing date of the securitization, the trust
28 purchased an additional 1,305 mortgage loans.

1    **Item 52.    Untrue or misleading statements about the LTVs of the mortgage loans:**

2         In the prospectus supplement, Deutsche and CWALT made the following statements

3    about the LTVs of the mortgage loans in the collateral pool of this securitization.

4         (a)    "No Initial Mortgage Loan in any loan group had a Loan-to-Value Ratio at

5    origination of more than 100.00%." CWALT 2005-85CB Pros. Sup. S-16.

6         (b)    In the section of the prospectus supplement entitled "The Mortgage Pool,"

7    Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

8    pool. CWALT 2005-85CB Pros. Sup. S-18 to S-41. Each table focused on a certain characteristic

9    of the loans (for example, current principal balance) and divided the loans into categories based

10   on that characteristic (for example, loans with current principal balances of $0.01 to $50,000,

11   $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data

12   about the loans in each category. Among these data was the "Weighted Average Original Loan-

13   to-Value Ratio." There were 10 such tables in "The Mortgage Pool" section for the  loans in loan

14   group 1. In each table, the number of categories into which the loans were divided ranged from

15   two to 25. Thus, in "The Mortgage Pool" section, Deutsche and CWALT made hundreds of

16   statements about the original LTVs of the loans in loan group 1. CWALT 2005-85CB Pros. Sup.

17   S-18 to S-25.

18        (c)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

19   of the Initial Mortgage Loans in loan group 1 is approximately 73.49%." CWALT 2005-85CB

20   Pros. Sup. S-21.

21        (d)    In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

22   of statistics about the  mortgage loans in loan group 2. In these tables, Deutsche and CWALT

23   similarly made hundreds of statements about the original LTVs of the loans in loan group 2.

24   CWALT 2005-85CB Pros. Sup. S-26 to S-34.

25        (e)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

26   of the Initial Mortgage Loans in loan group 2 is approximately 69.35%." CWALT 2005-85CB

27   Pros. Sup. S-30.

28

-2-

1    (f)    In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

2  of statistics about the mortgage loans in loan group 3. In these tables, Deutsche and CWALT

3  similarly made hundreds of statements about the original LTVs of the loans in loan group 3.

4  CWALT 2005-85CB Pros. Sup. S-35 to S-40.

5    (g)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

6  of the Initial Mortgage Loans in loan group 3 is approximately 53.78%." CWALT 2005-85CB

7  Pros. Sup. S-38.

8  **Item 62.    Details of the results of the AVM analysis:**

9

| | |
|---|---|
| Number of loans | 6,683 |
| Number of properties on which there was enough information for the model to determine a true market value | 3,606 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,953 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $97,023,746 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 605 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $31,773,088 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 232 |
| Weighted-average LTV, as stated by Defendants (group 2) | 69.4% |
| Weighted-average LTV, as determined by the model (group 2) | 75.4% |

18

19  **Item 65.    Evidence from subsequent sales of refinanced properties:**

20    Of the 6,683 mortgage loans in the collateral pool, 2,957 were taken out to refinance,

21  rather than to purchase, properties. For those 2,957 loans, the value (denominator) in the LTV

22  was an appraised value rather than a sale price. Of those 2,957 properties, 310 were subsequently

23  sold for a total of approximately $82,323,303. The total value ascribed to those same properties in

24  the LTV data reported in the prospectus supplement and other documents sent to the Bank was

25  $95,565,426. Thus, those properties were sold for 86.1% of the value ascribed to them, a

26  difference of 13.9%. This difference cannot be accounted for by declines in house prices in the

27  areas in which those properties were located.

28

-3-

1 **Item 71.** **Undisclosed additional liens:**

2     **(a)** **Minimum number of properties with additional liens: 374**

3     **(b)** **Total reduction in equity from additional liens: $21,376,236**

4     **(c)** **Weighted-average reduction in equity from additional liens: 76.7%**

5 **Item 82.** **Untrue or misleading statements about compliance with USPAP:**

6     In the prospectus supplement, Deutsche and CWALT made the following statement about

7 the appraisals of the properties that secured the mortgage loans in this securitization: "All

8 appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

9 effect." CWALT 2005-85CB Pros. Sup. S-46 to S-47.

10 **Item 88.** **Untrue or misleading statements about owner-occupancy of the properties**

11                   **that secured the mortgage loans:**

12     In the prospectus supplement, Deutsche and CWALT made the following statements

13 about the occupancy status of the properties that secured the mortgage loans in the collateral pool

14 of this securitization.

15     (a) In "The Mortgage Pool" section of the prospectus supplement, described in Item

16 52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided the

17 mortgage loans in loan group 1 into the categories "Primary Residence," "Investment Property,"

18 and "Secondary Residence." The table made untrue and misleading statements about the number

19 of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

20 principal balance outstanding in each of these categories. CWALT 2005-85CB Pros. Sup. S-24.

21     (b) In the "Occupancy Types" table, Deutsche and CWALT stated that 79.26% of the

22 mortgage loans in loan group 1 were secured by a "Primary Residence," 15.15% by an

23 "Investment Property," and 5.59% by a "Secondary Residence." CWALT 2005-85CB Pros. Sup.

24 S-24.

25     (c) In "The Mortgage Pool" section, Deutsche and CWALT presented another table

26 entitled "Occupancy Types." This table divided the mortgage loans in loan group 2 into the

27 categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

28 made untrue and misleading statements about the number of mortgage loans, the aggregate

-4-

1    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

2    of these categories. CWALT 2005-85CB Pros. Sup. S-33.

3        (d)    In the "Occupancy Types" table, Deutsche and CWALT stated that 88.37% of the

4    mortgage loans in loan group 2 were secured by a "Primary Residence," 6.26% by an "Investment

5    Property," and 5.37% by a "Secondary Residence." CWALT 2005-85CB Pros. Sup. S-33.

6        (e)    In "The Mortgage Pool" section, Deutsche and CWALT presented another table

7    entitled "occupancy Types." This table divided the mortgage loans in loan group 3 into the

8    categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

9    made untrue and misleading statements about the number of mortgage loans, the aggregate

10   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

11   of these categories. CWALT 2005-85CB Pros. Sup. S-41.

12       (f)    In the "Occupancy Types" table, Deutsche and CWALT stated that 82.13% of the

13   mortgage loans in loan group 3 were secured by a "Primary Residence," 10.01% by an

14   "Investment Property," and 7.86% by a "Secondary Residence." CWALT 2005-85CB Pros. Sup.

15   S-41.

16   **Item 96.**     **Details of properties that were stated to be owner-occupied, but were not:**

17       **(a)**    **Number of loans on which the owner of the property instructed tax**

18              **authorities to send property tax bills to him or her at a different address: 495**

19       **(b)**    **Number of loans on which the owner of the property could have, but did not,**

20              **designate the property as his or her homestead: 625**

21       **(c)**    **Number of loans on which the owner of the property owned three or more**

22              **properties: 38**

23       **(d)**    **Eliminating duplicates, number of loans about which one or more of**

24              **statements (a) through (c) is true: 1,025**

25

26

27

28

-5-

1  **Item 99.**     **Untrue or misleading statements about the underwriting standards of the**

2                   **originators of the mortgage loans:**

3        On pages S-45 through S-50 of the prospectus supplement, Deutsche and CWALT made

4  statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

5  statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

6        (a)    "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

7  if compensating factors are demonstrated by a prospective borrower." CWALT 2005-85CB Pros.

8  Sup. S-46.

9        (b)    "Countrywide Home Loans' underwriting standards are applied by or on behalf of

10  Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

11  ability and the value and adequacy of the mortgaged property as collateral." CWALT 2005-85CB

12  Pros. Sup. S-46.

13  **Item 106.**    **Early payment defaults:**

14       **(a)**    **Number of the mortgage loans that suffered EPDs: 15**

15       **(b)**    **Percent of the mortgage loans that suffered EPDs: 0.2%**

16       **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

17              **made at the same time as the loans in the collateral pool that experienced**

18              **EPDs: 0.18%**

19  **Item 107.**    **90+ days delinquencies:**

20       **(a)**    **Number of the mortgage loans that suffered 90+ days delinquencies: 1,038**

21       **(b)**    **Percent of the mortgage loans that suffered 90+ days delinquencies: 15.5%**

22       **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

23              **made at the same time as the loans in the collateral pool that suffered 90+**

24              **days delinquencies: 16.5%**

25  **Item 108.**    **30+ days delinquencies in this securitization:**

26       **(a)**    **Number of the mortgage loans that were 30+ days delinquent on March 31,**

27              **2010: 1,128**

28

-6-

1        **(b)**     **Percent of the mortgage loans that were 30+ days delinquent on March 31,**

2                 **2010: 16.9%**

3        **(c)**     **Percent of all mortgage loans in the United States that were 30+ days**

4                 **delinquent on March 31, 2010: 14.7%**

5 **Item 117.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

6        On page S-3 of the prospectus supplement, Deutsche and CWALT made statements about

7 the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

8 that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

9 Standard & Poor's Rating Services.

10        Deutsche and CWALT also stated that: "The classes of certificates listed below will not

11 be offered unless they are assigned the following ratings by Standard & Poor's . . . and Moody's

12 Investors Service, Inc. ('Moody's')." The requirements for class 2-A-1, from which this

13 certificate was to be paid, was for AAA from Standard & Poor's and Aaa from Moody's.

14 CWALT 2005-85CB Pros. Sup. S-3.

15        Deutsche and CWALT also stated that: "It is a condition to the issuance of the senior

16 certificates that they be rated 'AAA' each by Standard & Poor's . . . and ' Aaa' by Moody's

17 Investors Service, Inc. ('Moody's')." CWALT 2005-85CB Pros. Sup. S-97.

18 **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**

19                **statements:**

20        **(a)**     **Number of loans whose LTVs were materially understated: 1,953**

21        **(b)**     **Number of loans in which the owner's equity was reduced by 5% or more by**

22                **undisclosed additional liens: 374**

23        **(c)**     **Number of loans that suffered EPDs: 15**

24        **(d)**     **Number of loans in which the properties were stated to be owner-occupied**

25                **but were not: 1,025**

26        **(e)**     **Eliminating duplicates, number of loans about which the Defendants made**

27                **untrue or misleading statements: 2,846**

28

-7-

1      **(f)**    **Eliminating duplicates, percent of loans about which the Defendants made**

2      **untrue or misleading statements: 42.6%**

-8-

1    **SCHEDULE 25 TO THE AMENDED COMPLAINT**

2    To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4    Financial Corporation.

5    **Item 44.**    **Details of trust and certificate(s).**

6    **(a)**    **Dealer that sold the certificate(s) to the Bank:** Deutsche.

7    **(b)**    **Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8    Certificates, Series 2005-65CB was a securitization in November 2005 of 4,983 mortgage loans,

9    in two groups. The mortgage loans in this securitization were originated or acquired by

10   Countrywide Home Loans, Inc. CWALT 2005-65CB Pros. Sup. S-4, S-15, and S-36.

11   **(c)**    **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12   sold to the Bank a senior certificate in this securitization, in tranche 1-A-1, for which the Bank

13   paid $157,261,000 plus accrued interest on November 30, 2005.

14   **(d)**    **Ratings of the certificate(s) when the Bank purchased them:** Standard &

15   Poor's – AAA; Moody's – Aaa.

16   **(e)**    **Current ratings of the certificate(s):** Standard & Poor's – CCC; Moody's –

17   Caa1.

18   **(f)**    **URL of prospectus supplement for this securitization:**

19   http://www.sec.gov/Archives/edgar/data/1269518/000095012905011497/v14709e424b5.txt

20   **(g)**    **Registration statement pursuant or traceable to which the certificate(s) were**

21   **issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

22   pursuant or traceable to a registration statement filed by CWALT with the SEC on form S-3 on

23   July 25, 2005. Annexed to the registration statement was a prospectus. The prospectus was

24   amended from time to time by prospectus supplements whenever a new series of certificates was

25   issued pursuant or traceable to that registration statement.

26   **Item 52.**    **Untrue or misleading statements about the LTVs of the mortgage loans:**

27   In the prospectus supplement, Deutsche and CWALT made the following statements

28   about the LTVs of the mortgage loans in the collateral pool of this securitization.

1     (a)     "No mortgage loan in any loan group had a Loan-to-Value Ratio at origination of

2 more than 100.00%." CWALT 2005-65CB Pros. Sup. S-16.

3     (b)     In the section of the prospectus supplement entitled "The Mortgage Pool,"

4 Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

5 pool. CWALT 2005-65CB Pros. Sup. S-18 to S-34. Each table focused on a certain characteristic

6 of the loans (for example, current principal balance) and divided the loans into categories based

7 on that characteristic (for example, loans with current principal balances of $0.01 to $50,000,

8 $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data

9 about the loans in each category. Among these data was the "Weighted Average Original Loan-

10 to-Value Ratio." There were 10 such tables in "The Mortgage Pool" section for the loans in loan

11 group 1. In each table, the number of categories into which the loans were divided ranged from

12 three to 32. Thus, in "The Mortgage Pool" section, Deutsche and CWALT made hundreds of

13 statements about the original LTVs of the loans in loan group 1. CWALT 2005-65CB Pros. Sup.

14 S-18 to S-25.

15     (c)     "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

16 mortgage loans in loan group 1 is approximately 70.13%." CWALT 2005-65CB Pros. Sup. S-21.

17     (d)     In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

18 of statistics about the mortgage loans in loan group 2. In these tables, Deutsche and CWALT

19 similarly made hundreds of statements about the original LTVs of the loans in loan group 2.

20 CWALT 2005-65CB Pros. Sup. S-26 to S-34.

21     (e)     "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

22 mortgage loans in loan group 2 is approximately 70.57%." CWALT 2005-65CB Pros. Sup. S-30.

23

24

25

26

27

28

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    **Item 62.    Details of the results of the AVM analysis:**

| Number of loans | 4,983 |
|---|---|
| Number of properties on which there was enough information for the model to determine a true market value | 2,712 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,420 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $76,206,784 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 484 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $28,153,244 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 171 |
| Weighted-average LTV, as stated by Defendants (group 1) | 70.1% |
| Weighted-average LTV, as determined by the model (group 1) | 76.3% |

12   **Item 65.    Evidence from subsequent sales of refinanced properties:**

13        Of the 4,983 mortgage loans in the collateral pool, 3,136 were taken out to refinance,

14   rather than to purchase, properties. For those 3,136 loans, the value (denominator) in the LTV

15   was an appraised value rather than a sale price. Of those 3,136 properties, 303 were subsequently

16   sold for a total of approximately $81,863,736. The total value ascribed to those same properties in

17   the LTV data reported in the prospectus supplement and other documents sent to the Bank was

18   $93,045,524. Thus, those properties were sold for 88% of the value ascribed to them, a difference

19   of 12%. This difference cannot be accounted for by declines in house prices in the areas in which

20   those properties were located.

21   **Item 71.    Undisclosed additional liens:**

22        **(a)    Minimum number of properties with additional liens:** 313

23        **(b)    Total reduction in equity from additional liens:** $16,799,792

24        **(c)    Weighted-average reduction in equity from additional liens:** 60.5%

25   **Item 82.    Untrue or misleading statements about compliance with USPAP:**

26        In the prospectus supplement, Deutsche and CWALT made the following statement about

27   the appraisals of the properties that secured the mortgage loans originated by Countrywide: "All

28
                                      -3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

2    effect." CWALT 2005-65CB Pros. Sup. S-38.

3    **Item 88.        Untrue or misleading statements about owner-occupancy of the properties**

4    **that secured the mortgage loans:**

5    In the prospectus supplement, Deutsche and CWALT made the following statements

6    about the occupancy status of the properties that secured the mortgage loans in the collateral pool

7    of this securitization.

8    (a)    In "The Mortgage Pool" section of the prospectus supplement, described in Item

9    52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided the

10   mortgage loans in loan group 1 into the categories "Primary Residence," "Investment Property,"

11   and "Secondary Residence." The table made untrue and misleading statements about the number

12   of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

13   principal balance outstanding in each of these categories. CWALT 2005-65CB Pros. Sup. S-24.

14   (b)    In the "Occupancy Types" table, Deutsche and CWALT stated that 85.98% of the

15   mortgage loans in loan group 1 were secured by a "Primary Residence," 9.08% by an "Investment

16   Property," and 4.94% by a "Secondary Residence." CWALT 2005-65CB Pros. Sup. S-24.

17   (c)    In "The Mortgage Pool" section, Deutsche and CWALT presented another table

18   entitled "Occupancy Types." This table divided the mortgage loans in loan group 2 into the

19   categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

20   made untrue and misleading statements about the number of mortgage loans, the aggregate

21   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

22   of these categories. CWALT 2005-65CB Pros. Sup. S-33.

23   (d)    In the "Occupancy Types" table, Deutsche and CWALT stated that 83.91% of the

24   mortgage loans in loan group 2 were secured by a "Primary Residence," 10.46% by an

25   "Investment Property," and 5.63% by a "Secondary Residence." CWALT 2005-65CB Pros. Sup.

26   S-33.

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

| 1 | **Item 96.** | **Details of properties that were stated to be owner-occupied, but were not:** |

1  **Item 96.**    **Details of properties that were stated to be owner-occupied, but were not:**

2     **(a)**    **Number of loans on which the owner of the property instructed tax**

3           **authorities to send property tax bills to him or her at a different address: 326**

4     **(b)**    **Number of loans on which the owner of the property could have, but did not,**

5           **designate the property as his or her homestead: 472**

6     **(c)**    **Number of loans on which the owner of the property owned three or more**

7           **properties: 33**

8     **(d)**    **Eliminating duplicates, number of loans about which one or more of**

9           **statements (a) through (c) is true: 741**

10  **Item 99.**    **Untrue or misleading statements about the underwriting standards of the**

11           **originators of the mortgage loans:**

12     On pages S-36 through S-41 of the prospectus supplement, Deutsche and CWALT made

13  statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

14  statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

15     **(a)**    "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

16  if compensating factors are demonstrated by a prospective borrower." CWALT 2005-65CB Pros.

17  Sup. S-37.

18     **(b)**    "Countrywide Home Loans' underwriting standards are applied by or on behalf of

19  Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

20  ability and the value and adequacy of the mortgaged property as collateral." CWALT 2005-65CB

21  Pros. Sup. S-37.

22  **Item 108.**    **30+ days delinquencies in this securitization:**

23     **(a)**    **Number of the mortgage loans that were 30+ days delinquent on March 31,**

24           **2010: 708**

25     **(b)**    **Percent of the mortgage loans that were 30+ days delinquent on March 31,**

26           **2010: 14.2%**

27     **(c)**    **Percent of all mortgage loans in the United States that were 30+ days**

28           **delinquent on March 31, 2010: 14.7%**

-5-

1   **Item 117.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

2        On page S-3 of the prospectus supplement, Deutsche and CWALT made statements about

3 the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

4 that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

5 Standard & Poor's Rating Services.

6        Deutsche and CWALT also stated that: "The classes of certificates listed below will not

7 be offered unless they are assigned the following ratings by Standard & Poor's . . . Moody's

8 Investors Service, Inc. ('Moody's') and Dominion Bond Rating Service ("DBRS")." The

9 requirements for class 1-A-1, from which this certificate was to be paid, was for AAA from

10 Standard & Poor's and Aaa from Moody's. CWALT 2005-65CB Pros. Sup. S-3.

11       Deutsche and CWALT also stated that: "It is a condition to the issuance of the senior

12 certificates that they be rated 'AAA' each by Standard & Poor's . . . and Dominion Bond Rating

13 Service ("DBRS") and 'Aaa' by Moody's Investors Service, Inc. ('Moody's')." CWALT 2005-

14 65CB Pros. Sup. S-98.

15   **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**

16            **statements:**

17      **(a)**     **Number of loans whose LTVs were materially understated:** 1,420

18      **(b)**     **Number of loans in which the owner's equity was reduced by 5% or more by**

19            **undisclosed additional liens:** 313

20      **(c)**     **Number of loans in which the properties were stated to be owner-occupied**

21            **but were not:** 741

22      **(d)**     **Eliminating duplicates, number of loans about which the Defendants made**

23            **untrue or misleading statements:** 2,078

24      **(e)**     **Eliminating duplicates, percent of loans about which the Defendants made**

25            **untrue or misleading statements:** 41.7%

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1      **SCHEDULE 26 TO THE AMENDED COMPLAINT**

2          To the extent that this Schedule is incorporated by reference into allegations in the

3      complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4      Financial Corporation.

5      **Item 44.      Details of trust and certificate(s).**

6          **(a)      Dealer that sold the certificate(s) to the Bank:** Deutsche.

7          **(b)      Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8      Certificates, Series 2005-52CB was a securitization in September 2005 of 2,223 mortgage loans,[2]

9      in one pool. The mortgage loans in this securitization were originated or acquired by Countrywide

10     Home Loans, Inc. CWALT 2005-52CB Pros. Sup. S-4, S-16, and S-28.

11         **(c)      Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12     sold to the Bank a senior certificate in this securitization, in tranche 1-A-1, for which the Bank

13     paid $206,662,670 plus accrued interest on September 30, 2005.

14         **(d)      Ratings of the certificate(s) when the Bank purchased them:** Standard &

15     Poor's – AAA; Moody's – Aaa; Fitch – AAA.

16         **(e)      Current ratings of the certificate(s):** Standard & Poor's –  A+; Moody's – Caa1;

17     Fitch – B.

18         **(f)      URL of prospectus supplement for this securitization:**

19     http://www.sec.gov/Archives/edgar/data/1269518/000095013605006200/file001.htm

20         **(g)      Registration statement pursuant or traceable to which the certificate(s) were

21     issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

22     pursuant or traceable to a registration statement filed by CWALT with the SEC on form S-3 on

23     July 25, 2005. Annexed to the registration statement was a prospectus. The prospectus was

24     amended from time to time by prospectus supplements whenever a new series of certificates was

25     issued pursuant or traceable to that registration statement.

26

27         [2] CWALT 2006-52CB was a prefunded securitization. On the closing date of the securitization
there were 2,223 mortgage loans in the trust. After the closing date of the securitization, the trust

28     purchased an additional 614 mortgage loans.

1  **Item 52.     Untrue or misleading statements about the LTVs of the mortgage loans:**

2         In the prospectus supplement, Deutsche and CWALT made the following statements

3  about the LTVs of the mortgage loans in the collateral pool of this securitization.

4         (a)     "No Initial Mortgage Loan had a Loan-to-Value Ratio at origination of more than

5  100.00%." CWALT 2005-52CB Pros. Sup. S-17.

6         (b)     In the section of the prospectus supplement entitled "The Mortgage Pool,"

7  Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

8  pool. Each table focused on a certain characteristic of the loans (for example, current principal

9  balance) and divided the loans into categories based on that characteristic (for example, loans

10  with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to

11  $150,000, etc.). Each table then presented various data about the loans in each category. Among

12  these data was the "Weighted Average Original Loan-to-Value Ratio." There were 10 such tables

13  in "The Mortgage Pool" section for all of the loans in the collateral pool. In each table, the

14  number of categories into which the loans were divided ranged from three to 41. Thus, in "The

15  Mortgage Pool" section, Deutsche and CWALT made hundreds of statements about the original

16  LTVs of the loans in the collateral pool. CWALT 2005-52CB Pros. Sup. S-19 to S-25.

17         (c)     "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

18  of the Initial Mortgage Loans is approximately 71.22%." CWALT 2005-52CB Pros. Sup. S-22.

19

20

21

22

23

24

25

26

27

28

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    **Item 62.**       **Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 2,837 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,511 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 799 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $40,596,817 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 282 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $13,033,564 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 95 |
| Weighted-average LTV, as stated by Defendants | 71.2% |
| Weighted-average LTV, as determined by the model | 76.8% |

12   **Item 71.**       **Undisclosed additional liens:**

13         **(a)**       **Minimum number of properties with additional liens:** 136

14         **(b)**       **Total reduction in equity from additional liens:** $6,531,135

15         **(c)**       **Weighted-average reduction in equity from additional liens:** 58.3%

16   **Item 82.**       **Untrue or misleading statements about compliance with USPAP:**

17         In the prospectus supplement, Deutsche and CWALT made the following statement about

18   the appraisals of the properties that secured the mortgage loans in this securitization: "All

19   appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

20   effect." CWALT 2005-52CB Pros. Sup. S-30.

21   **Item 88.**       **Untrue or misleading statements about owner-occupancy of the properties**

22                     **that secured the mortgage loans:**

23         In the prospectus supplement, Deutsche and CWALT made the following statements

24   about the occupancy status of the properties that secured the mortgage loans in the collateral pool

25   of this securitization.

26         (a)       In "The Mortgage Pool" section of the prospectus supplement, described in Item

27   52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided all

28   of the mortgage loans in the collateral pool into the categories "Primary Residence," "Investment

                                                  -3-

1     Property," and "Secondary Residence." The table made untrue and misleading statements about

2     the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

3     aggregate principal balance outstanding in each of these categories. CWALT 2005-52CB Pros.

4     Sup. S-25.

5           (b)      In the "Occupancy Types" table, Deutsche and CWALT stated that 86.88% of the

6     mortgage loans in the collateral pool were secured by a "Primary Residence," 9.17% by an

7     "Investment Property," and 3.94% by a "Secondary Residence." CWALT 2005-52CB Pros. Sup.

8     S-25.

9     **Item 96.**      **Details of properties that were stated to be owner-occupied, but were not:**

10           **(a)**      **Number of loans on which the owner of the property instructed tax**

11                    **authorities to send property tax bills to him or her at a different address: 197**

12           **(b)**      **Number of loans on which the owner of the property could have, but did not,**

13                    **designate the property as his or her homestead: 260**

14           **(c)**      **Number of loans on which the owner of the property owned three or more**

15                    **properties: 12**

16           **(d)**      **Eliminating duplicates, number of loans about which one or more of**

17                    **statements (a) through (c) is true: 402**

18     **Item 99.**      **Untrue or misleading statements about the underwriting standards of the**

19                    **originators of the mortgage loans:**

20           On pages S-28 through S-33 of the prospectus supplement, Deutsche and CWALT made

21     statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

22     statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

23           (a)      "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

24     if compensating factors are demonstrated by a prospective borrower." CWALT 2005-52CB Pros.

25     Sup. S-29.

26           (b)      "Countrywide Home Loans' underwriting standards are applied by or on behalf of

27     Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

28

-4-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1  ability and the value and adequacy of the mortgaged property as collateral." CWALT 2005-31

2  Pros. Sup. S-57.

3  **Item 106.     Early payment defaults:**

4       **(a)     Number of the mortgage loans that suffered EPDs: 5**

5       **(b)     Percent of the mortgage loans that suffered EPDs: 0.2%**

6       **(c)     Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

7               **made at the same time as the loans in the collateral pool that experienced**

8               **EPDs: 0.18%**

9  **Item 117.     Statements about the ratings of the certificate(s) that the Bank purchased:**

10      On page S-3 of the prospectus supplement, Deutsche and CWALT made statements about

11  the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

12  that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

13  Standard & Poor's Rating Services and Fitch.

14      Deutsche and CWALT also stated that: "The classes of certificates listed below will not

15  be offered unless they are assigned the following ratings by Fitch Ratings ('Fitch'), Moody's

16  Investors Service, Inc. ('Moody's') and Standard & Poor's Ratings Services . . . ." The

17  requirement for certificate 1-A-1, from which this certificate was to be paid, was AAA for

18  Standard & Poor's and Fitch, and Aaa for Moody's. CWALT 2005-52CB Pros. Sup. S-1.

19      Deutsche and CWALT also stated that: "It is a condition to the issuance of the offered

20  certificates that they be rated the respective ratings set forth on page S-3 of the Summary of this

21  prospectus supplement by Fitch Ratings ('Fitch'), Moody's Investors Service, Inc. ('Moody's')

22  and Standard & Poor's Ratings Services . . . ." CWALT 2005-52CB Pros. Sup. S-87.

23  **Item 120.     Summary of loans about which the Defendants made untrue or misleading**

24               **statements:**

25       **(a)     Number of loans whose LTVs were materially understated: 799**

26       **(b)     Number of loans in which the owner's equity was reduced by 5% or more by**

27               **undisclosed additional liens: 136**

28       **(c)     Number of loans that suffered EPDs: 5**

-5-

(d)  Number of loans in which the properties were stated to be owner-occupied but were not: 402

(e)  Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 1,160

(f)  Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 40.9%

-6-

1  **SCHEDULE 27 TO THE AMENDED COMPLAINT**

2  To the extent that this Schedule is incorporated by reference into allegations in the

3  complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4  Financial Corporation.

5  **Item 44.**  **Details of trust and certificate(s).**

6  (a)  **Dealer that sold the certificate(s) to the Bank:** Deutsche.

7  (b)  **Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8  Certificates, Series 2005-31 was a securitization in June 2005 of 2,651 mortgage loans, in two

9  groups. The mortgage loans in this securitization were originated or acquired by Countrywide

10  Home Loans, Inc. CWALT 2005-31 Pros. Sup. S-5, S-18, and S-56.

11  (c)  **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12  sold to the Bank two senior certificates in this securitization, in tranche 1-A-2 and tranche 2-A-2,

13  for which the Bank paid $64,831,417 and $87,493,465 plus accrued interest, respectively, on June

14  24, 2005.

15  (d)  **Ratings of the certificate(s) when the Bank purchased them:**

16  Certificate: 1-A-2: Standard & Poor's – AAA; Moody's – Aaa.

17  Certificate 2-A-2: Standard & Poor's – AAA; Moody's – Aaa.

18  (e)  **Current ratings of the certificate(s):**

19  Certificate: 1-A-2: Standard & Poor's – CCC; Moody's – B3.

20  Certificate 2-A-2: Standard & Poor's – B-; Moody's – B3.

21  (f)  **URL of prospectus supplement for this securitization:**

22  http://www.sec.gov/Archives/edgar/data/1269518/000095012905006808/v10086e424b5.txt

23  (g)  **Registration statement pursuant or traceable to which the certificate(s) were**

24  **issued:** Certificates in this trust, including the certificates that the Bank purchased, were issued

25  pursuant or traceable to a registration statement filed by CWALT with the SEC on form S-3 on

26  April 21, 2005. Annexed to the registration statement was a prospectus. The prospectus was

27  amended from time to time by prospectus supplements whenever a new series of certificates was

28  issued pursuant or traceable to that registration statement.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    **Item 52.        Untrue or misleading statements about the LTVs of the mortgage loans:**

2            In the prospectus supplement, Deutsche and CWALT made the following statements

3    about the LTVs of the mortgage loans in the collateral pool of this securitization.

4            (a)        "No Mortgage Loan will have had a Loan-to-Value Ratio at origination of more

5    than 95.00%." CWALT 2005-31 Pros. Sup. S-20.

6            (b)        In the section of the prospectus supplement entitled "The Mortgage Pool,"

7    Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

8    pool. CWALT 2005-31 Pros. Sup. S-22 to S-54. Each table focused on a certain characteristic of

9    the loans (for example, current principal balance) and divided the loans into categories based on

10   that characteristic (for example, loans with current principal balances of $0.01 to $50,000,

11   $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data

12   about the loans in each category. Among these data was the "Weighted Average Original Loan-

13   to-Value Ratio." There were 17 such tables in "The Mortgage Pool" section for the loans in loan

14   group 1. In each table, the number of categories into which the loans were divided ranged from

15   one to 91. Thus, in "The Mortgage Pool" section of the prospectus supplement, Deutsche and

16   CWALT made hundreds of statements about the original LTVs of the loans in loan group 1.

17   CWALT 2005-31 Pros. Sup. S-22 to S-39.

18           (c)        "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

19   group 1 mortgage loans was approximately 75.25%." CWALT 2005-31 Pros. Sup. S-27.

20           (d)        In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

21   of statistics about the mortgage loans in loan group 2. In these tables, Deutsche and CWALT

22   similarly made hundreds of statements about the original LTVs of the loans in loan group 2.

23   CWALT 2005-31 Pros. Sup. S-40 to S-54.

24           (e)        "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

25   group 2 mortgage loans was approximately 74.69%." CWALT 2005-31 Pros. Sup. S-44.

26

27

28

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    **Item 62.**    **Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 2,651 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,808 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 893 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $78,825,371 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 308 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $24,840,389 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 162 |
| Weighted-average LTV, as stated by Defendants (group 1) | 75.3% |
| Weighted-average LTV, as determined by the model (group 1) | 84.7% |
| Weighted-average LTV, as stated by Defendants (group 2) | 74.7% |
| Weighted-average LTV, as determined by the model (group 2) | 83.2% |

**Item 65.**    **Evidence from subsequent sales of refinanced properties:**

Of the 2,651 mortgage loans in the collateral pool, 1,565 were taken out to refinance, rather than to purchase, properties. For those 1,565 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 1,565 properties, 351 were subsequently sold for a total of approximately $149,627,769. The total value ascribed to those same properties in the LTV data reported in the prospectus supplement and other documents sent to the Bank was $174,952,700. Thus, those properties were sold for 85.5% of the value ascribed to them, a difference of 14.5%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 71.**    **Undisclosed additional liens:**

     **(a)**    **Minimum number of properties with additional liens: 264**

     **(b)**    **Total reduction in equity from additional liens: $21,427,932**

     **(c)**    **Weighted-average reduction in equity from additional liens: 52.2%**

-3-

1 **Item 82.** **Untrue or misleading statements about compliance with USPAP:**

2      In the prospectus supplement, Deutsche and CWALT made the following statement about

3 the appraisals of the properties that secured the mortgage loans in this securitization: "All

4 appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

5 effect." CWALT 2005-31 Pros. Sup. S-58.

6 **Item 88.** **Untrue or misleading statements about owner-occupancy of the properties**

7               **that secured the mortgage loans:**

8      In the prospectus supplement, Deutsche and CWALT made the following statements

9 about the occupancy status of the properties that secured the mortgage loans in the collateral pool

10 of this securitization.

11      (a)    In "The Mortgage Pool" section of the prospectus supplement, described in Item

12 52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided the

13 mortgage loans in loan group 1 into the categories "Primary Residence," "Investment Property,"

14 and "Secondary Residence." The table made untrue and misleading statements about the number

15 of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

16 principal balance outstanding in each of these categories. CWALT 2005-31 Pros. Sup. S-30.

17      (b)    In the "Occupancy Types" table, Deutsche and CWALT stated that 79.77% of the

18 mortgage loans in loan group 1 were secured by a "Primary Residence," 15.13% by an

19 "Investment Property," and 5.1% by a "Secondary Residence." CWALT 2005-31 Pros. Sup. S-

20 30.

21      (c)    In "The Mortgage Pool" section, Deutsche and CWALT presented another table

22 entitled "Occupancy Types." In this table, Deutsche and CWALT divided the mortgage loans in

23 loan group 2 into the categories "Primary Residence," "Investment Property," and "Secondary

24 Residence." The table made untrue and misleading statements about the number of mortgage

25 loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

26 outstanding in each of these categories. CWALT 2005-31 Pros. Sup. S-46.

27      (d)    In the "Occupancy Types" table, Deutsche and CWALT stated that 71.22% of the

28 mortgage loans in loan group 2 were secured by a "Primary Residence," 21.09% by an

-4-

1    "Investment Property," and 7.69% by a "Secondary Residence." CWALT 2005-31 Pros. Sup. S-

2    46.

3    **Item 96.       Details of properties that were stated to be owner-occupied, but were not:**

4        **(a)      Number of loans on which the owner of the property instructed tax**

5              **authorities to send property tax bills to him or her at a different address: 207**

6        **(b)      Number of loans on which the owner of the property could have, but did not,**

7              **designate the property as his or her homestead: 342**

8        **(c)      Number of loans on which the owner of the property owned three or more**

9              **properties: 32**

10       **(d)      Eliminating duplicates, number of loans about which one or more of**

11             **statements (a) through (c) is true: 476**

12   **Item 99.       Untrue or misleading statements about the underwriting standards of the**

13             **originators of the mortgage loans:**

14       On pages S-56 through S-61 of the prospectus supplement, Deutsche and CWALT made

15   statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

16   statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

17       (a)      "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

18   if compensating factors are demonstrated by a prospective borrower." CWALT 2005-31 Pros.

19   Sup. S-57.

20       (b)      "Countrywide Home Loans' underwriting standards are applied by or on behalf of

21   Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

22   ability and the value and adequacy of the mortgaged property as collateral." CWALT 2005-31

23   Pros. Sup. S-57.

24   **Item 106.      Early payment defaults:**

25       **(a)      Number of the mortgage loans that suffered EPDs: 12**

26       **(b)      Percent of the mortgage loans that suffered EPDs: 0.5%**

27

28

                                       -5-

1      (c)    Percent of all securitized, non-agency prime (including Alt-A) mortgage loans

2           made at the same time as the loans in the collateral pool that experienced

3           EPDs: 0.18%

4  **Item 107.**    **90+ days delinquencies:**

5      (a)    Number of the mortgage loans that suffered 90+ days delinquencies: 610

6      (b)    Percent of the mortgage loans that suffered 90+ days delinquencies: 23.0%

7      (c)    Percent of all securitized, non-agency prime (including Alt-A) mortgage loans

8           made at the same time as the loans in the collateral pool that suffered 90+

9           days delinquencies: 16.5%

10  **Item 108.**    **30+ days delinquencies in this securitization:**

11      (a)    Number of the mortgage loans that were 30+ days delinquent on March 31,

12           2010: 594

13      (b)    Percent of the mortgage loans that were 30+ days delinquent on March 31,

14           2010: 22.4%

15      (c)    Percent of all mortgage loans in the United States that were 30+ days

16           delinquent on March 31, 2010: 14.7%

17  **Item 117.**    **Statements about the ratings of the certificate(s) that the Bank purchased:**

18        On page S-3 of the prospectus supplement, Deutsche and CWALT made statements about

19  the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

20  that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

21  Standard & Poor's Rating Services.

22        Deutsche and CWALT also stated that: "The classes of certificates listed below will not

23  be offered unless they receive the respective ratings at least as high as those set forth below from

24  Standard & Poor's Ratings Services . . . and from Moody's Investors Service, Inc. ('Moody's')."

25  The requirements for classes 1-A-2 and 2-A-2, from which these certificates were to be paid, was

26  for AAA from Standard & Poor's and Aaa from Moody's. CWALT 2005-31 Pros. Sup. S-3.

27        Deutsche and CWALT also stated that: "It is a condition to the issuance of the offered

28  certificates that they be rated the respective ratings set forth on page S-3 of the Summary of this

-6-

1     prospectus supplement by Standard & Poor's Ratings Services . . . and by Moody's Investors

2     Service, Inc. ('Moody's')." CWALT 2005-31 Pros. Sup. S-107.

3     **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**

4               **statements:**

5        **(a)**     **Number of loans whose LTVs were materially understated: 893**

6        **(b)**     **Number of loans in which the owner's equity was reduced by 5% or more by**

7               **undisclosed additional liens: 264**

8        **(c)**     **Number of loans that suffered EPDs: 12**

9        **(d)**     **Number of loans in which the properties were stated to be owner-occupied**

10               **but were not: 476**

11        **(e)**     **Eliminating duplicates, number of loans about which the Defendants made**

12               **untrue or misleading statements: 1,299**

13        **(f)**     **Eliminating duplicates, percent of loans about which the Defendants made**

14               **untrue or misleading statements: 49.0%**

28                                    -7-

1          **SCHEDULE 28 TO THE AMENDED COMPLAINT**

2          To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4    Financial Corporation.

5    **Item 44.       Details of trust and certificate(s).**

6          **(a)      Dealer that sold the certificate(s) to the Bank:** Deutsche.

7          **(b)      Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8    Certificates, Series 2005-20CB was a securitization in May 2005 of 5,807 mortgage loans,[3] in

9    four groups. The mortgage loans in this securitization were originated or acquired by

10   Countrywide Home Loans, Inc. CWALT 2005-20CB Pros. Sup. S-4, S-16, and S-55.

11         **(c)      Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12   sold to the Bank a senior certificate in this securitization, in tranche 1-A-1, for which the Bank

13   paid $201,187,500 plus accrued interest on May 31, 2005.

14         **(d)      Ratings of the certificate(s) when the Bank purchased them:** Standard &

15   Poor's – AAA; Moody's – Aaa.

16         **(e)      Current ratings of the certificate(s):** Standard & Poor's – B-; Moody's –Caa1.

17         **(f)      URL of prospectus supplement for this securitization:**

18   http://www.sec.gov/Archives/edgar/data/1269518/000095012905005802/v09354b5e424b5.txt

19         **(g)      Registration statement pursuant or traceable to which the certificate(s) were

20   issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

21   pursuant or traceable to a registration statement filed by CWALT with the SEC on form S-3 on

22   April 21, 2005. Annexed to the registration statement was a prospectus. The prospectus was

23   amended from time to time by prospectus supplements whenever a new series of certificates was

24   issued pursuant or traceable to that registration statement.

25

26

27         [3] CWALT 2006-20CB was a prefunded securitization. On the closing date of the securitization
     there were 5,807 mortgage loans in the trust. After the closing date of the securitization, the trust
28   purchased an additional 737 mortgage loans.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    **Item 52.**      **Untrue or misleading statements about the LTVs of the mortgage loans:**

2        In the prospectus supplement, Deutsche and CWALT made the following statements

3    about the LTVs of the mortgage loans in the collateral pool of this securitization.

4        (a)      "No Initial Mortgage Loan in any loan group had a Loan-to-Value Ratio at

5    origination of more than 100.00%." CWALT 2005-20CB Pros. Sup. S-18.

6        (b)      In the section of the prospectus supplement entitled "The Mortgage Pool,"

7    Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

8    pool. CWALT 2005-20CB Pros. Sup. S-20 to S-51. Each table focused on a certain characteristic

9    of the loans (for example, current principal balance) and divided the loans into categories based

10    on that characteristic (for example, loans with current principal balances of $0.01 to $50,000,

11    $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data

12    about the loans in each category. Among these data was the "Weighted Average Original Loan-

13    to-Value Ratio." There were 10 such tables in "The Mortgage Pool" section of the prospectus

14    supplement for the loans in loan group 1. In each table, the number of categories into which the

15    loans were divided ranged from three to 24. Thus, in "The Mortgage Pool" section of the

16    prospectus supplement, Deutsche and CWALT made hundreds of statements about the original

17    LTVs of the loans in loan group 1. CWALT 2005-20CB Pros. Sup. S-20 to S-27.

18        (c)      "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

19    of the Initial Mortgage Loans in loan group 1 is approximately 74.46%." CWALT 2005-20CB

20    Pros. Sup. S-23.

21        (d)      In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

22    of statistics about the mortgage loans in loan group 2. In these tables, Deutsche and CWALT

23    similarly made hundreds of statements about the original LTVs of the loans in loan group 2.

24    CWALT 2005-20CB Pros. Sup. S-28 to S-36.

25        (e)      "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

26    of the Initial Mortgage Loans in loan group 2 is approximately 74.17%." CWALT 2005-20CB

27    Pros. Sup. S-32.

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1    (f)    In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

2    of statistics about the mortgage loans in loan group 3. In these tables, Deutsche and CWALT

3    similarly made hundreds of statements about the original LTVs of the loans in loan group 3.

4    CWALT 2005-20CB Pros. Sup. S-37 to S-45.

5    (g)    "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

6    Mortgage Loans in loan group 3 is approximately 73.40%." CWALT 2005-20CB Pros. Sup. S-

7    41.

8    (h)    In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

9    of statistics about the mortgage loans in loan group 4. In these tables, Deutsche and CWALT

10   similarly made hundreds of statements about the original LTVs of the loans in loan group 4.

11   CWALT 2005-20CB Pros. Sup. S-46 to S-51.

12   (i)    "As of the cut-off date, the weighted average original Loan-to-Value Ratio of the

13   Mortgage Loans in loan group 4 is approximately 64.69%." CWALT 2005-20CB Pros. Sup. S-

14   48.

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              -3-

**Item 62.**      **Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 6,544 |
| Number of properties on which there was enough information for the model to determine a true market value | 3,125 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,431 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $72,754,958 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 700 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $34,281,562 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 235 |
| Weighted-average LTV, as stated by Defendants (group 1) | 74.5% |
| Weighted-average LTV, as determined by the model (group 1) | 80.7% |

**Item 71.**      **Undisclosed additional liens:**

     **(a)**      **Minimum number of properties with additional liens: 362**

     **(b)**      **Total reduction in equity from additional liens: $18,532,454**

     **(c)**      **Weighted-average reduction in equity from additional liens: 67.6%**

**Item 82.**      **Untrue or misleading statements about compliance with USPAP:**

     In the prospectus supplement, Deutsche and CWALT made the following statement about

the appraisals of the properties that secured the mortgage loans originated or acquired by

Countrywide: "All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal

standards then in effect." CWALT 2005-20CB Pros. Sup. S-56.

**Item 88.**      **Untrue or misleading statements about owner-occupancy of the properties**

                   **that secured the mortgage loans:**

     In the prospectus supplement, Deutsche and CWALT made the following statements

about the occupancy status of the properties that secured the mortgage loans in the collateral pool

of this securitization.

     (a)      In "The Mortgage Pool" section of the prospectus supplement, described in Item

52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided the

mortgage loans in loan group 1 into the categories "Primary Residence," "Investment Property,"

-4-

1    and "Secondary Residence." The table made untrue and misleading statements about the number

2    of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

3    principal balance outstanding in each of these categories. CWALT 2005-20CB Pros. Sup. S-26.

4            (b)     In the "Occupancy Types" table, Deutsche and CWALT stated that 88.74% of the

5    mortgage loans in loan group 1 were secured by a "Primary Residence," 8.48% by an "Investment

6    Property," and 2.78% by a "Secondary Residence." CWALT 2005-20CB Pros. Sup. S-26.

7            (c)     In "The Mortgage Pool" section, Deutsche and CWALT presented another table

8    entitled "Occupancy Types." This table divided the mortgage loans in loan group 2 into the

9    categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

10   made untrue and misleading statements about the number of mortgage loans, the aggregate

11   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

12   of these categories. CWALT 2005-20CB Pros. Sup. S-35.

13           (d)     In the "Occupancy Types" table, Deutsche and CWALT stated that 85.53% of the

14   mortgage loans in loan group 2 were secured by a "Primary Residence," 10.97% by an

15   "Investment Property," and 3.5% by a "Secondary Residence." CWALT 2005-20CB Pros. Sup.

16   S-35.

17           (e)     In "The Mortgage Pool" section, Deutsche and CWALT presented another table

18   entitled "Occupancy Types." This table divided the mortgage loans in loan group 3 into the

19   categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

20   made untrue and misleading statements about the number of mortgage loans, the aggregate

21   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

22   of these categories. CWALT 2005-20CB Pros. Sup. S-44.

23           (f)     In the "Occupancy Types" table, Deutsche and CWALT stated that 88.52% of the

24   mortgage loans in loan group 3 were secured by a "Primary Residence," 9.23% by an "Investment

25   Property," and 2.24% by a "Secondary Residence." CWALT 2005-20CB Pros. Sup. S-44.

26           (g)     In "The Mortgage Pool" section, Deutsche and CWALT presented another table

27   entitled "Occupancy Types." This table divided the mortgage loans in loan group 4 into the

28   categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

-5-

1    made untrue and misleading statements about the number of mortgage loans, the aggregate

2    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

3    of these categories. CWALT 2005-20CB Pros. Sup. S-51.

4        (h)    In the "Occupancy Types" table, Deutsche and CWALT stated that 78.39% of the

5    mortgage loans in loan group 4 were secured by a "Primary Residence," 16.99% by an

6    "Investment Property," and 4.62% by a "Secondary Residence." CWALT 2005-20CB Pros. Sup.

7    S-51.

8    **Item 96.    Details of properties that were stated to be owner-occupied, but were not:**

9        **(a)    Number of loans on which the owner of the property instructed tax**

10            **authorities to send property tax bills to him or her at a different address: 461**

11        **(b)    Number of loans on which the owner of the property could have, but did not,**

12            **designate the property as his or her homestead: 652**

13        **(c)    Number of loans on which the owner of the property owned three or more**

14            **properties: 38**

15        **(d)    Eliminating duplicates, number of loans about which one or more of**

16            **statements (a) through (c) is true: 1,008**

17    **Item 99.    Untrue or misleading statements about the underwriting standards of the**

18            **originators of the mortgage loans:**

19        On pages S-55 through S-60 of the prospectus supplement, Deutsche and CWALT made

20    statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

21    statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

22        (a)    "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

23    if compensating factors are demonstrated by a prospective borrower." CWALT 2005-20CB Pros.

24    Sup. S-56.

25        (b)    "Countrywide Home Loans' underwriting standards are applied by or on behalf of

26    Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

27    ability and the value and adequacy of the mortgaged property as collateral." CWALT 2005-20CB

28    Pros. Sup. S-56.

-6-

1   **Item 117.        Statements about the ratings of the certificate(s) that the Bank purchased:**

2          On page S-3 of the prospectus supplement, Deutsche and CWALT made statements about

3   the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

4   that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

5   Standard & Poor's Rating Services.

6          Deutsche and CWALT also stated that: "The classes of certificates listed below will not

7   be offered unless they are assigned the following ratings by Standard & Poor's, . . ., and by

8   Moody's Investors Service, Inc. ('Moody's')." The requirement for class 1-A-1, from which this

9   certificate was to be paid, was AAA for Standard & Poor's and Aaa for Moody's. CWALT 2005-

10  20CB Pros. Sup. S-3.

11         Deutsche and CWALT also stated that: "It is a condition to the issuance of the offered

12  certificates that they be rated the respective ratings set forth on page S–3 of the Summary of this

13  prospectus supplement by Standard & Poor's Ratings Services, . . . and by Moody's Investors

14  Service, Inc. ('Moody's')." CWALT 2005-20CB Pros. Sup. S-119.

15  **Item 120.        Summary of loans about which the Defendants made untrue or misleading**

16                  **statements:**

17         **(a)      Number of loans whose LTVs were materially understated: 1,431**

18         **(b)      Number of loans in which the owner's equity was reduced by 5% or more by**

19                  **undisclosed additional liens: 362**

20         **(c)      Number of loans in which the properties were stated to be owner-occupied**

21                  **but were not: 1,008**

22         **(d)      Eliminating duplicates, number of loans about which the Defendants made**

23                  **untrue or misleading statements: 2,384**

24         **(e)      Eliminating duplicates, percent of loans about which the Defendants made**

25                  **untrue or misleading statements: 36.4%**

26

27

28

-7-

1      **SCHEDULE 29 TO THE AMENDED COMPLAINT**

2          To the extent that this Schedule is incorporated by reference into allegations in the

3      complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4      Financial Corporation.

5      **Item 44.        Details of trust and certificate(s).**

6          **(a)      Dealer that sold the certificate(s) to the Bank:** Deutsche.

7          **(b)      Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8      Certificates, Series 2005-11CB was a securitization in April 2005 of 6,367 mortgage loans,[4] in

9      three groups. The mortgage loans in this securitization were originated or acquired by

10     Countrywide Home Loans, Inc. CWALT 2005-11CB Pros. Sup. S-4, S-15, and S-46.

11         **(c)      Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12     sold to the Bank a senior certificate in this securitization, in tranche 2-A-1, for which the Bank

13     paid $100,468,750 plus accrued interest on April 29, 2005.

14         **(d)      Ratings of the certificate(s) when the Bank purchased them:** Standard &

15     Poor's – AAA; Moody's – Aaa.

16         **(e)      Current ratings of the certificate(s):** Standard & Poor's – BBB-; Moody's –

17     Baa3.

18         **(f)      URL of prospectus supplement for this securitization:**

19     http://www.sec.gov/Archives/edgar/data/1269518/000095014805000054/v08051b5e424b5.txt

20         **(g)      Registration statement pursuant or traceable to which the certificate(s) were

21     issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

22     pursuant or traceable to a registration statement filed by CWALT with the SEC on form S-3 on

23     April 21, 2005. Annexed to the registration statement was a prospectus. The prospectus was

24     amended from time to time by prospectus supplements whenever a new series of certificates was

25     issued pursuant or traceable to that registration statement.

26

27     [4] CWALT 2005-11CB was a prefunded securitization. On the closing date of the securitization
       there were 6,367 mortgage loans in the trust. After the closing date of the securitization, the trust
28     purchased an additional 83 mortgage loans.

1 **Item 52.** **Untrue or misleading statements about the LTVs of the mortgage loans:**

2 In the prospectus supplement, Deutsche and CWALT made the following statements

3 about the LTVs of the mortgage loans in the collateral pool of this securitization.

4 (a) "No Initial Mortgage Loan in any loan group had a Loan-to-Value Ratio at

5 origination of more than 100.00%." CWALT 2005-11CB Pros. Sup. S-16.

6 (b) In the section of the prospectus supplement entitled "The Mortgage Pool,"

7 Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

8 pool. CWALT 2005-11CB Pros. Sup. S-18 to S-42. Each table focused on a certain characteristic

9 of the loans (for example, current principal balance) and divided the loans into categories based

10 on that characteristic (for example, loans with current principal balances of $0.01 to $50,000,

11 $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data

12 about the loans in each category. Among these data was the "Weighted Average Original Loan-

13 to-Value Ratio." There were 10 such tables in "The Mortgage Pool" section for the loans in loan

14 group 1. In each table, the number of categories into which the loans were divided ranged from

15 three to 44. Thus, in "The Mortgage Pool" section, Deutsche and CWALT made hundreds of

16 statements about the original LTVs of the loans in loan group 1. CWALT 2005-11CB Pros. Sup.

17 S-18 to S-26.

18 (c) "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

19 of the Initial Mortgage Loans in loan group 1 is approximately 78.31%." CWALT 2005-11CB

20 Pros. Sup. S-22.

21 (d) In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

22 of statistics about the mortgage loans in loan group 2. In these tables, Deutsche and CWALT

23 similarly made hundreds of statements about the original LTVs of the loans in loan group 2.

24 CWALT 2005-11CB Pros. Sup. S-27 to S-34.

25 (e) "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

26 of the Initial Mortgage Loans in loan group 2 is approximately 69.06%." CWALT 2005-11CB

27 Pros. Sup. S-31.

28

-2-

1  (f)  In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

2  of statistics about the mortgage loans in loan group 3. In these tables, Deutsche and CWALT

3  similarly made hundreds of statements about the original LTVs of the loans in loan group 3.

4  CWALT 2005-11CB Pros. Sup. S-35 to S-42.

5  (g)  "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

6  of the Initial Mortgage Loans in loan group 3 is approximately 71.42%." CWALT 2005-11CB

7  Pros. Sup. S-38.

8  **Item 62.**  **Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 6,450 |
| Number of properties on which there was enough information for the model to determine a true market value | 3,193 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,415 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $62,071,882 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 789 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $44,968,991 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 197 |
| Weighted-average LTV, as stated by Defendants (group 2) | 69.1% |
| Weighted-average LTV, as determined by the model (group 2) | 73.7% |

19  **Item 71.**  **Undisclosed additional liens:**

20  **(a)**  **Minimum number of properties with additional liens: 442**

21  **(b)**  **Total reduction in equity from additional liens: $23,508,078**

22  **(c)**  **Weighted-average reduction in equity from additional liens: 64.3%**

23  **Item 82.**  **Untrue or misleading statements about compliance with USPAP:**

24  In the prospectus supplement, Deutsche and CWALT made the following statement about

25  the appraisals of the properties that secured the mortgage loans in this securitization: "All

26  appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in

27  effect." CWALT 2005-11CB Pros. Sup. S-47.

-3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1  **Item 88.**　　　**Untrue or misleading statements about owner-occupancy of the properties**

2  　　　　　　　　**that secured the mortgage loans:**

3  　　　　In the prospectus supplement, Deutsche and CWALT made the following statements

4  about the occupancy status of the properties that secured the mortgage loans in the collateral pool

5  of this securitization.

6  　　　　(a)　　In "The Mortgage Pool" section of the prospectus supplement, described in Item

7  52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided the

8  mortgage loans in loan group 1 into the categories "Primary Residence," "Investment Property,"

9  and "Secondary Residence." The table made untrue and misleading statements about the number

10  of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

11  principal balance outstanding in each of these categories. CWALT 2005-11CB Pros. Sup. S-25.

12  　　　　(b)　　In the "Occupancy Types" table, Deutsche and CWALT stated that 64.36% of the

13  mortgage loans in loan group 1 were secured by a "Primary Residence," 33.54% by an

14  "Investment Property," and 2.11% by a "Secondary Residence." CWALT 2005-11CB Pros. Sup.

15  S-25.

16  　　　　(c)　　In "The Mortgage Pool" section, Deutsche and CWALT presented another table

17  entitled "Occupancy Types." This table divided the mortgage loans in loan group 2 into the

18  categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

19  made untrue and misleading statements about the number of mortgage loans, the aggregate

20  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

21  of these categories. CWALT 2005-11CB Pros. Sup. S-34.

22  　　　　(d)　　In the "Occupancy Types" table, Deutsche and CWALT stated that 92.71% of the

23  mortgage loans in loan group 2 were secured by a "Primary Residence," 5.68% by an "Investment

24  Property," and 1.61% by a "Secondary Residence." CWALT 2005-11CB Pros. Sup. S-34.

25  　　　　(e)　　In "The Mortgage Pool" section, Deutsche and CWALT presented another table

26  entitled "Occupancy Types." This table divided the mortgage loans in loan group 3 into the

27  categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

28  made untrue and misleading statements about the number of mortgage loans, the aggregate

-4-

1    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

2    of these categories. CWALT 2005-11CB Pros. Sup. S-41.

3        (f)    In the "Occupancy Types" table, Deutsche and CWALT stated that 88.63% of the

4    mortgage loans in loan group 3 were secured by a "Primary Residence," 8.63% by an "Investment

5    Property," and 2.74% by a "Secondary Residence." CWALT 2005-11CB Pros. Sup. S-41.

6    **Item 96.**    **Details of properties that were stated to be owner-occupied, but were not:**

7        **(a)**    **Number of loans on which the owner of the property instructed tax**

8            **authorities to send property tax bills to him or her at a different address: 420**

9        **(b)**    **Number of loans on which the owner of the property could have, but did not,**

10           **designate the property as his or her homestead: 608**

11       **(c)**    **Number of loans on which the owner of the property owned three or more**

12           **properties: 36**

13       **(d)**    **Eliminating duplicates, number of loans about which one or more of**

14           **statements (a) through (c) is true: 930**

15   **Item 99.**    **Untrue or misleading statements about the underwriting standards of the**

16           **originators of the mortgage loans:**

17   On pages S-46 through S-51 of the prospectus supplement, Deutsche and CWALT made

18   statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

19   statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

20       (a)    "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

21   if compensating factors are demonstrated by a prospective borrower." CWALT 2005-11CB Pros.

22   Sup. S-47.

23       (b)    "Countrywide Home Loans' underwriting standards are applied by or on behalf of

24   Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

25   ability and the value and adequacy of the mortgaged property as collateral." CWALT 2005-11CB

26   Pros. Sup. S-47.

27   **Item 106.**    **Early payment defaults:**

28       **(a)**    **Number of the mortgage loans that suffered EPDs: 15**

-5-

1         (b)     **Percent of the mortgage loans that suffered EPDs: 0.2%**

2         (c)     **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**

3                  **made at the same time as the loans in the collateral pool that experienced**

4                  **EPDs: 0.18%**

5    **Item 117.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

6        On page S-3 of the prospectus supplement, Deutsche and CWALT made statements about

7   the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

8   that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

9   Standard & Poor's Rating Services.

10       Deutsche and CWALT also stated that: "The classes of certificates listed below will not

11   be offered unless they are assigned the following ratings by Standard & Poor's, . . . and by

12   Moody's Investors Service, Inc. ('Moody's')." The requirements for class 2-A-1, from which this

13   certificate was to be paid, was for AAA from Standard & Poor's and Aaa from Moody's.

14   CWALT 2005-11CB Pros. Sup. S-3.

15       Deutsche and CWALT also stated that: "It is a condition to the issuance of the senior

16   certificates that they be rated AAA by Standard & Poor's, a division of The McGraw-Hill

17   Companies, Inc. ('S&P') and Aaa by Moody's Investors Service, Inc. ('Moody's')." CWALT

18   2005-11CB Pros. Sup. S-106.

19    **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**

20                  **statements:**

21         (a)     **Number of loans whose LTVs were materially understated: 1,415**

22         (b)     **Number of loans in which the owner's equity was reduced by 5% or more by**

23                  **undisclosed additional liens: 442**

24         (c)     **Number of loans that suffered EPDs: 15**

25         (d)     **Number of loans in which the properties were stated to be owner-occupied**

26                  **but were not: 930**

27         (e)     **Eliminating duplicates, number of loans about which the Defendants made**

28                  **untrue or misleading statements: 2,396**

-6-

1  **(f)      Eliminating duplicates, percent of loans about which the Defendants made**

2  **untrue or misleading statements: 37.2%**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1               **SCHEDULE 30 TO THE AMENDED COMPLAINT**

2        To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Deutsche, CWALT, and Countrywide

4    Financial Corporation.

5    **Item 44.**     **Details of trust and certificate(s).**

6        **(a)**     **Dealer that sold the certificate(s) to the Bank:** Deutsche.

7        **(b)**     **Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8    Certificates, Series 2005-7CB was a securitization in February 2005 of 5,231 mortgage loans,[5] in

9    two groups. The mortgage loans in this securitization were originated or acquired by Countrywide

10   Home Loans, Inc. CWALT 2005-7CB Pros. Sup. S-4, S-14, and S-40.

11       **(c)**     **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12   sold to the Bank a senior certificate in this securitization, in tranche 1-A-1, for which the Bank

13   paid $201,601,563 plus accrued interest on February 28, 2005.

14       **(d)**     **Ratings of the certificate(s) when the Bank purchased them:** Standard &

15   Poor's – AAA; Moody's – Aaa.

16       **(e)**     **Current ratings of the certificate(s):** Standard & Poor's – AA; Moody's – Baa1.

17       **(f)**     **URL of prospectus supplement for this securitization:**

18   http://www.sec.gov/Archives/edgar/data/1269518/000095012905001766/v05923b5e424b5.txt

19       **(g)**     **Registration statement pursuant or traceable to which the certificate(s) were**

20   **issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued

21   pursuant or traceable to a registration statement filed by CWALT with the SEC on form S-3 on

22   September 23, 2004. Annexed to the registration statement was a prospectus. The prospectus was

23   amended from time to time by prospectus supplements whenever a new series of certificates was

24   issued pursuant or traceable to that registration statement.

25

26

27      [5] CWALT 2005-7CB was a prefunded securitization. On the closing date of the securitization
there were 5,231 mortgage loans in the trust. After the closing date of the securitization, the trust

28   purchased an additional 291 mortgage loans.

1   **Item 52.**     **Untrue or misleading statements about the LTVs of the mortgage loans:**

2         In the prospectus supplement, Deutsche and CWALT made the following statements

3   about the LTVs of the mortgage loans in the collateral pool of this securitization.

4         (a)     "No Initial Mortgage Loan had a Loan-to-Value Ratio at origination of more than

5   100.00%." CWALT 2005-7CB Pros. Sup. S-16.

6         (b)     In the section of the prospectus supplement entitled "The Mortgage Pool,"

7   Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

8   pool. CWALT 2005-7CB Pros. Sup. S-18 to S-36. Each table focused on a certain characteristic

9   of the loans (for example, current principal balance) and divided the loans into categories based

10   on that characteristic (for example, loans with current principal balances of $0.01 to $50,000,

11   $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data

12   about the loans in each category. Among these data was the "Weighted Average Original Loan-

13   to-Value Ratio." There were 10 such tables in "The Mortgage Pool" section for the loans in loan

14   group 1. In each table, the number of categories into which the loans were divided ranged from

15   three to 55. Thus, in "The Mortgage Pool" section, Deutsche and CWALT made hundreds of

16   statements about the original LTVs of the loans in loan group 1. CWALT 2005-7CB Pros. Sup.

17   S-18 to S-26.

18         (c)     "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

19   of the Initial Mortgage Loans in loan group 1 is approximately 71.72%." CWALT 2005-7CB

20   Pros. Sup. S-22.

21         (d)     In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

22   of statistics about the mortgage loans in loan group 2. In these tables, Deutsche and CWALT

23   similarly made hundreds of statements about the original LTVs of the loans in loan group 2.

24   CWALT 2005-7CB Pros. Sup. S-27 to S-36.

25         (e)     "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

26   of the Initial Mortgage Loans in loan group 2 is approximately 71.43%." CWALT 2005-7CB

27   Pros. Sup. S-32.

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

**Item 62.     Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 5,231 |
| Number of properties on which there was enough information for the model to determine a true market value | 2,639 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,244 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $54,468,032 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 572 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $31,297,556 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 171 |
| Weighted-average LTV, as stated by Defendants (group 1) | 71.7% |
| Weighted-average LTV, as determined by the model (group 1) | 76.6% |

**Item 71.     Undisclosed additional liens:**

    **(a)     Minimum number of properties with additional liens: 360**

    **(b)     Total reduction in equity from additional liens: $19,890,103**

    **(c)     Weighted-average reduction in equity from additional liens: 63.7%**

**Item 82.     Untrue or misleading statements about compliance with USPAP:**

In the prospectus supplement, Deutsche and CWALT made the following statement about the appraisals of the properties that secured the mortgage loans in this securitization: "All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in effect." CWALT 2005-7CB Pros. Sup. S-41.

**Item 88.     Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Deutsche and CWALT made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

    (a)     In "The Mortgage Pool" section of the prospectus supplement, described in Item 52, Deutsche and CWALT presented a table entitled "Occupancy Types." This table divided the mortgage loans in loan group 1 into the categories "Primary Residence," "Investment Property,"

-3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    and "Secondary Residence." The table made untrue and misleading statements about the number

2    of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

3    principal balance outstanding in each of these categories. CWALT 2005-7CB Pros. Sup. S-25.

4        (b)    In the "Occupancy Types" table, Deutsche and CWALT stated that 88.83% of the

5    mortgage loans in loan group 1 were secured by a "Primary Residence," 9.44% by an "Investment

6    Property," and 1.73% by a "Secondary Residence." CWALT 2005-7CB Pros. Sup. S-25.

7        (c)    In "The Mortgage Pool" section, Deutsche and CWALT presented another table

8    entitled "Occupancy Types." This table divided the mortgage loans in loan group 2 into the

9    categories "Primary Residence," "Investment Property," and "Secondary Residence." The table

10   made untrue and misleading statements about the number of mortgage loans, the aggregate

11   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

12   of these categories. CWALT 2005-7CB Pros. Sup. S-35.

13       (d)    In the "Occupancy Types" table, Deutsche and CWALT stated that 88.57% of the

14   mortgage loans in loan group 2 were secured by a "Primary Residence," 9.03% by an "Investment

15   Property," and 2.4% by a "Secondary Residence." CWALT 2005-7CB Pros. Sup. S-35.

16   **Item 96.    Details of properties that were stated to be owner-occupied, but were not:**

17       **(a)    Number of loans on which the owner of the property instructed tax**

18           **authorities to send property tax bills to him or her at a different address: 360**

19       **(b)    Number of loans on which the owner of the property could have, but did not,**

20           **designate the property as his or her homestead: 525**

21       **(c)    Number of loans on which the owner of the property owned three or more**

22           **properties: 28**

23       **(d)    Number of loans that went straight from current to foreclosure or ownership**

24           **by lender: 1**

25       **(e)    Eliminating duplicates, number of loans about which one or more of**

26           **statements (a) through (d) is true: 812**

27

28

-4-

1    **Item 99.**      **Untrue or misleading statements about the underwriting standards of the**
2                      **originators of the mortgage loans:**

3         On pages S-40 through S-45 of the prospectus supplement, Deutsche and CWALT made

4    statements about the underwriting guidelines of Countrywide Home Loans, Inc. All of those

5    statements are incorporated herein by reference. In particular, Deutsche and CWALT stated that:

6         (a)      "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

7    if compensating factors are demonstrated by a prospective borrower." CWALT 2005-7CB Pros.

8    Sup. S-41.

9         (b)      "Countrywide Home Loans' underwriting standards are applied by or on behalf of

10   Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

11   ability and the value and adequacy of the mortgaged property as collateral." CWALT 2005-7CB

12   Pros. Sup. S-41.

13   **Item 106.**     **Early payment defaults:**

14        **(a)**     **Number of the mortgage loans that suffered EPDs: 15**

15        **(b)**     **Percent of the mortgage loans that suffered EPDs: 0.3%**

16        **(c)**     **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**
17                    **made at the same time as the loans in the collateral pool that experienced**
18                    **EPDs: 0.18%**

19   **Item 117.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

20        On page S-3 of the prospectus supplement, Deutsche and CWALT made statements about

21   the ratings assigned to the certificates issued in this securitization. Deutsche and CWALT stated

22   that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by

23   Standard & Poor's Rating Services.

24        Deutsche and CWALT also stated that: "The classes of certificates listed below will not

25   be offered unless they are assigned the following ratings by Standard & Poor's, . . . and by

26   Moody's Investors Service, Inc. ('Moody's')." The requirements for class 1-A-1, from which this

27   certificate was to be paid, was for AAA from Standard & Poor's and Aaa from Moody's.

28   CWALT 2005-7CB Pros. Sup. S-3.

-5-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

1        Deutsche and CWALT also stated that: "It is a condition to the issuance of the senior

2  certificates that they be rated AAA by Standard & Poor's, a division of The McGraw-Hill

3  Companies, Inc. ("S&P") and Aaa by Moody's Investors Service, Inc. ('Moody's')!" CWALT

4  2005-7CB Pros. Sup. S-95.

5  **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**

6            **statements:**

7       **(a)**     **Number of loans whose LTVs were materially understated: 1,244**

8       **(b)**     **Number of loans in which the owner's equity was reduced by 5% or more by**

9             **undisclosed additional liens: 360**

10      **(c)**     **Number of loans that suffered EPDs: 15**

11      **(d)**     **Number of loans in which the properties were stated to be owner-occupied**

12             **but were not: 812**

13      **(e)**     **Eliminating duplicates, number of loans about which the Defendants made**

14             **untrue or misleading statements: 2,057**

15      **(f)**     **Eliminating duplicates, percent of loans about which the Defendants made**

16             **untrue or misleading statements: 37.3%**

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    **SCHEDULE 31 TO THE AMENDED COMPLAINT**

2        To the extent that this Schedule is incorporated by reference into allegations in the

3    complaint, those allegations are made against Defendants Deutsch, CWALT, and Countrywide

4    Financial Corporation.

5    **Item 44.**    **Details of trust and certificate(s).**

6        **(a)**    **Dealer that sold the certificate(s) to the Bank:** Deutsche.

7        **(b)**    **Description of the trust:** Alternative Loan Trust, Mortgage Pass-Through

8    Certificates, Series 2005-1CB was a securitization in January 2005 of 5,782 mortgage loans,[6] in

9    four groups. The mortgage loans in this securitization were originated or acquired by

10   Countrywide Home Loans, Inc. CWALT 2005-1CB Pros. Sup. S-4, S-17, and S-50.

11       **(c)**    **Description of the certificate(s) that the Bank purchased:** Deutsche offered and

12   sold to the Bank two senior certificates in this securitization, in tranche 1-A-1 and 1-A-2, for

13   which the Bank paid $158,368,750 and $128,679,342, plus accrued interest, respectively, on

14   August 5, 2005 and January 31, 2005.

15       **(d)**    **Ratings of the certificate(s) when the Bank purchased them:**

16   Certificate: 1-A-1: Standard & Poor's – AAA; Moody's – Aaa.

17   Certificate: 1-A-2: Standard & Poor's – AAA; Moody's – Aaa.

18       **(e)**    **Current ratings of the certificate(s):**

19   Certificate: 1-A-1: Standard & Poor's – AAA; Moody's – B3.

20   Certificate: 1-A-2: Standard & Poor's – A; Moody's – Caa1.

21       **(f)**    **URL of prospectus supplement for this securitization:**

22   http://www.sec.gov/Archives/edgar/data/1269518/000095012905000801/v04622b5e424b5.txt

23       **(g)**    **Registration statement pursuant or traceable to which the certificate(s) were**

24   **issued:** Certificates in this trust, including the certificates that the Bank purchased, were issued

25   pursuant or traceable to a registration statement filed by CWALT with the SEC on form S-3 on

26

27       [6] CWALT 2005-1CB was a prefunded securitization. On the closing date of the securitization
     there were 5,782 mortgage loans in the trust. After the closing date of the securitization, the trust
28   purchased an additional 698 mortgage loans.

1    September 23, 2004. Annexed to the registration statement was a prospectus. The prospectus was

2    amended from time to time by prospectus supplements whenever a new series of certificates was

3    issued pursuant or traceable to that registration statement.

4    **Item 52.       Untrue or misleading statements about the LTVs of the mortgage loans:**

5         In the prospectus supplement, Deutsche and CWALT made the following statements

6    about the LTVs of the mortgage loans in the collateral pool of this securitization.

7         (a)    "No Initial Mortgage Loan had a Loan-to-Value Ratio at origination of more than

8    100.00%." CWALT 2005-1CB Pros. Sup. S-19.

9         (b)    In the section of the prospectus supplement entitled "The Mortgage Pool,"

10   Deutsche and CWALT presented tables of statistics about the mortgage loans in the collateral

11   pool. CWALT 2005-1CB Pros. Sup. S-21 to S-47. Each table focused on a certain characteristic

12   of the loans (for example, current principal balance) and divided the loans into categories based

13   on that characteristic (for example, loans with current principal balances of $0.01 to $50,000,

14   $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data

15   about the loans in each category. Among these data was the "Weighted Average Original Loan-

16   to-Value Ratio." There were 10 such tables in "The Mortgage Pool" section for the loans in loan

17   group 1. In each table, the number of categories into which the loans were divided ranged from

18   three to 64. Thus, in "The Mortgage Pool" section of the prospectus supplement, Deutsche and

19   CWALT made hundreds of statements about the original LTVs of the loans in loan group 1.

20   CWALT 2005-1CB Pros. Sup. S-21 to S-28.

21        (c)    "As of the initial cut-off date, the weighted average original Loan-to-Value Ratio

22   of the Initial Mortgage Loans in loan group 1 is approximately 74.29%." CWALT 2005-1CB

23   Pros. Sup. S-25.

24        (d)    In "The Mortgage Pool" section, Deutsche and CWALT presented similar tables

25   of statistics about the mortgage loans in loan group 2. In these tables, Deutsche and CWALT

26   similarly made hundreds of statements about the original LTVs of the loans in loan group 2.

27   CWALT 2005-1CB Pros. Sup. S-29 to S-34.

28

-2-