All of those statements are incorporated herein by reference. In particular, Banc of America and Banc of America Funding stated that:

(a) "The automated underwriting decision engine and/or the underwriter may utilize compensating factors to offset one or more features of the loan transaction that may not specifically comply with the product guidelines." BAFC 2007-E Pros. Sup. S-43.

(b) "The underwriting standards used by the Sponsor are intended to evaluate the Mortgagor's credit standing and repayment ability and the value and adequacy of the mortgaged property as collateral." BAFC 2007-E Pros. Sup. S-42.

(c) "Regardless of the channel in which the loan was originated, a mortgage application is completed containing information that assists in evaluating the mortgagor's credit standing, capacity to repay the loan and adequacy of the mortgaged property as collateral for the loan." BAFC 2007-E Pros. Sup. S-42.

(d) "These underwriting standards applied by Bank of America in originating or acquiring mortgage loans are intended to evaluate the applicants' repayment ability, credit standing, and the adequacy of the mortgage property as collateral for the mortgage loan." BAFC 2007-E Pros. Sup. S-42.

Item 106. Early payment defaults:

(a) Number of the mortgage loans that suffered EPDs: 54

(b) Percent of the mortgage loans that suffered EPDs: 3.5%

(c) Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.83%

Item 107. 90+ days delinquencies:

(a) Number of the mortgage loans that suffered 90+ days delinquencies: 630

(b) Percent of the mortgage loans that suffered 90+ days delinquencies: 40.7%

-16-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

(c)    Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that suffered 90+ days delinquencies: 33.9%

**Item 108.**    30+ days delinquencies in this securitization:

(a)    Number of the mortgage loans that were 30+ days delinquent on March 31, 2010: 603

(b)    Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 38.9%

(c)    Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%

**Item 117.**    Statements about the ratings of the certificate(s) that the Bank purchased:

On pages S-6, S-7, and S-86 of the prospectus supplement, Banc of America and Banc of America Funding made statements about the ratings assigned to the certificates issued in this securitization. Bank of America and Banc of America Funding stated on page S-6 that the Bank's certificates were rated AAA by Standard & Poor's Rating Services and AAA by Fitch Ratings. These were the highest ratings available from these two rating agencies.

Banc of America and Banc of America Funding also stated that "The Offered Certificates will not be issued unless they receive at least the ratings set forth in this table." BAFC 2007-E Pros. Sup. S-7.

Banc of America and Banc of America Funding also stated that "At their issuance, each class of Offered Certificates is required to receive from Standard & Poor's...[and] Fitch Ratings ...at least the rating set forth in . . . this prospectus supplement." BAFC 2007-E Pros. Sup. S-86.

**Item 120.**    Summary of loans about which the Defendants made untrue or misleading statements:

(a)    Number of loans whose LTVs were materially understated: 762

(b)    Number of loans in which the owner's equity was reduced by 5% or more by undisclosed additional liens: 277

(c)    Number of loans that suffered EPDs: 54

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

(d)   Number of loans in which the properties were stated to be owner-occupied but were not: 462

(e)   Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 1,073

(f)   Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 69.3%

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

### SCHEDULE 62 TO THE AMENDED COMPLAINT

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendants Banc of America and Banc of America Funding.

**Item 44.**  **Details of trust and certificate(s).**

(a)  **Dealer that sold the certificate(s) to the Bank:** Banc of America.

(b)  **Description of the trust:** Banc of America Funding Corporation, Mortgage Pass-Through Certificates, Series 2007-7 was a securitization in August 2007 of 1,231 mortgage loans, in three groups.[1] Bank of America, N.A. originated or acquired 100% of the loans in Group 3. BAFC 2007-7 Pros. Sup. S-8, S-11, and S-33.

(c)  **Description of the certificate(s) that the Bank purchased:** Banc of America offered and sold to the Bank a senior certificate in this securitization, in tranche 3-A-1, for which the Bank paid $207,537,098 plus accrued interest on August 31, 2007.

(d)  **Ratings of the certificate(s) when the Bank purchased them:** Standard & Poor's—AAA; Fitch—AAA.

(e)  **Current ratings of the certificate(s):** Standard & Poor's —CCC; Fitch—CC.

(f)  **URL of prospectus supplement for this securitization:** http://www.sec.gov/Archives/edgar/data/934377/000137940207000041/form424b5.txt

**Item 52.**  **Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplement, Banc of America and Banc of America Funding made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

---

[1] The Bank makes no allegations about the mortgage loans in groups 1 and 2.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

(a) The original LTVs of the mortgage loans in Group 3 ranged from 23.77% to 100%, with a weighted average of 76.51%. BAFC 2007-7 Pros. Sup. S-13.

(b) Banc of America and Banc of America Funding presented tables of statistics about the mortgage loans in the collateral pool. BAFC 2007-7 Pros. Sup. A-2 to A-30. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data about the loans in each category. Among these data was the "Weighted Average Original Loan-to-Value Ratio." There were 12 such tables in the "Mortgage Loan Data" section for the loans in Group 3. In each table, the number of categories into which the loans were divided ranged from two to 45. Thus, in Appendix A, Banc of America and Banc of America Funding made hundreds of statements about the original LTVs of the loans in Group 3. BAFC 2007-7 Pros. Sup. A-16 to A-22.

(c) "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 3 Mortgage Loans is expected to be approximately 76.51%." BAFC 2007-7 Pros. Sup. A-20.

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-

1 **Item 62.      Details of the results of the AVM analysis:**

| | |
|---|---|
| Number of loans in group 3 | 900 |
| Number of properties in group 3 on which there was enough information for the model to determine a true market value | 513 |
| Number of loans in group 3 on which the stated value was 105% or more of the true market value as reported by the model | 400 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $70,670,456 |
| Number of loans in group 3 on which the stated value was 95% or less of the true market value as reported by the model | 47 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $4,233,500 |
| Number of loans in group 3 with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans in group 3 with LTVs over 100%, as determined by the model | 174 |
| Weighted-average LTV, as stated by Defendants (group 3) | 76.5% |
| Weighted-average LTV, as determined by the model (group 3) | 103.8% |

**Item 65.      Evidence from subsequent sales of refinanced properties:**

Of the 900 mortgage loans in group 3, 608 were taken out to refinance, rather than to purchase, properties. For those 608 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 608 properties, 64 were subsequently sold for a total of approximately $28,975,468. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $44,646,600. Thus, those properties were sold for 64.9% of the value ascribed to them, a difference of 35.1%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 71.      Undisclosed additional liens:**

    **(a)      Minimum number of properties in group 3 with additional liens: 98**

    **(b)      Total reduction in equity from additional liens: $15,266,304**

    **(c)      Weighted-average reduction in equity from additional liens: 68.0%**

-3-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO




**Item 88.   Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Banc of America and Banc of America Funding made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

(a)   In Appendix A, Banc of America and Banc of America Funding presented a table entitled "Occupancy of Mortgaged Properties of the Group 3 Mortgage Loans." This table divided the mortgage loans in Group 3 into the categories "Primary Residence," "Investor Property," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BAFC 2007-7 Pros. Sup. A-17.

(b)   In the "Occupancy of Mortgaged Properties of the Group 3 Mortgage Loans" table, Banc of America and Banc of America Funding stated that 77.39% of the mortgage loans in Group 3 were secured by a "Primary Residence," 16.07% by an "Investor Property," and 6.54% by a "Second Home." BAFC 2007-7 Pros. Sup. A-17.

**Item 96.   Details of properties in group 3 that were stated to be owner-occupied, but were not:**

(a)   Number of loans on which the owner of the property instructed tax authorities to send property tax bills to him or her at a different address: 67

(b)   Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 105

(c)   Number of loans on which the owner of the property owned three or more properties: 19

(d)   Eliminating duplicates, number of loans about which one or more of statements (a) through (c) is true: 166

-4-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Item 99.** **Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages S-40 through S-46 of the prospectus supplement, Banc of America and Banc of America Funding made statements about the underwriting guidelines of Bank of America, N.A. Those statements are incorporated herein by reference. In particular, Banc of America and Banc of America Funding stated that:

(a) "The automated underwriting decision engine and/or the underwriter may utilize compensating factors to offset one or more features of the loan transaction that may not specifically comply with the product guidelines." BAFC 2007-7 Pros. Sup. S-41.

(b) "The underwriting standards used by the Originators are intended to evaluate the Mortgagor's credit standing and repayment ability and the value and adequacy of the mortgaged property as collateral." BAFC 2007-7 Pros. Sup. S-40.

(c) "Regardless of the channel in which the loan was originated, a mortgage application is completed containing information that assists in evaluating the mortgagor's credit standing, capacity to repay the loan and adequacy of the mortgaged property as collateral for the loan." BAFC 2007-7 Pros. Sup. S-40.

(d) "These underwriting standards applied by Bank of America in originating or acquiring mortgage loans are intended to evaluate the applicants' repayment ability, credit standing, and the adequacy of the mortgage property as collateral for the mortgage loan." BAFC 2007-7 Pros. Sup. S-40.

**Item 106.** **Early payment defaults for loans in group 3:**

**(a)** **Number of the mortgage loans that suffered EPDs: 51**

**(b)** **Percent of the mortgage loans that suffered EPDs: 4.1%**

**(c)** **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.83%**

-5-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

**Item 107.** 90+ days delinquencies for loans in group 3:

    **(a)** Number of the mortgage loans that suffered 90+ days delinquencies: 385

    **(b)** Percent of the mortgage loans that suffered 90+ days delinquencies: 31.3%

    **(c)** Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that suffered 90+ days delinquencies: 33.9%

**Item 108.** 30+ days delinquencies for loans in group 3:

    **(a)** Number of the mortgage loans that were 30+ days delinquent on March 31, 2010: 369

    **(b)** Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 30.0%

    **(c)** Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%

**Item 117.** Statements about the ratings of the certificate(s) that the Bank purchased:

On pages S-6 to S-7 and S-102 to S-103 of the prospectus supplement, Banc of America and Banc of America Funding made statements about the ratings assigned to the certificate issued in this securitization. Banc of America and Banc of America Funding stated that the Bank's certificate was rated AAA by both Standard & Poor's Rating Services and Fitch Ratings. These were the highest ratings available from these two rating agencies.

Banc of America and Banc of America Funding also stated "The Offered Certificates will not be issued unless they receive at least the ratings set forth in this table." BAFC 2007-7 Pros. Sup. S-7.

Banc of America and Banc of America Funding also stated: "At their issuance, each class of Offered Certificates is required to receive from Standard & Poor's...[and] Fitch Ratings ...at least the rating set forth in . . . this prospectus supplement." BAFC 2007-7 Pros. Sup. S-102.

-6-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Item 120.**   Summary of loans in group 3 about which the Defendants made untrue or misleading statements:

    (a)    Number of loans whose LTVs were materially understated: 400

    (b)    Number of loans in which the owner's equity was reduced by 5% or more by undisclosed additional liens: 98

    (c)    Number of loans that suffered EPDs: 51

    (d)    Number of loans in which the properties were stated to be owner-occupied but were not: 166

    (e)    Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 543

    (f)    Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 44.1%

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-7-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

**SCHEDULE 63 TO THE AMENDED COMPLAINT**

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendants Banc of America and Banc of America Funding.

**Item 44.      Details of trust and certificate(s).**

(a)      **Dealer that sold the certificate(s) to the Bank:** Banc of America.

(b)      **Description of the trust:** Banc of America Funding Corporation, Mortgage Pass-Through Certificates, Series 2006-G was a securitization in July 2006 of 7,007 mortgage loans, in three groups. The mortgage loans in the collateral pool of this securitization were originated or acquired by Wells Fargo Bank, N.A. BAFC 2006-G Pros. Sup. S-7 and S-10.

(c)      **Description of the certificate(s) that the Bank purchased:** Banc of America offered and sold to the Bank a senior certificate in this securitization, in tranche 3-A-1, for which the Bank paid $197,781,250 plus accrued interest on July 31, 2006.

(d)      **Ratings of the certificate(s) when the Bank purchased them:** Standard & Poor's • AAA; Moody's • Aaa.

(e)      **Current ratings of the certificate(s):** Standard & Poor's • AAA; Moody's • Ba1.

(f)      **URL of prospectus supplement for this securitization:**
http://www.sec.gov/Archives/edgar/data/934377/000095013606006189/file1.htm

**Item 52.      Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplement, Banc of America and Banc of America Funding made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

(a)     The original LTVs of the mortgage loans in Group 1 ranged from 15.05% to 100%, with a weighted average of 78.68% BAFC 2006-G Pros. Sup. S-10.

(b)     The original LTVs of the loans in Group 2 ranged from 9.09% to 100%, with a weighted average of 73.82% BAFC 2006-G Pros. Sup. S-11.

(c)     The original LTVs of the mortgage loans in Group 3 ranged from 14.93% to 95%, with a weighted average of 74.22% BAFC 2006-G Pros. Sup. S-11.

(d)     The original LTVs of all of the mortgage loans in the collateral pool ranged from 9.09% to 100%, with a weighted average of 74.69% BAFC 2006-G Pros. Sup. S-12.

(e)     In Appendix A of the prospectus supplement ("Mortgage Loan Data"), Banc of America and Banc of America Funding presented tables of statistics about the mortgage loans in the collateral pool. BAFC 2006-G Pros. Sup. A-2 to A-37. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data about the loans in each category. Among these data was the "Weighted Average Original LTV." There were 15 such tables for the loans in Group 1. In each table, the number of categories into which the loans were divided ranged from two to 45. Thus, in Appendix A of the prospectus supplement, Banc of America and Banc of America Funding made hundreds of statements about the original LTVs of the loans in Group 1. BAFC 2006-G Pros. Sup. A-2 to A-10.

(f)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 1 Mortgage Loans is expected to be approximately 78.68%." BAFC 2006-G Pros. Sup. A-5.

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-

1    (g)    In Appendix A, Banc of America and Banc of America Funding presented similar tables of statistics about the mortgage loans in Group 2. In these tables, Banc of America and Banc of America Funding similarly made hundreds of statements about the original LTVs of the loans in Group 2. BAFC 2006-G Pros. Sup. A-11 to A-21.

(h)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 2 Mortgage Loans is expected to be approximately 73.82%." BAFC 2006-G Pros. Sup. A-15.

(i)    In Appendix A, Banc of America and Banc of America Funding presented similar tables of statistics about the mortgage loans in Group 3. In these tables, Banc of America and Banc of America Funding similarly made hundreds of statements about the original LTVs of the loans in Group 3. BAFC 2006-G Pros. Sup. A-22 to A-27.

(j)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 3 Mortgage Loans is expected to be approximately 74.22%." BAFC 2006-G Pros. Sup. A-24.

(k)    In Appendix A, Banc of America and Banc of America Funding presented similar tables of statistics about all of the mortgage loans in the collateral pool. In these tables, Banc of America and Banc of America Funding similarly made hundreds of statements about the original LTVs of all of the loans in the collateral pool. BAFC 2006-G Pros. Sup. A-28 to A-37.

(l)    "As of the Cut-Off Date, the weighted average Loan-to-Value Ratio at origination of the Group Mortgage Loans is expected to be approximately 74.69%." BAFC 2006-G Pros. Sup. A-31.

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-3-



1  Item 62.    Details of the results of the AVM analysis:

| | |
|---|---|
| Number of loans | 7,007 |
| Number of properties on which there was enough information for the model to determine a true market value | 4,347 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 2,393 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $233,066,190 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 692 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $66,435,342 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 500 |
| Weighted-average LTV, as stated by Defendants | 74.7 |
| Weighted-average LTV, as determined by the model | 85.0% |

Item 65.    Evidence from subsequent sales of refinanced properties:

Of the 7,007 mortgage loans in the collateral pool, 2,989 were taken out to refinance, rather than to purchase, properties. For those 2,989 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 2,989 properties, 421 were subsequently sold for a total of approximately $187,171,933. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $235,386,000. Thus, those properties were sold for 79.5% of the value ascribed to them, a difference of 20.5%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

Item 71.    Undisclosed additional liens:

(a)    Minimum number of properties with additional liens: 1,062

(b)    Total reduction in equity from additional liens: $113,637,993

(c)    Weighted-average reduction in equity from additional liens: 73.8%

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-4-



**Item 88.**   **Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Banc of America and Banc of America Funding made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

(a)   In Appendix A of the prospectus supplement, described in Item 52, Banc of America and Banc of America Funding presented a table entitled "Occupancy of Mortgaged Properties of the Group 1 Mortgage Loans." This table divided the mortgage loans in Group 1 into the categories "Primary Residence," "Investor Property," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BAFC 2006-G Pros. Sup. A-2.

(b)   In the "Occupancy of Mortgaged Properties of the Group 1 Mortgage Loans" table, Banc of America and Banc of America Funding stated that 82.1% of the mortgage loans in Group 1 were secured by a "Primary Residence," 7.25% by an "Investor Property," and 10.65% by a "Second Home." BAFC 2006-G Pros. Sup. A-2.

(c)   In Appendix A, Banc of America and Banc of America Funding presented a table entitled "Occupancy of Mortgaged Properties of the Group 2 Mortgage Loans." This table divided the mortgage loans in Group 2 into the categories "Primary Residence," "Investor Property," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BAFC 2006-G Pros. Sup. A-11.

(d)   In the "Occupancy of Mortgaged Properties of the Group 2 Mortgage Loans" table, Banc of America and Banc of America Funding stated that 89.44% of the mortgage loans in

-5-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Group 2 were secured by a "Primary Residence," 3.06% by an "Investor Property," and 7.49% by

2   a "Second Home." BAFC 2006-G Pros. Sup. A-11.

3        (e)     In Appendix A, Banc of America and Banc of America Funding presented a table

4   entitled "Occupancy of Mortgaged Properties of the Group 3 Mortgage Loans." This table

5   divided the mortgage loans in Group 3 into the categories "Primary Residence," "Investor

6   Property," and "Second Home." The table made untrue and misleading statements about the

7   number of mortgage loans, the aggregate principal balance outstanding, and the percent of

8   aggregate principal balance outstanding in each of these categories. BAFC 2006-G Pros. Sup. A-

9   22.

10  22.

11       (f)     In the "Occupancy of Mortgaged Properties of the Group 3 Mortgage Loans"

12  table, Banc of America and Banc of America Funding stated that 84.73% of the mortgage loans in

13  Group 3 were secured by a "Primary Residence," 7.28% by an "Investor Property," and 7.99% by

14  a "Second Home." BAFC 2006-G Pros. Sup. A-22.

15

16       (g)     In Appendix A, Banc of America and Banc of America Funding presented a table

17  entitled "Occupancy of Mortgaged Properties of the Mortgage Loans." This table divided all of

18  the mortgage loans in the collateral pool into the categories "Primary Residence," " "Investor

19  Property," and "Second Home." The table made untrue and misleading statements about the

20  number of mortgage loans, the aggregate principal balance outstanding, and the percent of

21  aggregate principal balance outstanding in each of these categories. BAFC 2006-G Pros. Sup. A-

22  28.

23

24       (h)     In the "Occupancy of Mortgaged Properties of the Mortgage Loans" table, Banc of

25  America and Banc of America Funding stated that 87.39% of the mortgage loans in the collateral

26  pool were secured by a "Primary Residence," 4.51% by an "Investor Property," and 8.1% by a

27  "Second Home." BAFC 2006-G Pros. Sup. A-28.

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Item 96.**     **Details of properties that were stated to be owner-occupied, but were not:**

    **(a)**     **Number of loans on which the owner of the property instructed tax authorities to send property tax bills to him or her at a different address: 569**

    **(b)**     **Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 942**

    **(c)**     **Number of loans on which the owner of the property owned three or more properties: 52**

    **(d)**     **Number of loans that went straight from current to foreclosure or ownership by lender: 1**

    **(e)**     **Eliminating duplicates, number of loans about which one or more of statements (a) through (d) is true: 1,339**

**Item 99.**     **Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages S-38 through S-42 of the prospectus supplement, Banc of America and Banc of America Funding made statements about the underwriting guidelines of Wells Fargo Bank, N.A. All of those statements are incorporated herein by reference. In particular, Banc of America and Banc of America Funding stated that:

    (a)     "In certain instances . . . exceptions to the following standards may have been granted by the Originator." BAFC 2006-G Pros. Sup. S-38.

    (b)     "The underwriting standards used by [Wells Fargo Bank, N.A.] are intended to evaluate the Mortgagor's credit standing and repayment ability and the value and adequacy of the mortgaged property as collateral." BAFC 2006-G Pros. Sup. S-38.

    (c)     "Wells Fargo Bank's underwriting standards are applied by or on behalf of Wells Fargo Bank to evaluate the applicant's credit standing and ability to repay the loan, as well as the value and adequacy of the mortgaged property as collateral." BAFC 2006-G Pros. Sup. S-38.

**Item 106.**     **Early payment defaults:**

    **(a)**     **Number of the mortgage loans that suffered EPDs: 26**

    **(b)**     **Percent of the mortgage loans that suffered EPDs: 0.4%**

-7-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

(c)    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.44%**

**Item 108.**    **30+ days delinquencies in this securitization:**

(a)    **Number of the mortgage loans that were 30+ days delinquent on March 31, 2010: 1,400**

(b)    **Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 20.0%**

(c)    **Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%**

**Item 117.**    **Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-6 and S-85 of the prospectus supplement, Banc of America and Banc of America Funding made statements about the ratings assigned to the certificate issued in this securitization. Banc of America and Banc of America Funding stated that the Bank's certificate was rated AAA by Standard & Poor's Rating Services Aaa by Moody's Investors Service, Inc. These were the highest ratings available from these two rating agencies.

Banc of America and Banc of America Funding also stated: "The Offered Certificates will not be issued unless they receive at least the ratings set forth in this table." BAFC 2006-G Pros. Sup. S-6.

Banc of America and Banc of America Funding also stated: "At their issuance, each class of Offered Certificates is required to receive from Moody's Investors Service, Inc. . . . and Standard & Poor's . . . at least the rating set forth in . . . this prospectus supplement. BAFC 2006-G Pros. Sup. S-85.

**Item 120.**    **Summary of loans about which the Defendants made untrue or misleading statements:**

(a)    **Number of loans whose LTVs were materially understated: 2,393**

(b)    **Number of loans in which the owner's equity was reduced by 5% or more by undisclosed additional liens: 1,062**

-8-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    (c)    Number of loans that suffered EPDs: 26

2    (d)    Number of loans in which the properties were stated to be owner-occupied but were not: 1,339

4    (e)    Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 3,615

6    (f)    Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 51.6%

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-9-



## SCHEDULE 64 TO THE AMENDED COMPLAINT

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendants Banc of America and Banc of America Mortgage Securities.

**Item 44.**  **Details of trust and certificate(s).**

(a)  **Dealer that sold the certificate(s) to the Bank:** Banc of America.

(b)  **Description of the trust:** Banc of America Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2005-12 was a securitization in December 2005 of 3,478 mortgage loans, in six groups. The mortgage loans in the collateral pool of this securitization were originated or acquired by Bank of America, N.A. BOAA 2005-12 Pros. Sup. S-7 and S-25.

(c)  **Description of the certificate(s) that the Bank purchased:** Banc of America offered and sold to the Bank a senior certificate in this securitization, in tranche 1-CB-3, for which the Bank paid $110,177,625 plus accrued interest on December 30, 2005.

(d)  **Ratings of the certificate(s) when the Bank purchased them:** Moody's • Aaa; Fitch • AAA.

(e)  **Current ratings of the certificate(s):** Moody's • Caa1; Fitch • B.

(f)  **URL of prospectus supplement for this securitization:**

://www.sec.gov/Archives/edgar/data/1348142/000119312505250232/d424b5.htm

**Item 52.**  **Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplement, Banc of America and Banc of America Mortgage Securities made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

(a)  The original LTVs of the mortgage loans in Group 1 ranged from 10.88% to 100%, with a weighted average of 73.05%. BOAA 2005-12 Pros. Sup. S-7 and S-27.

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

(b)     The original LTVs of the mortgage loans in Group 2 ranged from 13.03% to 90%, with a weighted average of 69.34%. BOAA 2005-12 Pros. Sup. S-8 and S-32.

(c)     The original LTVs of the mortgage loans in Group 3 ranged from 17.58% to 103%, with a weighted average of 76.36%. BOAA 2005-12 Pros. Sup. S-8 and S-37.

(d)     The original LTVs of the mortgage loans in Group 4 ranged from 49.38% to 80% with a weighted average of 70.74%. BOAA 2005-12 Pros. Sup. S-9 and S-42.

(e)     The original LTVs of the mortgage loans in Group 5 ranged from 11.58% to 95%, with a weighted average of 63.16%. BOAA 2005-12 Pros. Sup. S-9 and S-47.

(f)     The original LTVs of the mortgage loans in Group 6 ranged from 4.93% to 95%, with a weighted average of 61.77%. BOAA 2005-12 Pros. Sup. S-10 and S-52.

(g)     The original LTVs of all of the mortgage loans in the collateral pool ranged from 4.93% to 103%, with a weighted average of 70.57%. BOAA 2005-12 Pros. Sup. S-10 and S-57.

(h)     "As of the Cut-off Date, no Mortgage Loan will have a Loan-to-Value Ratio of more than 103.00%." BOAA 2005-12 Pros. Sup. S-26.

(i)     The original LTVs of the discount mortgage loans in Group 1 ranged from 11.08% to 100%, with a weighted average of 72.61%. BOAA 2005-12 Pros. Sup. S-27.

(j)     The original LTVs of the premium mortgage loans in Group 1 ranged from 10.88% to 100%, with a weighted average of 74.59%. BOAA 2005-12 Pros. Sup. S-27.

(k)     In the section of the prospectus supplement entitled "The Mortgage Pool," Banc of America and Banc of America Mortgage Securities presented tables of statistics about the mortgage loans in the collateral pool. BOAA 2005-12 Pros. Sup. S-27 to S-62. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table

-2-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

then presented various data about the loans in each category. One of the tables, entitled "Original Loan-to-Value Ratios," divided the loans in Group 1 into 18 categories of original LTV (for example, 10.01% to 15%, 15.01% to 20%, 20.01% to 25%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-12 Pros. Sup. S-30.

(l)　"As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 1 Mortgage Loans is expected to be approximately 73.05%." BOAA 2005-12 Pros. Sup. S-30.

(m)　The original LTVs of the discount mortgage loans in Group 2 ranged from 19.33% to 90%, with a weighted average of 64.85%. BOAA 2005-12 Pros. Sup. S-32.

(n)　The original LTVs of the premium mortgage loans in Group 2 ranged from 13.03% to 90%, with a weighted average of 70.6%. BOAA 2005-12 Pros. Sup. S-32.

(o)　In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 2 into 16 categories of original LTV (for example, 10.01% to 15%, 15.01% to 20%, 20.01% to 25%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-12 Pros. Sup. S-35.

(p)　"As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 2 Mortgage Loans is expected to be approximately 69.34%." BOAA 2005-12 Pros. Sup. S-35.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

(q)     The original LTVs of the discount mortgage loans in Group 3 ranged from 17.58% to 103%, with a weighted average of 76.68%. BOAA 2005-12 Pros. Sup. S-37.

(r)     The original LTVs of the premium mortgage loans in Group 3 ranged from 18.7% to 103%, with a weighted average of 76.21%. BOAA 2005-12 Pros. Sup. S-37.

(s)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 3 into 18 categories of original LTV (for example, 15.01% to 20%, 20.01% to 25%, 25.01% to 30%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-12 Pros. Sup. S-40.

(t)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 3 Mortgage Loans is expected to be approximately 76.36%." BOAA 2005-12 Pros. Sup. S-40.

(u)     The original LTVs of the discount mortgage loans in Group 4 ranged from 51.72% to 80%, with a weighted average of 70.36%. BOAA 2005-12 Pros. Sup. S-42.

(v)     The original LTVs of the premium mortgage loans in Group 4 ranged from 49.38% to 80%, with a weighted average of 70.9%. BOAA 2005-12 Pros. Sup. S-42.

(w)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 4 into seven categories of original LTV (for example, 45.01% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1  of aggregate principal balance outstanding in each of these categories. BOAA 2005-12 Pros. Sup.

2  S-45.

3       (x) "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

4
5  of the Group 4 Mortgage Loans is expected to be approximately 70.74%." BOAA 2005-12 Pros.

6  Sup. S-45.

7       (y) The original LTVs of the discount mortgage loans in Group 5 ranged from 12.47%

8  to 95%, with a weighted average of 63.81%. BOAA 2005-12 Pros. Sup. S-47.

9       (z) The original LTVs of the premium mortgage loans in Group 5 ranged from

10  11.58% to 93.9%, with a weighted average of 62.58%. BOAA 2005-12 Pros. Sup. S-47.

11       (aa) In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

12  Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

13  the mortgage loans in Group 5 into 17 categories of original LTV (for example, 10.01% to 15%,

14  15.01% to 20%, 20.01% to 25%, etc.). The table made untrue and misleading statements about

15  the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

16  aggregate principal balance outstanding in each of these categories. BOAA 2005-12 Pros. Sup. S-

17  50.

18       (bb) "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

19
20  of the Group 5 Mortgage Loans is expected to be approximately 63.16%." BOAA 2005-12 Pros.

21  Sup. S-50.

22

23       (cc) The original LTVs of the discount mortgage loans in Group 6 ranged from 4.93%

24  to 95%, with a weighted average of 60.01%. BOAA 2005-12 Pros. Sup. S-52.

25       (dd) The original LTVs of the premium mortgage loans in Group 6 ranged from 8.97%

26  to 90%, with a weighted average of 65.23%. BOAA 2005-12 Pros. Sup. S-52.

27
28

-5-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    (ee)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

2    Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

3    the mortgage loans in Group 6 into 19 categories of original LTV (for example, 0.01% to 5%,

4    5.01% to 10%, 10.01% to 15%, etc.). The table made untrue and misleading statements about the

5    number of mortgage loans, the aggregate principal balance outstanding, and the percent of

6    aggregate principal balance outstanding in each of these categories. BOAA 2005-12 Pros. Sup. S-

7

8    55.

9    (ff)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

10   of the Group 6 Mortgage Loans is expected to be approximately 61.77%." BOAA 2005-12 Pros.

11   Sup. S-55.

12   (gg)    The original LTVs of the discount mortgage loans in the collateral pool ranged

13   from 4.93% to 103%, with a weighted average of 69.64%. BOAA 2005-12 Pros. Sup. S-57.

14   (hh)    The original LTVs of the premium mortgage loans in the collateral pool ranged

15   from 8.97% to 103%, with a weighted average of 71.36%. BOAA 2005-12 Pros. Sup. S-57.

16

17   (ii)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

18   Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

19   the mortgage loans into 21 categories of original LTV (for example, 0.01% to 5%, 5.01% to 10%,

20   10.01% to 15%, etc.). The table made untrue and misleading statements about the number of

21   mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

22

23   principal balance outstanding in each of these categories. BOAA 2005-12 Pros. Sup. S-61.

24   (jj)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

25   of the Mortgage Loans is expected to be approximately 70.57%." BOAA 2005-12 Pros. Sup. S-

26   61.

27

28

-6-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

 

**Item 62.**  Details of the results of the AVM analysis:

| | |
|---|---|
| Number of loans | 3,478 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,483 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 683 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $39,558,641 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 410 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $26,550,503 |
| Number of loans with LTVs over 100%, as stated by Defendants | 10 |
| Number of loans with LTVs over 100%, as determined by the model | 124 |
| Weighted-average LTV, as stated by Defendants | 70.6% |
| Weighted-average LTV, as determined by the model | 78.2% |

**Item 71.**  Undisclosed additional liens:

    **(a)**  Minimum number of properties with additional liens: 84

    **(b)**  Total reduction in equity from additional liens: $7,993,555

    **(c)**  Weighted-average reduction in equity from additional liens: 68.5%

**Item 88.**  Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:

In the prospectus supplement, Banc of America and Banc of America Mortgage Securities made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

    (a)  In "The Mortgage Pool" section of the prospectus supplement, described in Item 52, Banc of America and Banc of America Mortgage Securities presented a table entitled "Occupancy of Mortgaged Properties." This table divided the mortgage loans in Group 1 into the categories "Primary Residence," "Investor Property," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal

GOODIN, MacBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-7-



1    balance outstanding, and the percent of aggregate principal balance outstanding in each of these

2    categories. BOAA 2005-12 Pros. Sup. S-28.

3

4          (b)      In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

5    America Mortgage Securities stated that 58.36% of the mortgage loans in Group 1 were secured

6    by a "Primary Residence," 39.62% by an "Investor Property," and 2.02% by a "Second Home."

7    BOAA 2005-12 Pros. Sup. S-28.

8          (c)      In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

9    Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

10    stated that 100% of the mortgage loans in Group 2 were secured by an Investor Property." BOAA

11    2005-12 Pros. Sup. S-33.

12

13          (d)      In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

14    Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

15    divided the mortgage loans in Group 3 into the categories "Primary Residence" and "Second

16    Home." The table made untrue and misleading statements about the number of mortgage loans,

17    the aggregate principal balance outstanding, and the percent of aggregate principal balance

18    outstanding in each of these categories. BOAA 2005-12 Pros. Sup. S-38.

19

20          (e)      In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

21    America Mortgage Securities stated that 89.87% of the mortgage loans in Group 3 were secured

22    by a "Primary Residence" and 10.13% by a "Second Home." BOAA 2005-12 Pros. Sup. S-38.

23          (f)      In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

24    Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

25    divided the mortgage loans in Group 4 into the categories "Primary Residence," "Investor

26    Property," and "Second Home." The table made untrue and misleading statements about the

27    number of mortgage loans, the aggregate principal balance outstanding, and the percent of

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



1 aggregate principal balance outstanding in each of these categories. BOAA 2005-12 Pros. Sup. S-

2 43.

3     (g)    In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

4 America Mortgage Securities stated that 81.69% of the mortgage loans in Group 4 were secured

5

6 by a "Primary Residence," 3.68% by an "Investor Property," and 14.64% by a "Second Home."

7 BOAA 2005-12 Pros. Sup. S-43.

8     (h)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

9 Securities presented another table entitled "Occupancy of Mortgaged Properties." In this table,

10 Banc of America and Banc of America Mortgage Securities divided the mortgage loans in Group

11 5 into the categories "Primary Residence," "Investor Property," and "Second Home." The table

12 made untrue and misleading statements about the number of mortgage loans, the aggregate

13 principal balance outstanding, and the percent of aggregate principal balance outstanding in each

14

15 of these categories. BOAA 2005-12 Pros. Sup. S-48.

16     (i)    In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

17 America Mortgage Securities stated that 44.35% of the mortgage loans in Group 5 were secured

18 by a "Primary Residence," 50.63% by an "Investor Property," and 5.02% by a "Second Home."

19 BOAA 2005-12 Pros. Sup. S-48.

20

21     (j)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

22 Securities presented another table entitled "Occupancy of Mortgaged Properties." In this table,

23 Banc of America and Banc of America Mortgage Securities divided the mortgage loans in Group

24 6 into the categories "Primary Residence," "Investor Property," and "Second Home." The table

25 made untrue and misleading statements about the number of mortgage loans, the aggregate

26 principal balance outstanding, and the percent of aggregate principal balance outstanding in each

27

28 of these categories. BOAA 2005-12 Pros. Sup. S-53.

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1     (k)     In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

2    America Mortgage Securities stated that 19.86% of the mortgage loans in Group 6 were secured

3    by a "Primary Residence," 77.99% by an "Investor Property," and 2.15% by a "Second Home."

4    BOAA 2005-12 Pros. Sup. S-53.

5

6     (l)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

7    Securities presented another table entitled "Occupancy of Mortgaged Properties." In this table,

8    Banc of America and Banc of America Mortgage Securities divided all of the mortgage loans in

9    the collateral pool into the categories "Primary Residence," "Investor Property," and "Second

10    Home." The table made untrue and misleading statements about the number of mortgage loans,

11    the aggregate principal balance outstanding, and the percent of aggregate principal balance

12    outstanding in each of these categories. BOAA 2005-12 Pros. Sup. S-58.

13

14     (m)    In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

15    America Mortgage Securities stated that 49.15% of the mortgage loans in the collateral pool were

16    secured by a "Primary Residence," 45.83% by an "Investor Property," and 5.02% by a "Second

17    Home." BOAA 2005-12 Pros. Sup. S-58.

18    **Item 96.**    **Details of properties that were stated to be owner-occupied, but were not:**

19

20     **(a)**    **Number of loans on which the owner of the property instructed tax authorities to send property tax bills to him or her at a different address: 142**

21     **(b)**    **Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 203**

22

23     **(c)**    **Number of loans on which the owner of the property owned three or more properties: 12**

24     **(d)**    **Eliminating duplicates, number of loans about which one or more of statements (a) through (c) is true: 301**

25

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Item 99.     Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages 24 through 28 of the prospectus, Banc of America and Banc of America Mortgage Securities made statements about the underwriting guidelines of Bank of America, N.A. All of those statements are incorporated herein by reference. In particular, Banc of America and Banc of America Mortgage Securities stated that:

(a)     "Bank of America will consider a mortgage loan to be originated in accordance with a given set of guidelines if, based on an overall qualitative evaluation, the loan is in substantial compliance with such underwriting guidelines. Even if one or more specific criteria included in such underwriting guidelines were not satisfied, if other factors compensated for the standards that were not satisfied, the mortgage loan may be considered to be in substantial compliance with the underwriting guidelines." BOAA 2005-12 Pros.24.

(b)     "These underwriting standards applied by Bank of America in originating or acquiring mortgage loans are intended to evaluate the applicants' repayment ability, credit standing and assets available for down payment, closing costs and cash reserves. Additionally, guidelines are established regarding the adequacy of the property as collateral for the loan requested." BOAA 2005-12 Pros. 24.

**Item 117.     Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-4 and S-123 to S-124 of the prospectus supplement, Banc of America and Banc of America Mortgage Securities made statements about the ratings assigned to the certificates issued in this securitization. Banc of America and Banc of America Mortgage Securities stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Fitch Ratings. These were the highest ratings available from these two rating agencies.

Banc of America and Banc of America Mortgage Securities also stated: " At their issuance, each class of Offered Certificates is required to receive from Moody's Investors

-11-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Service, Inc. (Moody's) and Fitch Ratings ("Fitch") at least the rating set forth in . . . this

2   Prospectus Supplement." BOAA 2005-12 Pros. Sup. S-123.

3   Item 120.     Summary of loans about which the Defendants made untrue or misleading
4                 statements:

5       (a)   Number of loans whose LTVs were materially understated: 683
6
7       (b)   Number of loans in which the owner's equity was reduced by 5% or more by
              undisclosed additional liens: 84

8       (c)   Number of loans in which the properties were stated to be owner-occupied
9             but were not: 301

10      (d)   Eliminating duplicates, number of loans about which the Defendants made
              untrue or misleading statements: 966
11
12      (e)   Eliminating duplicates, percent of loans about which the Defendants made
              untrue or misleading statements: 27.8%

-12-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



1

## SCHEDULE 65 TO THE AMENDED COMPLAINT

2

To the extent that this Schedule is incorporated by reference into allegations in the

3

complaint, those allegations are made against Defendants Banc of America and Banc of America

4

Mortgage Securities.

5

**Item 44.       Details of trust and certificate(s).**

6

7       **(a)       Dealer that sold the certificate(s) to the Bank:** Banc of America.

8       **(b)       Description of the trust:** Banc of America Alternative Loan Trust, Mortgage

9 Pass-Through Certificates, Series 2005-11 was a securitization in November 2005 of 2,411

10 mortgage loans, in four groups. Bank of America, N.A. originated or acquired the mortgage loans

11 in the collateral pool of this securitization. BOAA 2005-11 Pros. Sup. S-8 and S-26.

12       **(c)       Description of the certificate(s) that the Bank purchased:** Banc of America

13 offered and sold to the Bank a senior certificate in this securitization, in tranche 1-CB-1, for

14 which the Bank paid $97,727,000 plus accrued interest on November 30, 2005.

15

16       **(d)       Ratings of the certificate(s) when the Bank purchased them:** Moody's •   Aaa;

17 Fitch •   AAA.

18       **(e)       Current ratings of the certificate(s):** Moody's •   B3; Fitch •   A.

19       **(f)       URL of prospectus supplement for this securitization:**

20 http://www.sec.gov/Archives/edgar/data/1207409/000119312505233287/d424b5.htm

21

22 **Item 52.       Untrue or misleading statements about the LTVs of the mortgage loans:**

23       In the prospectus supplement, Banc of America and Banc of America Mortgage Securities

24 made the following statements about the LTVs of the mortgage loans in the collateral pool of this

25 securitization.

26       (a)       The original LTVs of the mortgage loans in Group 1 ranged from 10.03% to

27 103%, with a weighted average of 72.68%. BOAA 2005-11 Pros. Sup. S-8 and S-29.

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

(b)     The original LTVs of the mortgage loans in Group 2 ranged from 9.78% to 95%, with a weighted average of 70.61%. BOAA 2005-11 Pros. Sup. S-9 and S-34.

(c)     The original LTVs of the mortgage loans in Group 3 ranged from 18.45% to 103%, with a weighted average of 77.16%. BOAA 2005-11 Pros. Sup. S-9 and S-39.

(d)     The original LTVs of the mortgage loans in Group 4 ranged from 22.22% to 95%, with a weighted average of 70.91%. BOAA 2005-11 Pros. Sup. S-10 and S-44.

(e)     The original LTVs of all of the loans in the collateral pool ranged from 9.78% to 103%, with a weighted average of 72.37%. BOAA 2005-11 Pros. Sup. S-10 and S-49.

(f)     "As of the Cut-off Date, no Mortgage Loan will have a Loan-to-Value Ratio of more than 103.00%." BOAA 2005-11 Pros. Sup. S-28.

(g)     The original LTVs of the discount mortgage loans in Group 1 ranged from 10.53% to 100%, with a weighted average of 73.34%. BOAA 2005-11 Pros. Sup. S-29.

(h)     The original LTVs of the premium mortgage loans in Group 1 ranged from 10.03% to 100%, with a weighted average of 72.47%. BOAA 2005-11 Pros. Sup. S-29.

(i)     In the section of the prospectus supplement entitled "The Mortgage Pool," Banc of America and Banc of America Mortgage Securities presented tables of statistics about the mortgage loans in the collateral pool. BOAA 2005-11 Pros. Sup. S-29 to S-54. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data about the loans in each category. One of the tables, entitled "Original Loan-to-Value Ratios," divided the loans in Group 1 into 19 categories of original LTV (for example, 10.01% to 15%, 15.01% to 20%, 20.01% to 25%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance

-2-

COODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



1  outstanding, and the percent of aggregate principal balance outstanding in each of these

2  categories. BOAA 2005-11 Pros. Sup. S-32.

3      (j)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

4
   of the Group 1 Mortgage Loans is expected to be approximately 72.68%." BOAA 2005-11 Pros.
5
   Sup. S-32.
6

7      (k)    The original LTVs of the discount mortgage loans in Group 2 ranged from 28.89%

8  to 95%, with a weighted average of 67.18%. BOAA 2005-11 Pros. Sup. S-34.

9      (l)    The original LTVs of the premium mortgage loans in Group 2 ranged from 9.78%

10  to 90%, with a weighted average of 71.82%. BOAA 2005-11 Pros. Sup. S-34.

11      (m)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

12  Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

13  the mortgage loans in Group 2 into 18 categories of original LTV (for example, 5.01% to 10%,

14  10.01% to 15%, 15.01% to 20%, etc.). The table made untrue and misleading statements about

15  the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

16  aggregate principal balance outstanding in each of these categories. BOAA 2005-11 Pros. Sup. S-

17  37.

18

19      (n)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

20  of the Group 2 Mortgage Loans is expected to be approximately 70.61%." BOAA 2005-11 Pros.
21
   Sup. S-37.
22

23      (o)    The original LTVs of the discount mortgage loans in Group 3 ranged from 31.45%

24  to 103%, with a weighted average of 78.24%. BOAA 2005-11 Pros. Sup. S-39.

25      (p)    The original LTVs of the premium mortgage loans in Group 3 ranged from

26  18.45% to 103%, with a weighted average of 76.01%. BOAA 2005-11 Pros. Sup. S-39.

27

28

-3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



(q)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 3 into 17 categories of original LTV (for example, 15.01% to 20%, 25.01% to 30%, 30.01% to 35%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-11 Pros. Sup. S-42.

(r)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 3 Mortgage Loans is expected to be approximately 77.16%." BOAA 2005-11 Pros. Sup. S-42.

(s)     The original LTVs of the discount mortgage loans in Group 4 ranged from 22.22% to 81.12%, with a weighted average of 71.72%. BOAA 2005-11 Pros. Sup. S-44.

(t)     The original LTVs of the premium mortgage loans in Group 4 ranged from 34.89% to 95%, with a weighted average of 70.12%. BOAA 2005-11 Pros. Sup. S-44.

(u)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 4 into 14 categories of original LTV (for example, 20.01% to 25%, 30.01% to 35%, 35.01% to 40%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-11 Pros. Sup. S-47.

(v)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 4 Mortgage Loans is expected to be approximately 70.91%." BOAA 2005-11 Pros. Sup. S-47.

-4-

1    (w)    The original LTVs of the discount mortgage loans of all of the loans in the

2    collateral pool ranged from 10.53% to 103%, with a weighted average of 72.71%. BOAA 2005-

3    11 Pros. Sup. S-49.

4

5    (x)    The original LTVs of the premium mortgage loans of all of the loans in the

6    collateral pool ranged from 9.78% to 103%, with a weighted average of 72.2%. BOAA 2005-11

7    Pros. Sup. S-49.

8    (y)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

9    Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided all

10   of the mortgage loans in the collateral pool into 20 categories of original LTV (for example,

11   5.01% to 10%, 10.01% to 15%, 15.01% to 20%, etc.). The table made untrue and misleading

12   statements about the number of mortgage loans, the aggregate principal balance outstanding, and

13   the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-

14   

15   11 Pros. Sup. S-53.

16   (z)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

17   of the Mortgage Loans is expected to be approximately 72.37%." BOAA 2005-11 Pros. Sup. S-

18   53.

19

20

21

22

23

24

25

26

27

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

 

1  **Item 62.      Details of the results of the AVM analysis:**

| Number of loans | 2,411 |
|---|---|
| Number of properties on which there was enough information for the model to determine a true market value | 1,067 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 502 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $32,478,499 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 262 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $17,287,226 |
| Number of loans with LTVs over 100%, as stated by Defendants | 12 |
| Number of loans with LTVs over 100%, as determined by the model | 106 |
| Weighted-average LTV, as stated by Defendants | 72.4% |
| Weighted-average LTV, as determined by the model | 82.3% |

**Item 71.      Undisclosed additional liens:**

    **(a)**      **Minimum number of properties with additional liens: 616**

    **(b)**      **Total reduction in equity from additional liens: $31,005,355**

    **(c)**      **Weighted-average reduction in equity from additional liens: 81.0%**

**Item 88.      Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Banc of America and Banc of America Mortgage Securities made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

    (a)      In "The Mortgage Pool" section of the prospectus supplement, described in Item 52, Banc of America and Banc of America Mortgage Securities presented a table entitled "Occupancy of Mortgaged Properties." This table divided the mortgage loans in Group 1 into the categories "Primary Residence," "Investor Property," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



1   balance outstanding, and the percent of aggregate principal balance outstanding in each of these

2   categories. BOAA 2005-11 Pros. Sup. S-30.

3       (b)     In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

4   America Mortgage Securities stated that 52.74% of the mortgage loans in Group 1 were secured

5
    by a "Primary Residence," 44.52% by an "Investor Property," and 2.74% by a "Second Home."
6

7   BOAA 2005-11 Pros. Sup. S-30.

8       (c)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

9   Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

10  divided the mortgage loans in Group 2 into the categories "Investor Property" and "Second

11  Home." The table made untrue and misleading statements about the number of mortgage loans,

12  the aggregate principal balance outstanding, and the percent of aggregate principal balance

13
    outstanding in each of these categories. BOAA 2005-11 Pros. Sup. S-35.
14

15      (d)     In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

16  America Mortgage Securities stated that 94.17% of the mortgage loans in Group 2 by an

17  "Investor Property" and 5.83% by a "Second Home." BOAA 2005-11 Pros. Sup. S-35.

18      (e)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

19
    Securities presented another table entitled "Occupancy of Mortgaged Properties." This table
20

21  stated that 100% of the mortgage loans in Group 3 were secured by a "Primary Residence."

22  BOAA 2005-11 Pros. Sup. S-40.

23      (f)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

24  Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

25  divided the mortgage loans in Group 4 into the categories "Primary Residence," "Investor

26  Property," and "Second Home." The table made untrue and misleading statements about the

27
    number of mortgage loans, the aggregate principal balance outstanding, and the percent of
28

-7-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



1  aggregate principal balance outstanding in each of these categories. BOAA 2005-11 Pros. Sup. S-

2  45.

3      (g)     In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

4  America Mortgage Securities stated that 82.2% of the mortgage loans in Group 4 were secured by

5

6  a "Primary Residence," 9.4% by an "Investor Property," and 8.4% by a "Second Home." BOAA

7  2005-11 Pros. Sup. S-45.

8      (h)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

9  Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

10 divided all of the mortgage loans in the collateral pool into the categories "Primary Residence,"

11 "Investor Property," and "Second Home." The table made untrue and misleading statements

12 about the number of mortgage loans, the aggregate principal balance outstanding, and the percent

13 of aggregate principal balance outstanding in each of these categories. BOAA 2005-11 Pros. Sup.

14

15 S-50.

16     (i)     In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

17 America Mortgage Securities stated that 55.01% of the mortgage loans in the collateral pool were

18 secured by a "Primary Residence," 40.55% by an "Investor Property," and 4.43% by a "Second

19 Home." BOAA 2005-11 Pros. Sup. S-50.

20

21 **Item 96.     Details of properties that were stated to be owner-occupied, but were not:**

22     **(a)     Number of loans on which the owner of the property instructed tax
             authorities to send property tax bills to him or her at a different address: 117**

23     **(b)     Number of loans on which the owner of the property could have, but did not,
             designate the property as his or her homestead: 156**

24

25     **(c)     Number of loans on which the owner of the property owned three or more
             properties: 8**

26

27     **(d)     Eliminating duplicates, number of loans about which one or more of
             statements (a) through (c) is true: 242**

28

-8-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



**Item 99. Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages 24 through 28 of the prospectus, Banc of America and Banc of America Mortgage Securities made statements about the underwriting guidelines of Bank of America, N.A. All of those statements are incorporated herein by reference. In particular, Banc of America and Banc of America Mortgage Securities stated that:

(a) "Bank of America will consider a mortgage loan to be originated in accordance with a given set of guidelines if, based on an overall qualitative evaluation, the loan is in substantial compliance with such underwriting guidelines. Even if one or more specific criteria included in such underwriting guidelines were not satisfied, if other factors compensated for the standards that were not satisfied, the mortgage loan may be considered to be in substantial compliance with the underwriting guidelines." BOAA 2005-11 Pros. 24.

(b) "These underwriting standards applied by Bank of America in originating or acquiring mortgage loans are intended to evaluate the applicants' repayment ability, credit standing and assets available for downpayment, closing costs and cash reserves. Additionally, guidelines are established regarding the adequacy of the property as collateral for the loan requested." BOAA 2005-11 Pros. 24.

**Item 117. Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-4 and S-120 of the prospectus supplement, Banc of America and Banc of America Mortgage Securities made statements about the ratings assigned to the certificates issued in this securitization. Banc of America and Banc of America Mortgage Securities stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Fitch Ratings. These were the highest ratings available from these two rating agencies.

Banc of America and Banc of America Mortgage Securities also stated: "At their issuance, each class of Offered Certificates is required to receive from Moody's Investors

-9-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Service, Inc. (Moody's) and Fitch Ratings ("Fitch") at least the rating set forth in . . . this

2    Prospectus Supplement." BOAA 2005-11 Pros. Sup. 120.

3    Item 120.    **Summary of loans about which the Defendants made untrue or misleading**
4                 **statements:**

5         (a)    **Number of loans whose LTVs were materially understated: 502**
6
7         (b)    **Number of loans in which the owner's equity was reduced by 5% or more by**
                 **undisclosed additional liens: 616**

8         (c)    **Number of loans in which the properties were stated to be owner-occupied**
9                **but were not: 242**

10        (d)    **Eliminating duplicates, number of loans about which the Defendants made**
                 **untrue or misleading statements: 1,038**
11
12        (e)    **Eliminating duplicates, percent of loans about which the Defendants made**
                 **untrue or misleading statements: 43.1%**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# SCHEDULE 66 TO THE AMENDED COMPLAINT

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendants Banc of America and Banc of America Mortgage Securities.

**Item 44.**    **Details of trust and certificate(s).**

(a)    **Dealer that sold the certificate(s) to the Bank:** Banc of America.

(b)    **Description of the trust:** Banc of America Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2005-10 was a securitization in October 2005 of 3,053 mortgage loans, in six groups. The mortgage loans in the collateral pool of this securitization were originated or acquired by Bank of America, N.A. BOAA 2005-10 Pros. Sup. S-8 and S-27.

(c)    **Description of the certificate(s) that the Bank purchased:** Banc of America offered and sold to the Bank a senior certificate in this securitization, in tranche 1-CB-1, for which the Bank paid $75,210,000 plus accrued interest on October 31, 2005.

(d)    **Ratings of the certificate(s) when the Bank purchased them:** Moody's • Aaa; Fitch • AAA.

(e)    **Current ratings of the certificate(s):** Moody's • B2; Fitch • A.

(f)    **URL of prospectus supplement for this securitization:**
http://www.sec.gov/Archives/edgar/data/1207409/000119312505209485/d424b5.htm

**Item 52.**    **Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplement, Banc of America and Banc of America Mortgage Securities made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

(a)    The original LTVs of the mortgage loans in Group 1 ranged from 8.6% to 103%, with a weighted average of 73.34%. BOAA 2005-10 Pros. Sup. S-8 and S-30.

---

(b)     The original LTVs of the mortgage loans in Group 2 ranged from 11.06% to 95%, with a weighted average of 71.41%. BOAA 2005-10 Pros. Sup. S-9 and S-35.

(c)     The original LTVs of the mortgage loans in Group 3 ranged from 17.86% to 103%, with a weighted average of 78.72%. BOAA 2005-10 Pros. Sup. S-9 and S-40.

(d)     The original LTVs of the mortgage loans in Group 4 ranged from 28.17% to 95%, with a weighted average of 69.51%. BOAA 2005-10 Pros. Sup. S-10 and S-45.

(e)     The original LTVs of the mortgage loans in Group 5 ranged from 6.02% to 95%, with a weighted average of 59.61%. BOAA 2005-10 Pros. Sup. S-10 and S-50.

(f)     The original LTVs of the mortgage loans in Group 6 ranged from 7.28% to 95%, with a weighted average of 58.52%. BOAA 2005-10 Pros. Sup. S-11 and S-55.

(g)     The original LTVs of all of the mortgage loans in the collateral pool ranged from 6.02% to 103%, with a weighted average of 71.21%. BOAA 2005-10 Pros. Sup. S-11 and S-60.

(h)     "As of the Cut-off Date, no Mortgage Loan will have a Loan-to-Value Ratio of more than 103.00%. BOAA 2005-10 Pros. Sup. S-28."

(i)     The original LTVs of the discount mortgage loans in Group 1 ranged from 8.6% to 100%, with a weighted average of 72.69%. BOAA 2005-10 Pros. Sup. S-30.

(j)     The original LTVs of the premium mortgage loans in Group 1 ranged from 11.76% to 103%, with a weighted average of 73.59%. BOAA 2005-10 Pros. Sup. S-30.

(k)     In the section of the prospectus supplement entitled "The Mortgage Pool," Banc of America and Banc of America Mortgage Securities presented tables of statistics about the mortgage loans in the collateral pool. BOAA 2005-10 Pros. Sup. S-30 to S-66. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-

1  then presented various data about the loans in each category. One of the tables, entitled "Original

2  Loan-to-Value Ratios," divided the loans in Group 1 into 20 categories of original LTV (for

3  example, 5.01% to 10%, 10.01% to 15%, 15.01% to 20%, etc.). The table made untrue and

4  misleading statements about the number of mortgage loans, the aggregate principal balance

5  outstanding, and the percent of aggregate principal balance outstanding in each of these

6  categories. BOAA 2005-10 Pros. Sup. S-33.

7

8      (l)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

9  of the Group 1 Mortgage Loans is expected to be approximately 73.34%." BOAA 2005-10 Pros.

10  Sup. S-33.

11     (m)     The original LTVs of the discount mortgage loans in Group 2 ranged from 11.06%

12  to 90%, with a weighted average of 68.78%. BOAA 2005-10 Pros. Sup. S-35.

13     (n)     The original LTVs of the premium mortgage loans in Group 2 ranged from

14

15  13.41% to 95%, with a weighted average of 72.58%. BOAA 2005-10 Pros. Sup. S-35.

16     (o)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

17  Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

18  the mortgage loans in Group 2 into 17 categories of original LTV (for example, 10.01% to 15%,

19  15.01% to 20%, 20.01% to 25%, etc.). The table made untrue and misleading statements about

20  the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

21

22  aggregate principal balance outstanding in each of these categories. BOAA 2005-10 Pros. Sup. S-

23  38.

24     (p)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

25  of the Group 2 Mortgage Loans is expected to be approximately 71.41%." BOAA 2005-10 Pros.

26  Sup. S-38.

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  (q)  The original LTVs of the discount mortgage loans in Group 3 ranged from 26.47%

2 to 103%, with a weighted average of 79.24%. BOAA 2005-10 Pros. Sup. S-40.

3  (r)  The original LTVs of the premium mortgage loans in Group 3 ranged from

4

5 17.86% to 103%, with a weighted average of 78.23%. BOAA 2005-10 Pros. Sup. S-40.

6  (s)  In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

7 Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

8 the mortgage loans in Group 3 into 15 categories of original LTV (for example, 15.01% to 20%,

9 25.01% to 30%, 35.01% to 40%, etc.). The table made untrue and misleading statements about

10 the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

11 aggregate principal balance outstanding in each of these categories. BOAA 2005-10 Pros. Sup. S-

12 43.

13

14  (t)  "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

15 of the Group 3 Mortgage Loans is expected to be approximately 78.72%." BOAA 2005-10 Pros.

16 Sup. S-43.

17  (u)  The original LTVs of the discount mortgage loans in Group 4 ranged from 28.17%

18 to 85%, with a weighted average of 68.7%. BOAA 2005-10 Pros. Sup. S-45.

19  (v)  The original LTVs of the premium mortgage loans in Group 4 ranged from

20

21 46.46% to 95%, with a weighted average of 70.89%. BOAA 2005-10 Pros. Sup. S-45.

22  (w)  In "The Mortgage Pool" section of the prospectus supplement, Banc of America

23 and Banc of America Mortgage Securities presented another table entitled "Original Loan-to-

24 Value Ratios." This table divided the mortgage loans in Group 4 into 12 categories of original

25 LTV (for example, 25.01% to 30%, 30.01% to 35%, 40.01% to 45%, etc.). The table made untrue

26 and misleading statements about the number of mortgage loans, the aggregate principal balance

27

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-4-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   outstanding, and the percent of aggregate principal balance outstanding in each of these

2   categories. BOAA 2005-10 Pros. Sup. S-48.

3       (x)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

4
    of the Group 4 Mortgage Loans is expected to be approximately 69.51%." BOAA 2005-10 Pros.
5
    Sup. S-48.
6

7       (y)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

8   Securities presented another table entitled "Original Loan-to-Value Ratios. " This table divided

9   the mortgage loans in Group 5 into 18 categories of original LTV (for example, 5.01% to 10%,

10  10.01% to 15%, 15.01% to 20%, etc.). The table made untrue and misleading statements about

11  the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

12
    aggregate principal balance outstanding in each of these categories. BOAA 2005-10 Pros. Sup. S-
13
14  53.

15      (z)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

16  of the Group 5 Mortgage Loans is expected to be approximately 59.61%." BOAA 2005-10 Pros.

17  Sup. S-53.

18      (aa)   The original LTVs of the discount mortgage loans in Group 6 ranged from 9.55%
19
    to 95%, with a weighted average of 57.75%. BOAA 2005-10 Pros. Sup. S-55.
20

21      (bb)   The original LTVs of the premium mortgage loans in Group 6 ranged from 7.28%

22  to 90%, with a weighted average of 59.08%. BOAA 2005-10 Pros. Sup. S-55.

23      (cc)   In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

24  Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

25  the mortgage loans in Group 6 into 18 categories of original LTV (for example, 5.01% to 10%,

26  10.01% to 15%, 15.01% to 20%, etc.). The table made untrue and misleading statements about

27  the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

28

-5-

1  aggregate principal balance outstanding in each of these categories. BOAA 2005-10 Pros. Sup. S-

2  58.

3      (dd)  "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

4  of the Group 6 Mortgage Loans is expected to be approximately 58.52%." BOAA 2005-10 Pros.

5  Sup. S-58.

6

7      (ee)  The original LTVs of the discount mortgage loans in the collateral pool ranged

8  from 6.02% to 103%, with a weighted average of 69.17%. BOAA 2005-10 Pros. Sup. S-60.

9      (ff)  The original LTVs of the premium mortgage loans in the collateral pool ranged

10  from 7.28% to 103%, with a weighted average of 72.58%. BOAA 2005-10 Pros. Sup. S-60.

11      (gg)  In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

12  Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided all

13  of the mortgage loans in the collateral pool into 20 categories of original LTV (for example,

14  5.01% to 10%, 10.01% to 15%, 15.01% to 20%, etc.). The table made untrue and misleading

15  statements about the number of mortgage loans, the aggregate principal balance outstanding, and

16  the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-

17  10 Pros. Sup. S-64.

18      (hh)  "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

19  of the Mortgage Loans is expected to be approximately 71.21%." BOAA 2005-10 Pros. Sup. S-

20  64.

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-6-



**Item 62.**     Details of the results of the AVM analysis:

| | |
|---|---:|
| Number of loans | 3,053 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,295 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 565 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $29,747,699 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 415 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $27,059,907 |
| Number of loans with LTVs over 100%, as stated by Defendants | 14 |
| Number of loans with LTVs over 100%, as determined by the model | 103 |
| Weighted-average LTV, as stated by Defendants | 71.2% |
| Weighted-average LTV, as determined by the model | 78.8% |

**Item 71.**     Undisclosed additional liens:

    **(a)**     Minimum number of properties with additional liens: 92

    **(b)**     Total reduction in equity from additional liens: $6,734,144

    **(c)**     Weighted-average reduction in equity from additional liens: 75.0%

**Item 88.**     Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:

In the prospectus supplement, Banc of America and Banc of America Mortgage Securities made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

    (a)     In "The Mortgage Pool" section of the prospectus supplement, described in Item 52, Banc of America and Banc of America Mortgage Securities presented a table entitled "Occupancy of Mortgaged Properties." This table divided the mortgage loans in Group 1 into the categories "Primary Residence," "Investor Property," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal

-7-

1  balance outstanding, and the percent of aggregate principal balance outstanding in each of these

2  categories. BOAA 2005-10 Pros. Sup. S-31.

3      (b)      In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

4  America Mortgage Securities stated that 56.85% of the loans in Group 1 were secured by a

5

6  "Primary Residence," 41.95% by an "Investor Property," and 1.2% by a "Second Home." BOAA

7  2005-10 Pros. Sup. S-31.

8      (c)      In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

9  Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

10  divided the mortgage loans in Group 2 into the categories "Investor Property" and "Second

11  Home." The table made untrue and misleading statements about the number of mortgage loans,

12  the aggregate principal balance outstanding, and the percent of aggregate principal balance

13

14  outstanding in each of these categories. BOAA 2005-10 Pros. Sup. S-36.

15      (d)      In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

16  America Mortgage Securities stated that 95.11% of the mortgage loans in Group 2 were secured

17  by an "Investor Property" and 4.89% by a "Second Home." BOAA 2005-10 Pros. Sup. S-36.

18      (e)      In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

19  Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

20

21  stated that 100% of the mortgage loans in Group 3 were secured by a "Primary Residence."

22  BOAA 2005-10 Pros. Sup. S-41.

23      (f)      In the "The Mortgage Pool" section, Banc of America and Banc of America

24  Mortgage Securities presented another table entitled "Occupancy of Mortgaged Properties." This

25  table divided the mortgage loans in Group 4 into the categories "Primary Residence," "Investor

26  Property," and "Second Home." The table made untrue and misleading statements about the

27  number of mortgage loans, the aggregate principal balance outstanding, and the percent of

28

-8-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   aggregate principal balance outstanding in each of these categories. BOAA 2005-10 Pros. Sup. S-

2   46.

3        (g)     In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

4
5   America Mortgage Securities stated that 75.49% of the mortgage loans in Group 4 were secured

6   by a "Primary Residence," 6.76% by an "Investor Property," and 17.75% by a "Second Home."

7   BOAA 2005-10 Pros. Sup. S-46.

8        (h)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

9   Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

10   divided the mortgage loans in Group 5 into the categories "Primary Residence," "Investor

11   Property," and "Second Home." The table made untrue and misleading statements about the

12   number of mortgage loans, the aggregate principal balance outstanding, and the percent of

13
14   aggregate principal balance outstanding in each of these categories. BOAA 2005-10 Pros. Sup. S-

15   51.

16        (i)     In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

17   America Mortgage Securities stated that 56.69% of the mortgage loans in Group 5 were secured

18   by a "Primary Residence," 41.37% by an "Investor Property," and 1.95% by a "Second Home."

19   BOAA 2005-10 Pros. Sup. S-51.

20
21        (j)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

22   Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

23   divided the mortgage loans in Group 6 into the categories "Primary Residence," "Investor

24   Property," and "Second Home." The table made untrue and misleading statements about the

25   number of mortgage loans, the aggregate principal balance outstanding, and the percent of

26   aggregate principal balance outstanding in each of these categories. BOAA 2005-10 Pros. Sup. S-

27   56.

28

-9-

1   (k)   In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

2   America Mortgage Securities stated that 27.79% of the mortgage loans in Group 6 were secured

3   by a "Primary Residence," 70.70% by an "Investor Property," and 1.51% by a "Second Home."

4   BOAA 2005-10 Pros. Sup. S-56.

5

6   (l)   In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

7   Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

8   divided all of the mortgage loans in the collateral group into the categories "Primary Residence,"

9   "Investor Property," and "Second Home." The table made untrue and misleading statements

10  about the number of mortgage loans, the aggregate principal balance outstanding, and the percent

11  of aggregate principal balance outstanding in each of these categories. BOAA 2005-10 Pros. Sup.

12  S-61.

13

14  (m)   In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

15  America Mortgage Securities stated that 51.14% of the mortgage loans in the collateral pool were

16  secured by a "Primary Residence," 44.84% by an "Investor Property," and 4.02% by a "Second

17  Home." BOAA 2005-10 Pros. Sup. S-61.

18  **Item 96.**   **Details of properties that were stated to be owner-occupied, but were not:**

19      **(a)**   **Number of loans on which the owner of the property instructed tax**
20              **authorities to send property tax bills to him or her at a different address: 123**

21      **(b)**   **Number of loans on which the owner of the property could have, but did not,**
              **designate the property as his or her homestead: 161**
22

23      **(c)**   **Number of loans on which the owner of the property owned three or more**
              **properties: 6**
24
        **(d)**   **Eliminating duplicates, number of loans about which one or more of**
25              **statements (a) through (c) is true: 243**

26

27

28
                                        -10-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



**Item 99.      Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages 24 through 28 of the prospectus, Banc of America and Banc of America Mortgage Securities made statements about the underwriting guidelines of Bank of America, N.A. All of those statements are incorporated herein by reference. In particular, Banc of America and Banc of America Mortgage Securities stated that:

(a)      "Bank of America will consider a mortgage loan to be originated in accordance with a given set of guidelines if, based on an overall qualitative evaluation, the loan is in substantial compliance with such underwriting guidelines. Even if one or more specific criteria included in such underwriting guidelines were not satisfied, if other factors compensated for the standards that were not satisfied, the mortgage loan may be considered to be in substantial compliance with the underwriting guidelines." BOAA 2005-10 Pros. 24.

(b)      "These underwriting standards applied by Bank of America in originating or acquiring mortgage loans are intended to evaluate the applicants' repayment ability, credit standing and assets available for downpayment, closing costs and cash reserves. Additionally, guidelines are established regarding the adequacy of the property as collateral for the loan requested." BOAA 2005-10 Pros. 24.

**Item 117.      Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-4 and S-134 to S-135 of the prospectus supplement, Banc of America and Banc of America Mortgage Securities made statements about the ratings assigned to the certificate issued in this securitization. Banc of America and Banc of America Mortgage Securities stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Fitch Ratings. These were the highest ratings available from these two rating agencies.

Banc of America and Banc of America Mortgage Securities also stated: "At their issuance, each class of Offered Certificates is required to receive from Moody's Investors

-11-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Service, Inc. (Moody's) and Fitch Ratings ("Fitch") at least the rating set forth in . . . this

2   Prospectus Supplement." BOAA 2005-10 Pros. Sup. S-134.

3   **Item 120.**     **Summary of loans about which the Defendants made untrue or misleading**
4                      **statements:**

5
6   (a)     Number of loans whose LTVs were materially understated: 565

7   (b)     Number of loans in which the owner's equity was reduced by 5% or more by
            undisclosed additional liens: 92

8   (c)     Number of loans in which the properties were stated to be owner-occupied
9           but were not: 243

10  (d)     Eliminating duplicates, number of loans about which the Defendants made
            untrue or misleading statements: 805
11
12  (e)     Eliminating duplicates, percent of loans about which the Defendants made
            untrue or misleading statements: 26.4%

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          -12-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



**SCHEDULE 67 TO THE AMENDED COMPLAINT**

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendants Banc of America and Banc of America Mortgage Securities.

**Item 44.     Details of trust and certificate(s).**

(a)     **Dealer that sold the certificate(s) to the Bank:** Banc of America.

(b)     **Description of the trust:** Banc of America Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2005-9 was a securitization in September 2005 of 2,566 mortgage loans, in five groups. The mortgage loans in the collateral pool of this securitization were originated or acquired by Bank of America, N.A. BOAA 2005-9 Pros. Sup. S-8 and S-26.

(c)     **Description of the certificate(s) that the Bank purchased:** Banc of America offered and sold to the Bank a senior certificate in this securitization, in tranche 1-CB-1, for which the Bank paid $112,639,000 plus accrued interest on September 30, 2005.

(d)     **Ratings of the certificate(s) when the Bank purchased them:** Moody's • Aaa; Fitch • B2.

(e)     **Current ratings of the certificate(s):** Moody's • B2; Fitch • A.

(f)     **URL of prospectus supplement for this securitization:**

http://www.sec.gov/Archives/edgar/data/1207409/000119312505192801/d424b5.htm

**Item 52.     Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplement, Banc of America and Banc of America Mortgage Securities made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

(a)     The original LTVs of the mortgage loans in Group 1 ranged from 5.63% to 103%, with a weighted average of 72.36%. BOAA 2005-9 Pros. Sup. S-8 and S-29.

---

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

(b)     The original LTVs of the mortgage loans in Group 2 ranged from 15.11% to 90%, with a weighted average of 72.17%. BOAA 2005-9 Pros. Sup. S-9 and S-34.

(c)     The original LTVs of the mortgage loans in Group 3 ranged from 29.55% to 103%, with a weighted average of 78.06%. BOAA 2005-9 Pros. Sup. S-9 and S-39.

(d)     The original LTVs of the mortgage loans in Group 4 ranged from 25.93% to 100%, with a weighted average of 69.58%. BOAA 2005-9 Pros. Sup. S-10 and S-44.

(e)     The original LTVs of the mortgage loans in Group 5 ranged from 6.9% to 92.11%, with a weighted average of 61.98%. BOAA 2005-9 Pros. Sup. S-10 and S-49.

(f)     The original LTVs of all of the mortgage loans in the collateral pool ranged from 5.63% to 103%, with a weighted average of 71.15%. BOAA 2005-9 Pros. Sup. S-11 and S-54.

(g)     "As of the Cut-off Date, no Mortgage Loan will have a Loan-to-Value Ratio of more than 103.00%." BOAA 2005-9 Pros. Sup. S-27.

(h)     The original LTVs of the discounted mortgage loans in Group 1 ranged from 15.09% to 103%, with a weighted average of 72.15%. BOAA 2005-9 Pros. Sup. S-29.

(i)     The original LTVs of the premium mortgage loans in Group 1 ranged from 5.63% to 103%, with a weighted average of 72.49%. BOAA 2005-9 Pros. Sup. S-29.

(j)     In the section of the prospectus supplement entitled "The Mortgage Pool," Banc of America and Banc of America Mortgage Securities presented tables of statistics about the mortgage loans in the collateral pool. BOAA 2005-9 Pros. Sup. S-30 to S-58. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data about the loans in each category. One of the tables, entitled "Original Loan-to-Value Ratios," divided the loans in Group 1 into 19 categories of original LTV (for

-2-



GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

example, 5.01% to 10%, 15.01% to 20%, 20.01% to 25%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-9 Pros. Sup. S-32.

(k)　　"As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 1 Mortgage Loans is expected to be approximately 72.36%." BOAA 2005-9 Pros. Sup. S-32.

(l)　　The original LTVs of the discounted mortgage loans in Group 2 ranged from 18.46% to 90%, with a weighted average of 67.94%. BOAA 2005-9 Pros. Sup. S-34.

(m)　　The original LTVs of the premium mortgage loans in Group 2 ranged from 15.11% to 90%, with a weighted average of 73.89%. BOAA 2005-9 Pros. Sup. S-34.

(n)　　In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 2 into 15 categories of original LTV (for example, 15.01% to 20%, 20.01% to 25%, 25.01% to 30%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-9 Pros. Sup. S-37.

(o)　　"As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 2 Mortgage Loans is expected to be approximately 72.17%." BOAA 2005-9 Pros. Sup. S-37.

(p)　　The original LTVs of the discounted mortgage loans in Group 3 ranged from 29.55% to 103%, with a weighted average of 77.13%. BOAA 2005-9 Pros. Sup. S-39.

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1        (q)     The original LTVs of the premium mortgage loans in Group 3 ranged from

2    31.91% to 103%, with a weighted average of 78.98%. BOAA 2005-9 Pros. Sup. S-39.

3        (r)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

4    Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

5
6    the mortgage loans in Group 3 into 15 categories of original LTV (for example, 25.01% to 30%,

7    30.01% to 35%, 35.01% to 40%, etc.). The table made untrue and misleading statements about

8    the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

9    aggregate principal balance outstanding in each of these categories. BOAA 2005-9 Pros. Sup. S-

10   42.

11       (s)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

12   of the Group 3 Mortgage Loans is expected to be approximately 78.06%." BOAA 2005-9 Pros.

13
14   Sup. S-42.

15       (t)     The original LTVs of the discounted mortgage loans in Group 4 ranged from

16   41.44% to 89.93%, with a weighted average of 71.51%. BOAA 2005-9 Pros. Sup. S-44.

17       (u)     The original LTVs of the premium mortgage loans in Group 4 ranged from

18   25.93% to 100%, with a weighted average of 68.93%. BOAA 2005-9 Pros. Sup. S-44.

19
20       (v)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

21   Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

22   the mortgage loans in Group 4 into 13 categories of original LTV (for example, 25.01% to 30%,

23   30.01% to 35%, 35.01% to 40%, etc.). The table made untrue and misleading statements about

24   the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

25   aggregate principal balance outstanding in each of these categories. BOAA 2005-9 Pros. Sup. S-

26   47.

27

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-4-



(w) "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 4 Mortgage Loans is expected to be approximately 69.58%." BOAA 2005-9 Pros. Sup. S-47.

(x) The original LTVs of the discounted mortgage loans in Group 5 ranged from 8.71% to 92.11%, with a weighted average of 60.77%. BOAA 2005-9 Pros. Sup. S-49.

(y) The original LTVs of the premium mortgage loans in Group 5 ranged from 6.9% to 90%, with a weighted average of 64.36%. BOAA 2005-9 Pros. Sup. S-49.

(z) In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 5 into 18 categories of original LTV (for example, 5.01% to 10%, 10.01% to 15%, 15.01% to 20%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-9 Pros. Sup. S-52.

(aa) "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 5 Mortgage Loans is expected to be approximately 61.98%." BOAA 2005-9 Pros. Sup. S-52.

(bb) The original LTVs of all of the discount mortgage loans in the collateral pool ranged from 8.71% to 103%, with a weighted average of 70.38%. BOAA 2005-9 Pros. Sup. S-54.

(cc) The original LTVs of all of the premium mortgage loans in the collateral pool ranged from 5.63% to 103%, with a weighted average of 103%. BOAA 2005-9 Pros. Sup. S-54.

(dd) In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided all

-5-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

of the mortgage loans in the collateral pool into 20 categories of original LTV (for example,

5.01% to 10%, 10.01% to 15%, 15.01% to 20%, etc.). The table made untrue and misleading

statements about the number of mortgage loans, the aggregate principal balance outstanding, and

the percent of aggregate principal balance outstanding in each of these categories. BOAA 2005-9

Pros. Sup. S-57.

      (ee)   "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

of the Mortgage Loans is expected to be approximately 71.15%." BOAA 2005-9 Pros. Sup. S-57.

**Item 62.**     Details of the results of the AVM analysis:

| | |
|---|---:|
| Number of loans | 2,566 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,067 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 452 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $25,819,192 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 344 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $20,572,177 |
| Number of loans with LTVs over 100%, as stated by Defendants | 21 |
| Number of loans with LTVs over 100%, as determined by the model | 82 |
| Weighted-average LTV, as stated by Defendants | 71.1% |
| Weighted-average LTV, as determined by the model | 78.5% |

**Item 71.**     Undisclosed additional liens:

      **(a)**     **Minimum number of properties with additional liens: 60**

      **(b)**     **Total reduction in equity from additional liens: $5,507,192**

      **(c)**     **Weighted-average reduction in equity from additional liens: 66.7%**

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1

2

**Item 88.      Untrue or misleading statements about owner-occupancy of the properties
that secured the mortgage loans:**

3

4

5

In the prospectus supplement, Banc of America and Banc of America Mortgage Securities
made the following statements about the occupancy status of the properties that secured the
mortgage loans in the collateral pool of this securitization.

6

7

8

9

10

(a)      In "The Mortgage Pool" section of the prospectus supplement, described in Item
52, Banc of America and Banc of America Mortgage Securities presented a table entitled
"Occupancy of Mortgaged Properties." This table divided the mortgage loans in Group 1 into the
categories "Primary Residence," "Investor Property," and "Second Home." The table made

11

12

13

untrue and misleading statements about the number of mortgage loans, the aggregate principal
balance outstanding, and the percent of aggregate principal balance outstanding in each of these
categories. BOAA 2005-9 Pros. Sup. S-30.

14

15

16

17

18

(b)      In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of
America Mortgage Securities stated that 54.75% of the mortgage loans in Group 1 were secured
by a "Primary Residence," 43.85% by an "Investor Property," and 1.41% by a "Second Home."
BOAA 2005-9 Pros. Sup. S-30.

19

20

21

22

23

24

25

(c)      In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage
Securities presented another table entitled "Occupancy of Mortgaged Properties." This table
divided the mortgage loans in Group 2 into the categories "Investor Property" and "Second
Home." The table made untrue and misleading statements about the number of mortgage loans,
the aggregate principal balance outstanding, and the percent of aggregate principal balance
outstanding in each of these categories. BOAA 2005-9 Pros. Sup. S-35.

26

27

28

(d)      In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of
America Mortgage Securities stated that 91.44% of the mortgage loans in Group 2 were secured
by an "Investor Property" and 8.56% by a "Second Home." BOAA 2005-9 Pros. Sup. S-35.

-7-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO




1       (e)      In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

2   Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

3   stated that 100% of the mortgage loans in Group 3 were secured by a "Primary Residence."

4   BOAA 2005-9 Pros. Sup. S-40.

5

6       (f)      In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

7   Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

8   divided the mortgage loans in Group 4 into the categories "Primary Residence," "Investor

9   Property," and "Second Home." The table made untrue and misleading statements about the

10  number of mortgage loans, the aggregate principal balance outstanding, and the percent of

11  aggregate principal balance outstanding in each of these categories. BOAA 2005-9 Pros. Sup. S-

12  45.

13

14      (g)      In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

15  America Mortgage Securities stated that 90.32% of the mortgage loans in Group 4 were secured

16  by a "Primary Residence," 2.46% by an "Investor Property," and 7.22% by a "Second Home."

17  BOAA 2005-9 Pros. Sup. S-45.

18      (h)      In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

19  Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

20  divided the mortgage loans in Group 5 into the categories "Primary Residence," "Investor

21  Property," and "Second Home." The table made untrue and misleading statements about the

22  number of mortgage loans, the aggregate principal balance outstanding, and the percent of

23  aggregate principal balance outstanding in each of these categories. BOAA 2005-9 Pros. Sup. S-

24

25  50.

26      (i)      In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

27  America Mortgage Securities stated that 20.69% of the mortgage loans in Group 5 were secured

28

-8-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   by a "Primary Residence," 77.15% by an "Investor Property," and 2.16% by a "Second Home."

2   BOAA 2005-9 Pros. Sup. S-50.

3          (j)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

4   Securities presented another table entitled "Occupancy of Mortgaged Properties." This table

5   divided all of the mortgage loans in the collateral pool into the categories "Primary Residence,"

6   "Investor Property," and "Second Home." The table made untrue and misleading statements

7   about the number of mortgage loans, the aggregate principal balance outstanding, and the percent

8   of aggregate principal balance outstanding in each of these categories. BOAA 2005-9 Pros. Sup.

9   S-55.

10          (k)     In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

11   America Mortgage Securities stated that 57.87% of the mortgage loans in the collateral pool were

12   secured by a "Primary Residence," 38.45% by an "Investor Property," and 3.68% by a "Second

13   Home." BOAA 2005-9 Pros. Sup. S-55.

14   **Item 96.      Details of properties that were stated to be owner-occupied, but were not:**

15          **(a)     Number of loans on which the owner of the property instructed tax
                authorities to send property tax bills to him or her at a different address: 101**

16          **(b)     Number of loans on which the owner of the property could have, but did not,
                designate the property as his or her homestead: 142**

17          **(c)     Number of loans on which the owner of the property owned three or more
                properties: 11**

18          **(d)     Eliminating duplicates, number of loans about which one or more of
                statements (a) through (c) is true: 227**

19   **Item 99.      Untrue or misleading statements about the underwriting standards of the
                originators of the mortgage loans:**

20   On pages 24 through 28 of the prospectus, Banc of America and Banc of America

21   Mortgage Securities made statements about the underwriting guidelines of Bank of America,

-9-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

N.A. All of those statements are incorporated herein by reference. In particular, Banc of America and Banc of America Mortgage Securities stated that:

(a)     "Bank of America will consider a mortgage loan to be originated in accordance with a given set of guidelines if, based on an overall qualitative evaluation, the loan is in substantial compliance with such underwriting guidelines. Even if one or more specific criteria included in such underwriting guidelines were not satisfied, if other factors compensated for the standards that were not satisfied, the mortgage loan may be considered to be in substantial compliance with the underwriting guidelines." BOAA 2005-9 Pros. 24.

(b)     "These underwriting standards applied by Bank of America in originating or acquiring mortgage loans are intended to evaluate the applicants' repayment ability, credit standing and assets available for downpayment, closing costs and cash reserves. Additionally, guidelines are established regarding the adequacy of the property as collateral for the loan requested." BOAA 2005-9 Pros. 24.

**Item 106.      Early payment defaults:**

(a)     Number of the mortgage loans that suffered EPDs: 7

(b)     Percent of the mortgage loans that suffered EPDs: 0.3%

(c)     Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.18%

**Item 117.      Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-4 and S-123 to S-124 of the prospectus supplement, Banc of America and Banc of America Mortgage Securities made statements about the ratings assigned to the certificates issued in this securitization. Banc of America and Banc of America Mortgage Securities stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Fitch Ratings. These were the highest ratings available from these two rating agencies.

-10-

GOODIN, MacBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



1    Banc of America and Banc of America Mortgage Securities also stated: "At their

2  issuance, each class of Offered Certificates is required to receive from Moody's Investors

3  Service, Inc. (Moody's) and Fitch Ratings ("Fitch") at least the rating set forth in . . . this

4  Prospectus Supplement." BOAA 2005-9 Pros. Sup. S-123.

5

6  **Item 120.     Summary of loans about which the Defendants made untrue or misleading
           statements:**

7

8      (a)    **Number of loans whose LTVs were materially understated: 452**

9      (b)    **Number of loans in which the owner's equity was reduced by 5% or more by
              undisclosed additional liens: 60**

10

11     (c)    **Number of loans that suffered EPDs: 7**

12     (d)    **Number of loans in which the properties were stated to be owner-occupied
              but were not: 227**

13     (e)    **Eliminating duplicates, number of loans about which the Defendants made
              untrue or misleading statements: 666**

14

15     (f)    **Eliminating duplicates, percent of loans about which the Defendants made
              untrue or misleading statements: 26.0%**

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse,* 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO




1

### SCHEDULE 68 TO THE AMENDED COMPLAINT

2

To the extent that this Schedule is incorporated by reference into allegations in the

3

complaint, those allegations are made against Defendants Banc of America and Banc of America

4

Funding.

5

6

**Item 44.**      **Details of trust and certificate(s).**

7

   **(a)**      **Dealer that sold the certificate(s) to the Bank:** Banc of America.

8

   **(b)**      **Description of the trust:** Banc of America Funding Corporation, Mortgage Pass-

9

Through Certificates, Series 2005-F was a securitization in August 2005 of 2,399 mortgage loans,

10

in six groups. The mortgage loans in the collateral pool of this securitization were originated or

11

acquired by Countrywide Home Loans, Inc. and Bank of America, N.A. Countrywide Home

12

Loans, Inc. originated or acquired 100% of the loans in Group 1. Bank of America, N.A.

13

originated or acquired 16.96% of the loans in Group 2 and Countrywide Home Loans, Inc.

14

originated or acquired 83.04%. Bank of America, N.A. originated or acquired 100% of the loans

15

in Group 3. Bank of America, N.A. originated or acquired 38.79% of the loans in Group 4 and

16

Countrywide Home Loans, Inc. originated or acquired 61.21%. Bank of America, N.A. originated

17

or acquired 100% of the loans in Group 5. Bank of America, N.A. originated or acquired 100% of

18

the loans in Group 6. Bank of America, N.A. originated or acquired 49.04% of the loans in the

19

Crossed Loan Group, which consists of the loans in Groups 2 through 6, and Countrywide Home

20

Loans, Inc. originated or acquired 50.96%. BAFC 2005-F Pros. Sup. S-10 and S-36.

21

22

23

   **(c)**      **Description of the certificate(s) that the Bank purchased:** Banc of America

24

offered and sold to the Bank two senior certificates in this securitization, in tranche 4-A-1 and

25

tranche 5-A-1, for which the Bank paid $134,884,687 and $29,093,105, respectively, plus accrued

26

interest on August 30, 2005.

27

   **(d)**      **Ratings of the certificate(s) when the Bank purchased them:**

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Tranche 4-A-1: Standard & Poor's• AAA; Moody's• Aaa.

2    Tranche 5-A-1: Standard & Poor's• AAA; Moody's• Aaa.

3    **(e)    Current ratings of the certificate(s):**

4    Tranche 4-A-1: Standard & Poor's• CCC; Moody's• B1.

5    Tranche 5-A-1: Standard & Poor's• AA; Moody's• Aa2.

6

7    **(f)    URL of prospectus supplement for this securitization:**

8    http://www.sec.gov/Archives/edgar/data/934377/000095013605005511/file001.htm

9    **Item 52.    Untrue or misleading statements about the LTVs of the mortgage loans:**

10   In the prospectus supplement, Banc of America and Banc of America Funding made the

11   following statements about the LTVs of the mortgage loans in the collateral pool of this

12   securitization.

13   (a)    The original LTVs of the mortgage loans in Group 1 ranged from 18.44% to 95%,

14   with a weighted average of 75.04%. BAFC 2005-F Pros. Sup. S-11.

15   (b)    The original LTVs of the mortgage loans in Group 2 ranged from 30.4% to 95%,

16   with a weighted average of 75.55%. BAFC 2005-F Pros. Sup. S-12.

17   (c)    The original LTVs of the mortgage loans in Group 3 ranged from 11.11% to

18   93.4%, with a weighted average of 77.59%. BAFC 2005-F Pros. Sup. S-13.

19   (d)    The original LTVs of the mortgage loans in Group 4 ranged from 20% to 95%,

20   with a weighted average of 74.19%. BAFC 2005-F Pros. Sup. S-14.

21   (e)    The original LTVs of the mortgage loans in Group 5 ranged from 43.68% to 90%,

22   with a weighted average of 72.89%. BAFC 2005-F Pros. Sup. S-15.

23   (f)    The original LTVs of the mortgage loans in Group 6 ranged from 18.87% to 80%,

24   with a weighted average of 68.08%. BAFC 2005-F Pros. Sup. S-16.

25

26

27

28

-2-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    (g)    The original LTVs of the mortgage loans in the Crossed Loan Group, which

2    consists of the loans in Groups 2 through 6, ranged from 11.11% to 95% with a weighted average

3    of 74.5%. BAFC 2005-F Pros. Sup. S-17.

4    (h)    In Appendix A of the prospectus supplement ("Mortgage Loan Data"), Banc of

5    America and Banc of America Funding presented tables of statistics about the mortgage loans in

6    the collateral pool. BAFC 2005-F Pros. Sup. A-1 to A-39. Each table focused on a certain

7    characteristic of the loans (for example, current principal balance) and divided the loans into

8    categories based on that characteristic (for example, loans with current principal balances of

9    $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then

10   presented various data about the loans in each category. One of the tables, entitled "Original

11   Loan-to-Value Ratios," divided the loans in Group 1 into 12 categories of original LTV (for

12   example, 15.01% to 20%, 35.01% to 40%, 40.01% to 45%, etc.). The table made untrue and

13   misleading statements about the number of mortgage loans, the aggregate principal balance

14   outstanding, and the percent of aggregate principal balance outstanding in each of these

15   categories. BAFC 2005-F Pros. Sup. A-3.

16   (i)    "As of the Cut-Off Date, the weighted average Loan-to-Value Ratio at origination

17   of the Group 1 Mortgage Loans is expected to be approximately 75.04%." BAFC 2005-F Pros.

18   Sup. A-3.

19   (j)    In Appendix A, Banc of America and Banc of America Funding presented another

20   table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 2

21   into 13 categories of original LTV (for example, 30.01% to 35%, 35.01% to 40%, 40.01% to

22   45%, etc.). The table made untrue and misleading statements about the number of mortgage

23   loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

24   outstanding in each of these categories. BAFC 2005-F Pros. Sup. A-9.

-3-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



(k)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 2 Mortgage Loans is expected to be approximately 75.55%." BAFC 2005-F Pros. Sup. A-9.

(l)     In Appendix A, Banc of America and Banc of America Funding presented another table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 3 into 17 categories of original LTV (for example, 10.01% to 15%, 15.01% to 20%, 20.01% to 25%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BAFC 2005-F Pros. Sup. A-15.

(m)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Group 3 Mortgage Loans is expected to be approximately 77.59%." BAFC 2005-F Pros. Sup. A-15.

(n)     In Appendix A, Banc of America and Banc of America Funding presented another table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 4 into 14 categories of original LTV (for example, 15.01% to 20%, 30.01% to 35%, 35.01% to 40%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BAFC 2005-F Pros. Sup. A-20.

(o)     "As of the Cut-Off Date, the weighted average Loan-to-Value Ratio at origination of the Group 4 Mortgage Loans is expected to be approximately 74.19%." BAFC 2005-F Pros. Sup. A-20.

(p)     In Appendix A, Banc of America and Banc of America Funding presented another table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 5 into eight categories of original LTV (for example, 40.01% to 45%, 50.01% to 55%, 55.01% to

-4-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   60%, etc.). The table made untrue and misleading statements about the number of mortgage

2   loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

3   outstanding in each of these categories. BAFC 2005-F Pros. Sup. A-26.

4       (q)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

5   of the Group 5 Mortgage Loans is expected to be approximately 72.89%." BAFC 2005-F Pros.

6   Sup. A-26.

7

8       (r)     In Appendix A, Banc of America and Banc of America Funding presented another

9   table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in Group 6

10  into 12 categories of original LTV (for example, 15.01% to 20%, 20.01% to 25%, 30.01% to

11  35%, etc.). The table made untrue and misleading statements about the number of mortgage

12  loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance

13  outstanding in each of these categories. BAFC 2005-F Pros. Sup. A-31.

14

15      (s)     "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

16  of the Group 6 Mortgage Loans is expected to be approximately 68.08%." BAFC 2005-F Pros.

17  Sup. A-31.

18      (t)     In Appendix A, Banc of America and Banc of America Funding presented another

19  table entitled "Original Loan-to-Value Ratios." This table divided the mortgage loans in the

20  Crossed Loan Group, which consists of the loans in Groups 2 through 6, into 17 categories of

21  original LTV (for example, 10.01% to 15%, 15.01% to 20%, 20.01% to 25%, etc.). The table

22  made untrue and misleading statements about the number of mortgage loans, the aggregate

23

24  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

25  of these categories. BAFC 2005-F Pros. Sup. A-36.

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

 

(u) "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination of the Crossed Loan Group Mortgage Loans is expected to be approximately 74.50%." BAFC 2005-F Pros. Sup. A-36.

**Item 62.    Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 2,399 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,644 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 830 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $91,544,257 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 238 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $22,080,838 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 163 |
| Weighted-average LTV, as stated by Defendants (group 4) | 74.2% |
| Weighted-average LTV, as determined by the model (group 4) | 86.6% |
| Weighted-average LTV, as stated by Defendants (group 5) | 72.9% |
| Weighted-average LTV, as determined by the model (group 5) | 82.9% |

**Item 71.    Undisclosed additional liens:**

(a)    Minimum number of properties with additional liens: 1,211

(b)    Total reduction in equity from additional liens: $105,879,981

(c)    Weighted-average reduction in equity from additional liens: 71.3%

**Item 82.    Untrue or misleading statements about compliance with USPAP:**

In the prospectus supplement, Banc of America and Banc of America Funding made the following statement about the appraisals of the properties that secured the mortgage loans originated by Countrywide Home Loans, Inc.: "All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in effect." BAFC 2005-F Pros. Sup. S-41.

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Item 88.** **Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

1. In the prospectus supplement, Banc of America and Banc of America Funding made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

(v) In Appendix A, described in Item 52, Banc of America and Banc of America Funding presented a table entitled "Occupancy of Mortgaged Properties." This table divided the mortgage loans in Group 1 into the categories "Primary Residence," "Investor Property," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BAFC 2005-F Pros. Sup. A-1.

(w) In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of America Funding stated that 67.54% of the mortgage loans in Group 1 were secured by a "Primary Residence," 26.32% by an "Investor Property," and 6.14% by a "Second Home." BAFC 2005-F Pros. Sup. A-1.

(x) In Appendix A, Banc of America and Banc of America Funding presented another table entitled "Occupancy of Mortgaged Properties." This table divided the mortgage loans in Group 2 into the categories "Primary Residence," "Investor Property," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. BAFC 2005-F Pros. Sup. A-7.

(y) In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of America Funding stated that 83.99% of the mortgage loans in Group 2 were secured by a "Primary Residence," 6.94% by an "Investor Property," and 9.07% by a "Second Home." BAFC 2005-F Pros. Sup. A-7.

-7-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    (z)    In Appendix A, Banc of America and Banc of America Funding presented another

2    table entitled "Occupancy of Mortgaged Properties." This table divided the mortgage loans in

3    Group 3 into the categories "Primary Residence," "Investor Property," and "Second Home." The

4

5    table made untrue and misleading statements about the number of mortgage loans, the aggregate

6    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

7    of these categories. BAFC 2005-F Pros. Sup. A-13.

8    (aa)    In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

9    America Funding stated that 85.75% of the mortgage loans in Group 3 were secured by a

10    "Primary Residence," 6.99% by an "Investor Property," and 7.26% by a "Second Home." BAFC

11    2005-F Pros. Sup. A-13.

12

13    (bb)    In Appendix A, Banc of America and Banc of America Funding presented another

14    table entitled "Occupancy of Mortgaged Properties." This table divided the mortgage loans in

15    Group 4 into the categories "Primary Residence," "Investor Property," and "Second Home." The

16    table made untrue and misleading statements about the number of mortgage loans, the aggregate

17    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

18    of these categories. BAFC 2005-F Pros. Sup. A-18.

19

20    (cc)    In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

21    America Funding stated that 89.51% of the mortgage loans in Group 4 were secured by a

22    "Primary Residence," 3.45% were secured by an "Investor Property," and 7.04% were secured by

23    a "Second Home." BAFC 2005-F Pros. Sup. A-18.

24    (dd)    In Appendix A, Banc of America and Banc of America Funding presented another

25    table entitled "Occupancy of Mortgaged Properties." This table divided the mortgage loans in

26    Group 5 into the categories "Primary Residence" and "Second Home." The table made untrue and

27    misleading statements about the number of mortgage loans, the aggregate principal balance

28

-8-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    outstanding, and the percent of aggregate principal balance outstanding in each of these

2    categories. BAFC 2005-F Pros. Sup. A-24.

3          (ee)    In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

4    America Funding stated that 97.39% of the mortgage loans in Group 5 were secured by a

5    
6    "Primary Residence" and 2.61 by a "Second Home." BAFC 2005-F Pros. Sup. A-24.

7          (ff)    In Appendix A, Banc of America and Banc of America Funding presented another

8    table entitled "Occupancy of Mortgaged Properties." This table divided the mortgage loans in

9    Group 6 into the categories "Primary Residence," "Investor Property," and "Second Home." The

10   table made untrue and misleading statements about the number of mortgage loans, the aggregate

11   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

12   of these categories. BAFC 2005-F Pros. Sup. A-29.

13
14         (gg)    In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

15   America Funding stated that 88.93% of the mortgage loans in Group 6 were secured by a

16   "Primary Residence," 0.86% by an "Investor Property," and 10.21% by a "Second Home." BAFC

17   2005-F Pros. Sup. A-29.

18         (hh)    In Appendix A, Banc of America and Banc of America Funding presented another

19   table entitled "Occupancy of Mortgaged Properties." This table divided the mortgage loans in the

20   
21   Crossed Loan Group, which consists of the loans in Groups 2 through 6, into the categories

22   "Primary Residence," "Investor Property," and "Second Home." The table made untrue and

23   misleading statements about the number of mortgage loans, the aggregate principal balance

24   outstanding, and the percent of aggregate principal balance outstanding in each of these

25   categories. BAFC 2005-F Pros. Sup. A-34.

26         (ii)    In the "Occupancy of Mortgaged Properties" table, Banc of America and Banc of

27   America Funding stated that 87.9% of the mortgage loans in the Crossed Loan Group were

28

-9-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   secured by a "Primary Residence," 4.48% by an "Investor Property," and 7.62% by a "Second

2   Home." BAFC 2005-F Pros. Sup. A-34.

3   **Item 96.**     **Details of properties that were stated to be owner-occupied, but were not:**

4
5          **(a)**     **Number of loans on which the owner of the property instructed tax
                       authorities to send property tax bills to him or her at a different address: 189**

6          **(b)**     **Number of loans on which the owner of the property could have, but did not,
7                      designate the property as his or her homestead: 359**

8          **(c)**     **Number of loans on which the owner of the property owned three or more
                       properties: 27**

9          **(d)**     **Eliminating duplicates, number of loans about which one or more of
10                     statements (a) through (c) is true: 479**

11  **Item 99.**     **Untrue or misleading statements about the underwriting standards of the
                     originators of the mortgage loans:**
12
13         On pages S-37 through S-39 of the prospectus supplement, Banc of America and Banc of

14  America Funding made statements about the underwriting guidelines of Bank of America, N.A.

15  All of those statements are incorporated herein by reference. In particular, Banc of America and

16  Banc of America Funding stated that:

17         (a)     "Bank of America will consider a mortgage loan to be originated in accordance

18  with a given set of guidelines if, based on an overall qualitative evaluation, the loan is in

19
20  substantial compliance with such underwriting guidelines. Even if one or more specific criteria

21  included in such underwriting guidelines were not satisfied, if other factors compensated for the

22  standards that were not satisfied, the mortgage loan may be considered to be in substantial

23  compliance with the underwriting guidelines." BAFC 2005-F Pros. Sup. S-37.

24         (b)     "These underwriting standards applied by Bank of America in originating or

25  acquiring mortgage loans are intended to evaluate the applicants' repayment ability, credit

26  standing and assets available for downpayment, closing costs and cash reserves. Additionally,
27

28
                                        -10-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO



1   guidelines are established regarding the adequacy of the property as collateral for the loan

2   requested." BAFC 2005-F Pros. Sup. S-37.

3        On pages S-39 through S-44 of the prospectus supplement, Banc of America and Banc of

4   America Funding made statements about the underwriting guidelines of Countrywide Home

5   Loans, Inc. All of those statements are incorporated herein by reference. In particular, Banc of

6

7   America and Banc of America Funding stated that:

8       (a)    "Exceptions to Countrywide Home Loans' underwriting guidelines may be made

9   if compensating factors are demonstrated by a prospective borrower." BAFC 2005-F Pros. Sup.

10   S-40.

11       (b)    "Countrywide Home Loans' underwriting standards are applied by or on behalf of

12   Countrywide Home Loans to evaluate the prospective borrower's credit standing and repayment

13

14   ability and the value and adequacy of the mortgaged property as collateral." BAFC 2005-F Pros.

15   Sup. S-40.

16   **Item 106.**    **Early payment defaults:**

17       **(a)**    **Number of the mortgage loans that suffered EPDs: 15**

18       **(b)**    **Percent of the mortgage loans that suffered EPDs: 0.6%**

19       **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**
20                **made at the same time as the loans in the collateral pool that experienced**
                **EPDs: 0.18%**

21   **Item 107.**    **90+ days delinquencies:**
22

23       **(a)**    **Number of the mortgage loans that suffered 90+ days delinquencies: 543**

24       **(b)**    **Percent of the mortgage loans that suffered 90+ days delinquencies: 22.6%**

25       **(c)**    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans**
                **made at the same time as the loans in the collateral pool that suffered 90+**
26                 **days delinquencies: 16.5%**

27

28

GOODIN, MACBRIDE, SQUIRI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Item 108.**   **30+ days delinquencies in this securitization:**

    **(a)**   **Number of the mortgage loans that were 30+ days delinquent on March 31, 2010: 508**

    **(b)**   **Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 21.2%**

    **(c)**   **Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%**

**Item 117.**   **Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-5 and S-90 of the prospectus supplement, Banc of America and Banc of America Funding made statements about the ratings assigned to the certificates issued in this securitization. Banc of America and Banc of America Funding stated that the Bank's 4-A-1 certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Standard & Poor's Rating Services. Banc of America and Banc of America Funding also stated that the Bank's 5-A-1 certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Standard & Poor's Rating Services. These were the highest ratings available from these two rating agencies.

Banc of America and Banc of America Funding also stated: "At their issuance, each class of Offered Certificates is required to receive from Standard & Poor's. . .and Moody's Investors Service, Inc. ("Moody's") at least the rating set forth in . . . this Prospectus Supplement." BAFC 2005-F Pros. Sup. S-90.

**Item 120.**   **Summary of loans about which the Defendants made untrue or misleading statements:**

    **(a)**   **Number of loans whose LTVs were materially understated: 830**

    **(b)**   **Number of loans in which the owner's equity was reduced by 5% or more by undisclosed additional liens: 1,211**

    **(c)**   **Number of loans that suffered EPDs: 15**

    **(d)**   **Number of loans in which the properties were stated to be owner-occupied but were not: 479**

-12-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

(e)    Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 1,703

(f)    Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 71.0%

-13-

1   **SCHEDULE 69 TO THE AMENDED COMPLAINT**

2       To the extent that this Schedule is incorporated by reference into allegations in the

3   complaint, those allegations are made against Defendants Banc of America and Banc of America

4   Mortgage Securities.

5   **Item 44.     Details of trust and certificate(s).**

6       **(a)     Dealer that sold the certificate(s) to the Bank:** Banc of America

7

8       **(b)     Description of the trust:** Banc of America Alternative Loan Trust, Mortgage

9   Pass-Through Certificates, Series 2005-5 was a securitization in May 2005 of 1,353 mortgage

10  loans, in five groups. The mortgage loans in the collateral pool of this securitization were

11  originated or acquired by Bank of America, N.A. BOAA 2005-5 Pros. Sup. S-8 and S-24.

12      **(c)     Description of the certificate(s) that the Bank purchased:** Banc of America

13  offered and sold to the Bank a senior certificate in this securitization, in tranche 5-CB-2, for

14  which the Bank paid $51,910,185 plus accrued interest on July 27, 2005.

15

16      **(d)     Ratings of the certificate(s) when the Bank purchased them:** Moody's •   Aaa;

17  Fitch •   AAA.

18      **(e)     Current ratings of the certificate(s):** Moody's •   Caa1; Fitch •   CCC.

19      **(f)     URL of prospectus supplement for this securitization:**

20  http://www.sec.gov/Archives/edgar/data/1207409/000119312505115246/d424b5.htm

21

22  **Item 52.     Untrue or misleading statements about the LTVs of the mortgage loans:**

23      In the prospectus supplement, Banc of America and Banc of America Mortgage Securities

24  made the following statements about the LTVs of the mortgage loans in the collateral pool of this

25  securitization.

26      (a)     The original LTVs of the mortgage loans in Group 1 ranged from 16.08% to 90%,

27  with a weighted average of 65.45%. BOAA 2005-5 Pros. Sup. S-8 and S-27.

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    (b)    The original LTVs of the mortgage loans in Group 2 ranged from 9.72% to 90%,

2  with a weighted average of 71.25%. BOAA 2005-5 Pros. Sup. S-8 and S-32.

3    (c)    The original LTVs of the mortgage loans in Group 3 ranged from 26.35% to

4
103%, with a weighted average of 78.84%. BOAA 2005-5 Pros. Sup. S-9 and S-37.
5

6    (d)    The original LTVs of the mortgage loans in Group 4 ranged from 35.55% to

7  103%, with a weighted average of 77.19%. BOAA 2005-5 Pros. Sup. S-9 and S-42.

8    (e)    The original LTVs of the mortgage loans in Group 5 ranged from 16.06% to

9  103%, with a weighted average of 77.72%. BOAA 2005-5 Pros. Sup. S-10 and S-47.

10    (f)    The original LTVs of all of the loans in the collateral pool ranged from 9.72% to

11  103%, with a weighted average of 73.16%. BOAA 2005-5 Pros. Sup. S-10 and S-52.

12    (g)    The original LTVs of the discount mortgage loans in Group 1 ranged from 31.91%

13
14  to 80%, with a weighted average of 63.72%. BOAA 2005-5 Pros. Sup. S-27.

15    (h)    The original LTVs of the premium mortgage loans in Group 1 ranged from

16  16.08% to 90%, with a weighted average of 66.04%. BOAA 2005-5 Pros. Sup. S-27.

17    (i)    In the section of the prospectus supplement entitled "The Mortgage Pool," Banc of

18  America and Banc of America Mortgage Securities presented tables of statistics about the

19  mortgage loans in the collateral pool. BOAA 2005-5 Pros. Sup. S-27 to S-56. Each table focused
20
21  on a certain characteristic of the loans (for example, current principal balance) and divided the

22  loans into categories based on that characteristic (for example, loans with current principal

23  balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table

24  then presented various data about the loans in each category. One of the tables, entitled "Original

25  Loan-to-Value Ratios," divided the loans in Group 1 into 15 categories of original LTV (for

26  example, 15.01% to 20%, 20.01% to 25%, 25.01% to 30%, etc.). The table made untrue and

27  misleading statements about the number of mortgage loans, the aggregate principal balance
28

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

1    outstanding, and the percent of aggregate principal balance outstanding in each of these

2    categories. BOAA 2005-5 Pros. Sup. S-30.

3

4          (j)      "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

5    of the Group 1 Mortgage Loans is expected to be approximately 65.45%." BOAA 2005-5 Pros.

6    Sup. S-30.

7          (k)      The original LTVs of the discount mortgage loans in Group 2 ranged from 19.23%

8    to 90%, with a weighted average of 68.4%. BOAA 2005-5 Pros. Sup. S-32.

9          (l)      The original LTVs of the premium mortgage loans in Group 2 ranged from 9.72%

10   to 90%, with a weighted average of 72.83%. BOAA 2005-5 Pros. Sup. S-32.

11         (m)     In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

12   Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

13   the mortgage loans in Group 2 into 17 categories of original LTV (for example, 5.01% to 10%,

14   10.01% to 15%, 15.01% to 20%, etc.). The table made untrue and misleading statements about

15   the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

16   aggregate principal balance outstanding in each of these categories. BOAA 2005-5 Pros. Sup. S-

17   35.

18         (n)      "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

19

20   of the Group 2 Mortgage Loans is expected to be approximately 71.25%." BOAA 2005-5 Pros.

21   Sup. S-35.

22

23         (o)      The original LTVs of the discount mortgage loans in Group 3 ranged from 27.89%

24   to 101.43%, with a weighted average of 78.51%. BOAA 2005-5 Pros. Sup. S-37.

25         (p)      The original LTVs of the premium mortgage loans in Group 3 ranged from

26   26.35% to 103%, with a weighted average of 79.21%. BOAA 2005-5 Pros. Sup. S-37.

27

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-3-

1    (q)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

2    Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

3    the mortgage loans in Group 3 into 11 categories of original LTV (for example, 25.01% to 30%,

4    35.01% to 40%, 45.01% to 50%, etc.). The table made untrue and misleading statements about

5    the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

6    aggregate principal balance outstanding in each of these categories. BOAA 2005-5 Pros. Sup. S-

7    40.

8

9    (r)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

10    of the Group 3 Mortgage Loans is expected to be approximately 78.84%." BOAA 2005-5 Pros.

11    Sup. S-40.

12    (s)    The original LTVs of the discount mortgage loans in Group 4 ranged from 35.55%

13    to 103%, with a weighted average of 77.27%. BOAA 2005-5 Pros. Sup. S-42.

14

15    (t)    The original LTVs of the premium mortgage loans in Group 4 ranged from

16    49.03% to 89.33%, with a weighted average of 76.31%. BOAA 2005-5 Pros. Sup. S-42.

17    (u)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

18    Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

19    the mortgage loans in Group 4 into 12 categories of original LTV (for example, 35.01% to 40%,

20    40.01% to 45%, 45.01% to 50%, etc.). The table made untrue and misleading statements about

21    the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

22

23    aggregate principal balance outstanding in each of these categories. BOAA 2005-5 Pros. Sup. S-

24    45.

25    (v)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

26    of the Group 4 Mortgage Loans is expected to be approximately 77.19%." BOAA 2005-5 Pros.

27    Sup. S-45.

28

-4-

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    (w)    The original LTVs of the discount mortgage loans in Group 5 ranged from 47.86%

2    to 100%, with a weighted average of 78.98%. BOAA 2005-5 Pros. Sup. S-47.

3    (x)    The original LTVs of the premium mortgage loans in Group 5 ranged from

4    16.06% to 103%, with a weighted average of 77.46%. BOAA 2005-5 Pros. Sup. S-47.

5

6    (y)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

7    Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided

8    the mortgage loans in Group 5 into 14 categories of original LTV (for example, 15.01% to 20%,

9    20.01% to 25%, 25.01% to 30%, etc.). The table made untrue and misleading statements about

10   the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

11   aggregate principal balance outstanding in each of these categories. BOAA 2005-5 Pros. Sup. S-

12   50.

13

14   (z)    "As of the Cut-off Date, the weighted average Loan-to-Value Ratio at origination

15   of the Group 5 Mortgage Loans is expected to be approximately 77.72%." BOAA 2005-5 Pros.

16   Sup. S-50.

17   (aa)    The original LTVs of the discount mortgage loans in the collateral pool ranged

18   from 19.23% to 103 with a weighted average of 72.44%. BOAA 2005-5 Pros. Sup. S-52.

19

20   (bb)    The original LTVs of the premium mortgage loans of in the collateral pool ranged

21   from 9.72% to 103%, with a weighted average of 73.48%. BOAA 2005-5 Pros. Sup. S-52.

22   (cc)    In "The Mortgage Pool" section, Banc of America and Banc of America Mortgage

23   Securities presented another table entitled "Original Loan-to-Value Ratios." This table divided all

24   of the loans in the collateral pool into 19 categories of original LTV (for example, 5.01% to 10%,

25   10.01% to 15%, 15.01% to 20%, etc.). The table made untrue and misleading statements about

26   the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Credit Suisse*, 497840)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO