# Exhibit C



## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Jul-09-2010 12:02 pm

Case Number: CGC-10-497840

Filing Date: Jun-25-2010 3:12

Juke Box: 001   Image: 02905288

ONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLA

L HOME LOAN BANK OF SAN FRANCISCO VS. CREDIT SUISSE SECURITIES (USA), LLC

001C02905288

**Instructions:**
Please place this sheet on top of the document to be scanned.

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>ROBERT A. GOODIN, State Bar No. 061302<br>GOODIN, MacBRIDE, SQUERI, DAY & LAMPREY, LLP<br>505 Sansome, Suite 900<br>San Francisco, California 941111<br>TELEPHONE NO.: (415) 392-7900  FAX NO. *(Optional):* (415) 398-4321<br>E-MAIL ADDRESS *(Optional):* rgoodin@goodinmacbride.com<br>ATTORNEY FOR *(Name):* Plaintiff Federal Home Loan Bank of San Francisco | **POS-010**<br>**FOR COURT USE ONLY**<br><br>**FILED**<br>San Francisco County Superior Court<br>JUN 25 2010<br>CLERK OF THE COURT<br>BY: _____ Deputy Clerk |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, California<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: FEDERAL HOME LOAN BANK OF SAN FRANCISCO<br>DEFENDANT/RESPONDENT: CREDIT SUISSE SECURITIES (USA) LLC, et al | **CASE NUMBER:**<br>CGC-10-497840 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>3428-001 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint (First Amended)
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Notice to Plaintiff re: Case Management Conference; Notice of Related Case;

3. a. Party served *(specify name of party as shown on documents served):* Deutsche Bank Securities, Inc.

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   SCOTT LASCALA (PROCESS AGENT)

4. Address where the party was served: CT 1209 ORANGE ST WILMINGOTN, DE

5. I served the party *(check proper box)*
   a. [x] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 6/11/10  (2) at *(time):* 2:00p
   b. [ ] by substituted service. On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
       (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
       (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
       (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
       (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.
       (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: FEDERAL HOME LOAN BANK OF SAN FRANCISCO | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CREDIT SUISSE SECURITIES (USA) LLC, et al | CGC-10-497840 |

5. c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ by other means *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)*: Deutsche Bank Securities, Inc.
    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                                  ☐ other:

7. Person who served papers
  a. Name: KEVIN S. DUNN
  b. Address:
  c. Telephone number:
  d. The fee for service was: $
  e. I am:

    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
        (i) ☐ owner ☐ employee ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/14/10

KEVIN S. DUNN            ▶ _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Jul-09-2010 12:02 pm

Case Number: CGC-10-497840

Filing Date: Jun-25-2010 3:11

Juke Box: 001    Image: 02905286

ONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLA

L HOME LOAN BANK OF SAN FRANCISCO VS. CREDIT SUISSE SECURITIES (USA), LLC

001C02905286

**Instructions:**
Please place this sheet on top of the document to be scanned.

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br>ROBERT A. GOODIN, State Bar No. 061302 <br>GOODIN, MacBRIDE, SQUERI, DAY & LAMPREY, LLP <br>505 Sansome, Suite 900 <br>San Francisco, California 941111 <br>TELEPHONE NO.: (415) 392-7900  FAX NO. *(Optional)*: (415) 398-4321 <br>E-MAIL ADDRESS *(Optional)*: rgoodin@goodinmacbride.com <br>ATTORNEY FOR *(Name)*: Plaintiff Federal Home Loan Bank of San Francisco | FOR COURT USE ONLY <br><br>**FILED** <br>San Francisco County Superior Court <br><br>JUN 25 2010 <br><br>CLERK OF THE COURT <br>BY: _____ Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco <br>STREET ADDRESS: 400 McAllister Street <br>MAILING ADDRESS: <br>CITY AND ZIP CODE: San Francisco, California <br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: FEDERAL HOME LOAN BANK OF SAN FRANCISCO <br>DEFENDANT/RESPONDENT: CREDIT SUISSE SECURITIES (USA) LLC, et al | CASE NUMBER: <br>CGC-10-497840 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br>3428-001 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint (First Amended)
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Notice to Plaintiff re: Case Management Conference; Notice of Related Case; Notice of Hearing on Plaintiff's Applications for Admission of Counsel Pro Hac Vice; (See MC-020)

3. a. Party served *(specify name of party as shown on documents served)*: Deutsche Alt-A Securities, Inc.

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   "John" Tilton (Process Agent)

4. Address where the party was served: CT Corp 111 Eighth Avenue NY, NY

5. I served the party *(check proper box)*
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 6/10/10  (2) at *(time)*: 2:30 PM
   b. [ ] by substituted service. On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br>Judicial Council of California <br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal Solutions Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: FEDERAL HOME LOAN BANK OF SAN FRANCISCO | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CREDIT SUISSE SECURITIES (USA) LLC, et al | CGC-10-497840 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*     (2) from *(city):*
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* Deutsche Alt-A Securities, Inc.
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
   a. Name: Linda Coleman
   b. Address: 20 Vesey Street, NY, NY 10007
   c. Telephone number: 212 227-9600
   d. The fee for service was: $
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
          (i) ☐ owner ☐ employee ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/15/10

Linda Coleman
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            (SIGNATURE)

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2

| SHORT TITLE: Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC, et al. | CASE NUMBER: CGC-10-497840 |
|---|---|

1. Proposed Order re: same

(Required for verified pleading) The items on this page stated on information and belief (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with this court. Page 2

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

Legal Solutions Plus

CRC 201, 501