ORIGINAL

1  DARRYL P. RAINS (CA SBN 104802)
   DRains@mofo.com
2  EUGENE ILLOVSKY (CA SBN 117892)
   EIllovsky@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792

6  CRAIG D. MARTIN (CA SBN 168195)
   CMartin@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendants Banc of America Securities LLC;
   Banc of America Funding Corporation; Banc of America
11 Mortgage Securities, Inc.; Countrywide Securities Corporation;
   CWALT, Inc.; and Countrywide Financial Corporation

FILED 2010 JUL 12 P 3:55 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, F/K/A CREDIT SUISSE FIRST BOSTON LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; DEUTSCHE BANK SECURITIES, INC.; DEUTSCHE ALT-A SECURITIES, INC.; J.P. MORGAN SECURITIES, INC., F/K/A BEAR STEARNS & CO. , INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC, F/K/A THE BEAR STEARNS COMPANIES, INC.; RBS SECURITIES, INC., F/K/A GREENWICH CAPITAL MARKETS, INC.; RBS ACCECPTANCE, INC. F/K/A GREENWICH CAPITAL ACCEPTANCE, INC.; MORGAN STANLEY & CO. INCORPORATED; UBS SECURITIES, LLC; | Case No. CV-10-3045-JCS<br><br>(Superior Court of California for the City and County of San Francisco Case No. CGC-10-497840)<br><br>**JOINDER IN NOTICE OF REMOVAL FROM SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN FRANCISCO** |

JOINDER IN NOTICE OF REMOVAL
CASE NO. CGC-10-497840
pa-1413119

1

| | |
|---|---|
| 1 | MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA FUNDING CORPORATION; BANC OF AMERICA MORTGAGE SECURITIES, INC.; COUNTRYWIDE SECURITIES CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; AND, DOES 1-50, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

TO: Clerk of the United States District Court;

AND TO: Plaintiff and its counsel of record

PLEASE TAKE NOTICE that Defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation hereby consent to and join in the Notice of Removal in this action to federal court by Deutsche Bank Securities, Inc. and Deutsche Alt-A Securities, Inc., originally commenced in the Superior Court of the State of California for the City and County of San Francisco, Case No. CGC-10-497840.

Dated: July 12, 2010

DARRYL P. RAINS
EUGENE ILLOVSKY
CRAIG D. MARTIN
MORRISON & FOERSTER LLP

By: *Darryl Rains by KAC*
DARRYL P. RAINS

Attorneys for Defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation

JOINDER IN NOTICE OF REMOVAL
CASE NO. CGC-10-497840
pa-1413119

2