SIMPSON THACHER & BARTLETT LLP
ALEXIS COLL-VERY (SBN: 212735)
acoll-very@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

THOMAS C. RICE (*pro hac application submitted*)
trice@stblaw.com
ALAN TURNER (*pro hac application submitted*)
aturner@stblaw.com
JASON R. MELTZER (*pro hac application submitted*)
jmeltzer@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Counsel for Defendants RBS Securities Inc.
f/k/a Greenwich Capital Markets, Inc., and RBS
Acceptance Inc. f/k/a Greenwich Capital
Acceptance, Inc.

FILED
2010 JUL 29 P 1:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>Defendants. | CASE NO. CV-10-3045 MEJ<br><br>(Removed from the Superior Court of California, for the City and County of San Francisco, Case No. CGC-10-497840)<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE
Case No. CV-10-3045 MEJ

I am employed in Santa Clara County. I am over the age of eighteen years and not a party to the within entitled action. My business address is Simpson Thacher & Bartlett LLP, 2550 Hanover Street, Palo Alto, California 94304.

On July 29, 2010, I served the documents listed below:

**APPLICATION FOR ADMISSION OF THOMAS C. RICE PRO HAC VICE**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF THOMAS C. RICE PRO HAC VICE**

**APPLICATION FOR ADMISSION OF ALAN TURNER PRO HAC VICE**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALAN TURNER PRO HAC VICE**

**APPLICATION FOR ADMISSION OF JASON R. MELTZER PRO HAC VICE**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JASON R. MELTZER PRO HAC VICE**

**BY OVERNIGHT MAIL** by tendering a true copy of the documents to an overnight delivery service company for delivery on the next business day to the addressees set forth below:

> FEDERAL HOME LOAN BANK OF SAN FRANCISCO
> c/o Robert A. Goodin (SBN: 061302)
> Francine T. Radford (SBN: 168269)
> Anne H. Hartman (SBN: 184556)
> Goodin, MacBride, Squeri, Day & Lamprey, LLP
> 505 Sansome Street, Suite 900
> San Francisco, California 94111

and by **BY ELECTRONIC MAIL** the documents listed above to the email addresses set forth below:

> COUNTRYWIDE SECURITIES CORPORATION; CWALT, INC.; COUNTRYWIDE FINANCIAL CORPORATION; BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA FUNDING CORPORATION; BANC OF AMERICA MORTGAGE SECURITIES, INC.
> c/o Darryl P. Rains
> drains@mofo.com
> Eugene Illovsky
> eillovsky@mofo.com
> Craig Martin
> cmartin@mofo.com
> Morrison & Foerster LLP
> 755 Page Mill Road
> Palo Alto, CA 94304

-2-

CERTIFICATE OF SERVICE                              CASE NO. CV-10-3045 MEJ

| | |
|---|---|
| 1 | DEUTSCHE BANK SECURITIES INC.; DEUTSCHE BANK ALT-A SECURITIES INC. |
| 2 | c/o John M. Falzone |
| 3 | john.falzone@lw.com<br>Latham & Watkins LLP |
| 4 | One Newark Center, 16th Floor<br>Newark, NJ 07101 |

DEUTSCHE BANK SECURITIES INC.; DEUTSCHE BANK ALT-A SECURITIES INC.
c/o John M. Falzone
john.falzone@lw.com
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101

UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.
c/o William F. Sullivan
williamsullivan@paulhastings.com
Howard M. Privette, II
howardprivette@paulhastings.com
John S. Durrant
johndurrant@paulhastings.com
Paul Hastings Janofsky & Walker
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

J.P. MORGAN SECURITIES F/K/A BEAR STEARNS & CO., INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC F/K/A THE BEAR STEARNS COMPANIES, INC.
c/o Kenneth I. Schacter
kenneth.schacter@bingham.com
John D. Pernick
John.pernick@bingham.com
Theo J. Robins
Theo.robins@bingham.com
Brandyne S. Warren
Brandyne.warren@bingham.com
Suneeta D. Fernandes
Suneeta.fernandes@bingham.com
Bingham McCutchen
399 Park Avenue
New York, NY 10022

MORGAN STANLEY & CO. INCORPORATED
c/o James P. Rouhandeh
rouhandeh@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Daniel J. Schwartz
daniel.schwartz@davispolk.com
Samantha Harper Knox
samantha.knox@davispolk.com
Neal Potischman
neal.potischman@davispolk.com

-3-

CERTIFICATE OF SERVICE                                    CASE NO. CV-10-3045 MEJ

1  Davis Polk & Wardwell LLP
2  450 Lexington Avenue
   New York, NY 10017

3
   CREDIT SUISSE SECURITIES (USA) LLC, F/K/A CREDIT SUISSE FIRST BOSTON
4  LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORPORATION
   c/o Richard W. Clary
5  rclary@cravath.com
   Christopher B. Harwood
6  charwood@cravath.com
   Alexandra Reeve-Givens
7  Cravath Swaine & Moore
   825 8th Avenue
8  1 Worldwide Plaza
9  New York, NY 10019

10 c/o Robert J. Stumpf
   rstumpf@sheppardmullin.com
11 Martin White
   mwhite@sheppardmullin.com
12 Sheppard Mullin
   Four Embarcadero Center
13 17th Floor
14 San Francisco, CA 94111

15     I declare under penalty of perjury under the laws of the United States of America
   that the foregoing is true and correct.
16

17     Executed on July 29, 2010 at Palo Alto, California.

18
                                                    _____
19                                                  Janie Franklin

-4-

CERTIFICATE OF SERVICE                              CASE NO. CV-10-3045 MEJ