GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
    rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
    fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:   (415) 398-4321

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS (*pro hac application submitted*)
    dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH (*pro hac application submitted*)
    kellsworth@graisellsworth.com
OWEN L. CYRULNIK (*pro hac application submitted*)
    ocyrulnik@graisellsworth.com
70 East 55th Street
New York, New York 10022
Telephone:   (212) 755-3550
Facsimile:   (212) 755-0052

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

RECEIVED 2010 JUL 21 P 1:51

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>           Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>           Defendants. | No. CV-10-3045 ~~MEJ~~ SC<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF KATHRYN C. ELLSWORTH *PRO HAC VICE*** |

    Kathryn C. Ellsworth, whose business address and telephone number is Grais & Ellsworth LLP, 70 East 55th Street, New York, New York 10022, (212) 755-3550, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff the Federal Home Loan Bank of San Francisco,

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3   *hac vice*. Service of papers upon and communication with co-counsel designated in the
4   application will constitute notice to the party. All future filings in this action are subject to the
5   requirements contained in General Order No. 45, *Electronic Case Filing*.

6   Dated: July 30, 2010



_____
United States District Judge
Judge Samuel Conti

9   3428/001/X120839.v1

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ORDER FOR ADMISSION OF K. C.
ELLSWORTH *PRO HAC VICE***   -2-   (No. CV-10-3045 MEJ)