| | |
|---|---|
| 1 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |
|   | ROBERT A. GOODIN, State Bar No. 061302 |
| 2 |     rgoodin@goodinmacbride.com |
|   | FRANCINE T. RADFORD, State Bar No. 168269 |
| 3 |     fradford@goodinmacbride.com |
|   | ANNE H. HARTMAN, State Bar No. 184556 |
| 4 |     ahartman@goodinmacbride.com |
|   | 505 Sansome Street, Suite 900 |
| 5 | San Francisco, California 94111 |
|   | Telephone:   (415) 392-7900 |
| 6 | Facsimile:    (415) 398-4321 |

RECEIVED 2010 JUL 21 P 1:50
RICHARD W. WIEKING
U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS (*pro hac application submitted*)
    dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH (*pro hac application submitted*)
    kellsworth@graisellsworth.com
OWEN L. CYRULNIK (*pro hac application submitted*)
    ocyrulnik@graisellsworth.com
70 East 55th Street
New York, New York 10022
Telephone:   (212) 755-3550
Facsimile:    (212) 755-0052

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, <br><br>          Plaintiff, <br><br>v. <br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al., <br><br>          Defendants. | No. CV-10-3045 MEJ  SC <br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID J. GRAIS *PRO HAC VICE*** |

David J. Grais, whose business address and telephone number is Grais & Ellsworth LLP, 70 East 55th Street, New York, New York 10022, (212) 755-3550, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff the Federal Home Loan Bank of San Francisco,

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3   *hac vice*. Service of papers upon and communication with co-counsel designated in the
4   application will constitute notice to the party. All future filings in this action are subject to the
5   requirements contained in General Order No. 45, *Electronic Case Filing.*
6   Dated: July 30, 2010

9   3428/001/X120838.v1

*IT IS SO ORDERED*
Judge Samuel Conti

---

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ORDER FOR ADMISSION OF DAVID J. GRAIS *PRO HAC VICE***   -2-   (No. CV-10-3045 MEJ)