| | |
|---|---|
| 1 BINGHAM MCCUTCHEN LLP<br>JOHN D. PERNICK (SBN 155468)<br>2 SUNEETA D. FERNANDES(SBN 257772)<br>Three Embarcadero Center<br>3 San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>4 Facsimile: 415.393.2286<br>John.Pernick@bingham.com<br>5 Suneeta.Fernandes@bingham.com | **RECEIVED**<br><br>JUL 2 6 2010<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

BINGHAM MCCUTCHEN LLP
KENNETH I. SCHACTER (SBN 122140)
THEO J. ROBINS (SBN 586240)
BRANDYNE S. WARREN (SBN 701800)
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
Kenneth.Schacter@bingham.com
Theo.Robins@bingham.com
Brandyne.Warren@bingham.com

*Attorneys for Defendants*
*J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., and The Bear Stearns Companies, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>Defendants. | CASE NO. CV-10-3045 ~~MEJ~~ SC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF THEO J. ROBINS *PRO HAC VICE* |

Theo J. Robins, whose business address and telephone number is Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022, (212) 705-7000, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

1  Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., and The
2  Bear Stearns Companies, LLC,

3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application
6  will constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

8  DATED: July 30 2010

IT IS SO ORDERED

Judge Samuel Conti

United States District Court
Northern District of California

A/73448162.1/3004000-0000344890      2      Case No. CV-10-3045 MEJ

ORDER FOR ADMISSION OF THEO J. ROBINS *PRO HAC VICE*