| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | JOHN D. PERNICK (SBN 155468) |
| 2 | SUNEETA D. FERNANDES(SBN 257772) |
|   | Three Embarcadero Center |
| 3 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 4 | Facsimile:  415.393.2286 |
|   | John.Pernick@bingham.com |
| 5 | Suneeta.Fernandes@bingham.com |
| 6 | BINGHAM MCCUTCHEN LLP |
|   | KENNETH I. SCHACTER (SBN 122140) |
| 7 | THEO J. ROBINS (SBN 586240) |
|   | BRANDYNE S. WARREN (SBN 701800) |
| 8 | 399 Park Avenue |
|   | New York, NY 10022-4689 |
| 9 | Telephone: 212.705.7000 |
|   | Facsimile: 212.752.5378 |
| 10 | Kenneth.Schacter@bingham.com |
|    | Theo.Robins@bingham.com |
| 11 | Brandyne.Warren@bingham.com |
| 12 | *Attorneys for Defendants* |
|    | *J.P. Morgan Securities, Inc., Structured Asset Mortgage* |
| 13 | *Investments II, Inc., and The Bear Stearns Companies,* |
|    | *LLC* |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | CASE NO. CV-10-3045 ~~MEJ~~  SC |
| 20 | Plaintiff, | |
| 21 | v. | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION |
| 22 | CREDIT SUISSE SECURITIES (USA) LLC, et al., | OF KENNETH I. SCHACTER *PRO HAC VICE* |
| 23 | Defendants. | |
| 24 | | |

25  Kenneth I. Schacter, whose business address and telephone number is Bingham

26 McCutchen LLP, 399 Park Avenue, New York, New York 10022, (212) 705-7000, and who is

27 an active member in good standing of the bar of New York, having applied in the above-entitled

28 action for admission to practice in the Northern District of California on a *pro hac vice* basis,

A/73448136.1/3004000-0000344890                             Case No. CV-10-3045 MEJ

ORDER FOR ADMISSION OF KENNETH I. SCHACTER *PRO HAC VICE*

representing Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., and The Bear Stearns Companies, LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: July 30, 2010

IT IS SO ORDERED

Hon.
United States
Judge Samuel Conti

A/73448136.1/3004000-0000344890              2              Case No. CV-10-3045 MEJ

ORDER FOR ADMISSION OF KENNETH I. SCHACTER *PRO HAC VICE*