1   LATHAM & WATKINS LLP
       Deepa V. Sood (Bar No. 224079)
2   505 Montgomery Street
    San Francisco, CA 94111-6538
3   Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
4
    LATHAM & WATKINS LLP
5      Jamie L. Wine (Bar No. 181373)
    885 Third Avenue
6   New York, NY 10022-4834
    Telephone: (212) 906-1200
7   Facsimile: (212) 751-4864

8   Attorneys for Defendants Deutsche Bank
    Securities, Inc.; Deutsche Alt-A Securities,
9   Inc.; and DB Structured Products, Inc.

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
12
    FEDERAL HOME LOAN BANK OF SAN          Case No. 10-cv-03045 (SC)
13  FRANCISCO,
                                           **CERTIFICATION OF INTERESTED
14              Plaintiff,                 ENTITIES OR PERSONS PURSUANT TO
                                           LOCAL RULE 3-16**
15       v.

16  CREDIT SUISSE SECURITIES (USA) LLC;
    et al.,
17
                Defendants.
18

19          Pursuant to Civil Local Rule 3-16, the undersigned counsel for defendants

20  Deutsche Bank Securities, Inc. and Deutsche Alt-A Securities, Inc. certifies that the following

21  listed persons, associations of persons, firms, partnerships, corporations (including parent

22  corporations) or other entities (i) have a financial interest in the subject matter in controversy or

23  in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a

24  party that could be substantially affected by the outcome of this proceeding:

25          1.      Defendant Deutsche Bank Securities, Inc. is wholly owned by DB U.S.

26  Financial Markets Holding Corporation, a Delaware corporation that is wholly owned by Taunus

27  Corp., which is wholly owned by Deutsche Bank AG, a publicly held corporation.

28          2.      All shares of capital stock of Defendant Deutsche Alt-A Securities, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO                1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO LOCAL RULE 3-16
CASE NO. 10-CV-03045 (SC)

1  are held by Defendant DB Structured Products, Inc.  Defendant DB Structured Products, Inc. is

2  wholly owned by DB U.S. Financial Markets Holding Corporation, a Delaware corporation that

3  is wholly owned by Taunus Corp., which is wholly owned by Deutsche Bank AG, a publicly

4  held corporation.

5  Dated:  August 4, 2010                          Respectfully submitted,

6

7                                                  /s/ Deepa V. Sood

8                                                  Deepa V. Sood (Bar No. 224079)
                                                   LATHAM & WATKINS LLP
9                                                  505 Montgomery Street
                                                   San Francisco, CA  94111-6538
10                                                 Telephone:  (415) 391-0600
                                                   Facsimile:  (415) 395-8095
11
                                                   *Attorneys for Defendants Deutsche Bank*
12                                                 *Securities, Inc., Deutsche Alt-A Securities, Inc.*
                                                   *and DB Structured Products, Inc.*
13

14  *Of Counsel*:

15  Jamie L. Wine (Bar. No. 181373)
    James E. Brandt (*pro hac vice* application to be filed)
16  Richard D. Owens (*pro hac vice* application to be filed)
    John M. Falzone (*pro hac vice* application to be filed)
17  LATHAM & WATKINS LLP
    885 Third Avenue
18  New York, NY 10022-4834
    Telephone:  (212) 906-2904
19  Facsimile:  (212) 751-4864

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO LOCAL RULE 3-16
CASE NO. 10-CV-03045 (SC)