LATHAM & WATKINS LLP
   Deepa V. Sood (Bar No. 224079)
505 Montgomery Street
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
   Jamie L. Wine (Bar No. 181373)
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for Defendants Deutsche Bank Securities, Inc. and Deutsche Alt-A Securities, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>        Plaintiff,<br><br>  v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>        Defendants. | CASE NO. CV-10-03045 SC<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **August 4, 2010**, I served the following document described as:

- **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC MAIL

I caused the above-referenced document(s) to be transmitted by electronic mail transmission to the interested parties at the appropriate electronic mail addresses as set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

| Email | Name |
|---|---|
| drains@mofo.com | Darryl P. Rains |
| bpastuszenski@goodwinprocter.com | Brian E. Pastuszenski |
| sconcannon@goodwinprocter.com | Sarah H. Concannon |
| rclary@cravath.com | Richard W. Clary |
| charwood@cravath.com | Christopher B. Harwood |
| areevegivens@cravath.com | Alexandra Reeve-Givens |
| rstumpf@sheppardmullin.com | Robert J. Stumpf |
| mwhite@sheppardmullin.com | Martin White |
| john.falzone@lw.com | John M. Falzone |
| clucht@stblaw.com | Christopher J. Lucht |
| jmeltzer@stblaw.com | Jason Meltzer |
| trice@stblaw.com | Thomas C. Rice |
| williamsullivan@paulhastings.com | William F. Sullivan |
| howardprivette@paulhastings.com | Howard M. Privette, II |
| johndurrant@paulhastings.com | John S. Durrant |
| kenneth.schacter@bingham.com | Kenneth I. Schacter |
| john.pernick@bingham.com | John Pernick |
| theo.robins@bingham.com | Theo J. Robins |
| brandyne.warren@bingham.com | Brandyne S. Warren |
| suneeta.fernandes@bingham.com | Suneeta D. Fernandes |
| rouhandeh@davispolk.com | James P. Rouhandeh |
| william.fenrich@davispolk.com | William J. Fenrich |
| daniel.schwartz@davispolk.com | Daniel J. Schwartz |
| Neal.Potischman@davispolk.com | Neal A. Potischman |
| joseph.frank@lw.com | Joseph J. Frank |
| michele.johnson@lw.com | Michele D. Johnson |
| paul.serritella@lw.com | Paul A. Serritella |
| christian.word@lw.com | J. Christian Word |

The parties on whom this electronic mail has been served have agreed in writing to such form of service pursuant to agreement.

**BY HAND DELIVERY**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document(s) and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

Robert A. Goodin
Goodin, MacBride, Squeri, Day & Lamprey, LLP
505 Sansome Street, Suite 900
San Francisco, CA 94111

**BY OVERNIGHT MAIL DELIVERY**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Federal Express; such documents are delivered for overnight mail delivery by Federal Express on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express:

David Grais
Grais & Ellsworth LLP
70 East 55th Street
New York, NY 10022

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 4, 2010**, at San Francisco, California.

/s/ Caroline Yu
Caroline Yu