IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FEDERAL HOME LOAN BANK OF SAN FRANCISCO,**

    Plaintiffs,

v.

**CREDIT SUISSE SECURITIES (USA) LLC, et al.**,

    Defendants.

No.  C-10-3045 SC

Clerk's Notice

    YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **October 22, 2010**.  The conference has been reset for **Monday, November 15, 2010 at 10:00 a.m.** before the Honorable Samuel Conti.  Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

    Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 3, 2010

FOR THE COURT,
Richard W. Wieking, Clerk

By:  T. De Martini
Courtroom Deputy Clerk