Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Of Counsel:

James P. Rouhandeh
rouhandeh@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Daniel J. Schwartz
daniel.schwartz@davispolk.com
(*pro hac vice applications pending*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Attorneys for Defendant
MORGAN STANLEY & CO. INC.

FILED
AUG - 6 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, <br> Plaintiff, <br> v. <br> CREDIT SUISSE SECURITIES (USA) LLC, et al., <br> Defendants. | CASE NO. 3:10-CV-03045 SC <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03045 SC

## CERTIFICATE OF SERVICE

I hereby certify that I am and was at the time of the service mentioned in this declaration employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025.

On August 6, 2010, I served copies of the following documents:

**APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF WILLIAM J. FENRICH *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF WILLIAM J. FENRICH *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE***

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LISTS

☒ (BY OVERNIGHT DELIVERY) I placed the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth in the attached service list on this date

I am readily familiar with Davis Polk & Wardwell LLP's practice of collection and processing correspondence for mailing.

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Executed on August 6, 2010 at Menlo Park, California.

_____
Felicia Yu

CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03045 SC

1

| | | |
|---|---|---|
| 1 | **OVERNIGHT DELIVERY SERVICE LIST** | |
| 2 | Robert A. Goodin<br>Francine T. Radford | *Attorneys for Plaintiff Federal Home Loan Bank of San Francisco* |
| 3 | Anne H. Hartman<br>GOODWIN, MACBRIDE, SQUERI, DAY & | |
| 4 | LAMPREY, LLP<br>505 Sansome Street, Suite 900 | |
| 5 | San Francisco, CA 94111 | |
| 6 | David J. Grais<br>Kathryn C. Ellsworth | *Attorneys for Plaintiff Federal Home Loan Bank of San Francisco* |
| 7 | Owen L. Cyrulnik<br>Leanne M. Wilson | |
| 8 | GRAIS & ELLSWORTH LLP<br>70 East 55th Street | |
| 9 | New York, NY 10022 | |
| 10 | **EMAIL SERVICE LIST** | |
| 11 | William F. Sullivan | *Attorneys for Defendants* |
| 12 | Howard M. Privette<br>John S. Durrant | *UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc.* |
| 13 | PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP | |
| 14 | 515 South Flower Street<br>Twenty-Fifth Floor | |
| 15 | Los Angeles, CA 90071-2228<br>WilliamSullivan@paulhastings.com | |
| 16 | JohnDurrant@paulhastings.com<br>HowardPrivette@paulhastings.com | |
| 17 | Darryl P. Rains | *Attorneys for Defendants* |
| 18 | Eugene Illovsky<br>MORRISON & FOERSTER LLP | *Banc of America Securities LLC;*<br>*Banc of America Funding Corporation;* |
| 19 | 755 Page Mill Road<br>Palo Alto, CA 94304-1018 | *Banc of America Mortgage Securities, Inc.;*<br>*Countrywide Securities Corporation;* |
| 20 | DRains@mofo.com<br>EIllovsky@mofo.com | *CWALT, Inc.;*<br>*Countrywide Financial Corporation* |
| 21 | Craig D. Martin | *Attorneys for Defendants* |
| 22 | Kevin A. Calia<br>MORRISON & FOERSTER LLP | *Banc of America Securities LLC;*<br>*Banc of America Funding Corporation;* |
| 23 | 425 Market Street<br>San Francisco, CA 94105-2482 | *Banc of America Mortgage Securities, Inc.;*<br>*Countrywide Securities Corporation;* |
| 24 | CMartin@mofo.com<br>KCalia@mofo.com | *CWALT, Inc.;*<br>*Countrywide Financial Corporation* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03045 SC

| | | |
|---|---|---|
| 1 | Brian E. Pastuszenski | *Attorneys for Defendants* |
| | Daniel P. Roeser | *Banc of America Securities LLC;* |
| 2 | Sarah Heaton Concannon | *Banc of America Funding Corporation;* |
| | GOODWIN PROCTER LLP | *Banc of America Mortgage Securities, Inc.;* |
| 3 | Exchange Place | *Countrywide Securities Corporation;* |
| | 53 State Street | *CWALT, Inc.;* |
| 4 | Boston, MA 02109 | *Countrywide Financial Corporation* |
| | BPastuszenski@goodwinprocter.com | |
| 5 | DRoeser@goodwinprocter.com | |
| | SConcannon@goodwinprocter.com | |
| 6 | | |
| | Joseph J. Frank | *Attorneys for Defendants* |
| 7 | Jamie L. Wine | *Deutsche Bank Securities, Inc.; and* |
| | Richard D. Owens | *Deutsche Alt-A Securities, Inc.* |
| 8 | Paul Serritella | |
| | LATHAM & WATKINS LLP | |
| 9 | 885 Third Avenue | |
| | New York NY 10022-4834 | |
| 10 | Joseph.Frank@lw.com | |
| | Jamie.Wine@lw.com | |
| 11 | Richard.Owens@lw.com | |
| | Paul.Serritella@lw.com | |
| 12 | | |
| | Christian J. Word | *Attorneys for Defendants* |
| 13 | LATHAM & WATKINS LLP | *Deutsche Bank Securities, Inc.; and* |
| | 555 Eleventh Street, NW | *Deutsche Alt-A Securities, Inc.* |
| 14 | Suite 1000 | |
| | Washington DC 20004-1304 | |
| 15 | Christian.Word@lw.com | |
| | | |
| 16 | Michele D. Johnson | *Attorneys for Defendants* |
| | LATHAM & WATKINS LLP | *Deutsche Bank Securities, Inc.; and* |
| 17 | 650 Town Center Drive, 20th Floor | *Deutsche Alt-A Securities, Inc.* |
| | Costa Mesa CA 92626-1925 | |
| 18 | Michele.Johnson@lw.com | |
| | | |
| 19 | John M. Falzone | *Attorneys for Defendants* |
| | LATHAM & WATKINS LLP | *Deutsche Bank Securities, Inc.; and* |
| 20 | One Newark Center, 16th Floor | *Deutsche Alt-A Securities, Inc.* |
| | Newark NJ 07101-3174 | |
| 21 | John.Falzone@lw.com | |
| | | |
| 22 | Christopher Lucht | *Attorneys for Defendants* |
| | Alexis Coll-Very | *RBS Securities Inc.; and* |
| 23 | Thomas C. Rice | *RBS Acceptance Inc.* |
| | Alan Turner | |
| 24 | Jason Meltzer | |
| | SIMPSON THACHER & BARTLETT LLP | |
| 25 | 425 Lexington Avenue | |
| | New York, New York 10017 | |
| 26 | CLucht@stblaw.com | |
| | ACl-Very@stblaw.com | |
| 27 | TRice@stblaw.com | |
| | ATurner@stblaw.com | |
| 28 | JMeltzer@stblaw.com | |

CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03045 SC

| | | |
|---|---|---|
| 1 | Richard Clary | *Attorneys for Defendants* |
| | Robert Stumpf | *Credit Suisse Securities (USA), LLC;* |
| 2 | Christopher Harwood | *Credit Suisse First Boston Mortgage Securities* |
| | Alexandra Reeve-Givens | *Corp.* |
| 3 | CRAVATH, SWAINE & MOORE LLP | |
| | 825 8th Avenue, New York, NY 10019 | |
| 4 | RClary@cravath.com | |
| | CHarwood@cravath.com | |
| 5 | AReeveGivens@cravath.com | |
| | | |
| 6 | Kenneth I. Schacter | *Attorneys for Defendants* |
| | John D. Pernick | *J.P. Morgan Securities, Inc.;* |
| 7 | Theo J. Robins | *Structured Asset Mortgage Investments II, Inc.;* |
| | Brandyne S. Warren | *The Bear Stearns Companies, LLC* |
| 8 | Suneeta D. Fernandes | |
| | BINGHAM MCCUTCHEN LLP | |
| 9 | 399 Park Avenue | |
| | New York, NY 10022-4689 | |
| 10 | Kenneth.Schacter@bingham.com | |
| | Theo.Robins@bingham.com | |
| 11 | | |
| | Robert J. Stumpf, Jr. | *Attorneys for Defendants* |
| 12 | Martin White | *Credit Suisse Securities (USA), LLC;* |
| | SHEPPARD MULLIN RICHTER & | *Credit Suisse First Boston Mortgage Securities* |
| 13 | HAMPTON LLP | *Corp.* |
| | Four Embarcadero Center | |
| 14 | Seventeenth Floor | |
| | San Francisco, CA 94111 | |
| 15 | MWhite@sheppardmullin.com | |
| | RStumpf@sheppardmullin.com | |

CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03045 SC