| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | ROBERT J. STUMPF, JR., Cal. Bar No. 72851 |
| 3 | rstumpf@sheppardmullin.com |
|   | Four Embarcadero Center, 17th Floor |
| 4 | San Francisco, California  94111-4109 |
|   | Telephone:    415-434-9100 |
| 5 | Facsimile:     415-434-3947 |
| 6 | Of Counsel: |
|   | CRAVATH, SWAINE & MOORE LLP |
| 7 | RICHARD W. CLARY |
|   | rclary@cravath.com |
| 8 | MICHAEL T. REYNOLDS |
|   | mreynolds@cravath.com |
| 9 | Worldwide Plaza |
|   | 825 Eighth Avenue |
| 10 | New York, NY 10019 |
|   | Telephone:    212-474-1000 |
| 11 | Facsimile:     212-474-370 |
| 12 | Attorneys for Defendant |
|   | CREDIT SUISSE SECURITIES (USA), LLC f/k/a |
| 13 | CREDIT SUISSE FIRST BOSTON LLC |
|   | and CREDIT SUISSE FIRST BOSTON LLC |
| 14 | MORTGAGE SECURITIES CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | Case No. 3:10-CV-3045 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CREDIT SUISSE SECURITIES (USA) LLC,, ET AL. | |
| Defendants. | |
| AND RELATED ACTION | |

1  I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **August 9, 2010**, I served the following documents described as follows:

**APPLICATION FOR ADMISSION OF ATTORNEY CHRISTOPHER B. HARWOOD** *PRO HAC VICE*

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY CHRISTOPHER B. HARWOOD** *PRO HAC VICE*

**APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL T. REYNOLDS** *PRO HAC VICE*

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL T. REYNOLDS** *PRO HAC VICE*

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Thomas C. Rice | David J. Grais |
| Simpson Thacher & Bartlett LLP | Kathryn C. Ellsworth |
| 425 Lexington Avenue | Owen L. Cyrulnik |
| New York, NY  10017 | Leanne M. Wilson |
| | Grais & Ellsworth LLP |
| | 70 East 55th Street |
| | New York, NY  10022 |
| | *Attorneys for Plaintiff* |
| | *Federal Home Loan Bank of San Francisco* |

[x] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope designated by the overnight service carrier.

[ ] **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(h)(4), a copy of that report is attached to this declaration.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressees.

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

-2-

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2010, at San Francisco, California.

_____
Jane Gorsi