Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

Of Counsel:

James P. Rouhandeh
rouhandeh@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Daniel J. Schwartz
daniel.schwartz@davispolk.com
(*pro hac vice applications pending*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Attorneys for Defendant
MORGAN STANLEY & CO. INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:10-CV-03045 SC<br><br>**AMENDED CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that I am and was at the time of the service mentioned in this declaration employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025.

On August 9, 2010, I served copies of the following documents:

**APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF WILLIAM J. FENRICH *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF WILLIAM J. FENRICH *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE***

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒ (BY OVERNIGHT DELIVERY) I placed the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth in the attached service list on this date

I am readily familiar with Davis Polk & Wardwell LLP's practice of collection and processing correspondence for mailing.

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Executed on August 9, 2010 at Menlo Park, California.

Felicia Yu

## SERVICE LIST

| | |
|---|---|
| Robert A. Goodin<br>Francine T. Radford<br>Anne H. Hartman<br>GOODIN, MACBRIDE, SQUERI, DAY &<br>LAMPREY, LLP<br>505 Sansome Street, Suite 900<br>San Francisco, California 94111<br>RGoodin@goodinmacbride.com<br>FRadford@goodinmacbride.com<br>AHartman@goodinmacbride.com | *Attorneys for Plaintiff Federal Home Loan Bank of San Francisco*<br><br>*[also via overnight delivery]* |
| David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Leanne M. Wilson<br>GRAIS & ELLSWORTH LLP<br>70 East 55th Street<br>New York, New York 10022<br>DGrais@graisellsworth.com<br>KEllsworth@graisellsworth.com<br>OCyrulnik@graisellsworth.com<br>LWilson@graisellsworth.com | *Attorneys for Plaintiff Federal Home Loan Bank of San Francisco*<br><br>*[also via overnight delivery]* |
| William F. Sullivan<br>Howard M. Privette<br>John S. Durrant<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, California 90071-2228<br>WilliamSullivan@paulhastings.com<br>JohnDurrant@paulhastings.com<br>HowardPrivette@paulhastings.com | *Attorneys for Defendants*<br>*UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc.* |
| Edward Han<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>55 Second Street, 24th Floor<br>San Francisco, California 94127<br>EdwardHan@paulhastings.com | *Attorneys for Defendants*<br>*UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc.* |
| Darryl P. Rains<br>Eugene Illovsky<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>DRains@mofo.com<br>EIllovsky@mofo.com | *Attorneys for Defendants*<br>*Banc of America Securities LLC;*<br>*Banc of America Funding Corporation;*<br>*Banc of America Mortgage Securities, Inc.;*<br>*Countrywide Securities Corporation;*<br>*CWALT, Inc. and*<br>*Countrywide Financial Corporation* |

| | |
|---|---|
| Craig D. Martin<br>Kevin A. Calia<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>CMartin@mofo.com<br>KCalia@mofo.com | *Attorneys for Defendants*<br>*Banc of America Securities LLC;*<br>*Banc of America Funding Corporation;*<br>*Banc of America Mortgage Securities, Inc.;*<br>*Countrywide Securities Corporation;*<br>*CWALT, Inc. and*<br>*Countrywide Financial Corporation* |
| Brian E. Pastuszenski<br>Daniel P. Roeser<br>Sarah Heaton Concannon<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, Massachusetts 02109<br>BPastuszenski@goodwinprocter.com<br>DRoeser@goodwinprocter.com<br>SConcannon@goodwinprocter.com | *Attorneys for Defendants*<br>*Banc of America Securities LLC;*<br>*Banc of America Funding Corporation;*<br>*Banc of America Mortgage Securities, Inc.;*<br>*Countrywide Securities Corporation;*<br>*CWALT, Inc. and*<br>*Countrywide Financial Corporation* |
| Joseph J. Frank<br>Jamie L. Wine<br>James E. Brandt<br>Richard D. Owens<br>Paul Serritella<br>John M. Falzone<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, New York 10022-4834<br>Joseph.Frank@lw.com<br>Jamie.Wine@lw.com<br>James.Brandt@lw.com<br>Richard.Owens@lw.com<br>Paul.Serritella@lw.com<br>James.Falzone@lw.com | *Attorneys for Defendants*<br>*Deutsche Bank Securities, Inc.; and*<br>*Deutsche Alt-A Securities, Inc.* |
| Christian J. Word<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br>Christian.Word@lw.com | *Attorneys for Defendants*<br>*Deutsche Bank Securities, Inc. and*<br>*Deutsche Alt-A Securities, Inc.* |
| Michele D. Johnson<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626-1925<br>Michele.Johnson@lw.com | *Attorneys for Defendants*<br>*Deutsche Bank Securities, Inc. and*<br>*Deutsche Alt-A Securities, Inc.* |
| John M. Falzone<br>LATHAM & WATKINS LLP<br>One Newark Center, 16th Floor<br>Newark, New Jersey 07101-3174<br>John.Falzone@lw.com | *Attorneys for Defendants*<br>*Deutsche Bank Securities, Inc. and*<br>*Deutsche Alt-A Securities, Inc.* |

| | | |
|---|---|---|
| 1 | Deepa V. Sood | *Attorneys for Defendants* |
| | LATHAM & WATKINS LLP | *Deutsche Bank Securities, Inc. and* |
| 2 | 505 Montgomery Street | *Deutsche Alt-A Securities, Inc.* |
| | San Francisco, California 94111-6538 | |
| 3 | Deepa.Sood@lw.com | |
| | | |
| 4 | Christopher Lucht | *Attorney for Defendants* |
| | Alexis Coll-Very | *RBS Securities, Inc., f/k/a Greenwich Capital* |
| 5 | Thomas C. Rice | *Markets, Inc. and RBS Acceptance, Inc. f/k/a* |
| | Alan Turner | *Greenwich Capital Acceptance, Inc., and RBS* |
| 6 | Jason Meltzer | *Holdings USA Inc. f/k/a Greenwich Capital* |
| | SIMPSON THACHER & BARTLETT LLP | *Holdings, Inc.* |
| 7 | 425 Lexington Avenue | |
| | New York, New York 10017 | |
| 8 | CLucht@stblaw.com | |
| | Acoll-Very@stblaw.com | |
| 9 | TRice@stblaw.com | |
| | ATurner@stblaw.com | |
| 10 | JMeltzer@stblaw.com | |
| | | |
| 11 | Richard Clary | *Attorneys for Defendants* |
| | Christopher Harwood | *Credit Suisse Securities (USA), LLC, f/k/a* |
| 12 | Alexandra Reeve-Givens | *Credit Suisse First Boston LLC and* |
| | Michael T. Reynolds | *Credit Suisse First Boston Mortgage Securities* |
| 13 | CRAVATH, SWAINE & MOORE LLP | *Corp.* |
| | 825 8th Avenue | |
| 14 | New York, New York 10019 | |
| | RClary@cravath.com | |
| 15 | CHarwood@cravath.com | |
| | AReeveGivens@cravath.com | |
| 16 | MReynolds@cravath.com | |
| | | |
| 17 | Kenneth I. Schacter | *Attorneys for Defendants* |
| | John D. Pernick | *J.P. Morgan Securities, Inc.;* |
| 18 | Theo J. Robins | *Structured Asset Mortgage Investments II, Inc.* |
| | Brandyne S. Warren | *and The Bear Stearns Companies, LLC* |
| 19 | Suneeta D. Fernandes | |
| | BINGHAM MCCUTCHEN LLP | |
| 20 | 399 Park Avenue | |
| | New York, New York 10022-4689 | |
| 21 | Kenneth.Schacter@bingham.com | |
| | Theo.Robins@bingham.com | |
| 22 | John.Pernick@bingham.com | |
| | Brandyne.Warren@bingham.com | |
| 23 | Suneeta.Fernandes@bingham.com | |
| | | |
| 24 | Robert J. Stumpf, Jr. | *Attorneys for Defendants* |
| | Martin White | *Credit Suisse Securities (USA), LLC, f/k/a* |
| 25 | SHEPPARD MULLIN RICHTER & | *Credit Suisse First Boston LLC and* |
| | HAMPTON LLP | *Credit Suisse First Boston Mortgage Securities* |
| 26 | Four Embarcadero Center | *Corp.* |
| | Seventeenth Floor | |
| 27 | San Francisco, California 94111 | |
| | MWhite@sheppardmullin.com | |
| 28 | RStumpf@sheppardmullin.com | |

AMENDED CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03045 SC