SIMPSON THACHER & BARTLETT LLP
ALEXIS COLL-VERY (SBN: 212735)
acoll-very@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

THOMAS C. RICE *(pro hac application submitted)*
trice@stblaw.com
ALAN TURNER *(pro hac application submitted)*
aturner@stblaw.com
JASON R. MELTZER *(pro hac application submitted)*
jmeltzer@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Counsel for Defendants RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. and RBS Acceptance Inc. f/k/a Greenwich Capital Acceptance, Inc.

RECEIVED
2010 JUL 29 P 1:49
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FEDERAL HOME LOAN BANK OF SAN FRANCISCO,

Plaintiff,

v.

CREDIT SUISSE SECURITIES (USA) LLC, et. al.,

Defendant.

Case No. CV-10-3045 MEJ

**~~[Proposed]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ALAN TURNER *PRO HAC VICE***

Alan Turner, whose business address and telephone number is Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Phone: 212-455-2000, Fax: 212-455-2502, and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. and RBS Acceptance Inc. f/k/a Greenwich Capital Acceptance, Inc.

Case3:10-cv-03045-SC Document69 Filed08/12/10 Page2 of 2

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 8/9/10 ~~July __, 2010~~

United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

ORDER FOR ADMISSION OF ALAN TURNER *PRO HAC VICE*

No. CV-10-3045 MEJ

2