SIMPSON THACHER & BARTLETT LLP
ALEXIS COLL-VERY (SBN: 212735)
acoll-very@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

THOMAS C. RICE (*pro hac application submitted*)
trice@stblaw.com
ALAN TURNER (*pro hac application submitted*)
aturner@stblaw.com
JASON R. MELTZER (*pro hac application submitted*)
jmeltzer@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Counsel for Defendants RBS Securities Inc.
f/k/a Greenwich Capital Markets, Inc. and RBS
Acceptance Inc. f/k/a Greenwich Capital
Acceptance, Inc.

RECEIVED 2010 JUL 29 P 1:50

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et. al.,<br><br>Defendant. | Case No. CV-10-3045 MEJ<br><br>[~~Proposed~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF JASON R. MELTZER *PRO HAC VICE*** |

Jason R. Meltzer, whose business address and telephone number is Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Phone: 212-455-2000, Fax: 212-455-2502, and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. and RBS Acceptance Inc. f/k/a Greenwich Capital Acceptance, Inc.

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms |
| 2 | and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro* |
| 3 | *hac vice.* Service of papers upon and communication with co-counsel designated in the |
| 4 | application will constitute notice to the party. All future filings in this action are subject to the |
| 5 | requirements contained in General Order No. 45, *Electronic Case Filing.* |

8/9/10
Dated: ~~July __, 2010~~



United States District Judge Samuel Conti

ORDER FOR ADMISSION OF
JASON R. MELTZER *PRO HAC VICE*

No. CV-10-3045 MEJ