```
 1  Neal A. Potischman (SBN 254862)
    neal.potischman@davispolk.com
 2  Samantha H. Knox (SBN 254427)
    samantha.knox@davispolk.com
 3  DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
 4  Menlo Park, California  94025
    Telephone: (650) 752-2000
 5  Facsimile:  (650) 752-2111

 6  Of Counsel:

 7  James P. Rouhandeh
    rouhandeh@davispolk.com
 8  William J. Fenrich
    william.fenrich@davispolk.com
 9  Daniel J. Schwartz
    daniel.schwartz@davispolk.com
10  (pro hac vice applications pending)
    DAVIS POLK & WARDWELL LLP
11  450 Lexington Avenue
    New York, New York 10017
12  Telephone: (212) 450-4000
    Facsimile:  (212) 701-5800
13
    Attorneys for Defendant
14  MORGAN STANLEY & CO. INC.
```

RECEIVED AUG - 6 2010 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>    Defendants. | CASE NO.: 3:10-cv-03045 SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE*
CASE NO.: 3:10-CV-03045 SC

1  Daniel J. Schwartz, an active member in good standing of the bar of the United States
2  District Court for the Southern District of New York, whose business address and telephone
3  number is Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017,
4  telephone (212) 450-4000, having applied in the above-entitled action for admission to practice in
5  the Northern District of California on a *pro hac vice* basis, representing Morgan Stanley & Co. Inc.,
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice.* Service of papers upon and communication with co-counsel designated in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing.*

Dated: 8/10/10



The Hon.
United States Judge Samuel Conti

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE*
CASE NO.: 3:10-CV-03045 SC