| | |
|---|---|
| 1 | Neal A. Potischman (SBN 254862)<br>neal.potischman@davispolk.com |
| 2 | Samantha H. Knox (SBN 254427)<br>samantha.knox@davispolk.com |
| 3 | DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real |
| 4 | Menlo Park, California 94025<br>Telephone: (650) 752-2000 |
| 5 | Facsimile: (650) 752-2111 |
| 6 | Of Counsel: |
| 7 | James P. Rouhandeh<br>rouhandeh@davispolk.com |
| 8 | William J. Fenrich<br>william.fenrich@davispolk.com |
| 9 | Daniel J. Schwartz<br>daniel.schwartz@davispolk.com |
| 10 | (*pro hac vice applications pending*)<br>DAVIS POLK & WARDWELL LLP |
| 11 | 450 Lexington Avenue<br>New York, New York 10017 |
| 12 | Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800 |
| 13 | |
| 14 | Attorneys for Defendant<br>MORGAN STANLEY & CO., INC. |

RECEIVED
AUG - 6 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FEDERAL HOME LOAN BANK OF SAN FRANCISCO,
                Plaintiff,

v.

CREDIT SUISSE SECURITIES (USA) LLC, et al.,
                Defendants.

CASE NO.: 3:10-cv-03045 SC

[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE*
CASE NO.: 3:10-CV-03045 SC

1  James P. Rouhandeh, an active member in good standing of the bar of the United States
2  District Court for the Southern District of New York, whose business address and telephone
3  number is Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017,
4  telephone (212) 450-4000, having applied in the above-entitled action for admission to practice in
5  the Northern District of California on a *pro hac vice* basis, representing Morgan Stanley & Co. Inc.,

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: 8/10/10



The Hon. Samuel Conti
United States Judge Samuel Conti

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE*
CASE NO.: 3:10-CV-03045 SC