CRAVATH, SWAINE & MOORE LLP
RICHARD W. CLARY
rclary@cravath.com
MICHAEL T. REYNOLDS
mreynolds@cravath.com
CHRISTOPHER B. HARWOOD
charwood@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700

Attorneys for Defendants
CREDIT SUISSE SECURITIES (USA), LLC f/k/a
CREDIT SUISSE FIRST BOSTON LLC and
CREDIT SUISSE FIRST BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>  Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, ET AL.<br><br>  Defendants.<br><br>AND RELATED ACTION | Case No. CV-10-3045 ~~MEJ~~ SC<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY CHRISTOPHER B. HARWOOD *PRO HAC VICE*** |

CHRISTOPHER B. HARWOOD, an active member in good standing of the bar of New York whose business address and telephone number is, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, Telephone: (212) 474-1000 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

> Credit Suisse Securities (USA), LLC f/k/a Credit Suisse First Boston LLC, and Credit Suisse First Boston

1     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3 *vice*. Service of papers upon and communication with co-counsel designated in the application
4 will constitute notice to the party. All future filings in this action are subject to the requirements
5 contained in General Order No. 45, *Electronic Case Filing*.

8 Dated: 8/10/10



United States
Judge Samuel Conti