```
CRAVATH, SWAINE & MOORE LLP
RICHARD W. CLARY
rclary@cravath.com
MICHAEL T. REYNOLDS
mreynolds@cravath.com
CHRISTOPHER B. HARWOOD
charwood@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:   212-474-1000
Facsimile:   212-474-3700

Attorneys for Defendants
CREDIT SUISSE SECURITIES (USA), LLC f/k/a
CREDIT SUISSE FIRST BOSTON LLC and
CREDIT SUISSE FIRST BOSTON
```

RECEIVED
2010 AUG -9 P 2:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, ET AL.<br>　　　　　　　Defendants.<br><br>AND RELATED ACTION | Case No. CV-10-3045 MEJ<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL T. REYNOLDS *PRO HAC VICE* |

MICHAEL T. REYNOLDS, an active member in good standing of the bar of New York whose business address and telephone number is, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, Telephone: (212) 474-1000 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

　　　　　Credit Suisse Securities (USA), LLC f/k/a Credit Suisse First Boston LLC,
　　　　　and Credit Suisse First Boston

W02-WEST:5MDW1\402833947.1　　　　　　　　　　　-1-

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

8  Dated:   8/10/10

United States