1 | LATHAM & WATKINS LLP
Deepa V. Sood (Bar No. 224079)
2 | 505 Montgomery Street
San Francisco, CA 94111-6538
3 | Telephone: (415) 391-0600
Facsimile: (415) 395-8095
4
LATHAM & WATKINS LLP
5 | Jamie L. Wine (Bar No. 181373)
885 Third Avenue
6 | New York, NY 10022-4834
Telephone: (212) 906-1200
7 | Facsimile: (212) 751-4864

8 | Attorneys for Defendants Deutsche Bank
Securities, Inc. and Deutsche Alt-A Securities, Inc.
9

*FILED*

2010 AUG 23 P 3: 09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 |          UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
11 |                SAN FRANCISCO DIVISION

12 | FEDERAL HOME LOAN BANK OF SAN          CASE NO. CV-10-03045 SC
FRANCISCO,

13 |              Plaintiff,                **CERTIFICATE OF SERVICE**

14 |     v.

15 | CREDIT SUISSE SECURITIES (USA) LLC,
et al.,
16
              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

3

4

On **August 23, 2010**, I served the following documents described as:

5

- **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

6

7

- **[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATIONS FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

8

9

by serving true copies of the above-described documents in the following manner:

## BY ELECTRONIC MAIL

10

11

I caused the above-referenced document(s) to be transmitted by electronic mail transmission to the interested parties at the appropriate electronic mail addresses as set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

12

13

| | |
|---|---|
| drains@mofo.com | Darryl P. Rains |
| bpastuszenski@goodwinprocter.com | Brian E. Pastuszenski |
| sconcannon@goodwinprocter.com | Sarah H. Concannon |
| rclary@cravath.com | Richard W. Clary |
| charwood@cravath.com | Christopher B. Harwood |
| areevegivens@cravath.com | Alexandra Reeve-Givens |
| rstumpf@sheppardmullin.com | Robert J. Stumpf |
| mwhite@sheppardmullin.com | Martin White |
| john.falzone@lw.com | John M. Falzone |
| clucht@stblaw.com | Christopher J. Lucht |
| jmeltzer@stblaw.com | Jason Meltzer |
| trice@stblaw.com | Thomas C. Rice |
| williamsullivan@paulhastings.com | William F. Sullivan |
| howardprivette@paulhastings.com | Howard M. Privette, II |
| johndurrant@paulhastings.com | John S. Durrant |
| kenneth.schacter@bingham.com | Kenneth I. Schacter |
| john.pernick@bingham.com | John Pernick |
| theo.robins@bingham.com | Theo J. Robins |
| brandyne.warren@bingham.com | Brandyne S. Warren |
| suneeta.fernandes@bingham.com | Suneeta D. Fernandes |
| rouhandeh@davispolk.com | James P. Rouhandeh |
| william.fenrich@davispolk.com | William J. Fenrich |
| daniel.schwartz@davispolk.com | Daniel J. Schwartz |
| neal.potischman@davispolk.com | Neal A. Potischman |
| joseph.frank@lw.com | Joseph J. Frank |
| michele.johnson@lw.com | Michele D. Johnson |
| paul.serritella@lw.com | Paul A. Serritella |
| christian.word@lw.com | J. Christian Word |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

1      The parties on whom this electronic mail has been served have agreed in writing to such
       form of service pursuant to agreement.

2

**BY HAND DELIVERY**

3      I am familiar with the office practice of Latham & Watkins LLP for collecting
       and processing documents for hand delivery by a messenger courier service or a registered
4      process server.  Under that practice, documents are deposited to the Latham & Watkins LLP
       personnel responsible for dispatching a messenger courier service or registered process server for
5      the delivery of documents by hand in accordance with the instructions provided to the messenger
       courier service or registered process server; such documents are delivered to a messenger courier
6      service or registered process server on that same day in the ordinary course of business.  I caused
       a sealed envelope or package containing the above-described document(s) and addressed as set
7      forth below in accordance with the office practice of Latham & Watkins LLP for collecting and
       processing documents for hand delivery by a messenger courier service or a registered process
8      server.

9                                  Robert A. Goodin
                       Goodin, MacBride, Squeri, Day & Lamprey, LLP
10                              505 Sansome Street, Suite 900
                                  San Francisco, CA 94111
11

**BY OVERNIGHT MAIL DELIVERY**

12      I am familiar with the office practice of Latham & Watkins LLP for collecting
       and processing documents for overnight mail delivery by Federal Express.  Under that practice,
13     documents are deposited with the Latham & Watkins LLP personnel responsible for depositing
       documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility
14     regularly maintained for receipt of overnight mail by Federal Express; such documents are
       delivered for overnight mail delivery by Federal Express on that same day in the ordinary course
15     of business, with delivery fees thereon fully prepaid and/or provided for.  I deposited in Latham
       & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described
16     document and addressed as set forth below in accordance with the office practice of Latham &
       Watkins LLP for collecting and processing documents for overnight mail delivery by Federal
17     Express:

18                                     David Grais
                                 Grais & Ellsworth LLP
19                                  70 East 55th Street
                                   New York, NY 10022
20

21      I declare that I am employed in the office of a member of the Bar of, or permitted
       to practice before, this Court at whose direction the service was made and declare under penalty
22     of perjury under the laws of the State of California that the foregoing is true and correct.

23      Executed on **August 23, 2010**, at San Francisco, California.

24

25                                  _____
                                              Caroline Yu
26

27

28