DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et. al.,<br><br>Defendants. | Case No.   CV-03045 SC<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1(b) and 6-2(a) for the Northern District of California, the parties, by and through their undersigned attorneys, stipulate as follows:

WHEREAS on August 11, 2010, Plaintiffs filed a motion to remand this action and its related case, *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc., et al.*, No. 3:10-cv-03039-SC, to the California Superior Court for the County of San Francisco;

1  WHEREAS defendants in both actions intend, to the extent practicable, to file a single omnibus brief opposing plaintiff's remand motions (certain defendants may file a short supplemental opposition addressing party-specific points);

WHEREAS, defendants' opposition and plaintiff's reply briefs are currently due on August 27 and September 3, 2010, respectively; and

WHEREAS, defendants require additional time to prepare omnibus briefing.

NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

1. Defendants shall file their opposition to plaintiff's motion to remand on or before September 20, 2010;

2. Plaintiff shall file its reply in support of the motion to remand on or before October 12, 2010;

3. The hearing on the motion to remand shall be continued to November 5, 2010 or as soon thereafter as directed by the Court

IT IS SO STIPULATED.

Dated: August 24, 2010  Respectfully submitted:

Darryl P. Rains
Eugene Illovsky
Craig D. Martin
MORRISON & FOERSTER LLP

By: /s/ Darryl P. Rains
      Darryl P. Rains

Attorneys for defendants
BANC OF AMERICA SECURITIES LLC;
BANC OF AMERICA FUNDING CORPORATION; BANC OF AMERICA MORTGAGE SECURITIES, INC.;
COUNTRYWIDE SECURITIES CORPORATION; CWALT, INC.; and
COUNTRYWIDE FINANCIAL CORPORATION

| | | |
|---|---|---|
| 1 | Dated: August 24, 2010 | DAVIS POLK & WARDWELL LLP |
| 2 | | Neal A. Potischman (SBN 254862) |
| 3 | | Samantha H. Knox (SBN 254427) |
| | | 1600 El Camino Real |
| 4 | | Menlo Park, California 94025 |
| | | Telephone: (650) 752-2000 |
| 5 | | Facsimile: (650) 752-2111 |

James P. Rouhandeh
William J. Fenrich
Daniel J. Schwartz
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

By: /s/ Neal A. Potischman
    Neal A. Potischman

Attorneys for defendant
MORGAN STANLEY & CO. INC.

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03045-SC
pa-1419388

3

Dated: August 24, 2010

LATHAM & WATKINS LLP

Deepa V. Sood (SBN 224079)
505 Montgomery Street
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Jamie L. Wine (SBN 181373)
James E. Brandt
Richard D. Owens
John M. Falzone
(*pro hac vice applications to be filed*)
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864


By:   /s/ Deepa V. Sood
      Deepa V. Sood

Attorneys for defendants
DEUTSCHE BANK SECURITIES, INC.;
DEUTSCHE ALT-A SECURITIES, INC.

| | | |
|---|---|---|
| 1 | Dated: August 24, 2010 | BINGHAM MCCUTCHEN LLP |

John D. Pernick (SBN 155468)
Suneeta D. Fernandes (SBN 257772)
Three Embarcadero Center
San Francisco, California 9111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286


By:  /s/ John D. Pernick
         John D. Pernick

Attorneys for defendants
J.P. MORGAN SECURITIES, INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; and THE BEAR
STEARNS COMPANIES, LLC,

| | | |
|---|---|---|
| 1 | Dated: August 24, 2010 | SHEPPARD MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | Robert J. Stumpf, Jr. (SBN 72851) |
| | | Four Embarcadero Center, 17th Floor |
| 4 | | San Francisco, California 94111 |
| | | Telephone: (415) 434-9100 |
| 5 | | Facsimile: (415) 434-3947 |
| 6 | | Of Counsel: |
| 7 | | CRAVATH, SWAINE & MOORE LLP |
| 8 | | Richard W. Clary |
| | | Michael T. Reynolds |
| 9 | | Worldwide Plaza |
| | | 825 Eighth Avenue |
| 10 | | New York, New York 10019 |
| | | Telephone: 212-474-1000 |
| 11 | | Facsimile: 212-474-3700 |
| 12 | | |
| 13 | | By: /s/ Robert J. Stumpf, Jr. |
| 14 | |       Robert J. Stumpf, Jr. |
| 15 | | Attorneys for defendants |
| | | CREDIT SUISSE SECURITIES (USA), LLC, |
| 16 | | f/k/a/ CREDIT SUISSE FIRST BOSTON LLC |
| | | and CREDIT SUISSE FIRST BOSTON |
| 17 | | MORTGAGE SECURITIES CORP. |

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03045-SC
pa-1419388

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 24, 2010 | SIMPSON THACHER & BARTLETT LLP |

Alexis Coll-Very (SBN: 212735)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Thomas C. Rice
Alan Turner
Jason R. Meltzer
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502


By: /s/ Alexis Coll-Very
     Alexis Coll-Very

Attorneys for defendants
RBS SECURITIES INC., f/k/a/ GREENWICH CAPITAL MARKETS, INC.; and RBS ACCEPTANCE INC. f/k/a/ GREENWICH CAPITAL ACCEPTANCE, INC.

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03045-SC
pa-1419388

7

|    |    |    |
|---|---|---|
| 1 | Dated: August 24, 2010 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | | |
| 3 | | William F. Sullivan<br>Howard M. Privette<br>John S. Durrant |
| 4 | | 515 South Flower Street, 25th Floor |
| 5 | | Los Angeles, California 90071-2228<br>Telephone: (213) 683-6000 |
| 6 | | Facsimile: (213) 627-0705 |
| 7 | | Edward Han |
| 8 | | 55 Second Street, 24th Floor<br>San Francisco, California 94127 |
| 9 | | Telephone: (415) 865-7000<br>Facsimile: (415) 865-7100 |
| 10 | | |
| 11 | | |
| 12 | | By:  /s/ William F. Sullivan<br>        William F. Sullivan |
| 13 | | |
| 14 | | Attorneys for defendants<br>UBS SECURITIES, LLC and MORTGAGE ASSET SECURITIZATION |
| 15 | | TRANSACTIONS, INC. |

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03045-SC
pa-1419388

8

1 Dated: August 24, 2010   GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

Robert A. Goodin (SBN 061302)
Francine T. Radford (SBN 168269)
Anne H. Hartman (SBN 184556)
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

and

GRAIS & ELLSWORTH LLP
David J. Grais
Kathryn C. Ellsworth
Owen L. Cryulnik
Leanne M. Wilson
70 East 55th Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

By: /s/ Francine T. Radford
       Francine T. Radford

Attorneys for plaintiff
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

**GENERAL ORDER 45 ATTESTATION**

I, Anne K. Davis, am the ECF User whose ID and password was used to file this **STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER**. In compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation; Francine T. Radford, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co., Inc., Deepa V. Sood, counsel for Defendants Deutsche Bank Securities, Inc., and Deutsche Alt-A Securities, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., and The Bear Sterns Companies, LLC; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC and Credit Suisse First Boston Mortgage Securities Corp.; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc., and RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance, Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

Dated: August 24, 2010

MORRISON & FOERSTER LLP

By: /s/ Anne K. Davis
Anne K. Davis