| | |
|---|---|
| 1 | DARRYL P. RAINS (CA SBN 104802) |
| | DRains@mofo.com |
| 2 | EUGENE ILLOVSKY (CA SBN 117892) |
| | EIllovsky@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | Case No. CV-03045 SC |
| Plaintiff, | **DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| CREDIT SUISSE SECURITIES (USA) LLC, et. al., | |
| Defendants. | |

I, Craig D. Martin, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc. I submit this Declaration pursuant to Civil Local Rules 6-1(b) and 6-2(a), in support of the

DECLARATION OF CRAIG D. MARTIN
CASE NO. CV-03045-SC
pa-1419800

1

1 parties' Stipulated Request for an Order Extending Time for Briefing on Plaintiff's Motion to
2 Remand and [Proposed] Order.  If called as a witness, I would testify to the facts set forth herein.
3      2.     Counsel for the parties have met and conferred and agreed to a mutual extension of
4 time for the opposition to the motion to remand and the reply in support of the Motion to
5 Remand.
6      3.     The parties previously stipulated to extend the time to answer or otherwise respond
7 to the amended complaint to October 12, 2010 to permit the briefing and hearing on plaintiffs'
8 anticipated remand motion.  The stipulation was filed on July 16, 2010.
9      5.     The extension would continue the hearing date for the motion to remand from
10 September 17, 2010 to November 5, 2010, or as soon thereafter as directed by the Court.
11 Defendants anticipate seeking a further extension of their time to answer or otherwise respond to
12 the amended complaint.
13
14      I declare under penalty of perjury under the laws of the United States of America that the
15 foregoing is true and correct and that this Declaration was executed in San Francisco, California
16 on this 24th day of August, 2010.
17                                 /s/ Craig D. Martin

DECLARATION OF CRAIG D. MARTIN
CASE NO. CV-03045-SC
pa-1419800

2

\* \* \* \* \*

## ECF ATTESTATION

I, Anne K. Davis, am the ECF User whose ID and Password are being used to file this:

**DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND**

In compliance with General Order 45, X.B., I hereby attest that Craig D. Martin has concurred in this filing.

DATED: August 24, 2010          MORRISON & FOERSTER LLP

                                By:   /s/ Anne K. Davis