1  LATHAM & WATKINS LLP
     Deepa V. Sood (Bar No. 224079)
2  505 Montgomery Street
   San Francisco, CA 94111-6538
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4
   LATHAM & WATKINS LLP
5    John M. Falzone (Bar No. 017192003)
   One Newark Center
6  Newark, NJ 07101-3174
   Telephone: (973) 639-1234
7  Facsimile: (973) 639-7298

8  Attorneys for Defendants Deutsche Bank
   Securities, Inc.; Deutsche Alt-A Securities,
9  Inc.; and DB Structured Products, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC; et al.,<br><br>Defendants. | Case No. 10-CV-3045 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATIONS FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
|---|---|

John M. Falzone, whose business addresses and telephone number is Latham & Watkins, LLP, One Newark Center, Newark, New Jersey, 07101, Telephone: 973-639-1234, Facsimile: 973-639-7298, and who is an active member in good standing of the bar of New Jersey, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Deutsche Bank Securities Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August __, 2010

_____

Hon. Judge Samuel Conti