1   DARRYL P. RAINS (CA SBN 104802)
    DRains@mofo.com
2   EUGENE ILLOVSKY (CA SBN 117892)
    EIllovsky@mofo.com
3   MORRISON & FOERSTER LLP
    755 Page Mill Road
4   Palo Alto, California  94304-1018
    Telephone: 650.813.5600
5   Facsimile: 650.494.0792

6   CRAIG D. MARTIN (CA SBN 168195)
    CMartin@mofo.com
7   MORRISON & FOERSTER LLP
    425 Market Street
8   San Francisco, California 94105-2482
    Telephone:  415.268.7000
9   Facsimile:  415.268.7522

10  Attorneys for defendants Banc of America Securities LLC; Banc
    of America Funding Corporation; Banc of America Mortgage
11  Securities, Inc.; Countrywide Securities Corporation; CWALT,
    Inc.; and Countrywide Financial Corporation

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16
    FEDERAL HOME LOAN BANK OF SAN            Case No.       CV-03045 SC
17  FRANCISCO,
                                             STIPULATED REQUEST FOR
18                Plaintiff,                 AN ORDER EXTENDING TIME
                                             FOR BRIEFING ON
19         v.                                PLAINTIFF'S MOTION TO
                                             REMAND AND [PROPOSED]
20  CREDIT SUISSE SECURITIES (USA) LLC, et.  ORDER
    al.,
21
                  Defendants.
22

23         Pursuant to Civil Local Rules 6-1(b) and 6-2(a) for the Northern District of California, the

24  parties, by and through their undersigned attorneys, stipulate as follows:

25         WHEREAS on August 11, 2010, Plaintiffs filed a motion to remand this action and its

26  related case, *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc., et al.*,

27  No. 3:10-cv-03039-SC, to the California Superior Court for the County of San Francisco;

28

1   WHEREAS defendants in both actions intend, to the extent practicable, to file a single

2   omnibus brief opposing plaintiff's remand motions (certain defendants may file a short

3   supplemental opposition addressing party-specific points);

4   WHEREAS, defendants' opposition and plaintiff's reply briefs are currently due on

5   August 27 and September 3, 2010, respectively; and

6   WHEREAS, defendants require additional time to prepare omnibus briefing.

7   NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY

8   STIPULATED by and between the parties to this action, through their counsel of record, as

9   follows:

10   1. Defendants shall file their opposition to plaintiff's motion to remand on or before

11   September 20, 2010;

12   2. Plaintiff shall file its reply in support of the motion to remand on or before October 12,

13   2010;

14   3. The hearing on the motion to remand shall be continued to November 5, 2010 or as

15   soon thereafter as directed by the Court

16   IT IS SO STIPULATED.

17   Dated: August 24, 2010          Respectfully submitted:

18                                    Darryl P. Rains
                                      Eugene Illovsky
19                                    Craig D. Martin
                                      MORRISON & FOERSTER LLP
20

21

22                                    By:   /s/ Darryl P. Rains
                                            Darryl P. Rains
23
                                      Attorneys for defendants
24                                    BANC OF AMERICA SECURITIES LLC;
                                      BANC OF AMERICA FUNDING
25                                    CORPORATION; BANC OF AMERICA
                                      MORTGAGE SECURITIES, INC.;
26                                    COUNTRYWIDE SECURITIES
                                      CORPORATION; CWALT, INC.; and
27                                    COUNTRYWIDE FINANCIAL
                                      CORPORATION
28

1    Dated: August 24, 2010          DAVIS POLK & WARDWELL LLP

2                                    Neal A. Potischman (SBN 254862)
                                     Samantha H. Knox (SBN 254427)
3                                    1600 El Camino Real
                                     Menlo Park, California 94025
4                                    Telephone: (650) 752-2000
                                     Facsimile: (650) 752-2111
5

6                                    James P. Rouhandeh
                                     William J. Fenrich
7                                    Daniel J. Schwartz
                                     450 Lexington Avenue
8                                    New York, New York 10017
                                     Telephone: (212) 450-4000
9                                    Facsimile: (212) 701-5800

10

11
                                     By:   /s/ Neal A. Potischman
12                                         Neal A. Potischman

13                                   Attorneys for defendant
                                     MORGAN STANLEY & CO. INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      Dated: August 24, 2010        LATHAM & WATKINS LLP

2                               Deepa V. Sood (SBN 224079)

3                               505 Montgomery Street
San Francisco, California 94111-6538

4                               Telephone: (415) 391-0600
Facsimile: (415) 395-8095

5

6                               Jamie L. Wine (SBN 181373)
James E. Brandt

7                               Richard D. Owens
John M. Falzone

8                               (*pro hac vice applications to be filed*)
885 Third Avenue

9                               New York, New York 10022-4834
Telephone: (212) 906-1200

10                            Facsimile: (212) 751-4864

11

12

13                             By:   /s/ Deepa V. Sood
                                     Deepa V. Sood

14                             Attorneys for defendants

15                             DEUTSCHE BANK SECURITIES, INC.;
DEUTSCHE ALT-A SECURITIES, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: August 24, 2010      BINGHAM MCCUTCHEN LLP

2

3                               John D. Pernick (SBN 155468)
                                        Suneeta D. Fernandes (SBN 257772)

4                               Three Embarcadero Center
                               San Francisco, California 9111-4067

5                               Telephone: (415) 393-2000
                               Facsimile: (415) 393-2286

6

7

8                              By:   /s/ John D. Pernick
                                    John D. Pernick

9                              Attorneys for defendants

10                           J.P. MORGAN SECURITIES, INC.;
                           STRUCTURED ASSET MORTGAGE

11                           INVESTMENTS II, INC.; and THE BEAR
                           STEARNS COMPANIES, LLC,

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: August 24, 2010

SHEPPARD MULLIN, RICHTER &
HAMPTON LLP

Robert J. Stumpf, Jr. (SBN 72851)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Of Counsel:

CRAVATH, SWAINE & MOORE LLP
Richard W. Clary
Michael T. Reynolds
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700


By:   /s/ Robert J. Stumpf, Jr.
                Robert J. Stumpf, Jr.

Attorneys for defendants
CREDIT SUISSE SECURITIES (USA), LLC,
f/k/a/ CREDIT SUISSE FIRST BOSTON LLC
and CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITIES CORP.

1

2      Dated:  August 24, 2010                    SIMPSON THACHER & BARTLETT LLP

3                                                 Alexis Coll-Very (SBN: 212735)
                                                  2550 Hanover Street
4                                                 Palo Alto, California 94304
                                                  Telephone: (650) 251-5000
5                                                 Facsimile: (650) 251-5002

6                                                 Thomas C. Rice
                                                  Alan Turner
7                                                 Jason R. Meltzer
8                                                 425 Lexington Avenue
                                                  New York, New York 10017
9                                                 Telephone: (212) 455-2000
                                                  Facsimile: (212) 455-2502
10

11

12                                                By:   /s/ Alexis Coll-Very
                                                        Alexis Coll-Very
13

14                                                Attorneys for defendants
                                                  RBS SECURITIES INC., f/k/a/ GREENWICH
15                                                CAPITAL MARKETS, INC.; and RBS
                                                  ACCEPTANCE INC. f/k/a/ GREENWICH
16                                                CAPITAL ACCEPTANCE, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1

Dated: August 24, 2010

PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3

William F. Sullivan
Howard M. Privette
John S. Durrant

4

515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228

5

Telephone: (213) 683-6000
Facsimile: (213) 627-0705

6

7

Edward Han

8

55 Second Street, 24th Floor
San Francisco, California 94127

9

Telephone: (415) 865-7000
Facsimile: (415) 865-7100

10

11

12

By:   /s/ William F. Sullivan
_____
          William F. Sullivan

13

14

Attorneys for defendants
UBS SECURITIES, LLC and MORTGAGE
ASSET SECURITIZATION

15

TRANSACTIONS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: August 24, 2010      GOODIN, MACBRIDE, SQUERI, DAY &
2          LAMPREY, LLP

3          Robert A. Goodin (SBN 061302)
         Francine T. Radford (SBN 168269)
4          Anne H. Hartman (SBN 184556)
         505 Sansome Street, Suite 900
5          San Francisco, California 94111
         Telephone: (415) 392-7900
6          Facsimile: (415) 398-4321

7                         and

8          GRAIS & ELLSWORTH LLP
9          David J. Grais
         Kathryn C. Ellsworth
10          Owen L. Cryulnik
         Leanne M. Wilson
11          70 East 55th Street
12          New York, New York 10022
         Telephone: (212) 755-0100
13          Facsimile: (212) 755-0052

14

15

16          By:   /s/ Francine T. Radford
                Francine T. Radford

17          Attorneys for plaintiff
18          FEDERAL HOME LOAN BANK OF SAN
         FRANCISCO

19

20                   **<u>ORDER</u>**

21     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23

24   Dated:    <u>August 25, 2010</u>

25                    HON_____E CONTI
                   UNITED STA_____OURT JUDGE



26

27

28

**GENERAL ORDER 45 ATTESTATION**

I, Anne K. Davis, am the ECF User whose ID and password was used to file this **STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER**.  In compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation; Francine T. Radford, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co., Inc., Deepa V. Sood, counsel for Defendants Deutsche Bank Securities, Inc., and Deutsche Alt-A Securities, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., and The Bear Sterns Companies, LLC; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC and Credit Suisse First Boston Mortgage Securities Corp.; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc., and RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance, Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

Dated:  August 24, 2010

MORRISON & FOERSTER LLP

By:   /s/ Anne K. Davis
                Anne K. Davis