GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
    rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
    fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS
    dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH
    kellsworth@graisellsworth.com
OWEN L. CYRULNIK
    ocyrulnik@graisellsworth.com
LEANNE M. WILSON
    lwilson@graisellsworth.com
40 East 52nd Street
New York, New York 10022
Telephone: (212) 755-3550
Facsimile: (212) 755-0052

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE SECURITIES (USA) LLC, et al., <br><br> Defendants. | No. CV-10-3045 SC |

**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given that the attorneys for the Plaintiff, Grais & Ellsworth LLP, have changed their address effective immediately. The new address is:

NOTICE OF CHANGE OF ADDRESS      (No. CV-10-3045 SC)

Grais & Ellsworth LLP
40 East 52nd Street
20th Floor
New York, New York 10022
Tel: (212) 755-0100
Fax: (212) 755-0052

Dated: August 25, 2010

GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP

GRAIS & ELLSWORTH LLP

By: /s/Robert A. Goodin
    Robert A. Goodin
Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

3428/001/X121773.v1

NOTICE OF CHANGE OF
ADDRESS

-2-

(No. CV-10-3045 SC)

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO