DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et. al.,<br><br>Defendants. | Case No. CV-03045 SC<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1(b), 6-2(a) and 7-4(b) for the Northern District of California, the parties, by and through their undersigned attorneys, stipulate as follows:

WHEREAS on August 11, 2010, Plaintiffs filed a motion to remand this action and its related case, *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc., et al.*, No. 3:10-cv-03039-SC, to the California Superior Court for the County of San Francisco;

1    WHEREAS, defendants are preparing to file a single omnibus brief opposing plaintiff's
2    motions to remand both cases (the UBS defendants may file a short supplemental opposition
3    addressing party-specific points);
4    WHEREAS, defendants' opposition and plaintiff's reply briefs are currently due on
5    September 20 and October 12 2010, respectively;
6    WHEREAS, pursuant to Civil Local Rule 7-4(b), memoranda filed with opposition papers
7    may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of
8    text; and
9    WHEREAS, defendants require four additional days to prepare the omnibus brief, and
10   require an additional five pages to brief their consolidated arguments.
11   NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY
12   STIPULATED by and between the parties to this action, through their counsel of record, as
13   follows:
14   1.   Defendants shall file their opposition to plaintiff's motion to remand on or
15        before September 24, 2010;
16   2.   Defendants may have up to 30 pages for their omnibus opposition to plaintiff's
17        motion to remand;
18   3.   Plaintiff shall file its reply in support of the motion to remand on or before
19        October 19, 2010;
20   4.   Plaintiff shall have up to 20 pages for its reply to defendants' omnibus
21        opposition.
22   IT IS SO STIPULATED.

Dated: September 17, 2010            Respectfully submitted:

Darryl P. Rains
Eugene Illovsky
Craig D. Martin
MORRISON & FOERSTER LLP

By:  /s/ Darryl P. Rains
         Darryl P. Rains

Attorneys for defendants
BANC OF AMERICA SECURITIES LLC;
BANC OF AMERICA FUNDING
CORPORATION; BANC OF AMERICA
MORTGAGE SECURITIES, INC.;
COUNTRYWIDE SECURITIES
CORPORATION; CWALT, INC.; and
COUNTRYWIDE FINANCIAL
CORPORATION

Dated: September 17, 2010            DAVIS POLK & WARDWELL LLP

Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

James P. Rouhandeh (*admitted pro hac vice*)
William J. Fenrich (*admitted pro hac vice*)
Daniel J. Schwartz (*admitted pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

By:  /s/ Neal A. Potischman
         Neal A. Potischman

Attorneys for defendant
MORGAN STANLEY & CO.
INCORPORATED

| | | |
|---|---|---|
| 1 | Dated: September 17, 2010 | LATHAM & WATKINS LLP |

Deepa V. Sood (SBN 224079)
505 Montgomery Street
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Jamie L. Wine (SBN 181373)
James E. Brandt (*admitted pro hac vice*)
Richard D. Owens (*admitted pro hac vice*)
John M. Falzone (*admitted pro hac vice*)
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864


By:   /s/ Deepa V. Sood
            Deepa V. Sood

Attorneys for defendants
DEUTSCHE BANK SECURITIES, INC.;
DEUTSCHE ALT-A SECURITIES, INC.

---

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03045-SC
pa-1423273

4

| | | |
|---|---|---|
| 1 | Dated: September 17, 2010 | BINGHAM MCCUTCHEN LLP |
| 2 | | |
| 3 | | John D. Pernick (SBN 155468)<br>Suneeta D. Fernandes (SBN 257772)<br>Three Embarcadero Center |
| 4 | | San Francisco, California 9411-4067<br>Telephone: (415) 393-2000 |
| 5 | | Facsimile: (415) 393-2286 |
| 6 | | Kenneth I. Schacter (*admitted pro hac vice*) |
| 7 | | Theo J. Robins (*admitted pro hac vice*)<br>Brandyne S. Warren (*admitted pro hac vice*) |
| 8 | | 399 Park Avenue<br>New York, New York 10022-4689 |
| 9 | | Telephone: (212) 705-7000<br>Facsimile: (212) 752-5378 |
| 10 | | |
| 11 | | |
| 12 | | By:   /s/ John D. Pernick<br>             John D. Pernick |
| 13 | | Attorneys for defendants |
| 14 | | J.P. MORGAN SECURITIES, INC.;<br>STRUCTURED ASSET MORTGAGE |
| 15 | | INVESTMENTS II, INC.; and THE BEAR<br>STEARNS COMPANIES, LLC, |

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03045-SC
pa-1423273

5

1  Dated: September 17, 2010

    SHEPPARD MULLIN, RICHTER & HAMPTON LLP

    Robert J. Stumpf, Jr. (SBN 72851)
    Four Embarcadero Center, 17th Floor
    San Francisco, California 94111
    Telephone: (415) 434-9100
    Facsimile: (415) 434-3947

    Of Counsel:

    CRAVATH, SWAINE & MOORE LLP
    Richard W. Clary
    Michael T. Reynolds
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York 10019
    Telephone: 212-474-1000
    Facsimile: 212-474-3700

    By:  /s/ Robert J. Stumpf, Jr.
          Robert J. Stumpf, Jr.

    Attorneys for defendants
    CREDIT SUISSE SECURITIES (USA), LLC,
    f/k/a/ CREDIT SUISSE FIRST BOSTON LLC
    and CREDIT SUISSE FIRST BOSTON
    MORTGAGE SECURITIES CORP.

| | | |
|---|---|---|
| 1 | Dated: September 17, 2010 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | |
| 3 | | Alexis Coll-Very (SBN: 212735) |
| | | 2550 Hanover Street |
| 4 | | Palo Alto, California 94304 |
| | | Telephone: (650) 251-5000 |
| 5 | | Facsimile: (650) 251-5002 |
| 6 | | Thomas C. Rice (*admitted pro hac vice*) |
| 7 | | Alan Turner (*admitted pro hac vice*) |
| | | Jason R. Meltzer (*admitted pro hac vice*) |
| 8 | | 425 Lexington Avenue |
| | | New York, New York 10017 |
| 9 | | Telephone: (212) 455-2000 |
| | | Facsimile: (212) 455-2502 |
| 12 | | By:   /s/ Alexis Coll-Very |
| 13 | | Alexis Coll-Very |
| 14 | | Attorneys for defendants |
| | | RBS SECURITIES INC., f/k/a/ GREENWICH |
| 15 | | CAPITAL MARKETS, INC.; and RBS ACCEPTANCE INC. f/k/a/ GREENWICH |
| 16 | | CAPITAL ACCEPTANCE, INC. |

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03045-SC
pa-1423273

7

| | | |
|---|---|---|
| 1 | Dated: September 17, 2010 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

William F. Sullivan
Howard M. Privette
John S. Durrant
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Edward Han
55 Second Street, 24th Floor
San Francisco, California 94127
Telephone: (415) 865-7000
Facsimile: (415) 865-7100


By:   /s/ William F. Sullivan
         William F. Sullivan

Attorneys for defendants
UBS SECURITIES, LLC and MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03045-SC
pa-1423273

8

Dated: September 17, 2010

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

Robert A. Goodin (SBN 061302)
Francine T. Radford (SBN 168269)
Anne H. Hartman (SBN 184556)
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

and

GRAIS & ELLSWORTH LLP
David J. Grais (*admitted pro hac vice*)
Kathryn C. Ellsworth (*admitted pro hac vice*)
Owen L. Cryulnik (*admitted pro hac vice*)
Leanne M. Wilson (*admitted pro hac vice*)
70 East 55th Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

By: /s/ Anne H. Hartman
      Anne H. Hartman

Attorneys for plaintiff
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

# GENERAL ORDER 45 ATTESTATION

I, Anne K. Davis, am the ECF User whose ID and password was used to file this **STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER**. In compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation; Anne H. Hartman, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co. Incorporated, Deepa V. Sood, counsel for Defendants Deutsche Bank Securities, Inc., and Deutsche Alt-A Securities, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., and The Bear Sterns Companies, LLC; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC and Credit Suisse First Boston Mortgage Securities Corp.; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc., and RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance, Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

Dated: September 17, 2010

MORRISON & FOERSTER LLP

By: /s/ Anne K. Davis
Anne K. Davis