DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et. al.,<br><br>Defendants. | Case No. CV-03045 SC<br><br>**DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND** |

I, Craig D. Martin, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc. I submit this Declaration pursuant to Civil Local Rules 6-1(b), 6-2(a) and 7-4(b), in support

1  of the parties' Stipulated Request for an Order Extending Time and Length for Briefing on
2  Plaintiff's Motion to Remand and [Proposed] Order. If called as a witness, I would testify to the
3  facts set forth herein.

4     2.    Counsel for the parties have met and conferred and agreed to a mutual extension of
5  time and length for the opposition to the motion to remand and the reply in support of the Motion
6  to Remand.

7     3.    The parties previously stipulated to extend the time to answer or otherwise respond
8  to the amended complaint to October 12, 2010 to permit the briefing and hearing on plaintiffs'
9  anticipated remand motion. The stipulation was filed on July 16, 2010.

10    4.    The parties previously stipulated to extend the time for briefing on plaintiff's
11 motion to remand to permit defendants to prepare omnibus briefing. The stipulation was filed on
12 August 24, 2010 and the order was entered on August 25, 2010.

13    5.    The extension will not affect the hearing date for the motion to remand.

15 I declare under penalty of perjury under the laws of the United States of America that the
16 foregoing is true and correct and that this Declaration was executed in San Francisco, California
17 on this 17th day of September, 2010.

18                         /s/ Craig D. Martin

DECLARATION OF CRAIG D. MARTIN
CASE NO. CV-03045-SC
pa-1423281

2

\* \* \* \* \*

## ECF ATTESTATION

I, Anne K. Davis, am the ECF User whose ID and Password are being used to file this:

**DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND**

In compliance with General Order 45, X.B., I hereby attest that Craig D. Martin has concurred in this filing.

DATED: September 17, 2010     MORRISON & FOERSTER LLP

By: /s/ Anne K. Davis

DECLARATION OF CRAIG D. MARTIN
CASE NO. CV-03045-SC
pa-1423281

3