DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for defendants Banc of America Securities LLC; Banc
of America Funding Corporation; Banc of America Mortgage
Securities, Inc.; Countrywide Securities Corporation; CWALT,
Inc.; and Countrywide Financial Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et. al.,<br><br>Defendants. | Case No.      CV-03045 SC<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1(b), 6-2(a) and 7-4(b) for the Northern District of California, the parties, by and through their undersigned attorneys, stipulate as follows:

WHEREAS on August 11, 2010, Plaintiffs filed a motion to remand this action and its related case, *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc., et al.*, No. 3:10-cv-03039-SC, to the California Superior Court for the County of San Francisco;

1

1    WHEREAS, defendants are preparing to file a single omnibus brief opposing plaintiff's

2 motions to remand both cases (the UBS defendants may file a short supplemental opposition

3 addressing party-specific points);

4    WHEREAS, defendants' opposition and plaintiff's reply briefs are currently due on

5 September 20 and October 12 2010, respectively;

6    WHEREAS, pursuant to Civil Local Rule 7-4(b), memoranda filed with opposition papers

7 may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of

8 text; and

9    WHEREAS, defendants require four additional days to prepare the omnibus brief, and

10 require an additional five pages to brief their consolidated arguments.

11    NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY

12 STIPULATED by and between the parties to this action, through their counsel of record, as

13 follows:

14    1.    Defendants shall file their opposition to plaintiff's motion to remand on or

15        before September 24, 2010;

16    2.    Defendants may have up to 30 pages for their omnibus opposition to plaintiff's

17        motion to remand;

18    3.    Plaintiff shall file its reply in support of the motion to remand on or before

19        October 19, 2010;

20    4.    Plaintiff shall have up to 20 pages for its reply to defendants' omnibus

21        opposition.

22    IT IS SO STIPULATED.

23

24

25

26

27

28

1    Dated: September 17, 2010          Respectfully submitted:

2                                        Darryl P. Rains
                                         Eugene Illovsky
3                                        Craig D. Martin
                                         MORRISON & FOERSTER LLP
4

5
                                         By:   /s/ Darryl P. Rains
6                                              Darryl P. Rains

7                                        Attorneys for defendants
                                         BANC OF AMERICA SECURITIES LLC;
8                                        BANC OF AMERICA FUNDING
                                         CORPORATION; BANC OF AMERICA
9                                        MORTGAGE SECURITIES, INC.;
                                         COUNTRYWIDE SECURITIES
10                                       CORPORATION; CWALT, INC.; and
                                         COUNTRYWIDE FINANCIAL
11                                       CORPORATION

12   Dated: September 17, 2010          DAVIS POLK & WARDWELL LLP

13                                       Neal A. Potischman (SBN 254862)
                                         Samantha H. Knox (SBN 254427)
14                                       1600 El Camino Real
                                         Menlo Park, California 94025
15                                       Telephone: (650) 752-2000
                                         Facsimile: (650) 752-2111
16

17                                       James P. Rouhandeh (*admitted pro hac vice*)
                                         William J. Fenrich (*admitted pro hac vice*)
18                                       Daniel J. Schwartz (*admitted pro hac vice*)
                                         450 Lexington Avenue
19                                       New York, New York 10017
                                         Telephone: (212) 450-4000
20                                       Facsimile: (212) 701-5800

21

22
                                         By:   /s/ Neal A. Potischman
23                                             Neal A. Potischman

24                                       Attorneys for defendant
                                         MORGAN STANLEY & CO.
25                                       INCORPORATED

26

27

28

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03045-SC
pa-1423273

3

1    Dated: September 17, 2010          LATHAM & WATKINS LLP

2                                       Deepa V. Sood (SBN 224079)
                                        505 Montgomery Street
3                                       San Francisco, California 94111-6538
                                        Telephone: (415) 391-0600
4                                       Facsimile: (415) 395-8095

5
                                        Jamie L. Wine (SBN 181373)
6                                       James E. Brandt (*admitted pro hac vice*)
                                        Richard D. Owens (*admitted pro hac vice*)
7                                       John M. Falzone (*admitted pro hac vice*)
                                        885 Third Avenue
8                                       New York, New York 10022-4834
                                        Telephone: (212) 906-1200
9                                       Facsimile: (212) 751-4864

10

11

12                                      By:   /s/ Deepa V. Sood
                                              Deepa V. Sood
13
                                        Attorneys for defendants
14                                      DEUTSCHE BANK SECURITIES, INC.;
                                        DEUTSCHE ALT-A SECURITIES, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: September 17, 2010          BINGHAM MCCUTCHEN LLP

2                                       John D. Pernick (SBN 155468)
3                                       Suneeta D. Fernandes (SBN 257772)
                                        Three Embarcadero Center
4                                       San Francisco, California 9411-4067
                                        Telephone: (415) 393-2000
5                                       Facsimile: (415) 393-2286

6                                       Kenneth I. Schacter (*admitted pro hac vice*)
7                                       Theo J. Robins (*admitted pro hac vice*)
                                        Brandyne S. Warren (*admitted pro hac vice*)
8                                       399 Park Avenue
                                        New York, New York 10022-4689
9                                       Telephone: (212) 705-7000
                                        Facsimile: (212) 752-5378
10

11

12                                      By:   /s/ John D. Pernick
                                              John D. Pernick
13
                                        Attorneys for defendants
14                                      J.P. MORGAN SECURITIES, INC.;
                                        STRUCTURED ASSET MORTGAGE
15                                      INVESTMENTS II, INC.; and THE BEAR
                                        STEARNS COMPANIES, LLC,
16

17

18

19

20

21

22

23

24

25

26

27

28

1       Dated: September 17, 2010       SHEPPARD MULLIN, RICHTER &
HAMPTON LLP

2

3                                    Robert J. Stumpf, Jr. (SBN 72851)
Four Embarcadero Center, 17th Floor

4                                    San Francisco, California 94111
Telephone: (415) 434-9100

5                                    Facsimile: (415) 434-3947

6                                    Of Counsel:

7                                    CRAVATH, SWAINE & MOORE LLP
Richard W. Clary

8                                    Michael T. Reynolds

9                                    Worldwide Plaza
825 Eighth Avenue

10                                  New York, New York 10019
Telephone: 212-474-1000

11                                  Facsimile: 212-474-3700

12

13                                  By:   /s/ Robert J. Stumpf, Jr.

14                                            Robert J. Stumpf, Jr.

15                                  Attorneys for defendants
CREDIT SUISSE SECURITIES (USA), LLC,

16                                  f/k/a/ CREDIT SUISSE FIRST BOSTON LLC
and CREDIT SUISSE FIRST BOSTON

17                                  MORTGAGE SECURITIES CORP.

18

19

20

21

22

23

24

25

26

27

28

1

2
Dated: September 17, 2010

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIMPSON THACHER & BARTLETT LLP

Alexis Coll-Very (SBN: 212735)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Thomas C. Rice (*admitted pro hac vice*)
Alan Turner (*admitted pro hac vice*)
Jason R. Meltzer (*admitted pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

By:   /s/ Alexis Coll-Very
            Alexis Coll-Very

Attorneys for defendants
RBS SECURITIES INC., f/k/a/ GREENWICH
CAPITAL MARKETS, INC.; and RBS
ACCEPTANCE INC. f/k/a/ GREENWICH
CAPITAL ACCEPTANCE, INC.

| | |
|---|---|
| 1 | Dated: September 17, 2010 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP

William F. Sullivan
Howard M. Privette
John S. Durrant
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Edward Han
55 Second Street, 24th Floor
San Francisco, California 94127
Telephone: (415) 865-7000
Facsimile: (415) 865-7100


By:  /s/ William F. Sullivan
          William F. Sullivan

Attorneys for defendants
UBS SECURITIES, LLC and MORTGAGE
ASSET SECURITIZATION
TRANSACTIONS, INC.

Dated: September 17, 2010

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

Robert A. Goodin (SBN 061302)
Francine T. Radford (SBN 168269)
Anne H. Hartman (SBN 184556)
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

and

GRAIS & ELLSWORTH LLP
David J. Grais (*admitted pro hac vice*)
Kathryn C. Ellsworth (*admitted pro hac vice*)
Owen L. Cryulnik (*admitted pro hac vice*)
Leanne M. Wilson (*admitted pro hac vice*)
70 East 55th Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

By:    /s/ Anne H. Hartman
        Anne H. Hartman

Attorneys for plaintiff
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    September 20, 2010

HON                              CONTI
UNITED STA                  RT JUDGE

*(seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA; IT IS SO ORDERED; Judge Samuel Conti)*

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03045-SC
pa-1423273

9

1

2

**GENERAL ORDER 45 ATTESTATION**

3      I, Anne K. Davis, am the ECF User whose ID and password was used to file this

4 **STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR**

5 **BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER**.  In

6 compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for

7 defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of

8 America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and

9 Countrywide Financial Corporation; Anne H. Hartman, counsel for Plaintiff Federal Home Loan

10 Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co.

11 Incorporated, Deepa V. Sood, counsel for Defendants Deutsche Bank Securities, Inc., and

12 Deutsche Alt-A Securities, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities,

13 Inc., Structured Asset Mortgage Investments II, Inc., and The Bear Sterns Companies, LLC;

14 Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit

15 Suisse First Boston LLC and Credit Suisse First Boston Mortgage Securities Corp.; Alexis Coll-

16 Very, counsel for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc., and

17 RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance, Inc.; and William F. Sullivan,

18 counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions,

19 Inc. concurred in this filing.

20

21 Dated:  September 17, 2010

22                                              MORRISON & FOERSTER LLP

23

24                                              By:   /s/ Anne K. Davis
                                                        Anne K. Davis

25

26

27

28