BINGHAM MCCUTCHEN LLP
JOHN D. PERNICK (CA SBN 155468)
SUNEETA FERNANDES (CA SBN 257772)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
John.Pernick@bingham.com
Suneeta.Fernandes@bingham.com

BINGHAM MCCUTCHEN LLP
KENNETH I. SCHACTER (admitted *pro hac vice*)
THEO J. ROBINS (admitted *pro hac vice*)
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
Kenneth.Schacter@bingham.com
Theo.Robins@bingham.com

*Attorneys for Defendants J.P. Morgan Securities, Inc., Structured Assets Mortgage Investments II, Inc., The Bear Stearns Companies, LLC, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., et al.,<br><br>Defendants.<br><br>FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>Defendants. | No. CV-10-3039-SC &<br>No. CV 10-3045-SC<br><br>**CERTIFICATE OF SERVICE** |

A/73513752.1/0999991-0000981001                                      Case Nos. CV-10-3039-SC, CV-10-3045-SC

DECLARATION OF THEO J. ROBINS

I, Brandyne S. Warren, hereby certify the following:

1. I am associated with the law firm of Bingham McCutchen LLP, attorneys for Defendants J.P. Morgan Securities, Inc. ("JPMSI"), Structured Assets Mortgage Investments II, Inc. ("SAMI"), The Bear Stearns Companies, LLC ("Bear Stearns"), WaMu Capital Corporation ("WCC") and Washington Mutual Mortgage Securities Corporation ("WMMSC"), together the "J.P. Morgan Defendants"). I am an attorney in good standing in the bar of the State of New York and have been admitted *pro hac vice* in the above captioned matters before this Court.

2. On September 24, 2010 I caused the Declaration of Theo J. Robins and corresponding Exhibits to be served and filed via the Court's electronic case filing

Dated: September 24, 2010

_____
Brandyne S. Warren