1  LATHAM & WATKINS LLP
   Deepa V. Sood (Bar No. 224079)
2     William R. Pearson (Bar No. 240791)
  505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-6538
  Telephone:   (415) 391-0600
4  Facsimile:    (415) 395-8095

5  LATHAM & WATKINS LLP
   Jamie L. Wine (Bar No. 224079)
6     John M. Falzone (admitted *pro hac vice*)
  885 Third Avenue
7  New York, New York 10022-4834
  Telephone:   (212) 906-1200
8  Facsimile:    (212) 751-4864

9  Attorneys for Defendants Deutsche Bank
  Securities, Inc.; Deutsche Alt-A Securities,
10 Inc.; and DB Structured Products, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | CASE NO. 3:10-cv-03045 (SC) |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Credit Suisse Securities (USA) LLC; et al., | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in the above-captioned case on behalf of Defendants Deutsche Bank Securities, Inc.; Deutsche Alt-A Securities, Inc.; and DB Structured Products, Inc. and requests that all notices, orders, and/or other information in this case be served upon the individual identified below:

> LATHAM & WATKINS LLP
> William R. Pearson (Bar No. 240791)
> 505 Montgomery Street, Suite 2000
> San Francisco, California 94111-6538
> Telephone:   (415) 391-0600
> Facsimile:   (415) 395-8095
> Email: *william.pearson@lw.com*

Dated:  October 5, 2010         Respectfully Submitted,

LATHAM & WATKINS, LLP

By:   /s/
        William R. Pearson

Attorneys for Defendants Deutsche Bank Securities, Inc.; Deutsche Alt-A Securities, Inc.; and DB Structured Products, Inc.