1   DARRYL P. RAINS (CA SBN 104802)
    DRains@mofo.com
2   EUGENE ILLOVSKY (CA SBN 117892)
    EIllovsky@mofo.com
3   MORRISON & FOERSTER LLP
    755 Page Mill Road
4   Palo Alto, California  94304-1018
    Telephone: 650.813.5600
5   Facsimile: 650.494.0792

6   CRAIG D. MARTIN (CA SBN 168195)
    CMartin@mofo.com
7   MORRISON & FOERSTER LLP
    425 Market Street
8   San Francisco, California 94105-2482
    Telephone:  415.268.7000
9   Facsimile:  415.268.7522

10  Attorneys for defendants Banc of America Securities LLC; Banc
    of America Funding Corporation; Banc of America Mortgage
11  Securities, Inc.; Countrywide Securities Corporation; CWALT,
    Inc.; and Countrywide Financial Corporation

12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16

17  FEDERAL HOME LOAN BANK OF SAN            Case No.       CV-03045 SC
    FRANCISCO,
                                             **STIPULATION EXTENDING**
18                  Plaintiff,               **TIME TO RESPOND TO**
                                             **AMENDED COMPLAINT**
19          v.

20  CREDIT SUISSE SECURITIES (USA) LLC, et.
    al.,
21
                    Defendants.
22

23

24          Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, the parties, by

25  and through their undersigned attorneys, stipulate as follows:

26          WHEREAS on July 16, 2010, the parties filed a stipulation to extend the time for

27  defendants to answer or otherwise respond to the Amended Complaint to October 11, 2010;

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-03045-SC                                                                    1
sf-2903440

1    WHEREAS on August 11, 2010, plaintiff filed motions to remand this action and its

2    related case, *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc., et al.*,

3    No. 3:10-cv-03039-SC, to the California Superior Court for the County of San Francisco;

4    WHEREAS on September 24, 2010, defendants filed a single omnibus brief opposing

5    plaintiff's motions to remand both cases (the UBS defendants filed a short supplemental

6    opposition addressing party-specific points);

7    WHEREAS plaintiff's reply to defendants' opposition to motion to remand is due on

8    October 19, 2010; and

9    WHEREAS, the hearing on the motions to remand is scheduled for November 5, 2010;

10    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this

11    action, through their counsel of record, as follows:

12    1.   Defendants shall answer or otherwise respond to the Amended Complaint on or before

13    twenty-one (21) days after the Court issues its decision on plaintiff's motions to remand;

14    2.   This extension will not alter the date of any event or any deadline already fixed by

15    Court order;

16    3.   Defendants do not waive their right to seek adjournment or additional time from the

17    Court in which to answer or otherwise respond to the Amended Complaint.

18    IT IS SO STIPULATED.

19

20

21

22

23

24

25

26

27

28

1   Dated: October 6, 2010          Respectfully submitted:

2                                   Darryl P. Rains
                                    Eugene Illovsky
3                                   Craig D. Martin
                                    MORRISON & FOERSTER LLP
4

5                                   By:   /s/ Darryl P. Rains
6                                             Darryl P. Rains

7                                   Attorneys for defendants
                                    BANC OF AMERICA SECURITIES LLC;
8                                   BANC OF AMERICA FUNDING
                                    CORPORATION; BANC OF AMERICA
9                                   MORTGAGE SECURITIES, INC.;
                                    COUNTRYWIDE SECURITIES
10                                  CORPORATION; CWALT, INC.; and
                                    COUNTRYWIDE FINANCIAL
11                                  CORPORATION

12  Dated: October 6, 2010          DAVIS POLK & WARDWELL LLP

13                                  Neal A. Potischman (SBN 254862)
                                    Samantha H. Knox (SBN 254427)
14                                  1600 El Camino Real
                                    Menlo Park, California 94025
15                                  Telephone: (650) 752-2000
                                    Facsimile: (650) 752-2111
16

17                                  James P. Rouhandeh (*admitted pro hac vice*)
                                    William J. Fenrich (*admitted pro hac vice*)
18                                  Daniel J. Schwartz (*admitted pro hac vice*)
                                    450 Lexington Avenue
19                                  New York, New York 10017
                                    Telephone: (212) 450-4000
20                                  Facsimile: (212) 701-5800

21

22                                  By:   /s/ Neal A. Potischman
23                                            Neal A. Potischman

24                                  Attorneys for defendant
                                    MORGAN STANLEY & CO.
25                                  INCORPORATED

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-03045-SC
sf-2903440                                                                    3

1

Dated: October 6, 2010

LATHAM & WATKINS LLP

2

3

William R. Pearson (SBN 224079)
505 Montgomery Street
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

4

5

OF COUNSEL:

6

7

Jamie L. Wine (SBN 181373)
James E. Brandt
Richard D. Owens
John M. Falzone (*admitted pro hac vice*)
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

8

9

10

11

12

13

By:   /s/ William R. Pearson
          William R. Pearson

14

15

Attorneys for defendants
DEUTSCHE BANK SECURITIES, INC.;
DEUTSCHE ALT-A SECURITIES, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: October 6, 2010          BINGHAM MCCUTCHEN LLP

2                                    John D. Pernick (SBN 155468)
3                                    Suneeta D. Fernandes (SBN 257772)
                                     Three Embarcadero Center
4                                    San Francisco, California 9411-4067
                                     Telephone: (415) 393-2000
5                                    Facsimile: (415) 393-2286

6                                    Kenneth I. Schacter (*admitted pro hac vice*)
7                                    Theo J. Robins (*admitted pro hac vice*)
                                     Brandyne S. Warren (*admitted pro hac vice*)
8                                    399 Park Avenue
                                     New York, New York 10022-4689
9                                    Telephone: (212) 705-7000
                                     Facsimile: (212) 752-5378
10

11

12                                   By:   /s/ John D. Pernick
                                           John D. Pernick

13                                   Attorneys for defendants
14                                   J.P. MORGAN SECURITIES, INC.;
                                     STRUCTURED ASSET MORTGAGE
15                                   INVESTMENTS II, INC.; and THE BEAR
                                     STEARNS COMPANIES, LLC,

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: October 6, 2010              SHEPPARD MULLIN, RICHTER &
                                         HAMPTON LLP
2

3                                        Robert J. Stumpf, Jr. (SBN 72851)
                                         Four Embarcadero Center, 17th Floor
4                                        San Francisco, California 94111
                                         Telephone: (415) 434-9100
5                                        Facsimile: (415) 434-3947

6                                        Of Counsel:

7                                        CRAVATH, SWAINE & MOORE LLP
                                         Richard W. Clary
8                                        Michael T. Reynolds (*admitted pro hac vice*)
9                                        Worldwide Plaza
                                         825 Eighth Avenue
10                                       New York, New York 10019
                                         Telephone: 212-474-1000
11                                       Facsimile: 212-474-3700

12

13                                       By:   /s/ Robert J. Stumpf, Jr.
14                                                   Robert J. Stumpf, Jr.

15                                       Attorneys for defendants
                                         CREDIT SUISSE SECURITIES (USA), LLC,
16                                       f/k/a/ CREDIT SUISSE FIRST BOSTON LLC
                                         and CREDIT SUISSE FIRST BOSTON
17                                       MORTGAGE SECURITIES CORP.

18

19

20

21

22

23

24

25

26

27

28

Dated: October 6, 2010          SIMPSON THACHER & BARTLETT LLP

Alexis Coll-Very (SBN: 212735)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Thomas C. Rice (*admitted pro hac vice*)
Alan Turner (*admitted pro hac vice*)
Jason R. Meltzer (*admitted pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

By:   /s/ Alexis Coll-Very
          Alexis Coll-Very

Attorneys for defendants
RBS SECURITIES INC., f/k/a/ GREENWICH
CAPITAL MARKETS, INC.; and RBS
ACCEPTANCE INC. f/k/a/ GREENWICH
CAPITAL ACCEPTANCE, INC.

1    Dated: October 6, 2010          PAUL, HASTINGS, JANOFSKY &
                                      WALKER LLP
2
                                      William F. Sullivan
3                                     Howard M. Privette
                                      John S. Durrant
4                                     515 South Flower Street, 25th Floor
                                      Los Angeles, California 90071-2228
5                                     Telephone: (213) 683-6000
                                      Facsimile: (213) 627-0705
6
7                                     Edward Han
                                      55 Second Street, 24th Floor
8                                     San Francisco, California 94127
                                      Telephone: (415) 865-7000
9                                     Facsimile: (415) 865-7100

10

11

12                                    By:   /s/ William F. Sullivan
                                               William F. Sullivan
13
                                      Attorneys for defendants
14                                    UBS SECURITIES, LLC and MORTGAGE
                                      ASSET SECURITIZATION
15                                    TRANSACTIONS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

Dated: October 6, 2010

GOODIN, MACBRIDE, SQUERI, DAY &
LAMPREY, LLP

3

4

5

6

Robert A. Goodin (SBN 061302)
Francine T. Radford (SBN 168269)
Anne H. Hartman (SBN 184556)
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

7

and

8

9

10

11

12

13

GRAIS & ELLSWORTH LLP
David J. Grais (*admitted pro hac vice*)
Kathryn C. Ellsworth (*admitted pro hac vice*)
Owen L. Cryulnik (*admitted pro hac vice*)
Leanne M. Wilson (*admitted pro hac vice*)
70 East 55th Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

14

15

16

By:   /s/ Anne H. Hartman
                Anne H. Hartman

17

18

Attorneys for plaintiff
FEDERAL HOME LOAN BANK OF SAN
FRANCISCO

19

20

21

22

23

24

25

26

27

28

1
2

**GENERAL ORDER 45 ATTESTATION**

3       I, Victor Meng, am the ECF User whose ID and password was used to file this

4   **STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**.  In

5   compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for

6   defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of

7   America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and

8   Countrywide Financial Corporation; Anne H. Hartman, counsel for Plaintiff Federal Home Loan

9   Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co.

10  Incorporated, William R. Pearson, counsel for Defendants Deutsche Bank Securities, Inc., and

11  Deutsche Alt-A Securities, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities,

12  Inc., Structured Asset Mortgage Investments II, Inc., and The Bear Stearns Companies, LLC;

13  Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit

14  Suisse First Boston LLC and Credit Suisse First Boston Mortgage Securities Corp.; Alexis Coll-

15  Very, counsel for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc., and

16  RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance, Inc.; and William F. Sullivan,

17  counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions,

18  Inc. concurred in this filing.

19

20  Dated:  October 6, 2010

                                MORRISON & FOERSTER LLP
21
22
                                By:   /s/ Victor Meng
23                                    Victor Meng
24
25
26
27
28