1  GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
   ROBERT A. GOODIN, State Bar No. 061302
2         rgoodin@goodinmacbride.com
   FRANCINE T. RADFORD, State Bar No. 168269
3         fradford@goodinmacbride.com
   ANNE H. HARTMAN, State Bar No. 184556
4         ahartman@goodinmacbride.com
   505 Sansome Street, Suite 900
5  San Francisco, California 94111
   Telephone:    (415) 392-7900
6  Facsimile:    (415) 398-4321

7  GRAIS & ELLSWORTH LLP
   DAVID J. GRAIS
8         dgrais@graisellsworth.com
   KATHRYN C. ELLSWORTH
9         kellsworth@graisellsworth.com
   OWEN L. CYRULNIK
10        ocyrulnik@graisellsworth.com
   LEANNE M. WILSON
11        lwilson@graisellsworth.com
   40 East 52nd Street
12 New York, New York 10022
   Telephone:    (212) 755-3550
13 Facsimile:    (212) 755-0052

14 Attorneys for Plaintiff
   Federal Home Loan Bank of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>Defendants. | No. CV-10-3045 SC<br><br>**NOTICE THAT HEARING DATE ON MOTION TO REMAND IS VACATED**<br><br>Date:    November 5, 2010<br>Time:    10:00 a.m.<br>Dept.    Courtroom 1, 17th Floor |

1 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 PLEASE TAKE NOTICE THAT pursuant to direction of the Court, the hearing

3 date set for Plaintiff's Motion to Remand, of November 5, 2010, at 10:00 a.m., is hereby vacated.

4 The matter is deemed under submission and the Court will issue its ruling without oral argument.

5 Dated: November 1, 2010    GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP

GRAIS & ELLSWORTH LLP

By: /s/ Robert A. Goodin
       Robert A. Goodin

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

3428/001/X123491.v1

**NOTICE RE: HEARING DATE
ON MOTION TO REMAND**          -1-                            (No. CV-10-3045 SC)