1   DARRYL P. RAINS (CA SBN 104802)
    DRains@mofo.com
2   EUGENE ILLOVSKY (CA SBN 117892)
    EIllovsky@mofo.com
3   MORRISON & FOERSTER LLP
    755 Page Mill Road
4   Palo Alto, California  94304-1018
    Telephone: 650.813.5600
5   Facsimile: 650.494.0792

6   CRAIG D. MARTIN (CA SBN 168195)
    CMartin@mofo.com
7   MORRISON & FOERSTER LLP
    425 Market Street
8   San Francisco, California 94105-2482
    Telephone:  415.268.7000
9   Facsimile:  415.268.7522

10  Attorneys for defendants Banc of America Securities LLC; Banc
    of America Funding Corporation; Banc of America Mortgage
11  Securities, Inc.; Countrywide Securities Corporation; CWALT,
    Inc.; and Countrywide Financial Corporation

12

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15

16  FEDERAL HOME LOAN BANK OF SAN            Case No.      CV-03045 SC
    FRANCISCO,
17                                           STIPULATION TO EXTEND
                     Plaintiff,              INITIAL CASE MANAGEMENT
18                                           CONFERENCE AND RELATED
          v.                                 DEADLINES AND [PROPOSED]
19                                           ORDER
    CREDIT SUISSE SECURITIES (USA) LLC, et.
20  al.,

21                   Defendants.

22

23        Pursuant to Civil Local Rule 6-1(b) for the Northern District of California, the parties, by

24  and through their undersigned attorneys, stipulate as follows:

25        WHEREAS, on July 28, 2010 the Court ordered the above captioned case related to

26  *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc., et al.*, No. 3:10-cv-

27  03039-SC;

28

WHEREAS, on August 6, 2010 the Court re-scheduled the initial Case Management Conference to November 15, 2010;

WHEREAS, on August 11, 2010, plaintiff filed motions to remand this action and its related case, *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc., et al.*, No. 3:10-cv-03039-SC, to the California Superior Court for the County of San Francisco;

WHEREAS, on September 24, 2010, defendants filed oppositions to plaintiff's motions to remand both cases;

WHEREAS, on October 6, 2010, the parties stipulated to extend defendants' time to answer or otherwise respond to the Amended Complaint to on or before twenty-one (21) days after issuance of the Court's decision on plaintiff's motions to remand;

WHEREAS, on October 19, 2010, plaintiff filed replies to defendants' oppositions to the remand motions; and

WHEREAS in the interest of judicial economy, the parties jointly request that the Court continue the Case Management Conference until forty-five (45) days after the Court issues its decision on plaintiff's motions to remand.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

1. The initial Case Management Conference shall take place forty-five (45) days after the Court issues its decision on plaintiff's motions to remand, or as soon thereafter as may be scheduled by the Court; and

2. The dates for the conference, disclosures and report required by Fed. Rule Civ. Proc. 16 and 26 are continued accordingly.

1    IT IS SO STIPULATED.

2    Dated: November 3, 2010          Respectfully submitted:

3                                     Darryl P. Rains
                                      Eugene Illovsky
4                                     Craig D. Martin
                                      MORRISON & FOERSTER LLP
5

6
                                      By:   /s/ Darryl P. Rains
7                                           Darryl P. Rains

8                                     Attorneys for defendants
                                      BANC OF AMERICA SECURITIES LLC;
9                                     BANC OF AMERICA FUNDING
                                      CORPORATION; BANC OF AMERICA
10                                    MORTGAGE SECURITIES, INC.;
                                      COUNTRYWIDE SECURITIES
11                                    CORPORATION; CWALT, INC.; and
                                      COUNTRYWIDE FINANCIAL
12                                    CORPORATION

13   Dated: November 3, 2010          DAVIS POLK & WARDWELL LLP

14                                    Neal A. Potischman (SBN 254862)
15                                    Samantha H. Knox (SBN 254427)
                                      1600 El Camino Real
16                                    Menlo Park, California 94025
                                      Telephone: (650) 752-2000
17                                    Facsimile: (650) 752-2111

18                                    James P. Rouhandeh (*admitted pro hac vice*)
19                                    William J. Fenrich (*admitted pro hac vice*)
                                      Daniel J. Schwartz (*admitted pro hac vice*)
20                                    450 Lexington Avenue
                                      New York, New York 10017
21                                    Telephone: (212) 450-4000
                                      Facsimile: (212) 701-5800

22

23
                                      By:   /s/ Neal A. Potischman
24                                          Neal A. Potischman

25                                    Attorneys for defendant
                                      MORGAN STANLEY & CO.
26                                    INCORPORATED

27

28

1

Dated: November 3, 2010          LATHAM & WATKINS LLP

2

William R. Pearson (SBN 224079)
505 Montgomery Street

3

San Francisco, California 94111-6538
Telephone: (415) 391-0600

4

Facsimile: (415) 395-8095

5

Of Counsel:

6

Jamie L. Wine (SBN 181373)

7

James E. Brandt
Richard D. Owens

8

John M. Falzone (*admitted pro hac vice*)
885 Third Avenue

9

New York, New York 10022-4834

10

Telephone: (212) 906-1200
Facsimile: (212) 751-4864

11

12

13

By:   /s/ William R. Pearson

14

William R. Pearson

15

Attorneys for defendants
DEUTSCHE BANK SECURITIES, INC.;

16

DEUTSCHE ALT-A SECURITIES, INC.

17

18

19

20

21

22

23

24

25

26

27

28

Dated: November 3, 2010

BINGHAM MCCUTCHEN LLP

John D. Pernick (SBN 155468)
Suneeta D. Fernandes (SBN 257772)
Three Embarcadero Center
San Francisco, California 9411-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Kenneth I. Schacter (*admitted pro hac vice*)
Theo J. Robins (*admitted pro hac vice*)
Brandyne S. Warren (*admitted pro hac vice*)
399 Park Avenue
New York, New York 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

By:   /s/ John D. Pernick
          John D. Pernick

Attorneys for defendants
J.P. MORGAN SECURITIES, INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; and THE BEAR
STEARNS COMPANIES, LLC,

1    Dated: November 3, 2010          SHEPPARD MULLIN, RICHTER &
                                      HAMPTON LLP
2

3                                     Robert J. Stumpf, Jr. (SBN 72851)
                                      Four Embarcadero Center, 17th Floor
4                                     San Francisco, California 94111
                                      Telephone: (415) 434-9100
5                                     Facsimile: (415) 434-3947

6                                     Of Counsel:

7                                     CRAVATH, SWAINE & MOORE LLP
                                      Richard W. Clary
8                                     Michael T. Reynolds (*admitted pro hac vice*)
                                      Worldwide Plaza
9                                     825 Eighth Avenue
                                      New York, New York 10019
10                                    Telephone: 212-474-1000
                                      Facsimile: 212-474-3700
11

12

13                                    By:   /s/ Robert J. Stumpf, Jr.
                                                Robert J. Stumpf, Jr.
14

15                                    Attorneys for defendants
                                      CREDIT SUISSE SECURITIES (USA), LLC,
16                                    f/k/a/ CREDIT SUISSE FIRST BOSTON LLC
                                      and CREDIT SUISSE FIRST BOSTON
17                                    MORTGAGE SECURITIES CORP.

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03045-SC
pa-1430194

6

1
2
Dated: November 3, 2010                    SIMPSON THACHER & BARTLETT LLP

3
Alexis Coll-Very (SBN: 212735)
2550 Hanover Street
4
Palo Alto, California 94304
Telephone: (650) 251-5000
5
Facsimile: (650) 251-5002

6
Thomas C. Rice (*admitted pro hac vice*)
Alan Turner (*admitted pro hac vice*)
7
Jason R. Meltzer (*admitted pro hac vice*)
425 Lexington Avenue
8
New York, New York 10017
9
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

10

11

12
By:   /s/ Alexis Coll-Very
                 Alexis Coll-Very
13

14
Attorneys for defendants
RBS SECURITIES INC., f/k/a/ GREENWICH
15
CAPITAL MARKETS, INC.; and RBS
ACCEPTANCE INC. f/k/a/ GREENWICH
16
CAPITAL ACCEPTANCE, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1

Dated: November 3, 2010

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

2

3

William F. Sullivan
Howard M. Privette
John S. Durrant
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

4

5

6

7

Edward Han
55 Second Street, 24th Floor
San Francisco, California 94127
Telephone: (415) 865-7000
Facsimile: (415) 865-7100

8

9

10

11

12

By:  ___/s/ William F. Sullivan_____
       William F. Sullivan

13

14

Attorneys for defendants
UBS SECURITIES, LLC and MORTGAGE
ASSET SECURITIZATION
TRANSACTIONS, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated: November 3, 2010          GOODIN, MACBRIDE, SQUERI, DAY &
2                                    LAMPREY, LLP

3                                    Robert A. Goodin (SBN 061302)
                                     Francine T. Radford (SBN 168269)
4                                    Anne H. Hartman (SBN 184556)
                                     505 Sansome Street, Suite 900
5                                    San Francisco, California 94111
                                     Telephone: (415) 392-7900
6                                    Facsimile: (415) 398-4321

7                                                                and

8                                    GRAIS & ELLSWORTH LLP
9                                    David J. Grais (*admitted pro hac vice*)
                                     Kathryn C. Ellsworth (*admitted pro hac vice*)
10                                   Owen L. Cryulnik (*admitted pro hac vice*)
                                     Leanne M. Wilson (*admitted pro hac vice*)
11                                   70 East 55th Street
12                                   New York, New York 10022
                                     Telephone: (212) 755-0100
13                                   Facsimile: (212) 755-0052

14

15

16                                   By:   /s/ Anne H. Hartman
                                            Anne H. Hartman
17
                                     Attorneys for plaintiff
18                                   FEDERAL HOME LOAN BANK OF SAN
                                     FRANCISCO
19

20                                   **[PROPOSED] ORDER**

21            **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23

24   Dated:_____          _____
25                                                  HONORABLE SAMUEL CONTI
                                             UNITED STATES DISTRICT COURT JUDGE
26

27

28

STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03045-SC
pa-1430194

9

**GENERAL ORDER 45 ATTESTATION**

I, Anne Davis, am the ECF User whose ID and password was used to file this **STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**.  In compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation; Anne H. Hartman, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co. Incorporated, William R. Pearson, counsel for Defendants Deutsche Bank Securities, Inc., and Deutsche Alt-A Securities, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., and The Bear Stearns Companies, LLC; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC and Credit Suisse First Boston Mortgage Securities Corp.; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc., and RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance, Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.


Dated:  November 3, 2010

MORRISON & FOERSTER LLP


By:   /s/ Anne Davis
　　　　　　Anne Davis