| | |
|---|---|
| 1 | DARRYL P. RAINS (CA SBN 104802) |
|   | DRains@mofo.com |
| 2 | EUGENE ILLOVSKY (CA SBN 117892) |
|   | EIllovsky@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California  94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for defendants Banc of America Securities LLC; Banc of America Funding Corporation; Banc of America Mortgage Securities, Inc.; Countrywide Securities Corporation; CWALT, Inc.; and Countrywide Financial Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>PLAINTIFF,<br><br>V.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, ET. AL.,<br><br>DEFENDANTS. | CASE NO.   CV-03045 SC<br><br>**DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

I, Craig D. Martin, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith,

---

DECL. OF CRAIG D. MARTIN ISO STIPULATION TO EXTEND  INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-**03039-**SC
pa-1430201

1

1   Inc. I submit this Declaration pursuant to Civil Local Rules 6-1(b) and 6-2(a), in support of the
2   parties' Stipulation to Extend Case Management Conference and [Proposed] Order. If called as a
3   witness, I would testify to the facts set forth herein.

4         2.     Counsel for the parties have met and conferred and agreed to jointly request that
5   the Court continue the initial Case Management Conference.

6         3.     The parties previously stipulated to extend the time to answer or otherwise respond
7   to the amended complaint to twenty-one (21) days after the Court issues its decision on plaintiff's
8   motions to remand. The stipulation was filed on October 6, 2010.

9         4.     This stipulation would continue the initial Case Management Conference from
10   November 15, 2010 to forty-five (45) days after the Court issues its decision on plaintiff's
11   motions to remand, or as soon thereafter as directed by the Court. The conference, disclosures
12   and report required by Fed. Rule Civ. Proc. 16 and 26 would be continued accordingly.

14      I declare under penalty of perjury under the laws of the United States of America that the
15   foregoing is true and correct and that this Declaration was executed in San Francisco, California
16   on this 3rd day of November, 2010.

17                                            /s/ Craig D. Martin

**DECL. OF CRAIG D. MARTIN ISO STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC**
pa-1430201

2

\* \* \* \* \*

**ECF ATTESTATION**

I, Anne K. Davis, am the ECF User whose ID and Password are being used to file this **DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.**

In compliance with General Order 45, X.B., I hereby attest that Craig D. Martin has concurred in this filing.

DATED: November 3, 2010        MORRISON & FOERSTER LLP

                                By: /s/ Anne K. Davis

**DECL. OF CRAIG D. MARTIN ISO STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES**
**CASE NO. CV-03039-SC**
pa-1430201

3