DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants Countrywide Securities Corporation
and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>PLAINTIFF,<br><br>V.<br><br>DEUTSCHE BANK SECURITIES INC., ET. AL.,<br><br>DEFENDANTS. | C-10-3039-SC<br><br>CASE NO. ~~CV-03039~~ SC<br><br>**AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND ~~[PROPOSED]~~ ORDER** |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>PLAINTIFF,<br><br>V.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, ET. AL.,<br><br>DEFENDANTS. | C-10-3045-SC<br><br>CASE NO. ~~CV-03045~~ SC<br><br>**AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [~~PROPOSED~~] ORDER** |

1    Pursuant to Civil Local Rule 6-1(b) for the Northern District of California, the parties, by
2 and through their undersigned attorneys, stipulate as follows:
3    WHEREAS, on July 12, 2010 the Court set the initial Case Management Conference and
4 ADR Deadlines in No. 3:10-CV-03039-SC;
5    WHEREAS, pursuant to the Court's July 12, 2010 order, if the initial Case Management
6 Conference is continued, the other deadlines are continued accordingly;
7    WHEREAS, on July 28, 2010 the Court ordered the above captioned cases related;
8    WHEREAS, the initial Case Management Conference is currently scheduled for
9 November 15, 2010;
10    WHEREAS, on August 11, 2010, plaintiff filed motions to remand this action and its
11 related case, *Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC,*
12 *et. al.*, No. 3:10-cv-03045-SC, to the California Superior Court for the County of San Francisco;
13    WHEREAS, on September 24, 2010, defendants filed oppositions to plaintiff's motions to
14 remand both cases;
15    WHEREAS, on October 6, 2010, the parties stipulated to extend defendants' time to
16 answer or otherwise respond to the Amended Complaint to on or before twenty-one (21) days
17 after issuance of the Court's decision on plaintiff's motions to remand;
18    WHEREAS, on October 19, 2010, plaintiff filed replies to defendants' oppositions to the
19 remand motions; and
20    WHEREAS in the interest of judicial economy, the parties jointly request that the Court
21 continue the Case Management Conference until February 11, 2011 at 10:00 a.m.
22    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this
23 action, through their counsel of record, as follows:

1      1.  The initial Case Management Conference shall take place on February 11, 2011, or as
2  soon thereafter as may be scheduled by the Court.
3      IT IS SO STIPULATED.

5    Dated: November 5, 2010            Respectfully submitted:

6                                       Darryl P. Rains
                                        Eugene Illovsky
7                                       Craig D. Martin
                                        MORRISON & FOERSTER LLP
8

9
                                        By:  /s/ Darryl P. Rains
10                                              Darryl P. Rains

11                                      Attorneys for defendants
                                        COUNTRYWIDE SECURITIES
12                                      CORPORATION and MERRILL LYNCH,
                                        PIERCE, FENNER & SMITH, INC.
13

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | DAVIS POLK & WARDWELL LLP |
| 2 | | Neal A. Potischman (SBN 254862) |
| 3 | | Samantha H. Knox (SBN 254427) |
| | | 1600 El Camino Real |
| 4 | | Menlo Park, California 94025 |
| | | Telephone: (650) 752-2000 |
| 5 | | Facsimile: (650) 752-2111 |
| 6 | | James P. Rouhandeh (*admitted pro hac vice*) |
| | | William J. Fenrich (*admitted pro hac vice*) |
| 7 | | Daniel J. Schwartz (*admitted pro hac vice*) |
| | | 450 Lexington Avenue |
| 8 | | New York, New York 10017 |
| | | Telephone: (212) 450-4000 |
| 9 | | Facsimile: (212) 701-5800 |

By:  /s/ Neal A. Potischman
         Neal A. Potischman

Attorneys for defendant
MORGAN STANLEY & CO.
INCORPORATED

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

4

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | LATHAM & WATKINS LLP |
| 2 | | William R. Pearson (SBN 224079) |
| 3 | | 505 Montgomery Street |
| | | San Francisco, California 94111-6538 |
| 4 | | Telephone: (415) 391-0600 |
| | | Facsimile: (415) 395-8095 |

OF COUNSEL:

Jamie L. Wine (SBN 181373)
James E. Brandt
Richard D. Owens
John M. Falzone (*admitted pro hac vice*)
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864


By:   /s/ William R. Pearson
         William R. Pearson

Attorneys for defendants
DEUTSCHE BANK SECURITIES, INC.;
DEUTSCHE ALT-A SECURITIES, INC.; and
DB STRUCTURED PRODUCTS, INC.

Dated: November 5, 2010

BINGHAM MCCUTCHEN LLP

John D. Pernick (SBN 155468)
Suneeta D. Fernandes (SBN 257772)
Three Embarcadero Center
San Francisco, California 9411-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Kenneth I. Schacter (*admitted pro hac vice*)
Theo J. Robins (*admitted pro hac vice*)
Brandyne S. Warren (*admitted pro hac vice*)
399 Park Avenue
New York, New York 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

By: /s/ John D. Pernick
      John D. Pernick

Attorneys for defendants
J.P. MORGAN SECURITIES, INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; THE BEAR
STEARNS COMPANIES, LLC, WAMU
CAPITAL CORPORATION and
WASHINGTON MUTUAL MORTGAGE
SECURITIES CORPORATION

Dated: November 5, 2010

SHEPPARD MULLIN, RICHTER & HAMPTON LLP

Robert J. Stumpf, Jr. (SBN 72851)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Of Counsel:

CRAVATH, SWAINE & MOORE LLP
Richard W. Clary
Michael T. Reynolds (*admitted pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700

By: /s/ Robert J. Stumpf, Jr.
       Robert J. Stumpf, Jr.

Attorneys for defendant
CREDIT SUISSE SECURITIES (USA), LLC,
f/k/a/ CREDIT SUISSE FIRST BOSTON LLC

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | SIMPSON THACHER & BARTLETT LLP |

Alexis Coll-Very (SBN: 212735)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Thomas C. Rice (*admitted pro hac vice*)
Alan Turner (*admitted pro hac vice*)
Jason R. Meltzer (*admitted pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502


By:   /s/ Alexis Coll-Very
            Alexis Coll-Very

Attorneys for defendants
RBS SECURITIES INC., f/k/a/ GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE INC. f/k/a/ GREENWICH CAPITAL ACCEPTANCE, INC. and RBS HOLDINGS USA INC. f/k/a/ GREENWICH CAPITAL HOLDINGS, INC.

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

8


```
 1   Dated: November 5, 2010        PAUL, HASTINGS, JANOFSKY &
 2                                   WALKER LLP
 3                                   William F. Sullivan
                                     Howard M. Privette
 4                                   John S. Durrant
                                     515 South Flower Street, 25th Floor
 5                                   Los Angeles, California 90071-2228
                                     Telephone: (213) 683-6000
 6                                   Facsimile: (213) 627-0705

 7                                   Edward Han
                                     55 Second Street, 24th Floor
 8                                   San Francisco, California 94127
                                     Telephone: (415) 865-7000
 9                                   Facsimile: (415) 865-7100
10
11
                                     By:   /s/ William F. Sullivan
12                                              William F. Sullivan
13
                                     Attorneys for defendants
14                                   UBS SECURITIES, LLC and MORTGAGE
                                     ASSET SECURITIZATION
15                                   TRANSACTIONS, INC.
16
17
18
19
20
21
22
23
24
25
26
27
28
```

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |
| 2 | | |
| 3 | | Robert A. Goodin (SBN 061302) |
| | | Francine T. Radford (SBN 168269) |
| 4 | | Anne H. Hartman (SBN 184556) |
| | | 505 Sansome Street, Suite 900 |
| 5 | | San Francisco, California 94111 |
| | | Telephone: (415) 392-7900 |
| 6 | | Facsimile: (415) 398-4321 |
| 7 | | |
| | | and |
| 8 | | |
| | | GRAIS & ELLSWORTH LLP |
| 9 | | David J. Grais (*admitted pro hac vice*) |
| | | Kathryn C. Ellsworth (*admitted pro hac vice*) |
| 10 | | Owen L. Cryulnik (*admitted pro hac vice*) |
| 11 | | Leanne M. Wilson (*admitted pro hac vice*) |
| | | 70 East 55th Street |
| 12 | | New York, New York 10022 |
| | | Telephone: (212) 755-0100 |
| 13 | | Facsimile: (212) 755-0052 |

By: /s/ Anne H. Hartman
 Anne H. Hartman

Attorneys for plaintiff
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

---

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

10

1 <div style="text-align:center">~~[PROPOSED]~~ **ORDER**</div>

2  An Amended Stipulated Request for an Order Extending the Initial Case Management
3 Conference was submitted to this Court, the Honorable Samuel Conti presiding.  Having
4 reviewed the Amended Stipulation, and all other papers and good cause appearing,

5  IT IS HEREBY ORDERED:

6  The initial Case Management Conference shall take place on February 11, 2011 at 10:00
7 a.m., or as soon thereafter as may be scheduled by the Court;

9  PURSUANT TO AMENDED STIPULATION, IT IS SO ORDERED.

11 Dated:   11/8/10

Honorable S.
United St   IT IS SO ORDERED   udge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti]*

# GENERAL ORDER 45 ATTESTATION

I, Anne Davis, am the ECF User whose ID and password was used to file this **AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**. In compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.; Anne H. Hartman, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co. Incorporated, William R. Pearson, counsel for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc. and DB Structured Products, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., The Bear Sterns Companies, LLC, WaMu Capital Corporation, and Washington Mutual Mortgage Securities Corporation; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., RBS Acceptance Inc., and RBS Holdings USA Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

Dated: November 5, 2010

MORRISON & FOERSTER LLP

By: /s/ Anne Davis
Anne Davis