1  Stephen D. Hibbard (State Bar No. 177865)
   Jared R. Sams (State Bar No. 251922)
2  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
3  San Francisco, CA 94105
   Telephone:   (415) 616-1100
4  Facsimile:   (415) 616-1199
   Email:      shibbard@shearman.com
5              jared.sams@shearman.com

6  Attorneys for Defendants Countrywide Securities
   Corporation, Countrywide Financial Corporation, and
7  CWALT, Inc.

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12
   FEDERAL HOME LOAN BANK OF SAN          Case No.: CV-10-03045 SC
13 FRANCISCO,

14              Plaintiff,                NOTICE OF SUBSTITUTION OF
                                          COUNSEL AND [PROPOSED] ORDER
15        v.                              FOR DEFENDANTS COUNTRYWIDE
                                          SECURITIES CORPORATION,
16 CREDIT SUISSE SECURITIES (USA) LLC,    COUNTRYWIDE FINANCIAL
   et al.,                                CORPORATION, AND CWALT, INC.
17
                Defendants.               Judge:  Hon. Samuel Conti
18

19

20

21

22

23

24

25

26

27

28

1    TO THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Defendants Countrywide Securities Corporation,

3    Countrywide Financial Corporation, and CWALT, Inc. (collectively, the "Countrywide

4    Defendants") hereby substitute Stephen D. Hibbard and Jared R. Sams and the law firm of

5    Shearman & Sterling LLP as their attorneys of record in place of Darryl P. Rains, Craig D. Martin,

6    Eugene G. Illovsky, Anne K. Davis, and Victor Meng and the law firm of Morrison & Foerster

7    LLP.  Mr. Hibbard and Mr. Sams are admitted to practice before this Court.  The new contact

8    information for the Countrywide Defendants' counsel of record is as follows:

9                    Stephen D. Hibbard
                     Jared R. Sams
10                   SHEARMAN & STERLING LLP
                     525 Market Street, Suite 1500
11                   San Francisco, CA 94105
                     Telephone:  (415) 616-1100
12                   Facsimile:  (415) 616-1199
                     shibbard@shearman.com
13                   jared.sams@shearman.com

14
     Dated:  November 18, 2010          I consent to the substitution of counsel.
15
                                        COUNTRYWIDE SECURITIES CORPORATION
16

17

18   By: _____/s/_____
                     Michael Schloessmann
                              President
19
     Dated:  November 18, 2010          I consent to the substitution of counsel.
20
                                        COUNTRYWIDE FINANCIAL CORPORATION
21

22

23   By: _____/s/_____
                     Michael Schloessmann
                     President and Chief Executive Officer
24

25

26

27

28

---

NOTICE OF SUBSTITUTION OF                 1              CASE NO.: CV-10-03045 SC
COUNSEL AND [PROPOSED] ORDER
291652

1  Dated: November 18, 2010                    I consent to the substitution of counsel.

2                                              CWALT, INC.

3

4                                              By: _____/s/_____
                                                        Michael Schloessmann
5                                                       Managing Director

6  Dated: November 19, 2010                    I have given proper notice and further consent to
                                               the above substitution.
7
                                               MORRISON & FOERSTER LLP
8

9

10                                             By: _____/s/_____
                                                        Darryl P. Rains
11 Dated: November 19, 2010                    I consent to the substitution of counsel.

12                                             SHEARING & STERLING LLP

13

14                                             By: _____/s/_____
                                                        Stephen D. Hibbard
15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF SUBSTITUTION OF                    2                    CASE NO.: CV-10-03045 SC
COUNSEL AND [PROPOSED] ORDER
                                                                              291652

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

      The foregoing substitution of attorneys is authorized by the Court and the Clerk of the Court is directed to make the appropriate change on the docket.

      IT IS SO ORDERED.

Dated:  November __, 2010

_____
          HON. SAMUEL CONTI

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Stephen D. Hibbard, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 19th day of November, 2010 in San Francisco, California.

By: _____/s/_____
                Stephen D. Hibbard


Counsel for Defendants Countrywide Securities
Corporation, Countrywide Financial Corporation, and
CWALT, Inc.