Stephen D. Hibbard (State Bar No. 177865)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:   (415) 616-1100
Facsimile:    (415) 616-1199
Email:         shibbard@shearman.com

Adam S. Hakki (*pro hac vice* application pending)
Daniel H.R. Laguardia (*pro hac vice* application pending)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone:   (212) 848-4000
Facsimile:    (212) 848-7179
Email:         ahakki@shearman.com
                  daniel.laguardia@shearman.com

Attorneys for Defendants Countrywide Securities
Corporation, Countrywide Financial Corporation, and
CWALT, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>Defendants. | Case No.: CV-10-03045 SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL H.R. LAGUARDIA *PRO HAC VICE* |

1     Daniel H.R. Laguardia, whose business address and telephone number is Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, (212) 848-4000, and who is an active member in good standing of the bar of New York and admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth Circuit, and the State of New York, First Judicial Department, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Countrywide Securities Corporation, Countrywide Financial Corporation, and CWALT, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/16/10



THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING     1     CASE NO.: CV-10-03045 SC
APPLICATION FOR ADMISSION OF
DANIEL H.R. LAGUARDIA *PRO HAC VICE*

292070