DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants Banc of America Securities LLC, Banc of America Funding Corporation, Banc of America Mortgage Securities, Inc., and Bank of America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>PLAINTIFF,<br><br>V.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, ET. AL.,<br><br>DEFENDANTS. | CASE NO.   CV-10-3045 SC<br><br>STATEMENT OF NON-OPPOSITION TO MOTION TO FILE SECOND AMENDED COMPLAINT |

1  On November 5, 2010, plaintiff, Federal Home Loan Bank of San Francisco, filed a motion under Rule 15 for leave to file a second amended complaint. Banc of America Securities LLC, Banc of America Funding Corporation, Banc of America Mortgage Securities, Inc., and Bank of America Corporation do not oppose plaintiff's motion.

Banc of America Securities LLC, Banc of America Funding Corporation, Banc of America Mortgage Securities, Inc., and Bank of America Corporation each expressly reserves all of its procedural and substantive rights, including the rights to challenge the sufficiency of plaintiff's second amended complaint, plaintiffs' compliance with the applicable statute of limitations, the Court's subject matter jurisdiction and personal jurisdiction over the parties, in connection this non-opposition.

Dated: December 17, 2010

DARRYL P. RAINS
EUGENE ILLOVSKY
CRAIG D. MARTIN
MORRISON & FOERSTER LLP

By:  /s/ Darryl P. Rains
　　　Darryl P. Rains

Attorneys for defendants Banc of America Securities LLC, Banc of America Funding Corporation, Banc of America Mortgage Securities, Inc., and Bank of America Corporation

STATEMENT OF NONOPPOSITION
CASE NO. CV-10-3045 SC
pa-1438000

1

\* \* \* \* \*

### ECF ATTESTATION

I, Anne K. Davis, am the ECF User whose ID and Password are being used to file this **STATEMENT OF NON-OPPOSITION TO MOTION FILE SECOND AMENDED COMPLAINT.** In compliance with General Order 45, X.B., I hereby attest that Darryl P. Rains has concurred in this filing.

DATED: December 17, 2010    MORRISON & FOERSTER LLP

By: /s/ Anne K. Davis
　　　Anne K. Davis