1  WILLIAM F. SULLIVAN (SBN 78353)
   williamsullivan@paulhastings.com
2  HOWARD M. PRIVETTE (SBN 137216)
   howardprivette@paulhastings.com
3  JOHN S. DURRANT (SBN 217345)
   johndurrant@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
7
   EDWARD HAN (SBN 196924)
8  edwardhan@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
9  55 Second Street
   Twenty-Fourth Floor
10 San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
11 Facsimile:  (415) 856-7100

12 Attorneys for Defendants
   UBS Securities LLC and Mortgage Asset
13 Securitization Transactions, Inc.

14                       UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16                            SAN FRANCISCO DIVISION

17

| 18 | FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | Case No. 3:10-cv-03045-SC |
|---|---|---|
| 19 | | **STATEMENT OF NON-OPPOSITION TO MOTION TO FILE SECOND AMENDED COMPLAINT** |
| 20 | Plaintiff, | |
| 21 | vs. | |
| 22 | CREDIT SUISSE SECURITIES (USA) LLC, *et. al*, | |
| 23 | Defendants. | |

24
25
26
27
28

1   On November 5, 2010, plaintiff Federal Home Loan Bank of San Francisco ("Plaintiff"), filed a motion under Rule 15 of the Federal Rules of Civil Procedure for leave to file a second amended complaint. Defendants UBS Securities LLC and Mortgage Asset Securitization Transactions, Inc. ("Defendants") do not oppose Plaintiff's motion.

Defendants each expressly reserves all of its procedural and substantive rights, including the rights to challenge the sufficiency of Plaintiff's second amended complaint, Plaintiff's compliance with the applicable statute of limitations, and/or the Court's subject matter jurisdiction and personal jurisdiction over the parties in connection with this non-opposition.

DATED: December 17, 2010

WILLIAM F. SULLIVAN
HOWARD M. PRIVETTE
JOHN S. DURRANT
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:   /s/ William F. Sullivan
            WILLIAM F. SULLIVAN

Attorneys for Defendants
UBS Securities LLC and Mortgage Asset Securitization Transactions, Inc.