Stephen D. Hibbard (State Bar No. 177865)
Jared R. Sams (State Bar No. 251922)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:   (415) 616-1100
Facsimile:    (415) 616-1199
Email:         shibbard@shearman.com
                   jared.sams@shearman.com

Adam S. Hakki (admitted *pro hac vice*)
Daniel H.R. Laguardia (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone:   (212) 848-4000
Facsimile:    (212) 848-7179
Email:         ahakki@shearman.com
                   daniel.laguardia@shearman.com

Attorneys for Defendants Countrywide Securities Corporation, Countrywide Financial Corporation, and CWALT, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>             Plaintiff,<br><br>     v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, et al.,<br><br>             Defendants. | Case No.: CV-10-03045 SC<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION TO FILE SECOND AMENDED COMPLAINT** |

On November 5, 2010, plaintiff Federal Home Loan Bank of San Francisco ("Plaintiff") filed a motion under Rule 15 of the Federal Rules of Civil Procedure for leave to file a second amended complaint. Defendants Countrywide Securities Corporation, Countrywide Financial Corporation, and CWALT, Inc. do not oppose Plaintiff's motion.

Countrywide Securities Corporation, Countrywide Financial Corporation, and CWALT, Inc. each expressly reserves all of its procedural and substantive rights, including the rights to challenge the sufficiency of Plaintiff's second amended complaint, Plaintiff's compliance with the applicable statute of limitations, and/or the Court's subject matter jurisdiction and personal jurisdiction over the parties in connection with this non-opposition.

Dated: December 17, 2010

SHEARMAN & STERLING LLP
STEPHEN D. HIBBARD
ADAM S. HAKKI
DANIEL H.R. LAGUARDIA
JARED R. SAMS

By:     /s/ Stephen D. Hibbard
        STEPHEN D. HIBBARD

Attorneys for Defendants Countrywide Securities Corporation, Countrywide Financial Corporation, and CWALT, Inc.

STATEMENT OF NON-OPPOSITION     1     CASE NO.: CV-10-03045 SC

292465