**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 21, 2010

Superior Court of California
City & County of San Francisco
400 McAllister
San Francisco, CA 94102

RE: CV 10-03045 SC    FEDERAL HOME LOAN BANK-v-CREDIT SUISSE SECURITIES
    Your Case Number: (CGC-10-497840)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    (x)    Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg